## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, | Case No. 21-10474 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5112205 | |
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS, LLC, | Case No. 21-10475 (MFW) |
| Debtor. | |
| Tax I.D. No. 27-2425717 | |
| In re: | Chapter 11 |
| ALAMO VINELAND, LLC, | Case No. 21-10476 (MFW) |
| Debtor. | |
| Tax I.D. No. 83-2831626 | |
| In re: | Chapter 11 |
| ALAMO LEAGUE INVESTMENTS GP, LLC, | Case No. 21-10477 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5171811 | |

27523047.5

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO LEAGUE INVESTMENTS, LTD., | Case No. 21-10478 (MFW) |
| Debtor. | |
| Tax I.D. No. 46-5477227 | |
| In re: | Chapter 11 |
| ALAMO SOUTH LAMAR GP, LLC, | Case No. 21-10479 (MFW) |
| Debtor. | |
| Tax I.D. No. 71-0963632 | |
| In re: | Chapter 11 |
| ALAMO SOUTH LAMAR, LP, | Case No. 21-10480 (MFW) |
| Debtor. | |
| Tax I.D. No. 54-2144563 | |
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE RALEIGH, LLC, | Case No. 21-10481 (MFW) |
| Debtor. | |
| Tax I.D. No. 81-5375979 | |
| In re: | Chapter 11 |
| ALAMO DH ANDERSON LANE, LLC, | Case No. 21-10482 (MFW) |
| Debtor. | |
| Tax I.D. No. 46-5523642 | |

275230475

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO YONKERS, LLC, | Case No. 21-10483 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-5304971 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO MISSION, LLC, | Case No. 21-10484 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-5272284 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO RITZ, LLC, | Case No. 21-10485 (MFW) |
| Debtor. | |
| Tax I.D. No. 46-5469465 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO MUELLER, LLC, | Case No. 21-10486 (MFW) |
| Debtor. | |
| Tax I.D. No. 47-4621221 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MONDO TEES, LLC, | Case No. 21-10487 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8166900 | |

In re:                                                    Chapter 11

ALAMO CITY FOUNDRY, LLC,                                   Case No. 21-10488 (MFW)

                        Debtor.

Tax I.D. No. 82-4926092

---

In re:                                                    Chapter 11

ALAMO MAINSTREET, LLC,                                     Case No. 21-10489 (MFW)

Debtor.

Tax I.D. No. 45-5232052

---

In re:                                                    Chapter 11

ALAMO CITY POINT, LLC,                                     Case No. 21-10490 (MFW)

Debtor.

Tax I.D. No. 46-1583691

---

In re:                                                    Chapter 11

ALAMO LIBERTY, LLC,                                        Case No. 21-10491 (MFW)

Debtor.

Tax I.D. No. 82-4375755

---

In re:                                                    Chapter 11

ALAMO SATOWN, LLC,                                         Case No. 21-10492 (MFW)

Debtor.

Tax I.D. No. 82-5006197

275230475

4

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO MARKETPLACE, LLC, | Case No. 21-10493 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5087041 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO STONE OAK, LLC, | Case No. 21-10494 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5068398 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO WESTLAKES, LLC, | Case No. 21-10495 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5014931 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO PARK NORTH, LLC, | Case No. 21-10496 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5051252 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO NORTH SA, LLC, | Case No. 21-10497 (MFW) |
| Debtor. | |
| Tax I.D. No. 83-3436623 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO AVENUE B, LLC, | Case No. 21-10498 (MFW) |
| Debtor. | |
| Tax I.D. No. 83-3418950 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO SLAUGHTER LANE GP, LLC, | Case No. 21-10499 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-4086968 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO SLAUGHTER LANE, LTD., | Case No. 21-10500 (MFW) |
| Debtor. | |
| Tax I.D. No. 27-1575341 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO CINEMAS GROUP I GP, LLC, | Case No. 21-10501 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8979537 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO CINEMA GROUP I, LP, | Case No. 21-10502 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8979656 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO WESTMINSTER, LLC, | Case No. 21-10503 (MFW) |
| Debtor. | |
| Tax I.D. No. 81-3788906 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO STATEN ISLAND, LLC, | Case No. 21-10504 (MFW) |
| Debtor. | |
| Tax I.D. No. 81-5097781 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO ASPEN GROVE, LLC, | Case No. 21-10505 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-2627786 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO LAKELINE, LLC, | Case No. 21-10506 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-5145294 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO SLOANS, LLC, | Case No. 21-10507 (MFW) |
| Debtor. | |
| Tax I.D. No. 46-5629343 | |

275230475

**DEBTORS' MOTION FOR ENTRY OF AN
ORDER (I) DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Alamo Drafthouse Cinemas Holdings, LLC and its above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby submit this motion (the "**Motion**") for the entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 1015-1 and 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), directing procedural consolidation and joint administration of these Chapter 11 Cases (as defined herein).  In support of this Motion, the Debtors submit the *Declaration of Matthew Vonderahe in Support of Chapter 11 Petitions and First Day Motions* (the "**First Day Declaration**"),[1] filed contemporaneously herewith.  In further support of this Motion, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (this "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. The Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by this Court in connection with this Motion to the extent that it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rules 1015-1 and 9013-1(m).

## BACKGROUND

4.      As of the date hereof (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (these "**Chapter 11 Cases**") with this Court. The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner in these Chapter 11 Cases, and no committees have been appointed or designated at this time.

5.      Additional information about the Debtors' business and the events leading to the commencement of the Chapter 11 Cases can be found in the First Day Declaration, which is incorporated herein by reference.

## RELIEF REQUESTED

6.      The Debtors seek entry of the Proposed Order:   (a) directing procedural consolidation and joint administration of these Chapter 11 Cases, and (b) granting related relief. Specifically, the Debtors request that one file and one docket be maintained for all of the jointly administered cases under the case of Alamo Drafthouse Cinemas Holdings, LLC and that the cases be administered under a consolidated caption, as follows:

27523047.5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| Debtors.[1] | (Jointly Administered) |

---

[1].  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

7.      The Debtors further request that this Court order that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

8.      The Debtors also request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors other than the case of Alamo Drafthouse Cinemas Holdings, LLC to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: Alamo Drafthouse Cinemas Holdings, LLC, Case No. 21-10474 (MFW); Alamo Drafthouse Cinemas, LLC, Case No. 21-10475 (MFW); Alamo Vineland, LLC, Case No. 21-10476 (MFW); Alamo League Investments GP, LLC, Case No. 21-10477 (MFW); Alamo League Investments, Ltd., Case No. 21-10478 (MFW); Alamo South Lamar GP, LLC, Case No. 21-10479 (MFW); Alamo South Lamar, LP, Case No. 21-10480 (MFW); Alamo Drafthouse Raleigh,

LLC; Case No. 21-10481 (MFW); Alamo DH Anderson Lane, LLC, Case No. 21-10482 (MFW); Alamo Yonkers, LLC, Case No. 21-10483 (MFW); Alamo Mission, LLC, Case No. 21-10484 (MFW); Alamo Ritz, LLC, Case No. 21-10485 (MFW); Alamo Mueller, LLC, Case No. 21-10486 (MFW); Mondo Tees, LLC, Case No. 21-10487 (MFW); Alamo City Foundry, LLC, Case No. 21-10488 (MFW); Alamo Mainstreet, LLC, Case No. 21-10489 (MFW); Alamo City Point, LLC, Case No. 21-10490 (MFW); Alamo Liberty, LLC, Case No. 21-10491 (MFW); Alamo Satown, LLC, Case No. 21-10492 (MFW); Alamo Marketplace, LLC, Case No. 21-10493 (MFW); Alamo Stone Oak, LLC, Case No. 21-10494 (MFW); Alamo Westlakes, LLC, Case No. 21-10495 (MFW); Alamo Park North, LLC, Case No. 21-10496 (MFW); Alamo North SA, LLC, Case No. 21-10497 (MFW); Alamo Avenue B, LLC, Case No. 21-10498 (MFW); Alamo Slaughter Lane GP, LLC, Case No. 21-10499 (MFW); Alamo Slaughter Lane, Ltd., Case No. 21-10500 (MFW); Alamo Cinema Group I GP, LLC, Case No. 21-10501 (MFW); Alamo Cinema Group I, LP, Case No. 21-10502 (MFW); Alamo Westminster, LLC, Case No. 21-10503 (MFW); Alamo Staten Island, LLC, Case No. 21-10504 (MFW); Alamo Aspen Grove, LLC, Case No. 21-10505 (MFW); Alamo Lakeline, LLC, Case No. 21-10506 (MFW); and Alamo Sloans, LLC, Case No. 21-10507 (MFW). **All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 21-10474 (MFW).**

## BASIS FOR RELIEF

9. Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The thirty-nine Debtor entities that commenced these Chapter 11 Cases are "affiliates," as such term is defined in section 101(2) of the Bankruptcy Code. *See* 11 U.S.C. § 101(2). Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize this Court to grant the relief requested herein.

10. Further, Local Rule 1015-1 provides additional authority for the Court to order joint administration of these Chapter 11 Cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an

27523047.5

11

> affidavit, declaration, or verification, which establishes that the joint administration of two or more cases pending in the Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.    An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time.    An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

11.    Given the integrated nature of the Debtors' operations, joint administration of these Chapter 11 Cases will provide significant administrative convenience without harming the substantive rights of any party in interest.    Many of the motions, hearings, and orders in these Chapter 11 Cases will affect each Debtor entity.    The entry of an order directing joint administration of these Chapter 11 Cases will reduce fees and costs by avoiding duplicative filings and objections.    Joint administration will also allow the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") and all parties in interest to monitor these Chapter 11 Cases with greater ease and efficiency.

12.    Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative, not substantive, consolidation of the Debtors' estates.    Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these Chapter 11 Cases. Accordingly, the Debtors submit that the joint administration of these Chapter 11 Cases is in the best interests of their estates, their creditors, and all other parties in interest.

## **NOTICE**

13.    Notice of this Motion will be provided to: (a) the U.S. Trustee; (b) the holders of the thirty (30) largest unsecured claims against the Debtors on a consolidated basis; (c) the Office of the United States Attorney General for the District of Delaware; (d) the Internal Revenue

275230475

Service; (e) the Securities and Exchange Commission; (f) the Small Business Administration; (g) counsel to the Postpetition Lenders; and (h) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002. Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m). In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

WHEREFORE, the Debtors respectfully request that this Court enter the Proposed Order granting the relief requested herein and provide such other relief as this Court deems appropriate under the circumstances.

|  |  |  |
|---|---|---|
| Dated: | March 3, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Betsy L. Feldman*

M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, | Case No. 21-10474 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5112205 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS, LLC, | Case No. 21-10475 (MFW) |
| Debtor. | |
| Tax I.D. No. 27-2425717 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO VINELAND, LLC, | Case No. 21-10476 (MFW) |
| Debtor. | |
| Tax I.D. No. 83-2831626 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO LEAGUE INVESTMENTS GP, LLC, | Case No. 21-10477 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5171811 | |

275230047.5

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO LEAGUE INVESTMENTS, LTD., | Case No. 21-10478 (MFW) |
| Debtor. | |
| Tax I.D. No. 46-5477227 | |
| In re: | Chapter 11 |
| ALAMO SOUTH LAMAR GP, LLC, | Case No. 21-10479 (MFW) |
| Debtor. | |
| Tax I.D. No. 71-0963632 | |
| In re: | Chapter 11 |
| ALAMO SOUTH LAMAR, LP, | Case No. 21-10480 (MFW) |
| Debtor. | |
| Tax I.D. No. 54-2144563 | |
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE RALEIGH, LLC, | Case No. 21-10481 (MFW) |
| Debtor. | |
| Tax I.D. No. 81-5375979 | |
| In re: | Chapter 11 |
| ALAMO DH ANDERSON LANE, LLC, | Case No. 21-10482 (MFW) |
| Debtor. | |
| Tax I.D. No. 46-5523642 | |

275230047.5

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO YONKERS, LLC, | Case No. 21-10483 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-5304971 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO MISSION, LLC, | Case No. 21-10484 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-5272284 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO RITZ, LLC, | Case No. 21-10485 (MFW) |
| Debtor. | |
| Tax I.D. No. 46-5469465 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO MUELLER, LLC, | Case No. 21-10486 (MFW) |
| Debtor. | |
| Tax I.D. No. 47-4621221 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MONDO TEES, LLC, | Case No. 21-10487 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8166900 | |

275230475

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO CITY FOUNDRY, LLC, | Case No. 21-10488 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-4926092 | |
| In re: | Chapter 11 |
| ALAMO MAINSTREET, LLC, | Case No. 21-10489 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-5232052 | |
| In re: | Chapter 11 |
| ALAMO CITY POINT, LLC, | Case No. 21-10490 (MFW) |
| Debtor. | |
| Tax I.D. No. 46-1583691 | |
| In re: | Chapter 11 |
| ALAMO LIBERTY, LLC, | Case No. 21-10491 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-4375755 | |
| In re: | Chapter 11 |
| ALAMO SATOWN, LLC, | Case No. 21-10492 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5006197 | |

275230047.5

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO MARKETPLACE, LLC, | Case No. 21-10493 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5087041 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO STONE OAK, LLC, | Case No. 21-10494 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5068398 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO WESTLAKES, LLC, | Case No. 21-10495 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5014931 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO PARK NORTH, LLC, | Case No. 21-10496 (MFW) |
| Debtor. | |
| Tax I.D. No. 82-5051252 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO NORTH SA, LLC, | Case No. 21-10497 (MFW) |
| Debtor. | |
| Tax I.D. No. 83-3436623 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO AVENUE B, LLC, | Case No. 21-10498 (MFW) |
| Debtor. | |
| Tax I.D. No. 83-3418950 | |
| In re: | Chapter 11 |
| ALAMO SLAUGHTER LANE GP, LLC, | Case No. 21-10499 (MFW) |
| Debtor. | |
| Tax I.D. No. 26-4086968 | |
| In re: | Chapter 11 |
| ALAMO SLAUGHTER LANE, LTD., | Case No. 21-10500 (MFW) |
| Debtor. | |
| Tax I.D. No. 27-1575341 | |
| In re: | Chapter 11 |
| ALAMO CINEMAS GROUP I GP, LLC, | Case No. 21-10501 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8979537 | |
| In re: | Chapter 11 |
| ALAMO CINEMA GROUP I, LP, | Case No. 21-10502 (MFW) |
| Debtor. | |
| Tax I.D. No. 20-8979656 | |

275230047.5

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO WESTMINSTER, LLC, | Case No. 21-10503 (MFW) |
| Debtor. | |
| Tax I.D. No. 81-3788906 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO STATEN ISLAND, LLC, | Case No. 21-10504 (MFW) |
| Debtor. | |
| Tax I.D. No. 81-5097781 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO ASPEN GROVE, LLC, | Case No. 21-10505 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-2627786 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO LAKELINE, LLC, | Case No. 21-10506 (MFW) |
| Debtor. | |
| Tax I.D. No. 45-5145294 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO SLOANS, LLC, | Case No. 21-10507 (MFW) |
| Debtor. | **Ref. Docket No. ___** |
| Tax I.D. No. 46-5629343 | |

275230047.5

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF
## CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**") (a) directing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions in Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

275230475

3.      The caption of the jointly administered cases shall read as follows:

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | |

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Alamo Drafthouse Cinemas Holdings, LLC to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: Alamo Drafthouse Cinemas Holdings, LLC, Case No. 21-10474 (MFW); Alamo Drafthouse Cinemas, LLC, Case No. 21-10475 (MFW); Alamo Vineland, LLC, Case No. 21-10476 (MFW); Alamo League Investments GP, LLC, Case No. 21-10477 (MFW); Alamo

League Investments, Ltd., Case No. 21-10478 (MFW); Alamo South Lamar GP, LLC, Case No. 21-10479 (MFW); Alamo South Lamar, LP, Case No. 21-10480 (MFW); Alamo Drafthouse Raleigh, LLC; Case No. 21-10481 (MFW); Alamo DH Anderson Lane, LLC, Case No. 21-10482 (MFW); Alamo Yonkers, LLC, Case No. 21-10483 (MFW); Alamo Mission, LLC, Case No. 21-10484 (MFW); Alamo Ritz, LLC, Case No. 21-10485 (MFW); Alamo Mueller, LLC, Case No. 21-10486 (MFW); Mondo Tees, LLC, Case No. 21-10487 (MFW); Alamo City Foundry, LLC, Case No. 21-10488 (MFW); Alamo Mainstreet, LLC, Case No. 21-10489 (MFW); Alamo City Point, LLC, Case No. 21-10490 (MFW); Alamo Liberty, LLC, Case No. 21-10491 (MFW); Alamo Satown, LLC, Case No. 21-10492 (MFW); Alamo Marketplace, LLC, Case No. 21-10493 (MFW); Alamo Stone Oak, LLC, Case No. 21-10494 (MFW); Alamo Westlakes, LLC, Case No. 21-10495 (MFW); Alamo Park North, LLC, Case No. 21-10496 (MFW); Alamo North SA, LLC, Case No. 21-10497 (MFW); Alamo Avenue B, LLC, Case No. 21-10498 (MFW); Alamo Slaughter Lane GP, LLC, Case No. 21-10499 (MFW); Alamo Slaughter Lane, Ltd., Case No. 21-10500 (MFW); Alamo Cinema Group I GP, LLC, Case No. 21-10501 (MFW); Alamo Cinema Group I, LP, Case No. 21-10502 (MFW); Alamo Westminster, LLC, Case No. 21-10503 (MFW); Alamo Staten Island, LLC, Case No. 21-10504 (MFW); Alamo Aspen Grove, LLC, Case No. 21-10505 (MFW); Alamo Lakeline, LLC, Case No. 21-10506 (MFW); and Alamo Sloans, LLC, Case No. 21-10507 (MFW). **All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 21-10474 (MFW).**

6.      The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the Local Rules are satisfied by such notice.

9.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

27523047.5