**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Alamo Drafthouse Cinemas Holdings, LLC, *et al.* | : | Case No. 21-10474 (MFW) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **Summit Glory Property, LLC**, Attn: Thomas Costanzo, 28 Liberty Street, New York, NY 10005, Phone: 917-854-6514; E-mail: tcostanzo@fosun.com

2.     **Albee Development LLC**, Attn: AJ Levine, c/o Acadia Realty Trust 411 Theodore Fremd Avenue Suite 300, Rye, NY 10580, Phone: 914-288-8123; Fax: 914-428-2760 E-mail: alevine@acadiarealty.com

3.     **Sloans Lake-FCA, LLC**, Attn: Al Lindemann, c/o FCA Partners LLC 300 S. Tryon St., Ste 420, Charlotte, NC 28202, Phone: 704-972-2608; E-mail: al.lindemann@fcapartners.com

4.     **MEP Mainstreet Operations, LLC.**, Attn: Adam Block, Esq., c/o The Cordish Companies 601 E. Pratt Street, 6th Floor, Baltimore, MD 21202  Phone: 410-347-2760; E-mail: ablock@cordish.com

5.     **Sony Electronics Inc.,** Attn: Richard Blazier, 115 West Century Road, Suite 250 Paramus, NJ  07652, Phone: 201-930-7030; E-mail: Richard.blazier@sony.com

6.     **Vista Entertainment Solutions (USA) Inc.**, Attn: Kelvin James Preston, 335 N. Maple Drive, Suite 150, Beverly Hills, CA 90210, Phone: +64 21 108 9376; Email: kelvin.preston@vista.co

7.     **Iced Tea with Lemon LLC**, Attn: William D. DiGaetano, 100 S Central Expressway #14 Richardson, TX 75080, c/o Shanti M. Katona Esq., Phone: 302-252-0924; Email: skatona@polsinelli.com

                                          ANDREW R. VARA
                                     United States Trustee, Region 3

                                     /s/ *Timothy Fox* for
                                     T. PATRICK TINKER
                                     ASSISTANT UNITED STATES TRUSTEE

DATED: March 15, 2021

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Matthew B. Lunn , Esq., Phone: 302-571-6600; Fax: 302-571-1253