# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR REMOTE HEARING ON MARCH 25, 2021 AT 2:00 P.M. (ET)

*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to: (A) Use Cash Collateral Pending a Final Hearing; (B) Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing; and (C) Grant Adequate Protection to Pre-Petition Secured Parties [D.I. 14, 3/3/21]

   Response/Objection Deadline: March 18, 2020 at 4:00 p.m. (ET) [Extended until March 26, 2021 at 12:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] *Amended items appear in bold and italics.*

27882073.3

<u>Responses/Objections Received</u>:

    A.    Objection of the Texas Taxing Authorities [D.I. 69, 3/9/21]

    B.    Objection of Travis County [D.I. 100, 3/17/21]

    C.    Objection of Dallas County Utility and Reclamation District [D.I. 118, 3/19/21]

    D.    Limited Objection of US Foods, Inc. [D.I. 120, 3/19/21]

    E.    Objection of Local Texas Tax Authorities [D.I. 123, 3/22/21]

<u>Related Pleadings</u>:

    F.    Declaration of Russell Mason in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to: (A) Use Cash Collateral Pending a Final Hearing; (B) Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing; and (C) Grant Adequate Protection to Pre-Petition Secured Parties [D.I. 26, 3/4/21][3]

    G.    Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Priming Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 55, 3/4/21]

    H.    Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

<u>Status</u>:    This matter is adjourned until April 1, 2021 at 10:30 a.m. (ET).

2.    Debtors' Motion for Entry of: (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities And Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving the Debtors' Entry Into the Stalking Horse APA and All of Its Terms, Including Bidding Protections, and (IV) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 36, 3/4/21]

---

[3]    The location of this declarant is Dallas, Texas.

| | | |
|---|---|---|
| Response/Objection Deadline: | | March 18, 2020 at 4:00 p.m. (ET) [Extended until March 26, 2021 at 12:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors] |

Responses/Objections Received:

    A.    Informal comments from the Office of the United States Trustee

    B.    Informal comments from the Texas Comptroller

    C.    Informal comments from various landlords

    D.    Objection of the Texas Taxing Authorities [D.I. 70, 3/9/21]

    E.    Objection of Travis County [D.I. 99, 3/17/21]

    F.    Objection of Cigna Health and Life Insurance Company and Cigna Dental Health [D.I. 101, 3/17/21]

    G.    Limited Objection of Mueller Aldrich Street, LLC [D.I. 103, 3/18/21]

    H.    Limited Objection of SITE Centers Corp. [D.I. 104, 3/18/21]

    I.    Reservation of Rights of the Alamo Franchisees [D.I. 107, 3/18/21]

    J.    Limited Objection and Reservation of Rights of Dallas County Utility and Reclamation District [D.I. 119, 3/19/21]

Related Pleadings:

    K.    Notice of Possible Assumption and Assignment and Cure Amounts With Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 102, 3/17/21]

Status:    This matter is adjourned until April 1, 2021 at 10:30 a.m. (ET).

**UNCONTESTED MATTER – CERTIFICATION FILED**

3.    Debtors' Omnibus Motion for Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code and Bankruptcy Rule 6004, Authorizing (A) Rejection of Certain (1) Leases of Non-Residential Real Property and (2) Executory Contracts Effective as of the Petition Date and (B) Abandonment of any Remaining Property Located at Locations Covered By Real Property Leases [Docket No. 19, 3/3/21]

| | | |
|---|---|---|
| | Response/Objection Deadline: | March 18, 2020 at 4:00 p.m. (ET) |
| | Responses/Objections Received: | None |

Related Pleadings:

    A.    Notice of Motion [D.I. 50, 3/4/21]

    B.    Certificate of No Objection [D.I. 121, 3/19/21]

    ***C.    Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code and Bankruptcy Rule 6004, Authorizing (I) Rejection of Certain Leases of Non-Residential Real Property and (II) Abandonment of Any Personal Property Located at Locations Covered by Real Property Leases [D.I. 127, 3/23/21]***

    *Status:*    *An order has been entered.*

Dated: March 23, 2021  
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtors and Debtors in Possession*

27882073.3