# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR REMOTE HEARING ON APRIL 1, 2021 AT 10:30 A.M. (ET)

---

**ZOOM INSTRUCTIONS:**

**The remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsf--gpzovGAqjLgl5lborukF-bdNSovI**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

27885317.4

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [D.I. 4, 3/3/21]

    Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from the Official Committee of Unsecured Creditors

    B.  Objection of Consolidated Edison Company of New York, Inc. [D.I. 76, 3/11/21]

        i.  Notice of Withdrawal [D.I. 122, 3/19/21]

    Related Pleadings:

    C.  Interim Order [D.I. 43, 3/4/21]

    D.  Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

    E.  Certification of Counsel [D.I. 136, 3/26/21]

    F.  Signed Order [D.I. 152, 3/29/21]

    Status:  A final order has been entered.

2. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With the Insurance Program, and (B) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [D.I. 5, 3/3/21]

    Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:      None

    Related Pleadings:

    A.  Interim Order [D.I. 44, 3/4/21]

      B.      Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

      C.      Certificate of No Objection [D.I. 137, 3/26/21]

      D.      Signed Order [D.I. 153, 3/29/21]

Status: A final order has been entered.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [D.I. 6, 3/3/21]

    Response/Objection Deadline:    March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Pleadings:

      A.      Interim Order [D.I. 45, 3/4/21]

      B.      Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

      C.      Certificate of No Objection [D.I. 138, 3/26/21]

      D.      Signed Order [D.I. 154, 3/29/21]

Status: A final order has been entered.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers and (B) Certain Vendors Entitled to Administrative Expense Priority Under Section 503(b)(9) of the Bankruptcy Code; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7, 3/3/21]

    Response/Objection Deadline:    March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Pleadings:

      A.      Interim Order [D.I. 46, 3/4/21]

      B.      Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

        C.        Certificate of No Objection [D.I. 139, 3/26/21]

        D.        Signed Order [D.I. 155, 3/29/21]

Status:    A final order has been entered.

5. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Practices, and (II) Granting Related Relief [D.I. 8, 3/3/21]

    Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.        Informal comments from the Office of the Texas Attorney General

    Related Pleadings:

        B.        Interim Order [D.I. 47, 3/4/21]

        C.        Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

        D.        Certification of Counsel [D.I. 140, 3/26/21]

        E.        Signed Order [D.I. 156, 3/29/21]

Status:    A final order has been entered.

6. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (III) Granting Related Relief [D.I. 9, 3/3/21]

    Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:        None

    Related Pleadings:

        A.        Interim Order [D.I. 48, 3/4/21]

        B.        Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

      C.      Certification of Counsel [D.I. 141, 3/26/21]

      D.      Signed Order [D.I. 166, 3/29/21]

Status:    A final order has been entered.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Program; and (II) Granting Related Relief [D.I. 10, 3/3/21]

    Response/Objection Deadline:      March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:      None

    Related Pleadings:

      A.      Interim Order [D.I. 49, 3/4/21]

      B.      Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

      C.      Certificate of No Objection [D.I. 142, 3/26/21]

      D.      Signed Order [D.I. 157, 3/29/21]

Status:    A final order has been entered.

8. Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date [D.I. 78, 3/11/21]

    Response/Objection Deadline:      March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

      A.      Informal comments from the Office of the United States Trustee

    Related Pleadings:

      B.      Certification of Counsel [D.I. 143, 3/26/21]

      C.      Signed Order [D.I. 158, 3/29/21]

Status:    An order has been entered.

27885317.4


9. Application of the Debtors for Authorization to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [D.I. 79, 3/11/21]

   Response/Objection Deadline:    March 25, 2020 at 4:00 p.m. (ET)

   Responses/Objections Received:    None

   Related Pleadings:

   A.    Certificate of No Objection [D.I. 144, 3/26/21]

   B.    Signed Order [D.I. 159, 3/29/21]

   Status:    An order has been entered.

10. Application of the Debtors for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors Effective as of the Petition Date [D.I. 80, 3/11/21]

    Response/Objection Deadline:    March 25, 2020 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors until March 26, 2021 at 12:00 p.m. (ET)]

    Responses/Objections Received:

    A.    Informal comments from the Office of the United States Trustee

    Related Pleadings:

    B.    Supplemental Declaration of Russell Mason in Support of the Application of the Debtors for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors Effective as of the Petition Date [D.I. 133, 3/25/21]

    C.    Certification of Counsel [D.I. 151, 3/29/21]

    D.    Signed Order [D.I. 165, 3/29/21]

    Status:    An order has been entered.

11.     Debtors' Application for an Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Financial Advisor to the Debtors Effective as of the Petition Date [D.I. 81, 3/11/21]

        Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

        Responses/Objections Received:

        A.    Informal comments from the Office of the United States Trustee

        Related Pleadings:

        B.    Supplemental Declaration of Stuart Kaufman in Support of Application of Debtors for an Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Financial Advisors to the Debtors Effective as of the Petition Date [D.I. 133, 3/25/21]

        C.    Certification of Counsel [D.I. 145, 3/26/21]

        D.    Signed Order [D.I. 160, 3/29/21]

        Status:    An order has been entered.

12.     Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Keen-Summit Capital Partners LLC as Real Estate Advisor Effective as of the Petition Date [D.I. 82, 3/11/21]

        Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

        Responses/Objections Received:

        A.    Informal comments from the Office of the United States Trustee

        Related Pleadings:

        B.    Supplemental Declaration of Matthew Bordwin in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Keen-Summit Capital Partners, LLC as Real Estate Advisor Effective as of the Petition Date [D.I. 132, 3/25/21]

        C.    Certification of Counsel [D.I. 146, 3/19/21]

        D.    Signed Order [D.I. 161, 3/29/21]

        Status:    An order has been entered.

13. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 83, 3/11/21]

    Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from the Official Committee of Unsecured Creditors

    Related Pleadings:

    B.  Certification of Counsel [D.I. 147, 3/26/21]

    C.  Signed Order [D.I. 162, 3/29/21]

    Status:  An order has been entered.

14. Debtors' Motion for Entry of Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 84, 3/11/21]

    Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from the Official Committee of Unsecured Creditors

    Related Pleadings:

    B.  Notice of Supplement to List of Ordinary Course Professionals [D.I. 110, 3/18/21]

    C.  Notice of Second Supplement to List of Ordinary Course Professionals [D.I. 135, 3/26/21]

    D.  Certification of Counsel [D.I. 148, 3/26/21]

    E.  Signed Order [D.I. 163, 3/29/21]

    Status:  An order has been entered.

15. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Procedures for the Rejection of Certain Leases, (II) Granting Authority to Take All Actions Necessary to Implement the Rejection Procedures, Including the Rejection of the Leases and the Abandonment of Personal Property, and (III) Granting Related Relief [D.I. 85, 3/11/21]

    Response/Objection Deadline:        March 25, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.   Informal comments from the Official Committee of Unsecured Creditors

    B.   Informal comments from the Office of the Texas Attorney General

    Related Pleadings:

    C.   Certification of Counsel [D.I. 149, 3/19/21]

    D.   Signed Order [D.I. 164, 3/29/21]

    Status:   An order has been entered.

**UNCONTESTED MATTERS GOING FORWARD**

16. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to: (A) Use Cash Collateral Pending a Final Hearing; (B) Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing; and (C) Grant Adequate Protection to Pre-Petition Secured Parties [D.I. 14, 3/3/21]

    Response/Objection Deadline:        March 18, 2020 at 4:00 p.m. (ET) [Extended until March 29, 2021 at 5:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors]

    Responses/Objections Received:

    A.   Informal comments from the Official Committee of Unsecured Creditors

    B.   Objection of the Texas Taxing Authorities [D.I. 69, 3/9/21]

    C.   Objection of Travis County [D.I. 100, 3/17/21]

    D.   Objection of Dallas County Utility and Reclamation District [D.I. 118, 3/19/21]

    E.   Limited Objection of US Foods, Inc. [D.I. 120, 3/19/21]

    F.   Objection of Local Texas Tax Authorities [D.I. 123, 3/22/21]

27885317.4

Related Pleadings:

  G. Declaration of Russell Mason in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to: (A) Use Cash Collateral Pending a Final Hearing; (B) Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing; and (C) Grant Adequate Protection to Pre-Petition Secured Parties [D.I. 26, 3/4/21]²

  H. Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Priming Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 56, 3/4/21]

  I. Amended Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 63, 3/5/21]

Status: The Debtors believe that all informal and formal responses have been resolved. A revised form of proposed final order will be submitted in advance of the hearing. This matter will be going forward.

17. Debtors' Motion for Entry of: (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities And Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving the Debtors' Entry Into the Stalking Horse APA and All of Its Terms, Including Bidding Protections, and (IV) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 36, 3/4/21]

  Response/Objection Deadline: March 18, 2020 at 4:00 p.m. (ET) [Extended until March 30, 2021 at 5:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors]

---

²  The location of this declarant is Dallas, Texas.

27885317.4

Responses/Objections Received:

    A.    Informal comments from the Office of the United States Trustee

    B.    Informal comments from the Texas Comptroller of Public Accounts

    C.    Informal comments from various landlords represented by Ballard Spahr LLP

    D.    Informal comments from the Official Committee of Unsecured Creditors

    E.    Objection of the Texas Taxing Authorities [D.I. 70, 3/9/21]

    F.    Objection of Travis County [D.I. 99, 3/17/21]

    G.    Objection of Cigna Health and Life Insurance Company [D.I. 101, 3/17/21]

    H.    Limited Objection of Mueller Aldrich Street, LLC [D.I. 103, 3/18/21]

    I.    Limited Objection of SITE Centers Corp. [D.I. 104, 3/18/21]

    J.    Reservation of Rights of the Alamo Franchisees [D.I. 107, 3/18/21]

    K.    Limited Objection and Reservation of Rights of Dallas County Utility and Reclamation District [D.I. 119, 3/19/21]

Related Pleadings:

    L.    Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 102, 3/17/21]

Status:    The Debtors believe that all informal and formal responses have been resolved. A revised form of proposed order will be submitted in advance of the hearing. This matter will be going forward.

27885317.4

| | |
|---|---|
| Dated: March 30, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Betsy L. Feldman*<br>M. Blake Cleary (No. 3614) (mbcleary@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)<br>Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

27885317.4