### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC *et al.,*[1] | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: April 7, 2021 at 4:00 p.m. (ET)** |
| | **Re: D.I. 102** |

### OBJECTION OF SUMMIT GLORY PROPERTY LLC TO POSSIBLE ASSUMPTION AND ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO UNEXPIRED LEASE OF DEBTOR ALAMO LIBERTY, LLC AND RESERVATION OF RIGHTS

SUMMIT GLORY PROPERTY LLC ("Landlord"), by its undersigned attorneys,

respectfully objects to the relief sought by that certain "NOTICE OF POSSIBLE ASSUMPTION

AND ASSIGNMENT AND CURE AMOUNTS WITH RESPECT TO EXECUTORY

CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS" dated and filed March 17,

2021 [ECF Doc 102] (the "Notice'), and in support thereof states as follows:

1.      Debtor Alamo Liberty, LLC ("Tenant") leases certain premises from Landlord

located at 28 Liberty Street, New York, New York 10005 pursuant to a certain Agreement of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

{00030518. }

Lease dated February 23, 2018, as amended (the "Lease").  Debtor Alamo Drafthouse Cinemas, LLC is the guarantor of the Lease pursuant to a Guaranty dated February 23, 2018.

2.        Landlord respectfully objects, and reserves all rights to object in the future, to the relief sought by the Notice, i.e. (a) the deemed approval in advance of the assumption and assignment of the Lease, (b) the deemed acknowledgment in advance of the correct Cure Amount, or (c) the deemed approval in advance of the provision of adequate assurance of future performance, all on the grounds that such relief is wholly premature and Landlord cannot be compelled to accept such relief until the proposed assignee of the Lease has been identified and has provided Landlord with sufficient information regarding its operational experience and financial wherewithal to meet its future obligations under the Lease and any necessary or required credit support for the Lease.  Furthermore, the Notice blatantly suggests, without explanation or justification, that the Cure Amount under the Lease is "zero," when in fact the actual cure amount through the end of March 2021 is $2,607,811.45, consisting of Base Rent of $2,262,683.06, OpEx Escalation of $210,816.03, Tax Escalation of $65,153.57, Sundry/Tenant Services of $66,590.97 and Sales Tax of $2,567.82.  Base Rent and other obligations under the Lease continue to accrue from March 31, 2021 in accordance with the terms of the Lease and will be part of the Cure Amount.

3.        Until such time as the actual proposed assignee is identified, Landlord reserves all rights to object to the proposed provision of adequate assurance of future performance and the proposed cure amount.

WHEREFORE, Landlord respectfully requests that the relief sought by the Notice with respect to Landlord and the Lease be denied.

Dated: April 1, 2021  
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*       
Frederick B. Rosner (DE 3995)  
Jason A. Gibson (DE 6091)  
824 N. Market Street, Suite 810  
Wilmington, DE 19801  
Telephone: 302-777-1111  
Email: rosner@treamrosner.com  
gibson@teamrosner.com

and

PAUL HASTINGS LLP  
Harvey A. Strickon, Esq  
200 Park Avenue  
New York, NY 10166

*Counsel to Landlord*