# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | |

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTORS HOLD A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of April 5, 2021, on the value, operations, and profitability of those entities in which one of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") holds a substantial or controlling interest, as required by Rule 2015.3 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**").

Debtor Alamo Drafthouse Cinemas, LLC ("**ADC**") holds a 20% interest in non-Debtor DHSL, Inc. (the "**Non-Debtor**").

This periodic report (the "**Periodic Report**") reports the value, operations, and profitability of the Non-Debtor, as required by Bankruptcy Rule 2015.3, to the extent available.

This Periodic Report consists of five exhibits:

| Exhibit A | a balance sheet, a statement of income (loss), a consolidated cash flow statement, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Periodic Report |
|---|---|
| Exhibit B | a description of the Non-Debtor's business operations |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

27889240.1

| Exhibit C | a description of claims, if any, between the Non-Debtor and any other non-Debtor |
|---|---|
| Exhibit D | a description of how taxes are allocated between the Non-Debtor and ADC |
| Exhibit E | a description of payment, if any, by the Non-Debtor of any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor |

The undersigned, having reviewed the Periodic Report for the Non-Debtor, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the Periodic Report and the Entity Reports are complete, accurate, and truthful to the best of his knowledge.

Date: April 5, 2021

                                                */s/ Matthew Vonderahe*
                                                Matthew Vonderahe
                                                Chief Financial Officer

# EXHIBIT A

**EXHIBIT A-1:**

**DHSL**
**Balance Sheet**
**P2 2021**

|  | **P2 2021** |
|---|---:|
| ASSETS | |
| Current Assets | |
|   Cash | $0.00 |
|   Accounts Receivable | $0.00 |
|   Inventory | $0.00 |
|   Prepaid Expenses | $0.00 |
| Total Current Assets | $0.00 |
| | |
| Fixed Assets | |
|   Property, Plant, & Equipment | $0.00 |
|   Accumulated Depreciation | $0.00 |
| Total Fixed Assets | $0.00 |
| | |
| TOTAL ASSETS | $0.00 |
| | |
| LIABILITIES AND EQUITY | |
| Current Liabilities | |
|   Accounts Payable | $0.00 |
|   Other Current Liabilities | $0.00 |
| Total Current Liabilities | $0.00 |
| | |
| Long-Term Liabilities | |
|   Notes Payable | $0.00 |
| Total Long-Term Liabilities | $0.00 |
| | |
| Equity | |
|   Retained Earnings | $0.00 |
|   Net Income (Loss) | $0.00 |
| Total Equity | $0.00 |
| | |
| TOTAL LIABILITIES AND EQUITY | $0.00 |

**EXHIBIT A-2:**

**DHSL**
**Statement of Income (Loss)**
**P2 2021**

|  | P2 2021 |
|---|---:|
| **REVENUE** |  |
|   Sales | $0.00 |
| Total Revenue | $0.00 |
| **COST OF SALES** |  |
|   COS | $0.00 |
| Total Cost of Sales | $0.00 |
| Gross Profit | $0.00 |
| **EXPENSES** |  |
|   Salaries & Wages | $0.00 |
|   Advertising | $0.00 |
|   Rent | $0.00 |
|   Utilities | $0.00 |
|   Insurance | $0.00 |
|   Travel | $0.00 |
|   Repair & Maintenance | $0.00 |
|   Office Expenses | $0.00 |
|   Depreciation | $0.00 |
|   Interest | $0.00 |
|   Taxes | $0.00 |
| Total Expenses | $0.00 |
| NET INCOME (LOSS) | $0.00 |

**EXHIBIT A-3:**

**DHSL**
**Consolidated Cash Flow Statement**
**P2 2021**

|  | P2 2021 |
|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** |  |
| Net Income (Loss) | $0.00 |
|  |  |
| Adjustments for: |  |
|   Depreciation | $0.00 |
|   Gain / Loss | $0.00 |
|   Tax Expense | $0.00 |
|  |  |
| Change in Operating Assets and Liabilites, Net: |  |
|   Accounts Receivable | $0.00 |
|   Inventory | $0.00 |
|   Prepaid Expenses | $0.00 |
|   Accounts Payable | $0.00 |
|   Other Long Term Liabilites | $0.00 |
|  |  |
| Net Cash Provided by Operating Activities | $0.00 |
|  |  |
| **CASH FLOWS FROM INVESTING ACTIVITIES** |  |
| Purchase of Property, Plan and Equipment | $0.00 |
| Investments in Subsidiaries | $0.00 |
|  |  |
| Net Cash Provided by Investing Activities | $0.00 |
|  |  |
| **CASH FLOWS FROM FINANCING ACTIVITIES** |  |
| Proceeds from Sale of Assets | $0.00 |
| Distribution of Equity Interest | $0.00 |
| Borrowing on Note Payable | $0.00 |
| Principle Payments for Note Payable | $0.00 |
|  |  |
| Net Cash Provided by Financing Activities: | $0.00 |
|  |  |
| NET INCREASE (DECREASE) IN CASH | $0.00 |
|  |  |
| Cash, Beginning of Period | $0.00 |
|  |  |
| Cash, End of Period | $0.00 |

**EXHIBIT A-4:**

**DHSL**
**Statement of Changes in Shareholders' Equity**
**P2 2021**

| | Common Stock | Additional Paid-in Capital | Treasury Stock | Retained Earnings | Total Shareholders' Equity |
|---|---|---|---|---|---|
| Balance, Beginning of Period | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Issued Shares | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Purchase of Stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dividends | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Balance, End of Period | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## **EXHIBIT B**

The Non-Debtor is not currently operating.

## **EXHIBIT C**

There are no claims between the Non-Debtor and any other non-Debtor entity.

27889240.1

## **EXHIBIT D**

To the extent any are due, the Non-Debtor pays its own taxes.

27889240.1

## **EXHIBIT E**

The Non-Debtor has not made any payment of any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

27889240.1