IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| **ALAMO DRAFTHOUSE CINEMAS** | ) | |
| **HOLDINGS, LLC**, *et al.*, | ) | Case No. 21-10474 (MFW) |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Robert L. LeHane, Esq. of the law firm of Kelley Drye & Warren LLP to represent SITE Centers Corp. in the above-captioned case and any adversary proceedings related thereto.

Dated: April 6, 2021

/s/ Susan E. Kaufman
Susan E. Kaufman (DE Bar No. 3381)
**THE LAW OFFICE OF SUSAN E. KAUFMAN, LLC**
919 N. Market Street, Suite 460
Wilmington, DE 19801
Tel: (302) 472-7420
Fax: (302) 792-7420
Email: skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and New Jersey, United States District Court for Eastern, Northern, and Southern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been or will be paid to the Clerk of Court for District Court.

/s/ Robert L. LeHane
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: rlehane@kelleydrye.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: April 6th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**