IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALAMO DRAFTHOUSE CINEMAS Holdings, LLC, *et al.*, | : | Case No. 21-10474 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Anthony F. Pirraglia, Esq. to represent Universal Film Exchanges LLC and Universal Pictures Distribution in the above-captioned case.

Dated: April 7, 2021

   */s/ Michael J. Joyce*
   Michael J. Joyce (No. 4563)
   The Law Offices of Joyce, LLC
   1225 King Street, Suite 800
   Wilmington, DE 19801
   (302)-388-1944
   mjoyce@mjlawoffices.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 7, 2021

                                                                       By: */s/ Anthony Pirraglia*
                                                                       Anthony F. Pirraglia, Esq.
                                                                       THOMPSON & KNIGHT LLP
                                                                       900 Third Avenue
                                                                       New York, New York 10022
                                                                       Tel:  (212) 751-3001
                                                                       Fax:  (212) 751-3113
                                                                       E-mail:  anthony.pirraglia@tklaw.com