| CIT BANK NA<br>PO BOX 593007<br>SAN ANTONIO, TX 78259 | Claim Number: 14<br>Claim Date: 03/22/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |
|---|---|

| UNSECURED | Claimed: | $7,910.56 | |
|---|---|---|---|

| CIT BANK NA<br>PO BOX 593007<br>SAN ANTONIO, TX 78259 | Claim Number: 15<br>Claim Date: 03/22/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |
|---|---|

| SECURED | Claimed: | $441,727.29 | |
|---|---|---|---|

| CITY & COUNTY OF DENVER-MGR OF FIN, THE<br>ATTN TREASURY/SPECIALIZED AUDIT SUPPORT<br>201 W COLFAX AVE, MC 1001, DEPT 1009<br>DENVER, CO 80202 | Claim Number: 12<br>Claim Date: 03/22/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC<br>Comments: POSSIBLY AMENDED BY 21 |
|---|---|

| PRIORITY | Claimed: | $9,414.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $135,281.68 | UNLIQ |

| CITY & COUNTY OF DENVER-MRG OF FIN, THE<br>ATTN TREASURY/SPECIALIZED AUDIT SUPPORT<br>201 W COLFAX AVE, MC 1001, DEPT 1009<br>DENVER, CO 80202 | Claim Number: 21<br>Claim Date: 03/23/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC<br>Comments:<br>AMENDS CLAIM #12 |
|---|---|

| PRIORITY | Claimed: | $9,414.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $135,281.68 | UNLIQ |

| CITY OF EL PASO<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON<br>112 E PECAN ST, STE 2200<br>SAN ANTONIO, TX 78205 | Claim Number: 8<br>Claim Date: 03/15/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |
|---|---|

| SECURED | Claimed: | $17,571.14 | UNLIQ |
|---|---|---|---|

---

COIL TECHS HVAC SERVICES INC
76 MIDLAND AVE
STATEN ISLAND, NY 10306

Claim Number: 11
Claim Date: 03/19/2021
Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC

| UNSECURED | Claimed: | $20,389.35 |
|---|---|---|

---

COUNTY OF COMAL, TEXAS, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN PC
ATTN TARA LEDAY
PO BOX 1269
ROUND ROCK, TX 78680-1269

Claim Number: 6
Claim Date: 03/10/2021
Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC

| SECURED | Claimed: | $23,331.33   UNLIQ |
|---|---|---|

---

COUNTY OF WILLIAMSON, TEXAS, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN PC
ATTN TARA LEDAY
PO BOX 1269
ROUND ROCK, TX 78680-1269

Claim Number: 7
Claim Date: 03/10/2021
Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC

| SECURED | Claimed: | $23,932.07   UNLIQ |
|---|---|---|

---

DALLAS COUNTY
C/O LINEBARGER GOGGAN BLAIR & SAMPSON
2777 N STEMMONS FWY, STE 1000
DALLAS, TX 75207

Claim Number: 2
Claim Date: 03/10/2021
Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC
Comments: POSSIBLY AMENDED BY 23

| SECURED | Claimed: | $20,051.26   UNLIQ |
|---|---|---|

---

DALLAS COUNTY
C/O LINEBARGER GOGGAN BLAIR & SAMPSON
2777 N STEMMONS FWY, STE 1000
DALLAS, TX 75207

Claim Number: 23
Claim Date: 03/26/2021
Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC
Comments:
AMENDS CLAIM #2

| SECURED | Claimed: | $270,241.33   UNLIQ |
|---|---|---|

---

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10474)

Date: 04/02/2021

| | | |
|---|---|---|
| IRVING ISD<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | | Claim Number: 1<br>Claim Date: 03/10/2020<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| SECURED | Claimed: | $19,680.61   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| JOHNSON CONTROLS FIRE PROTECTION<br>ATTN CESAR GARCIA<br>10405 CROSSPOINT BLVD<br>INDIANAPOLIS, IN 46256 | | Claim Number: 10022<br>Claim Date: 03/30/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| UNSECURED | Claimed: | $5,533.51 |
|---|---|---|

| | | |
|---|---|---|
| MOVING IMAGE TECHNOLOGIES LLC<br>17760 NEWHOPE ST, STE B<br>FOUNTAIN VALLEY, CA 92708 | | Claim Number: 5<br>Claim Date: 03/12/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| UNSECURED | Claimed: | $55,400.00 |
|---|---|---|

| | | |
|---|---|---|
| NATIONAL GRID<br>C/O NATIONAL GRID BANKRUPTCY<br>300 ERIE BLVD W<br>SYRACUSE, NY 13202 | | Claim Number: 10010<br>Claim Date: 03/26/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| UNSECURED | Claimed: | $122.19 |
|---|---|---|

| | | |
|---|---|---|
| NUECES COUNTY<br>C/O DIANE W SANDERS<br>PO BOX 17428<br>AUSTIN, TX 78760 | | Claim Number: 13<br>Claim Date: 03/22/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC<br>Comments: POSSIBLY AMENDED BY 25 |

| SECURED | Claimed: | $346,435.59   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| NUECES COUNTY<br>C/O DIANE W SANDERS<br>PO BOX 17428<br>AUSTIN, TX 78760 | | Claim Number: 25<br>Claim Date: 03/29/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC<br>Comments:<br>AMENDS CLAIM #13 |

| SECURED | Claimed: | $95,070.77   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| OAKVILLE PRODUCE PARTNERS LLC<br>C/O LEADER-PICONE & YOUNG LLP<br>ATTN KAIPO KB YOUNG<br>1970 BROADWAY, STE 1030<br>OAKLAND, CA 94612 | | Claim Number: 10006<br>Claim Date: 03/24/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| UNSECURED | Claimed: | $4,250.41 |
|---|---|---|

| | | |
|---|---|---|
| PG&E<br>ATTN BANKRUPTCY DEPT<br>PO BOX 8329<br>STOCKTON, CA 95208 | | Claim Number: 10005<br>Claim Date: 03/24/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| UNSECURED | Claimed: | $5,690.78 |
|---|---|---|

| | | |
|---|---|---|
| REPUBLIC SERVICES NATIONAL ACCOUNTS LLC<br>14400 N 87TH ST<br>SCOTTSDALE, AZ 85260 | | Claim Number: 10023<br>Claim Date: 03/30/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| UNSECURED | Claimed: | $159,457.89 |
|---|---|---|

| | | |
|---|---|---|
| THYSSENKRUPP ELEVATOR CORP<br>C/O LAW OFFICE OF D PARK SMITH<br>250 CHERRY SPRINGS RD, STE 200<br>HUNT, TX 78024 | | Claim Number: 10024<br>Claim Date: 03/31/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| UNSECURED | Claimed: | $2,935.69 |
|---|---|---|

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10474)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims:          20

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $18,828.00 | $0.00 |
| Secured: | $1,528,604.75 | $0.00 |
| Unsecured: | $261,690.38 | $0.00 |
| Total: | $1,809,123.13 | $0.00 |

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10475)

Date: 04/02/2021

| | | |
|---|---|---|
| ACCOUNTING PRINCIPALS<br>ATTN LISA WERNER<br>10151 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256 | | Claim Number: 10<br>Claim Date: 03/11/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC |
| UNSECURED | Claimed: | $6,618.02 |
| BEXAR COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON<br>112 E PECAN ST, STE 2200<br>SAN ANTONIO, TX 78205 | | Claim Number: 4<br>Claim Date: 03/11/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC |
| SECURED | Claimed: | $79,712.38   UNLIQ |
| CORRIGO INCORPORATED<br>PO BOX 120439, DEPT 0439<br>DALLAS, TX 75312 | | Claim Number: 10004<br>Claim Date: 03/22/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC |
| UNSECURED | Claimed: | $639.60 |
| CUSUMANO, SAMANTHA<br>15 NASSAU RD, APT 4<br>YONKERS, NY 10710 | | Claim Number: 10000<br>Claim Date: 03/21/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC |
| PRIORITY | Claimed: | $1,189.83 |
| DALLAS COUNTY UTILITY & RECLAMATION DIST<br>C/O PERDUE BRANDON FIELDER, ET AL<br>ATTN EBONEY COBB<br>500 E BORDER ST, STE 640<br>ARLINGTON, TX 76010 | | Claim Number: 9<br>Claim Date: 03/15/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC |
| SECURED | Claimed: | $15,843.29   UNLIQ |

| | | | |
|---|---|---|---|
| NY STATE DEPT OF TAXATION AND FINANCE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 18<br>Claim Date: 03/18/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC | |
| PRIORITY | Claimed: | $97.39 | UNLIQ |
| UNSECURED | Claimed: | $2,000.00 | UNLIQ |
| TARRANT COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | | Claim Number: 24<br>Claim Date: 03/26/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC | |
| SECURED | Claimed: | $106,200.36 | UNLIQ |
| TDINDUSTRIES INC<br>ATTN MELISSA ANDERSON<br>13850 DIPLOMAT DR<br>DALLAS, TX 75234 | | Claim Number: 10017<br>Claim Date: 03/29/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC<br>Comments: POSSIBLY AMENDED BY 10025 | |
| UNSECURED | Claimed: | $2,481.54 | |
| TDINDUSTRIES INC<br>ATTN MELISSA ANDERSON<br>13850 DIPLOMAT DR<br>DALLAS, TX 75234 | | Claim Number: 10025<br>Claim Date: 04/01/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC<br>Comments:<br>AMENDS CLAIM #10017 | |
| UNSECURED | Claimed: | $8,788.96 | |
| TRAVIS COUNTY<br>C/O TRAVIS COUNTY ATTORNEY'S OFFICE<br>ATTN JASON A STARKS<br>PO BOX 1748<br>AUSTIN, TX 78767 | | Claim Number: 10011<br>Claim Date: 03/26/2021<br>Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC<br>Comments: POSSIBLY AMENDED BY 10013<br>Claim Out of Balance Claim out of balance | |
| PRIORITY | Claimed: | $27,640.66 | UNLIQ |
| SECURED | Claimed: | $27,640.66 | UNLIQ |
| TOTAL | Claimed: | $27,640.66 | UNLIQ |

| | | |
|---|---|---|
| TRAVIS COUNTY | Claim Number: 10013 | |
| C/O TRAVIS COUNTY ATTORNEY'S OFFICE | Claim Date: 03/27/2021 | |
| ATTN JASON A STARKS | Debtor: ALAMO DRAFTHOUSE CINEMAS, LLC | |
| PO BOX 1748 | Comments: | |
| AUSTIN, TX 78767 | Claim Out of Balance; AMENDS CLAIM #10011 Claim out of balance | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $27,640.66 | UNLIQ |
| SECURED | Claimed: | $27,640.66 | UNLIQ |
| TOTAL | Claimed: | $27,640.66 | UNLIQ |

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10475)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims:    11

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $56,568.54 | $0.00 |
| Secured: | $257,037.35 | $0.00 |
| Unsecured: | $20,528.12 | $0.00 |
| Total: | $334,134.01 | $0.00 |

| TRAVIS COUNTY | Claim Number: 10016 |
| C/O TRAVIS COUNTY ATTORNEY'S OFFICE | Claim Date: 03/27/2021 |
| ATTN JASON A STARKS | Debtor: ALAMO SOUTH LAMRA, LP |
| PO BOX 1748 | Comments: |
| AUSTIN, TX 78767 | Claim Out of Balance Claim out of balance |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $53,622.39 | UNLIQ |
| SECURED | Claimed: | $53,622.39 | UNLIQ |
| TOTAL | Claimed: | $53,622.39 | UNLIQ |

## Summary Page

Total Number of Filed Claims:              1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $53,622.39 | $0.00 |
| Secured: | $53,622.39 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $107,244.78 | $0.00 |

| NY STATE DEPT OF TAXATION AND FINANCE | Claim Number: 19 |
|---|---|
| ATTN BANKRUPTCY SECTION | Claim Date: 03/18/2021 |
| PO BOX 5300 | Debtor: ALAMO YONKERS, LLC |
| ALBANY, NY 12205-0300 | |

| PRIORITY | Claimed: | $60.77 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $6,400.00 | UNLIQ |

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10483)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims:          1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $60.77 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $6,400.00 | $0.00 |
| Total: | $6,460.77 | $0.00 |

| | | |
|---|---|---|
| ELLIS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | | Claim Number: 22<br>Claim Date: 03/26/2021<br>Debtor: ALAMO MISSION, LLC |

| SECURED | Claimed: | $1,201.74   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| LIGHT SODA ON TAP<br>426 VALLEY DR<br>BRISBANE, CA 94005-1210 | | Claim Number: 10003<br>Claim Date: 03/22/2021<br>Debtor: ALAMO MISSION, LLC |

| UNSECURED | Claimed: | $112.00 |
|---|---|---|

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10484)

## Summary Page

Total Number of Filed Claims: 2

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $1,201.74 | $0.00 |
| Unsecured: | $112.00 | $0.00 |
| Total: | $1,313.74 | $0.00 |

| CRADDOCK PROPERTIES LLC | Claim Number: 10018 |
| C/O GELLERT SCALI BUSENKELL & BROWN LLC | Claim Date: 03/30/2021 |
| ATTN MICHAEL BUSENKELL, ESQ | Debtor: ALAMO RITZ, LLC |
| 1201 N ORANGE ST, STE 300 | |
| WILMINGTON, DE 19801 | |

| SECURED | Claimed: | $16,000.00 |
| UNSECURED | Claimed: | $177,770.14 |

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10485)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims: 1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $16,000.00 | $0.00 |
| Unsecured: | $177,770.14 | $0.00 |
| Total: | $193,770.14 | $0.00 |

| | | |
|---|---|---|
| TRAVIS COUNTY | Claim Number: 10014 | |
| C/O TRAVIS COUNTY ATTORNEY'S OFFICE | Claim Date: 03/27/2021 | |
| ATTN JASON A STARKS | Debtor: ALAMO MUELLER, LLC | |
| PO BOX 1748 | Comments: | |
| AUSTIN, TX 78767 | Claim Out of Balance Claim out of balance | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $44,395.62 | UNLIQ |
| SECURED | Claimed: | $44,395.62 | UNLIQ |
| TOTAL | Claimed: | $44,395.62 | UNLIQ |

**Summary Page**

Total Number of Filed Claims:      1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $44,395.62 | $0.00 |
| Secured: | $44,395.62 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $88,791.24 | $0.00 |

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10487)

| | |
|---|---|
| CURB, TOMMY | Claim Number: 10001 |
| 1 POLLOCK PL | Claim Date: 03/22/2021 |
| GRAND PRAIRIE, TX 75050 | Debtor: MONDO TEES, LLC |

| UNSECURED | Claimed: | $81,006.32 |
|---|---|---|

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10487)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims:          1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $81,006.32 | $0.00 |
| Total: | $81,006.32 | $0.00 |

| NY STATE DEPT OF TAXATION AND FINANCE | Claim Number: 16 |
| ATTN BANKRUPTCY SECTION | Claim Date: 03/18/2021 |
| PO BOX 5300 | Debtor: ALAMO CITY POINT, LLC |
| ALBANY, NY 12205-0300 | |

UNSECURED          Claimed:              $100.00

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10490)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims:       1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $100.00 | $0.00 |
| Total: | $100.00 | $0.00 |

| | | |
|---|---|---|
| BEXAR COUNTY | Claim Number: 3 | |
| C/O LINEBARGER GOGGAN BLAIR & SAMPSON | Claim Date: 03/11/2021 | |
| 112 E PECAN ST, STE 2200 | Debtor: ALAMO WESTLAKES, LLC (TX) | |
| SAN ANTONIO, TX 78205 | | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $31,923.54 | UNLIQ |

## Summary Page

Total Number of Filed Claims: 1

| | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $31,923.54 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $31,923.54 | $0.00 |

| BEXAR COUNTY | Claim Number: 20 |
| C/O LINEBARGER GOGGAN BLAIR & SAMPSON | Claim Date: 03/23/2021 |
| 112 E PECAN ST, STE 2200 | Debtor: ALAMO NORTH SA, LLC (TX) |
| SAN ANTONIO, TX 78205 | |

| SECURED | Claimed: | $139,015.95   UNLIQ |

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10497)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims: 1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $139,015.95 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $139,015.95 | $0.00 |

| TRAVIS COUNTY | Claim Number: 10012 |
| C/O TRAVIS COUNTY ATTORNEY'S OFFICE | Claim Date: 03/27/2021 |
| ATTN JASON A STARKS | Debtor: ALAMO AVENUE B, LLC |
| PO BOX 1748 | Comments: |
| AUSTIN, TX 78767 | Claim Out of Balance Claim out of balance |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $265,887.56 | UNLIQ |
| SECURED | Claimed: | $265,887.56 | UNLIQ |
| TOTAL | Claimed: | $265,887.56 | UNLIQ |

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10498)

## Summary Page

Total Number of Filed Claims:                1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $265,887.56 | $0.00 |
| Secured: | $265,887.56 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $531,775.12 | $0.00 |

| TRAVIS COUNTY | | Claim Number: 10015 |
| C/O TRAVIS COUNTY ATTORNEY'S OFFICE | | Claim Date: 03/27/2021 |
| ATTN JASON A STARKS | | Debtor: ALAMO SLAUGHTER LANE, LTD. |
| PO BOX 1748 | | Comments: |
| AUSTIN, TX 78767 | | Claim Out of Balance Claim out of balance |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $36,661.64 | UNLIQ |
| SECURED | Claimed: | $36,661.64 | UNLIQ |
| TOTAL | Claimed: | $36,661.64 | UNLIQ |

**Summary Page**

Total Number of Filed Claims:                              1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $36,661.64 | $0.00 |
| Secured: | $36,661.64 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $73,323.28 | $0.00 |

| | |
|---|---|
| NY STATE DEPT OF TAXATION AND FINANCE | Claim Number: 17 |
| ATTN BANKRUPTCY SECTION | Claim Date: 03/18/2021 |
| PO BOX 5300 | Debtor: ALAMO CINEMA GROUP I, LP |
| ALBANY, NY 12205-0300 | |

PRIORITY          Claimed:          $39.80

## Summary Page

Total Number of Filed Claims:            1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $39.80 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $39.80 | $0.00 |

PUBLIC SERVICE CO
D/B/A XCEL ENERGY
PO BOX 9477
MINNEAPOLIS, MN 55484

Claim Number: 10009
Claim Date: 03/26/2021
Debtor: ALAMO WESTMINSTER, LLC

| UNSECURED | Claimed: | $6,664.74 |
|-----------|----------|-----------|

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10503)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims:          1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $6,664.74 | $0.00 |
| Total: | $6,664.74 | $0.00 |

| ARAPAHOE COUNTY TREASURER<br>ATTN BANKRUPTCY DIVISION<br>5334 S PRINCE ST<br>LITTLETON, CO 80120 | | Claim Number: 10002<br>Claim Date: 03/22/2021<br>Debtor: ALAMO ASPEN GROVE, LLC |
|---|---|---|
| SECURED | Claimed: | $35,818.39 |
| FULCO, JULIAN<br>1140 S REED ST, UNIT H<br>LAKEWOOD, CO 80232 | | Claim Number: 10019<br>Claim Date: 03/30/2021<br>Debtor: ALAMO ASPEN GROVE, LLC |
| UNSECURED | Claimed: | $1,226.27 |
| PORTO, REED A<br>801 ENGLEWOOD PKWY, G-310<br>ENGLEWOOD, CO 80110 | | Claim Number: 10020<br>Claim Date: 03/30/2021<br>Debtor: ALAMO ASPEN GROVE, LLC<br>Comments: POSSIBLY AMENDED BY 10021 |
| PRIORITY | Claimed: | $1,179.67 |
| PORTO, REED A<br>801 ENGLEWOOD PKWY, G-310<br>ENGLEWOOD, CO 80110 | | Claim Number: 10021<br>Claim Date: 03/30/2021<br>Debtor: ALAMO ASPEN GROVE, LLC<br>Comments:<br>AMENDS CLAIM #10020 |
| PRIORITY | Claimed: | $1,179.67   UNLIQ |
| PUBLIC SERVICE CO<br>D/B/A XCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS, MN 55484 | | Claim Number: 10007<br>Claim Date: 03/26/2021<br>Debtor: ALAMO ASPEN GROVE, LLC |
| UNSECURED | Claimed: | $4,818.57 |

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10505)

Date: 04/02/2021

## Summary Page

Total Number of Filed Claims:          5

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $2,359.34 | $0.00 |
| Secured: | $35,818.39 | $0.00 |
| Unsecured: | $6,044.84 | $0.00 |
| Total: | $44,222.57 | $0.00 |

PUBLIC SERVICE CO
D/B/A XCEL ENERGY
PO BOX 9477
MINNEAPOLIS, MN 55484

Claim Number: 10008
Claim Date: 03/26/2021
Debtor: ALAMO SLOANS, LLC

UNSECURED          Claimed:          $10,920.30

Name of proof of claims where to
Alphabetical Claims Register for Alamo Drafthouse Cinema (21-10507)

## Summary Page

Total Number of Filed Claims:                    1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $10,920.30 | $0.00 |
| Total: | $10,920.30 | $0.00 |

| MOVING IMAGE TECHNOLOGIES LLC | Claim Number: 5 |
| 17760 NEWHOPE ST, STE B | Claim Date: 03/12/2021 |
| FOUNTAIN VALLEY, CA 92708 | Debtor: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC |

| UNSECURED | Claimed: | $55,400.00 |

## Summary Page

Total Number of Filed Claims:          1

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $55,400.00 | $0.00 |
| Total: | $55,400.00 | $0.00 |