IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALAMO DRAFTHOUSE CINEMAS Holdings, LLC, *et al.*, | : | Case No. 21-10474 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael Blumenthal, Esq. to represent Universal Film Exchanges LLC and Universal Pictures Distribution in the above-captioned case.

Dated: April 7, 2021

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Joyce*
　　　　　　　　　　　　　　　　　　　　　Michael J. Joyce (No. 4563)
　　　　　　　　　　　　　　　　　　　　　The Law Offices of Joyce, LLC
　　　　　　　　　　　　　　　　　　　　　1225 King Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　(302)-388-1944
　　　　　　　　　　　　　　　　　　　　　mjoyce@mjlawoffices.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 7th, 2021**
**Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　　　　**MARY F. WALRATH**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**