## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| ALAMO DRAFTHOUSE CINEMAS | : | Case No. 21-10474 (MFW) |
| Holdings, LLC, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Anthony F. Pirraglia, Esq. to represent Universal Film Exchanges LLC and Universal Pictures Distribution in the above-captioned case.

Dated: April 7, 2021

    */s/ Michael J. Joyce*
    Michael J. Joyce (No. 4563)
    The Law Offices of Joyce, LLC
    1225 King Street, Suite 800
    Wilmington, DE 19801
    (302)-388-1944
    mjoyce@mjlawoffices.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 7th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**