## **CERTIFICATE OF SERVICE**

I, Kate Roggio Buck, certify that on April 7, 2021, I caused a true and correct copy of the foregoing *30 West Pershing, LLC Objection to Conditional Assumption and Proposed Cure Amount with Respect to Non-Residential Leases of Real Property* to be served upon the below listed parties via email or in the manner so indicated.

*/s/ Kate Roggio Buck*
Kate Roggio Buck (No. 5140)

| | |
|---|---|
| Matthew Barry Lunn<br>Kenneth J. Enos<br>Young Conaway Stargatt & Taylor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: bfeldman@ycst.com<br>        kenos@ycst.com | Timothy Jay Fox, Jr.<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Email: timothy.fox@usdoj.gov |
| Gregg M. Galardi<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Email: gregg.galardi@ropesgray.com | Charles A. Dale<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>Email: cdale@proskauer.com |
| Bradford J. Sandler<br>Steven W. Golden<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Email: bsandler@pszjlaw.com<br>        sgolden@pszjlaw.com | Robert J. Feinstein<br>Cia H. Mackle<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>        cmackle@pszjlaw.com |