**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | |
| | * | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS | * | |
| HOLDINGS, LLC, *et al.*, | * | Case No. 21-10474 (MFW) |
| | * | |
| Debtors. | * | |
| _____ | * | |

**STAFFORD SMITH, INC. NOTICE OF
APPERANCE AND REQUEST FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that the attorneys set forth below hereby appear as

counsel for Stafford Smith, Inc. pursuant to 11 U.S.C. § 1109 (b) and Rule 9010 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The undersigned

requests that all notices given or required to be given in the above- captioned case (including but

not limited to all papers filed and served in all adversary proceedings in such case, and to

creditors and equity security holders who file with the Court and request that all notices be

mailed to them) be given to and served on the following:

"J" Jackson Shrum, Esquire
Jshrum@jshrumlaw.com
JACK SHRUM, PA
919 N. Market Street, Suite 1410
Wilmington, Delaware 19801

Ronald W. Ryan, Esq. (P46590)
rryan@lewisreedallen.com
LEWIS, REED & ALLEN, P.C.
136 E. Michigan Avenue, Suite 800
Kalamazoo, MI  49007
(269) 388-7600

**PLEASE TAKE FURTHER NOTICE**  that this request includes not only the notices and papers referred to in Bankruptcy Rules specified above, but also includes without limitation all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate,  or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Respectfully Submitted

_/s/ Jack Shrum_____

Date: April 12, 2021

"J" Jackson Shrum (DE #4757)
919 N. Market Street, Suite 1410
Wilmington, DE 19801
(302)- 543-7551 - - Phone
(302)- 543-6386 - - Fax
Jshrum@jshrumlaw.com

Ronald W. Ryan, Esq. (P46590)
LEWIS, REED & ALLEN, P.C.
136 E. Michigan Avenue, Suite 800
Kalamazoo, MI  49007
(269) 388-7600
rryan@lewisreedallen.com

(*PRO HAC VICE APPLICATION PENDING*)
*Attorneys for Stafford Smith, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2021, I caused a true and correct copy of the foregoing

to be served electronically via the Court's Electronic Filing System on all parties requesting

notice in this proceeding.


Dated: April 12, 2021

                                        Respectfully Submitted,
                                        **JACK SHRUM, P.A.**

                                        */s/ Jack Shrum*_____
                                        "J" Jackson Shrum (DE #4757)
                                        919 N. Market Street, Suite 1410
                                        Wilmington, DE 19801
                                        (302)- 543-7551 - - Phone
                                        (302)- 543-6386 - - Fax
                                        Jshrum@jshrumlaw.com

                                        *Attorneys for Stafford Smith, Inc.*