# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | Ref. Docket No. 84, 110, 135, & 163 |

## NOTICE OF THIRD SUPPLEMENT TO
## LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on March 11, 2021, Alamo Drafthouse Cinemas Holdings, LLC and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain Information Requirements of Local Rule 2016-2* (the "**Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on March 18, 2021, the Debtors filed the *Notice of Supplement to List of Ordinary Course Professionals* [Docket No. 110] (the "**First Supplemental OCP List**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, on March 26, 2021, the Debtors filed the *Notice of Second Supplement to List of Ordinary Course Professionals* [Docket No. 135] (the "**Second Supplemental OCP List**").

**PLEASE TAKE FURTHER NOTICE** that, on March 29, 2021, the Court entered an *Order (1) Authorizing the Debtors to Retain and Compensate Professional Utilized in the Ordinary Course of Business and (II) Waiving Certain Information Requirements of Local 2016-2* [Docket No. 163] (the "**Ordinary Course Procedures**").

**PLEASE TAKE FURTHER NOTICE** that, as provided for by the Ordinary Course Procedures, the Debtors hereby supplement the OCP List with the list attached hereto as **Exhibit A** (the "**Third Supplemental OCP List**"), which proposes the addition of Forrester & Worth, PLLC. For ease of reference, the OCP List as it currently stands as supplemented by the First Supplemental OCP List and the Second Supplemental OCP List is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Ordinary Course Procedures, any responses or objections to the revisions made by the Third Supplemental OCP List must be in writing, filed with the Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, and served upon and received by the Debtors' undersigned counsel on or before **May 6, 2021 at 4:00 p.m. (ET)**.

[*Remainder of the page intentionally left blank*]

| | |
|---|---|
| Dated: April 22, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Betsy L. Feldman*<br>M. Blake Cleary (No. 3614) (mbcleary@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)<br>Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

## EXHIBIT A

### Third Supplemental OCP List

### Ordinary Course Professionals Subject to $40,000 Cap

| Ordinary Course Professional & Address | Types of Services Provided |
|---|---|
| Forrester & Worth, PLLC<br>2800 N. Central Ave., Ste. 1200<br>Phoenix, AZ 85004 | Legal Services – Employee Matters |

28025177.2

# EXHIBIT B

## Current OCP List

### Ordinary Course Professionals Subject to $40,000 Cap

| Ordinary Course Professional & Address | Types of Services Provided |
|---|---|
| Alston & Bird<br>333 South Hope Street<br>16th Floor<br>Los Angeles, CA 90071 | Legal Services – Real Estate |
| Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363 | Legal Services – Real Estate |
| Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158 | Legal Services – Liquor Licenses |
| Fisher & Phillips LLP<br>1075 Peachtree Street, NE<br>Suite 3500<br>Atlanta, GA 30309 | Legal Services – Employment |
| Haynes and Boone, LLP<br>600 Congress Avenue<br>Suite 1300<br>Austin, TX 78701-3285 | Legal Services – Franchise Matters |

| | |
|---|---|
| Kane Russell Coleman & Logan PC<br>Bank of America Plaza<br>901 Main Street<br>Suite 5200<br>Dallas, Texas 75202 | Legal Services - Corporate |
| KC Branch Firm<br>860 Osos St Apt 10<br>San Luis Obispo, CA 93401 | Legal Services – Liquor Licenses |
| Pirkey Barber LLP<br>1801 East 6th Street<br>Suite 300<br>Austin, Texas 78702 | Legal Services – Intellectual Property |
| RSM US LLP<br>700 Locust St, Suite 205<br>Dubuque, IA 52001 | Tax Preparation Services |
| Runco & Proffitt, P.C.<br>1616 17th St.<br>Suite 362<br>Denver, CO 80202 | Legal Services – Liquor Licenses |
| Schwabe, William & Wyatt, P.C.<br>1211 SW Fifth Avenue #1900<br>Portalnd, OR 97204-3795 | Legal Services – Employment |