## CERTIFICATE OF SERVICE

I, Christopher A. Lewis, certify that I am not less than 18 years of age, and that on April 22, 2021, a copy of the foregoing *La Cantera Development Company LLC and La Cantera Crossing Retail, LLC's Limited Objection to Debtors' Motion to Approve the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances* was electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and I caused copies to be served upon the following persons via electronic mail:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Matthew B. Lunn (mlunn@ycst.com)
Attn: Kenneth J. Enos (kenos@ycst.com)

PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington Delaware 19801
Attn: Bradford Sandler (bsandler@pszjlaw.com)
Attn: Robert Feinstein (rfeinstein@pszjlaw.com)

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com)

PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
Attn: Charles A. Dale (cdale@proskauer.com)

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn: Timothy J. Fox, Jr. (timothy.fox@usdoj.gov)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 22, 2021                    */s/ Christopher A. Lewis*
                                          Christopher A. Lewis