

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, April 8, 2021**, the following legal advertisement – **ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC** – was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
April 8, 2021

# FOR THE RECORD

All times ET

## NHL

### East
| | GP | W | L | OT | Pts | GF | GA |
|---|---|---|---|---|---|---|---|
| Washington | 39 | 25 | 10 | 4 | 54 | 132 | 118 |
| N.Y. Islanders | 39 | 25 | 10 | 4 | 54 | 118 | 90 |
| Pittsburgh | 39 | 24 | 13 | 2 | 50 | 130 | 110 |
| Boston | 36 | 20 | 10 | 6 | 46 | 102 | 91 |
| N.Y. Rangers | 38 | 18 | 15 | 5 | 41 | 125 | 103 |
| Philadelphia | 38 | 18 | 15 | 5 | 41 | 114 | 138 |
| New Jersey | 38 | 14 | 18 | 6 | 32 | 91 | 118 |
| Buffalo | 38 | 9 | 23 | 6 | 24 | 87 | 131 |

### Central
| | GP | W | L | OT | Pts | GF | GA |
|---|---|---|---|---|---|---|---|
| Florida | 40 | 26 | 10 | 4 | 56 | 132 | 108 |
| Carolina | 38 | 26 | 9 | 3 | 55 | 125 | 94 |
| Tampa Bay | 39 | 26 | 11 | 2 | 54 | 132 | 97 |
| Nashville | 40 | 21 | 18 | 1 | 43 | 102 | 115 |
| Chicago | 40 | 18 | 15 | 4 | 41 | 113 | 124 |
| Columbus | 41 | 15 | 18 | 8 | 38 | 102 | 131 |
| Dallas | 37 | 13 | 14 | 10 | 36 | 100 | 99 |
| Detroit | 41 | 13 | 22 | 6 | 32 | 90 | 128 |

### West
| | GP | W | L | OT | Pts | GF | GA |
|---|---|---|---|---|---|---|---|
| Colorado | 38 | 26 | 8 | 4 | 56 | 137 | 87 |
| Vegas | 37 | 25 | 10 | 2 | 52 | 119 | 85 |
| Minnesota | 37 | 23 | 12 | 2 | 48 | 108 | 94 |
| Arizona | 39 | 19 | 15 | 5 | 43 | 107 | 118 |
| St. Louis | 38 | 16 | 16 | 6 | 38 | 104 | 124 |
| San Jose | 38 | 17 | 17 | 4 | 38 | 106 | 129 |
| Los Angeles | 37 | 14 | 17 | 6 | 34 | 100 | 107 |
| Anaheim | 40 | 12 | 21 | 7 | 31 | 92 | 131 |

### North
| | GP | W | L | OT | Pts | GF | GA |
|---|---|---|---|---|---|---|---|
| Toronto | 39 | 26 | 10 | 3 | 55 | 130 | 98 |
| Winnipeg | 39 | 23 | 13 | 2 | 49 | 125 | 107 |
| Edmonton | 39 | 23 | 14 | 2 | 48 | 127 | 112 |
| Montreal | 35 | 17 | 9 | 9 | 43 | 114 | 96 |
| Vancouver | 37 | 16 | 18 | 3 | 35 | 100 | 120 |
| Calgary | 40 | 16 | 21 | 3 | 35 | 103 | 124 |
| Ottawa | 39 | 13 | 22 | 4 | 30 | 104 | 146 |

**Tuesday's Games**
Buffalo 5, New Jersey 3
N.Y. Islanders 1, Washington 0
Columbus 4, Tampa Bay 2
Carolina 5, Florida 2
N.Y. Rangers 8, Pittsburgh 4
Boston 4, Philadelphia 2
Nashville 3, Detroit 2, SO
Anaheim 5, San Jose 1
Chicago 4, Dallas 2
Vancouver at Winnipeg, ppd

**Wednesday's Games**
Edmonton at Ottawa
Montreal at Toronto
Colorado at Minnesota
Vegas at St. Louis
Arizona at Los Angeles

**Thursday's Games**
Boston at Washington, 7 p.m.
Edmonton at Ottawa, 7 p.m.
New Jersey at Buffalo, 7 p.m.
Philadelphia at N.Y. Islanders, 7 p.m.
Pittsburgh at N.Y. Rangers, 7 p.m.
Tampa Bay at Columbus, 7 p.m.
Winnipeg at Montreal, 7 p.m.
Nashville at Detroit, 7:30 p.m.
Dallas at Chicago, 8 p.m.
Vancouver at Calgary, 9 p.m.

**Friday's Games**
N.Y. Rangers at N.Y. Islanders, 7 p.m.
Pittsburgh at New Jersey, 7 p.m.
Washington at Buffalo, 7 p.m.
Minnesota at St. Louis, 8 p.m.
Arizona at Vegas, 10 p.m.
Colorado at Anaheim, 10 p.m.

**Saturday's Games**
Boston at Philadelphia, 2 p.m.
Florida at Dallas, 2 p.m.
Chicago at Columbus, 7 p.m.
Detroit at Carolina, 7 p.m.
Ottawa at Toronto, 7 p.m.
Winnipeg at Montreal, 7 p.m.
Minnesota at Nashville, 8 p.m.
Tampa Bay at Nashville, 8 p.m.
Edmonton at Calgary, 10 p.m.
Vancouver at Calgary, ppd
Los Angeles at San Jose, 10:30 p.m.

## NBA

### EASTERN CONFERENCE
**Atlantic**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Philadelphia | 35 | 16 | .686 | – |
| Brooklyn | 35 | 16 | .686 | – |
| New York | 25 | 26 | .490 | 10 |
| Boston | 25 | 26 | .490 | 10 |
| Toronto | 20 | 31 | .392 | 15 |

**Southeast**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Atlanta | 27 | 24 | .529 | – |
| Charlotte | 25 | 24 | .510 | 1 |
| Miami | 26 | 25 | .510 | 1 |
| Washington | 17 | 32 | .347 | 9 |
| Orlando | 17 | 33 | .340 | 9½ |

**Central**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Milwaukee | 32 | 18 | .640 | – |
| Indiana | 22 | 27 | .449 | 9½ |
| Chicago | 21 | 28 | .429 | 10½ |
| Cleveland | 18 | 32 | .360 | 14 |
| Detroit | 15 | 36 | .294 | 17½ |

### WESTERN CONFERENCE
**Southwest**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Dallas | 28 | 21 | .571 | – |
| Memphis | 25 | 23 | .521 | 2½ |
| San Antonio | 24 | 24 | .500 | 3½ |
| New Orleans | 22 | 28 | .440 | 6½ |
| Houston | 13 | 37 | .260 | 15½ |

**Northwest**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Utah | 38 | 12 | .760 | – |
| Denver | 31 | 20 | .608 | 6 |
| Portland | 30 | 20 | .600 | 8 |
| Oklahoma City | 20 | 30 | .400 | 18 |
| Minnesota | 13 | 38 | .255 | 25½ |

**Pacific**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Phoenix | 35 | 14 | .714 | – |
| L.A. Clippers | 34 | 18 | .654 | 2½ |
| L.A. Lakers | 32 | 19 | .627 | 4 |
| Golden State | 24 | 27 | .471 | 12 |
| Sacramento | 22 | 29 | .431 | 14 |

**Tuesday's Games**
Chicago 113, Indiana 97
Atlanta 123, New Orleans 107
Philadelphia 106, Boston 96
L.A. Lakers 110, Toronto 101
Memphis 124, Miami 112
Denver 134, Detroit 119
L.A. Clippers 133, Portland 116
Golden State 122, Milwaukee 121

**Wednesday's Games**
Minnesota at Indiana
Washington at Orlando
New Orleans at Brooklyn
New York at Boston
Charlotte at Oklahoma City
Dallas at Houston
Memphis at Atlanta
San Antonio at Denver
Utah at Phoenix

**Thursday's Games**
Chicago at Toronto, 7:30 p.m.
L.A. Lakers at Miami, 7:30 p.m.
Cleveland at Oklahoma City, 8 p.m.
Milwaukee at Dallas, 9 p.m.
Detroit at Sacramento, 10 p.m.
Phoenix at L.A. Clippers, 10 p.m.
Portland at Utah, 10 p.m.

**Friday's Games**
Indiana at Orlando, 7 p.m.
Memphis at New York, 7:30 p.m.
Minnesota at Boston, 7:30 p.m.
Chicago at Atlanta, 8 p.m.
Philadelphia at New Orleans, 8 p.m.
Charlotte at Milwaukee, 9 p.m.
San Antonio at Denver, 9 p.m.
Houston at L.A. Clippers, 10 p.m.
Washington at Golden State, 10 p.m.

**Saturday's Games**
Toronto at Cleveland, 7:30 p.m.
L.A. Lakers at Brooklyn, 8:30 p.m.
Philadelphia at Oklahoma City, 9 p.m.
Sacramento at Utah, 9 p.m.
Detroit at Portland, 10 p.m.
Houston at Golden State, 10 p.m.
Washington at Phoenix, 10 p.m.

## MLB

### AMERICAN LEAGUE
**East Division**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Baltimore | 3 | 2 | .600 | – |
| New York | 3 | 2 | .600 | – |
| Boston | 3 | 3 | .500 | ½ |
| Toronto | 3 | 3 | .500 | ½ |
| Tampa Bay | 2 | 4 | .333 | 1½ |

**Central Division**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Minnesota | 4 | 2 | .667 | – |
| Kansas City | 3 | 2 | .600 | ½ |
| Chicago | 3 | 3 | .500 | 1 |
| Detroit | 3 | 3 | .500 | 1 |
| Cleveland | 2 | 3 | .400 | 1½ |

**West Division**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Houston | 5 | 1 | .833 | – |
| Los Angeles | 4 | 2 | .667 | 1 |
| Texas | 3 | 3 | .500 | 2 |
| Seattle | 2 | 3 | .400 | 2½ |
| Oakland | 0 | 6 | .000 | 5 |

**Tuesday's Games**
Detroit 4, Minnesota 3, 10 innings
Houston 4, L.A. Angels 2
N.Y. Yankees 7, Baltimore 2
Texas 7, Toronto 4
Boston 6, Tampa Bay 5, 12 innings
L.A. Dodgers 5, Oakland 1
Chicago White Sox 10, Seattle 4

**Wednesday's Games**
Minnesota 3, Detroit 2
Boston 9, Tampa Bay 2
Cleveland 4, Kansas City 3
Texas 2, Toronto 1
L.A. Dodgers at Oakland
Chicago White Sox at Seattle
Baltimore at N.Y. Yankees

**Thursday's Games**
Boston (Rodriguez 0-0) at Baltimore (Harvey 0-0), 3:05
Kansas City (Keller 0-0) at Chicago White Sox (Lynn 0-0), 4:10 p.m.
Seattle (Gonzales 0-0) at Minnesota (Berríos 1-0), 4:10
L.A. Angels (Canning 0-0) at Toronto (Stripling 0-1), 7:07
Oakland (Irvin 0-1) at Houston (Javier 0-0), 8:10 p.m.

**Friday's Games**
N.Y. Yankees at Tampa Bay, 3:10 p.m.
L.A. Angels at Toronto, 7:07 p.m.
Detroit at Cleveland, 7:10 p.m.
San Diego at Texas, 8:05 p.m.
Oakland at Houston, 8:10 p.m.

### NATIONAL LEAGUE
**East Division**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Philadelphia | 4 | 1 | .800 | – |
| New York | 4 | 1 | .500 | 1½ |
| Washington | 1 | 1 | .500 | 1½ |
| Atlanta | 1 | 4 | .200 | 3 |
| Miami | 1 | 4 | .200 | 3 |

**Central Division**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Cincinnati | 5 | 1 | .833 | – |
| Chicago | 3 | 2 | .600 | 1½ |
| St. Louis | 3 | 2 | .600 | 1½ |
| Milwaukee | 2 | 3 | .400 | 2½ |
| Pittsburgh | 1 | 5 | .167 | 4 |

**West Division**
| | W | L | Pct | GB |
|---|---|---|---|---|
| Los Angeles | 5 | 1 | .833 | – |
| San Diego | 4 | 2 | .667 | 1 |
| Arizona | 3 | 3 | .500 | 2 |
| San Francisco | 2 | 3 | .400 | 2½ |
| Colorado | 1 | 4 | .200 | 3½ |

**Tuesday's Games**
Washington 6, Atlanta 5
Cincinnati 14, Pittsburgh 1
St. Louis 4, Miami 2
N.Y. Mets 8, Philadelphia 4
Milwaukee 4, Chicago Cubs 0
L.A. Dodgers 5, Oakland 1
San Diego 3, San Francisco 1
Arizona 10, Colorado 8, 13 innings

**Wednesday's Games**
Atlanta 7, Washington 6, 7 innings, 1st game
Cincinnati 11, Pittsburgh 4
Milwaukee at Chicago Cubs
L.A. Dodgers at Oakland
Atlanta at Washington, 2nd game
N.Y. Mets at Philadelphia
San Francisco at San Diego
St. Louis at Miami
Arizona at Colorado

**Thursday's Games**
Miami (TBD) at N.Y. Mets (Walker 0-0), 1:10 p.m.
Cubs (Arrieta 1-0) at Pittsburgh (Anderson 0-1), 1:35
Arizona (Kelly 0-1) at Colorado (Gray 0-0), 3:10 p.m.
Milwaukee (Burnes 0-1) at St. Louis (Wainwright 0-1), 4:15 p.m.

**Friday's Games**
Washington at L.A. Dodgers, 4:10 p.m.
Colorado at San Francisco, 4:35 p.m.
Philadelphia at Atlanta, 7:20 p.m.
San Diego at Texas, 8:05 p.m.
Cincinnati at Arizona, 9:40 p.m.

## TENNIS

**WTA Volvo Car**
**Family Circle Tennis Center**
Charleston, S.C.
Purse: $565,530
Surface: Green clay
**Singles – Round of 32**
Kurumi Nara, Japan, def. Whitney Osuigwe, United States, 6-1, 6-4; Paula Badosa, Spain, def. Belinda Bencic (5), Switzerland, 6-2, 6-7 (2), 6-1; Caty McNally, United States, def. Anastasija Sevastova, Latvia, 7-6 (3), 2-6, 6-4; Ons Jabeur (12), Tunisia, def. Hailey Baptiste, United States, 6-3, 6-3; Danka Kovinic, Montenegro, def. Leylah Annie Fernandez, Canada, 6-4, 3-6, 6-3; Veronika Kudermetova (15), Russia, def. Emma Navarro, United States, 6-4, 6-4; Lauren Davis, United States, def. Sofia Kenin (2), United States, 4-6, 6-3, 6-4; Coco Gauff (14), United States, def. Liudmila Samsonova, Russia, 4-6, 6-1, 6-4; Alize Cornet, France, def. Elise Mertens (7), Belgium, 7-5, 6-3.

**WTA Copa Colsanitas**
**Centro de Alto Rendimiento**
Bogota, Columbia
Purse: $235,238
Surface: Red clay
**Singles – Round of 16**
Viktoriya Tomova, Bulgaria, def. Wang Yafan (8), China, 6-3, 6-3; Lara Arruabarrena, Spain, def. Jasmine Paolini (6), Italy, 2-6, 6-4, 6-2; Sara Errani, Italy, def. Aliona Bolsova Zadoinov, Spain, 6-4, 6-4; Nuria Parrizas-Diaz, Spain, def. Arantxa Rus (3), Netherlands, 7-6 (4), 2-6, 6-1; Stefanie Voegele, Switzerland, def. Zheng Saisai (1), China, 6-4, 6-1.

## SOCCER

**Champions League**
(Home teams listed first)
**QUARTERFINALS**
**First leg**
**Tuesday's Games**
Manchester City (England) 2, Borussia Dortmund 1
Real Madrid (Spain) 3, Liverpool (England) 1
**Wednesday's Games**
Paris Saint-Germain 3, Bayern Munich (Germany) 2
Chelsea (England) 2, Porto (Portugal) 0
**Second leg**
**Tuesday, April 13**
Chelsea vs. Porto, 3 p.m.
Paris Saint-Germain vs. Bayern Munich, 3 p.m.
**Wednesday, Apri 14**
Borussia Dortmund vs. Manchester City, 3 p.m.

Liverpool vs. Real Madrid, 3 p.m.

**CONCACAF Champions League**
(Home teams listed first)
**FIRST ROUND**
**First leg**
**Tuesday's Games**
Marathon (Honduras) 2, Portland 2
Atlanta United 1, Alajuelense (Costa Rica) 0
Arcahaie (Haiti) 0, Cruz Azul (Mexico) 0
**Wednesday's Games**
Saprissa (Costa Rica) vs. Philadelphia
Leon (Mexico) vs. Forge-Toronto (Canada)
Olimpia (Honduras) vs. America (Mexico)

**Thursday's Games**
Real Esteli (Nicaragua) vs. Columbus, 8 p.m.
Pantoja (DR) vs. Monterrey (Mexico), 10 p.m.
**Second leg**
**Tuesday, April 13**
Atlanta United vs. Alajuelense (Costa Rica), 6 p.m.
Portland vs. Marathon (Honduras), 8 p.m.
Cruz Azul (Mexico) vs. Arcahaie (Haiti), 10 p.m.
**Wednesday, April 14**
Forge-Toronto winner vs. Leon (Mexico), 6 p.m.
America (Mexico) vs. Olimpia (Honduras), 8 p.m.
Philadelphia vs. Saprissa (Costa Rica), 10 p.m.
**Wednesday, April 15**
Columbus vs. Real Esteli (Nicaragua), 8 p.m.
Monterrey (Mexico) vs. Pantoja (DR), 10 p.m.

## ODDS SPONSORED BY BETMGM.COM



For the latest lines, picks and expert analysis, go to sportsbookwire.com

Visit BetMGM.com for a risk-free first bet up to $500. Use bonus code ROAR

**Pregame.com Line**
**Major League Baseball**
**Thursday**
**National League**
| Favorite | Line | Underdog | Line |
|---|---|---|---|
| NEW YORK | OFF | Miami | OFF |
| Chicago | -145 | PITTSBURGH | +135 |
| COLORADO | -117 | Arizona | +107 |
| Milwaukee | -135 | ST.;LOUIS | +115 |

**American League**
| Favorite | Line | Underdog | Line |
|---|---|---|---|
| Boston | -170 | BALTIMORE | +158 |
| MINNESOTA | -180 | Seattle | +165 |
| CHICAGO | -170 | Kansas City | +158 |
| TORONTO | -105 | LA Angels | -105 |
| HOUSTON | -161 | Oakland | +151 |

**NBA**
**Thursday**
| Favorite | Line | O/U | Underdog |
|---|---|---|---|
| MIAMI | 9 | (204½) | LA Lakers |
| Cleveland | 2 | (212) | OKLA. CITY |
| DALLAS | OFF | OFF | Milwaukee |
| LA CLIPPERS | 5 | 224 | Phoenix |
| UTAH | 7 | 231 | Portland |
| SACRAMENTO | 4 | 228 | Detroit |
| TORONTO | OFF | OFF | Chicago |

**National Hockey League**
**Thursday**
| Favorite | Line | Underdog | Line |
|---|---|---|---|
| CAROLINA | -145 | Florida | +135 |
| Tampa Bay | -205 | COLUMBUS | +185 |
| MONTREAL | OFF | Winnipeg | OFF |
| NY RANGERS | -120 | Pittsburgh | +110 |
| WASHINGTON | -120 | Boston | +110 |
| NY ISLANDERS | -165 | Philadelphia | +155 |
| New Jersey | -127 | BUFFALO | +117 |
| Nashville | -153 | DETROIT | +143 |
| Dallas | -115 | CHICAGO | +105 |
| OTTAWA | OFF | Edmonton | OFF |

Odds are subject to change. BetMGM.com does not offer lines for New Jersey-based college sports teams. Gannett may earn revenue from audience referrals to betting services. Newsrooms are independent of this relationship and have no influence on news coverage.

---

# MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

## LEGAL NOTICE

### NOTICES
### LEGAL NOTICE

Legal Notice
A federal court authorized this notice. This is not a solicitation from a lawyer

**If You Were the Subject of an Automobile Crash Report A Proposed Class Action Settlement May Affect Your Rights**

PARA UNA NOTIFICACION EN ESPANOL, LLAMAR O VISITAR NUESTRO WEBSITE

There is a Proposed Settlement in a class action lawsuit, *Deloris Gaston, et al. v. LexisNexis Risk Solutions Inc., et al.*, No. 5:16-cv-00009-KBD-DCK, in the United States District Court for the Western District of North Carolina.

The Proposed Settlement affects a "Class", or group, of people that may include you. **This is just a summary of your rights. To get complete information you should visit www.dppacrashreportsettlement.com or call 800-842-4612**

**What Is the Case About?** The people who filed this lawsuit, the Plaintiffs, claim that the Defendants disclosed automobile crash reports to law firms, automotive repair shops and other third parties who used the reports for marketing and solicitation purposes without the Plaintiffs' consent in violation of a federal law, the Driver's Privacy Protection Act ("DPPA"). The companies that were sued, the Defendants, have not admitted any wrongdoing but say they have agreed to the Settlement only to avoid the risks and burdens of continued litigation.

**Who Is Involved?** The Class includes all persons whose personal information (such as a driver identification number, name, address, or phone number) was included in an automobile crash report prepared by a law enforcement agency and that report was available for purchase via an online service supported, owned or operated by or on behalf of PoliceReports.US, LLC, or LexisNexis Claims Solutions Inc. at any time from January 12, 2012, through and including the date the Court enters the Final Judgment.

The Court also decided that everyone who fits the following description is included in a Subclass within the Class: "All persons who: (i) are members of the Rule 23(b)(2) Settlement Class, and (ii) whose Crash Report was prepared by the CMPD." The Subclass is entitled to additional rights under the Settlement Agreement.

"CMPD" refers to the Charlotte-Mecklenburg Police Department in North Carolina.

"Crash Report" means an automobile crash report prepared by a law enforcement agency.

"Final Judgment" is the date when the Court issues an order finally approving the Settlement Agreement.

The Defendants are: PoliceReports.US, LLC, LexisNexis Risk Solutions Inc., LexisNexis Claims Solutions Inc., and LexisNexis Coplogic Solutions Inc.

**What Does the Settlement Provide?** In the Settlement, the Defendants have agreed to change certain business practices regarding the way they disclose Crash Reports. This is called injunctive relief. Except to the Named Plaintiffs, there will be no monetary recovery for Class Members. However, if you would like to seek individual money damages under the DPPA, the Settlement still allows you to file a lawsuit on your own in your own jurisdiction.

**Who Represents Me?** The Court has appointed attorneys to represent the Class. You will not have to pay any attorneys' fees to these lawyers. Class Counsel will request that the Court award attorneys' fees and expenses in an amount not to exceed $5.13 million to be paid by the Defendants. The two Named Plaintiffs will also ask the Court to approve a payment of $10,000 as a service award to each of them. If you want to object to the Settlement you may hire your own attorney at your own expense if you wish to do so.

**What Are My Legal Rights?** If the Court approves the Proposed Settlement, you will be bound by the Court's decisions. You will not be able to sue the Settling Defendants for the claims that were made in this lawsuit involving equitable relief (such as the injunctive relief discussed above) or punitive damages. But, you will be able to sue for either liquidated damages or actual money damages in an individual lawsuit. For full information about the benefits of the Settlement and the rights you are giving up, please read the *Notice of Proposed Class Action Settlement*.

**You can tell the Court if you do not like the Proposed Settlement.** To object or comment, you must send a letter or an email message that is postmarked or received no later than, May 3, 2021, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?** The Court will hold a Final Approval Hearing on, May 24, 2021 at 10:00 a.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate. If comments or objections have been received, the Court will consider them at this time.

For more information on the Proposed Settlement, and to get a copy of the *Notice of Proposed Class Action Settlement*, Call 800-842-4612, Visit www.dppacrashreportsettlement.com, Or Write or Send an Email Message to the DPPA Settlement Administrator,
Gaston v LexisNexis Risk Solutions
PO Box 23680, Jacksonville, FL 32241
Email: info@dppacrashreportsettlement.com



Successful Advertisements start with USA TODAY Marketplace
1-800-397-0070

## LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:
ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, et al., Debtors.[1]

Chapter 11
Case No. 21-10474 (MFW)
(Jointly Administered)
**Ref. Docket No. 36 & 244**

**NOTICE OF PROPOSED SALE OF ASSETS, STALKING HORSE APA, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), on March 3, 2021 (the "**Petition Date**"), in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Debtors are seeking to sell (the "**Sale**") all or substantially all of their assets (the "**Assets**"), free and clear of all Encumbrances other than those Assumed Liabilities and Permitted Encumbrances.[2] In connection with the Sale, the Debtors have entered into an Asset Purchase Agreement dated as of March 5, 2021 (the "**Stalking Horse APA**") with ALAMO Holdings, LLC, subject to the Debtors' acceptance of higher or otherwise better offers in accordance with the Bidding Procedures (as defined below).

**PLEASE TAKE FURTHER NOTICE** that by order dated April 1, 2021 [Docket No. 244] (the "**Bidding Procedures Order**"), the Bankruptcy Court approved certain relief requested in the related motion [Docket No. 36] (the "**Bidding Procedures Motion**") and certain "**Bidding Procedures**" that govern the Sale. All interested parties should carefully read the Bidding Procedures Order and the Bidding Procedures. Copies of the Bidding Procedures Motion, the Bidding Procedures Order and the Bidding Procedures, the Stalking Horse APA (which is attached to the Bidding Procedures Motion as Exhibit C) are available upon request to the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, via telephone of 646-282-2400 or via email at AlamoDrafthouseinfo@epiqglobal.com, and are available for download at https://dm.epiq11.com/AlamoDrafthouse. A separate notice will be provided to counterparties to executory contracts and unexpired leases with the Debtors that may be assumed and assigned in connection with the Sale. **Any interested bidder should contact Russell Mason (214-665-8622; rmason@HL.com) at Houlihan Lokey Capital, Inc., the Debtors' investment banking advisor.**

- The deadline (1) for the submission of Qualifying Bids, (2) for the Stalking Horse Purchaser and any Qualifying Bidder to Designate Selected Purchased Contracts, and (3) for the Stalking Horse Purchaser and any Qualifying Bidder to provide Adequate Assurance Information is **April 22, 2021 at 5:00 p.m. (ET)**.

- Any objections to the Sale or the relief requested in connection with the Sale (a "**Sale Objection**"), other than a Contract Objection, which shall be governed by the Assumption and Assignment Procedures, must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the Sale Objection; (d) be filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 **on or before 4:00 p.m. (ET) on April 22, 2021** (the "**Sale Objection Deadline**"), and proof of service of such Sale Objection upon the Objection Notice Parties shall be filed with the Court as and when required by the Local Rules; and (e) be served upon the Objection Notice Parties.The "**Objection Notice Parties**" are as follows: (i) proposed counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Matthew B. Lunn, Esq. (mlunn@ycst.com) and Kenneth J. Enos, Esq. (kenos@ycst.com)); (ii) proposed counsel for the official committee of unsecured creditors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington DE, 19801, Attn: Bradford Sandler, Esq. (bsandler@pszjlaw.com) and Robert Feinstein, Esq. (rfeinstein@pszjlaw.com); (iii) counsels to the Stalking Horse Purchaser and the Postpetition Lenders, (a) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com) and (b) Proskauer Rose LLP, One International Place, Boston, MA 02110, Attn: Charles A. Dale (cdale@proskauer.com); and (iv) the Office of the United States Trustee for the District of Delaware, 855 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Timothy J. Fox, Jr. (timothy.fox@usdoj.gov)).

- Any Counterparty that wishes to obtain Adequate Assurance Information regarding bidders that will or may participate at the Auction (defined below) must notify the proposed counsel to the Debtors in writing, c/o Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Betsy L. Feldman, Esq. (bfeldman@ycst.com) and Jared W. Kochenash, Esq. (jkochenash@ycst.com)) (the "**Request for Adequate Assurance**"). The Request for Adequate Assurance must include an e-mail and/or address to which a response to such information request can be sent.

- An auction for the Assets, unless cancelled or adjourned in accordance with the Bidding Procedures Order, will be held on **April 28, 2021 at 10:00 a.m. (ET)** (the "**Auction**"), at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, or virtually via telephone and/or video conference pursuant to information to be timely provided by the Debtors to the Auction Participants.

- Unless adjourned in accordance with the Bidding Procedures Order, the Bankruptcy Court will conduct a hearing (the "**Sale Hearing**") to consider the Sale on **May 3, 2021 at 11:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF A SALE OBJECTION IS NOT FILED AND SERVED ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE SALE AND BEING HEARD AT THE SALE HEARING, AND THE BANKRUPTCY COURT MAY ENTER THE SALE ORDER WITHOUT FURTHER NOTICE TO SUCH PARTY.**

Dated: April 1, 2021, Wilmington, Delaware

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6090); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, LLC (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo District, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order (as defined below).

## LEGAL NOTICE

**NOTICE OF SALE, BIDDING PROCEDURES, POTENTIAL AUCTION, AND SALE HEARING**
**PLEASE TAKE NOTICE** that, on March 2, 2021 (the "**Petition Date**"), Paper Source, Inc. and its affiliate debtor (together, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**"), commencing these chapter 11 cases (the "**Chapter 11 Cases**"). The Debtors have obtained authority to market their business and assets in accordance with the sale and bid procedures and conduct an auction. The following deadlines apply:
Bid Deadline: **May 3, 2021 at 5:00 p.m.** (prevailing Eastern Time).
Auction: **May 7, 2021 commencing at 10:00 a.m.** (prevailing Eastern Time).
Sale Hearing: **May 13, 2021, at 1:00 p.m.** (prevailing Eastern Time).
Any persons interested in making an offer to purchase the Assets should contact the Debtors' investment banker as soon as possible: SSG Capital Advisors, LLC, located at 300 Barr Harbor Drive, Suite 420, West Conshohocken, PA 19428 Attn: Teresa Kohl (tkohl@ssgca.com) and J. Scott Victor (jsvictor@ssgca.com).
Additional details regarding the sales process can be found in the Bidding Procedures Order [D.I. 310]. Copies of the Sale Motion, the Bidding Procedures, the Bidding Procedures Order, the Stalking Horse Agreement and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://dm.epiq11.com/PaperSource, or can be requested by calling the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, at 866-215-1105 (U.S. and Canada) or 503-520-4491 (International).
The deadline for filing an objection to the Sale is **May 7, 2021 at 4:00 P.M. prevailing Eastern Time**. Objections to the Sale or conduct of the Auction, if any, must (i) be in writing and specify the nature of such objection, (ii) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and all orders of the Court entered in the Chapter 11 Cases, (iii) be filed with the Court by the Sale Objection Deadline or Assumption and Assignment Objection Deadline, as applicable, and (iv) be served upon the following parties: (i) counsel to the Debtors, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: John C. Longmire (jlongmire@willkie.com) and James M. Burbage (jburbage@willkie.com); (ii) counsel to the Stalking Horse Purchaser, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Charles A. Dale (CDale@proskauer.com) and David M. Hillman (DHillman@proskauer.com); (iii) the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Suite 4304, Richmond, VA 23219, Attn: Nicholas S. Herron (nicholas.s.herron@usdoj.gov); (iv) proposed counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark S. Indelicato (mindelicato@hahnhessen.com) and Janine M. Figueiredo (jfigueiredo@hahnhessen.com); and (v) any Successful Bidder (if applicable).



Looking to grow your business?
We can help!
Call (800) 397-0070



Get Your NAME in USA TODAY

800-397-0070