# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No.: 315** |

## MOTION AND ORDER FOR ADMISSION
## <u>PRO</u> <u>HAC</u> <u>VICE</u> OF STEPHEN CALHOUN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission <u>pro</u> <u>hac</u> <u>vice</u> of Stephen Calhoun of Jackson Walker LLP to represent La Cantera Crossing Retail, LLC and La Cantera Development Company, LLC in this action.

Dated:  April 22, 2021.

WOMBLE BOND DICKINSON (US) LLP

*/s/ Lisa Bittle Tancredi*
Matthew P. Ward (Del. Bar No. 4471)
Lisa Bittle Tancredi (Del. Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail:  Matthew.Ward@wbd-us.com
E-mail:  Lisa.Tancredi@wbd-us.com

*Attorneys for La Cantera Crossing Retail, LLC and La Cantera Development Company, LLC*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

**CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO HAC VICE</u>**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of thisaction. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  April 22, 2021.

*/s/ Stephen Calhoun*　　　　　　　
Stephen Calhoun
JACKSON WALKER LLP
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
Telephone: (210) 978-7713
Facsimile: (210) 242-4613
Email:  scalhoun@jw.com

*Attorneys for La Cantera Crossing Retail, LLC
and La Cantera Development Company, LLC*

**ORDER GRANTING MOTION FOR ADMISSION <u>PRO HAC VICE</u>**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

**Dated: April 22nd, 2021
Wilmington, Delaware**

**MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE**