# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | Ref. Docket Nos. 36 and 244 |

## NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION OF STALKING HORSE APA AS THE WINNING BID

**PLEASE TAKE NOTICE** that, on March 4, 2021, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed a motion [Docket No. 36] (the "**Sale Motion**")[2] with the Court, seeking entry of orders, among other things, approving (i) the sale of all or substantially all of the Debtors' assets (the "**Sale**") to ALMO Holdings, LLC (the "**Stalking Horse Purchaser**"), subject to the submission of higher or better offers in an auction process (the "**Auction**"), and (ii) procedures for the solicitation of bids in connection with the Auction (the "**Bidding Procedures**").  On April 1, 2021, the Court entered an order approving the Bidding Procedures [Docket No. 244] (the "**Bidding Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, (i) the deadline for submitting a Qualifying Bid was April 22, 2021 at 5:00 p.m. (ET) (the "**Bid Deadline**") and (ii) in the event that the Debtors received a Qualifying Bid in addition to the Stalking Horse APA, an Auction was scheduled to be held on April 28, 2021 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion.

28045617.1

**PLEASE TAKE FURTHER NOTICE** that, other than the Stalking Horse APA, no other Qualifying Bids were received prior to the Bid Deadline. Accordingly, pursuant to the Bidding Procedures Order and Bidding Procedures, the Stalking Horse APA has been designated as the Winning Bid.

**PLEASE TAKE FURTHER NOTICE that the Auction will not be held and is hereby cancelled.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors intend to present the Stalking Horse Purchaser as the Winning Bidder and the Stalking Horse APA as the Winning Bid at the Sale Hearing scheduled for May 3, 2021 at 11:30 a.m. (ET).

| | |
|---|---|
| Dated: April 26, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Betsy L. Feldman*<br>M. Blake Cleary (No. 3614) (mbcleary@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)<br>Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

28045617.1