**Exhibit 1**

**Amended Schedules for**
**Alamo Drafthouse Cinemas Holdings, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo Drafthouse Cinemas Holdings, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10474
(if known)

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    NOT APPLICABLE

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    UNKNOWN

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    UNKNOWN

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .    $105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .    UNKNOWN

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .    **+**    UNKNOWN

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $105,532,396.18
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|

Debtor    Alamo Drafthouse Cinemas Holdings, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10474
(if known)

☑ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1.   **1.**   **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**DELETED**

| 2.9 | **Creditor's name**<br>FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|

**Creditor's mailing address**
AS ADMINISTRATIVE AGENT
ATTN: D. BROOKS, D. SHARPE, ET AL
1345 AVENUE OF THE AMERICAS, 46TH FL
NEW YORK, NY 10105

**Creditor's email address**
GCCREDIT@FORTRESS.COM;
CREDITOPERATIONS@FORTRESS.COM;
BSTEWART@FORTRESS.COM;
MPOLIDORO@FORTRESS.COM

**Date or dates debt was incurred**
1/22/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**
UCC FILING NUMBER - 20184014201

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Drafthouse Cinemas Holdings, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10474 |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

### DELETED

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | JAMES OCANAS AND ROBYN HUSTON OCANAS C/O DEAS & ASSOCIATES ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN, TX  78734-3915 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** 1/3/2019 | **Basis for the claim:** POTENTIAL LITIGATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

### DELETED

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | JAYNE ROBERMAN C/O JACKSON LEWIS P.C. ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS, NY  10601 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** 4/12/2019 | **Basis for the claim:** POTENTIAL LITIGATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| Debtor | Alamo Drafthouse Cinemas Holdings, LLC | Case number (if known) | 21-10474 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### DELETED

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

KARETEK HOLDINGS, LLC
C/O HAYNES AND BOONE, LLP
ATTN: RUSS EMERSON
2323 VICTORY AVE STE 700
DALLAS, TX  75219

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

7/7/2020

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

### DELETED

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

PHYLLIS JEAN TUMLINSON
C/O DEAS & ASSOCIATES
ATTN: CHRISTOPHER RHODES
234 CEDAR HURST LN
AUSTIN, TX  78734-3915

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

12/13/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|

| 5a. | Total claims from Part 1 | 5a. | UNDETERMINED |
|---|---|---|---|
| 5b. | Total claims from Part 2 | 5b. + | UNKNOWN |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | UNKNOWN |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Drafthouse Cinemas Holdings, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10474 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021
MM / DD / YYYY

✖ /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor

**Exhibit 2**

**Amended Schedules for**
**Alamo Drafthouse Cinemas, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo Drafthouse Cinemas, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number   21-10475
(if known)

☑ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$42,360.14

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$14,462,952.74

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$14,505,312.88

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

$105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

UNKNOWN

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

+     $5,428,690.88

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

$110,961,087.06

| Fill in this information to identify the case: |
|---|

| Debtor | Alamo Drafthouse Cinemas, LLC |
|---|---|

| United States Bankruptcy Court for the: | District of Delaware |
|---|---|

| Case number (if known) | 21-10475 |
|---|---|

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1.  1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | *Do not deduct the value of collateral.* | |

### DELETED

| | | | Column A | Column B |
|---|---|---|---|---|
| 2.10 | **Creditor's name** FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
| | **Creditor's mailing address** AS ADMINISTRATIVE AGENT ATTN: D. BROOKS, D. SHARPE, ET AL 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK, NY  10105 | **Describe the lien** UCC FILING NUMBER - 180020636197 **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Creditor's email address** GCCREDIT@FORTRESS.COM; CREDITOPERATIONS@FORTRESS.COM; BSTEWART@FORTRESS.COM; MPOLIDORO@FORTRESS.COM | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 1/22/2021 | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Last 4 digits of account number:** | ☑ Contingent ☑ Unliquidated ☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | | | |

Debtor    Alamo Drafthouse Cinemas, LLC                          Case number (if known)    21-10474

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  | Column A | Column B |
|--|----------|----------|
|  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**DELETED**

| | |
|--|--|
| 2.15 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |

**Creditor's name**
TEXAS CAPITAL BANK NA

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**
98 SAN JACINTO BLVD, STE 200
AUSTIN, TX  78701

**Describe the lien**
UCC FILING NUMBER - 120019675859

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address**
ACHIARELLO@WINSTEAD.COM;
JWIELEBINSKI@WINSTEAD.COM

**Date or dates debt was incurred**
6/20/2012

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|----|----|----|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Drafthouse Cinemas, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10475 |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | **DELETED** | | |

| 2.7 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,525.00 | $21,525.00 |
|---|---|---|---|---|
| | SECURIAN FINANCIAL GROUP<br>PO BOX 64787<br>ST PAUL, MN  55164-0787 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PAYROLL & BENEFITS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| | **AMENDED** | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.47 |
|---|---|---|---|
| | A HOME UNFAMILIAR<br>4315 GUADALUPE STREET<br>SUITE 300<br>AUSTIN, TX  78751 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Alamo Drafthouse Cinemas LLC | Case number (if known) | 21-10474 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| | | Amount of claim |

**DELETED**

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $182.85 |
| | ACIE JONES | *Check all that apply.* | |
| | 3908 AVENUE B | ☐ Contingent | |
| | AUSTIN, TX  78751 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | PAYROLL & BENEFITS | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**DELETED**

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $717.60 |
| | ADAM SABA | *Check all that apply.* | |
| | 3908 AVENUE B | ☐ Contingent | |
| | AUSTIN, TX  78751 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | PAYROLL & BENEFITS | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**DELETED**

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $579.60 |
| | ADRIAN RIVERA | *Check all that apply.* | |
| | 3908 AVENUE B | ☐ Contingent | |
| | AUSTIN, TX  78751 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | PAYROLL & BENEFITS | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**DELETED**

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | ALEXANDRA ELLIS | *Check all that apply.* | |
| | C/O CORREIA, KING, FODERA, MCGINNIS & LIFEEIDGE | ☒ Contingent | |
| | ATTN: RICHARD J. FODERA | ☒ Unliquidated | |
| | 655 3RD AVE 27TH FL | ☒ Disputed | |
| | NEW YORK, NY  10017 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | POTENTIAL LITIGATION CLAIM | |
| | 12/8/2017 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

Debtor    Alamo Drafthouse Cinemas LLC _____    Case number (if known) __21-10474__
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

### AMENDED

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.33 |
|---|---|---|---|

BENNETT JONES
822 1/2 PARKMAN AVE
LOS ANGELES, CA 90026

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $361.80 |
|---|---|---|---|

DAVID MAGDAEL & ASSOCIATES INC
600 W 9TH STREET, SUITE 715
LOS ANGELES, CA 90015

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175.19 |
|---|---|---|---|

DAVID MODIGLIANI
1120 A GILLESPIE PLACE
AUSTIN, TX 78704

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

### DELETED

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $215.47 |
|---|---|---|---|

ELIZABETH DURAN
3908 AVENUE B
AUSTIN, TX 78751

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PAYROLL & BENEFITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Alamo Drafthouse Cinemas LLC | | Case number (if known) | 21-10474 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

### DELETED

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

EVELINA CALCANO
C/O JACKSON LEWIS P.C.
ATTN: JOSEPH DIPALMA
44 SOUTH BROADWAY 14TH FL
WHITE PLAINS, NY 10601

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

12/1/2019

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80,400.00 |
|---|---|---|---|

FONS PR INC.
4408 BURNET RD A
SUITE 210
AUSTIN, TX 78756

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.77 |
|---|---|---|---|

GHOULARDI
13351-D RIVERSIDE DRIVE
SHERMAN OAKS, CA 91423

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.88 |
|---|---|---|---|

GIANT PICTURES LLC
133 W 19TH ST., THIRD FLOOR
NEW YORK, NY 10011

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Alamo Drafthouse Cinemas LLC _____    Case number (if known) _21-10474____
            (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

### DELETED

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,222.57 |
|-------|------|------|------|
|  | GOZILLION ENTERPRISES LLC - PENSIVEPROPERTIES <br> PO BOX 171293 <br> AUSTIN, TX  78717 | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

### AMENDED

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,902.75 |
|-------|------|------|------|
|  | HAYNES BOONE <br> PO BOX 841399 <br> DALLAS, TX  75284-1399 | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

### DELETED

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|-------|------|------|------|
|  | INTERNET MEDIA INTERACTIVE CORP <br> C/O HAYNES AND BOONE, LLP <br> ATTN: RUSS EMERSON <br> 2323 VICTORY AVENUE STE 700 <br> DALLAS, TX  75219 | *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed |  |
|  | **Date or dates debt was incurred** <br> 11/21/2019 | **Basis for the claim:** <br> POTENTIAL LITIGATION CLAIM |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

### AMENDED

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $216.07 |
|-------|------|------|------|
|  | JAYNE C RAMOS <br> 241 WEST ALLEN AVENUE <br> SAN SIMAS, CA  91773-1439 | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> SUPPLIES |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

| Debtor | Alamo Drafthouse Cinemas LLC | Case number (if known) | 21-10474 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

### DELETED

| | | | |
| --- | --- | --- | --- |
| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
| | KRISTINA KING C/O THE ADA GROUP LLC ATTN: CLAIRE WILSON 4001 CARMICHAEL RD STE 570 MONTGOMERY, AL  36106 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** POTENTIAL LITIGATION CLAIM | |
| | 5/7/2019 | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

### AMENDED

| | | | |
| --- | --- | --- | --- |
| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.85 |
| | MEDIA ASIA FILM DISTRIBUTION LIMITED 200 TAI LIN RD KWAI CHUNG, NEW TERRITORIES HONG KONG HONG KONG | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | VARIOUS | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

### AMENDED

| | | | |
| --- | --- | --- | --- |
| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.31 |
| | MPI MEDIA GROUP 16101 SOUTH 108TH AVENUE ORLAND PARK, IL  60467 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | VARIOUS | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

### AMENDED

| | | | |
| --- | --- | --- | --- |
| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $815.40 |
| | MTUCKMAN MEDIA INC 228 AVE B NEW YORK, NY  10009 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | VARIOUS | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| Debtor | Alamo Drafthouse Cinemas, LLC | Case number (if known) | 21-10474 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**AMENDED**

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,442.92 |
| --- | --- | --- | --- |

NEON RATED, LLC
580 BROADWAY STE 1200
NEW YORK, NY 10012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**DELETED**

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,994.26 |
| --- | --- | --- | --- |

NICK DELAHOUSSAYE
3908 AVENUE B
AUSTIN, TX 78751

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL & BENEFITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**DELETED**

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| --- | --- | --- | --- |

NIGEL GRANVILLE AND DEBRA WATSON GRANVILLE
C/O LAW OFFICE OF GAMBESKI & FRUM
565 TAXTER ROAD, SUITE 220, ELMSFORD, NY 10523
565 TAXTER RD STE 220
ELMFORD, NY 10523-2300

**Date or dates debt was incurred**

10/7/2019

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**AMENDED**

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.14 |
| --- | --- | --- | --- |

OVERMAN ENTERPRISES INC
DBA OLIVE FILMS
312 N MAY ST STE 102
CHICAGO, IL 60607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Alamo Drafthouse Cinemas, LLC | Case number (if known) | 21-10474 |
|--------|-------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### DELETED

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.17 |
|---|---|---|---|
| | PUBLIC DOMAIN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

### AMENDED

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $466.78 |
|---|---|---|---|
| | ROBERT BYINGTON<br>1900 DAVID ST<br>AUSTIN, TX  78705 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

### ADDITION

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,538.10 |
|---|---|---|---|
| | SHIFT 72 LIMITED<br>149 ALEXANDRA ST<br>LEVEL 5, T & G BUILDING<br>WAIKATO<br>HAMILTON  3204<br>NEW ZEALAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

### DELETED

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $85,054.77 |
|---|---|---|---|
| | STORED VALUE SOLUTIONS<br>3802 RELIABLE PKWY<br>CHICAGO, IL  60686-0038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Alamo Drafthouse Cinemas, LLC | Case number (if known) | 21-10474 |
|--------|-------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

### ADDITION

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175.19

STORY TELLING PIPELINE PRODUCTIONS LLC
1120A GILLESPIE PL
AUSTIN, TX  78704

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### AMENDED

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34.99

SUBMARINE ENTERTAINMENT LLC
197 GRAND ST STE 6W
NEW YORK, NY  10013-3954

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### AMENDED

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.35

SUPER LTD
1685 38TH ST
STE 100
BOULDER, CO  80301

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### DELETED

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

SVAP II PARK NORTH, LLC
C/O FERGUSON BRASWELL FRASER KUBASTA PC
ATTN: JOHN D FRASER, ESQ
2500 DALLAS PKWY, STE 600
PLANO, TX  75093

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

8/20/2020

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Alamo Drafthouse Cinemas, LLC | Case number (if known) | 21-10472 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### AMENDED

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.00 |
|---|---|---|---|
| | TONY STELLA | *Check all that apply.* | |
| | LANDHAUSSTR. 9 | ☐ Contingent | |
| | BERLIN 10717 | ☐ Unliquidated | |
| | GERMANY | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### AMENDED

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,782.49 |
|---|---|---|---|
| | VELOSIO - FKA SBS GROUP | *Check all that apply.* | |
| | 5747 PERIMETER DRIVE | ☐ Contingent | |
| | SUITE 200 | ☐ Unliquidated | |
| | DUBLIN, OH 43017 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### DELETED

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
| | VIANNA PRIETO | *Check all that apply.* | |
| | C/O DEAS & ASSOCIATES | ☒ Contingent | |
| | ATTN: TUSHAR Y. PANDYA & JUAN MONSIVAIS | ☒ Unliquidated | |
| | 9601 MCALLISTER FWY STE 910 | ☒ Disputed | |
| | SAN ANTONIO, TX 78216 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 11/10/2018 | POTENTIAL LITIGATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

### AMENDED

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $167,812.47 |
|---|---|---|---|
| | WORKDAY INC. | *Check all that apply.* | |
| | ATTN: DAVID BAUGUESS | ☐ Contingent | |
| | 3350 PEACHTREE RD NE, STE 1000 | ☐ Unliquidated | |
| | ATLANTA, GA 30326 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PAYROLL & BENEFITS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Alamo Drafthouse Cinemas, LLC | Case number (if known) | 21-10474 |
|---|---|---|---|
| | (Name) | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **UNDETERMINED** |
| 5b. | Total claims from Part 2 | 5b.  **+** | **$5,428,690.88** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$5,428,690.88** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Drafthouse Cinemas, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10475 |

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | | **ADDITION** | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL SERVICE AGREEMENT | ADP, INC.<br>PO BOX 842875<br>BOSTON, MA 02284-2875 |
| | | **AMENDED** | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE: BUILDING & LAND RE: SETTLEMENT AGREEMENT AND THIRD ADDENDUM TO DEVELOPMENT AGREEMENT DTD 4/10/2013 | SPENCE, ROY<br>828 W. 6TH ST<br>AUSTIN, TX 78703 |
| | | **AMENDED** | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE: BUILDING & LAND RE: SETTLEMENT AGREEMENT AND THIRD ADDENDUM TO DEVELOPMENT AGREEMENT DTD 4/10/2013 | TRABULSI, JUDY<br>828 W. 6TH ST<br>AUSTIN, TX 78703 |

**Fill in this information to identify the case:**

Debtor    Alamo Drafthouse Cinemas, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10475
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Delcaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021      ✖   /s/ Matthew Vonderahe
       MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                    Matthew Vonderahe
                                      Printed name

                                      Chief Financial Officer
                                      Position or relationship to debtor

**<u>Exhibit 3</u>**

**Amended Schedules for**
**Alamo League Investments GP, LLC**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo League Investments GP, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10477 |

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

> NOT APPLICABLE

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

> UNKNOWN

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

> UNKNOWN

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

> $105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

> NOT APPLICABLE

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

> **+** NOT APPLICABLE

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

> $105,532,396.18

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Alamo League Investments GP, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10477 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1.   **1.   Do any creditors have claims secured by debtor's property?**

☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑   Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**DELETED**

| 2.9 | **Creditor's name**<br>FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|

**Creditor's mailing address**
AS ADMINISTRATIVE AGENT
ATTN: D. BROOKS, D. SHARPE, ET AL
1345 AVENUE OF THE AMERICAS, 46TH FL
NEW YORK, NY  10105

**Describe the lien**
UCC FILING NUMBER - 180020636450 & 180020636571

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address**
GCCREDIT@FORTRESS.COM;
CREDITOPERATIONS@FORTRESS.COM;
BSTEWART@FORTRESS.COM;
MPOLIDORO@FORTRESS.COM

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**Date or dates debt was incurred**
1/22/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

Debtor    Alamo League Investments GP, LLC                    Case number (if known)

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**DELETED**

| 2.15 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
| --- | --- | --- | --- | --- |
|  | TEXAS CAPITAL BANK NA | | | |
|  | **Creditor's mailing address** | **Describe the lien** | | |
|  | 98 SAN JACINTO BLVD, STE 200 | UCC FILING NUMBER - 120019674848 | | |
|  | AUSTIN, TX  78701 | | | |
|  | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
|  | **Date or dates debt was incurred** | ☒ No | | |
|  | 6/20/2012 | ☐ Yes | | |
|  | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
|  | | ☒ No | | |
|  | **Do multiple creditors have an interest in the same property?** | ☐ Yes | | |
|  | | **As of the petition filing date, the claim is:** | | |
|  | ☒ No | *Check all that apply.* | | |
|  | ☐ Yes | ☒ Contingent | | |
|  | | ☒ Unliquidated | | |
|  | | ☐ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
| --- | --- | --- |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Alamo League Investments GP, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10477</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021
    MM / DD / YYYY

✗ /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor

**<u>Exhibit 4</u>**

**Amended Schedules for**
**Alamo League Investments, Ltd.**

**Fill in this information to identify the case:**

Debtor    Alamo League Investments, Ltd.

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10478
(if known)

☑ Check if this is an
    amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
| --- |

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
| --- |

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
| --- |

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $105,532,396.18 |
| --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
| --- |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| +      NOT APPLICABLE |
| --- |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $105,532,396.18 |
| --- |

---

**Fill in this information to identify the case:**

Debtor    Alamo League Investments, Ltd.

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10478
(if known)

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.    **1.  Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** | **Column B** |
| --- | --- | --- |
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* | |

### DELETED

| 2.9 | Creditor's name | Describe debtor's property that is subject to a lien | UNKNOWN | UNDETERMINED |
| --- | --- | --- | --- | --- |
|  | FORTRESS CREDIT CORPORATION | | | |
|  | **Creditor's mailing address** | **Describe the lien** | | |
|  | AS ADMINISTRATIVE AGENT | UCC FILING NUMBER - 180020636571 | | |
|  | ATTN: D. BROOKS, D. SHARPE, ET AL | | | |
|  | 1345 AVENUE OF THE AMERICAS, 46TH FL | **Is the creditor an insider or related party?** | | |
|  | NEW YORK, NY  10105 | ☑ No | | |
|  | **Creditor's email address** | ☐ Yes | | |
|  | GCCREDIT@FORTRESS.COM; | **Is anyone else liable on this claim?** | | |
|  | CREDITOPERATIONS@FORTRESS.COM; | ☑ No | | |
|  | BSTEWART@FORTRESS.COM; | ☐ Yes | | |
|  | MPOLIDORO@FORTRESS.COM | | | |
|  | **Date or dates debt was incurred** | **As of the petition filing date, the claim is:** | | |
|  | 1/22/2021 | *Check all that apply.* | | |
|  | **Last 4 digits of account number:** | ☑ Contingent | | |
|  | | ☑ Unliquidated | | |
|  | **Do multiple creditors have an interest in the same property?** | ☐ Disputed | | |
|  | ☑ No | | | |
|  | ☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
| --- | --- | --- |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Alamo League Investments, Ltd. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number<br>(if known) | 21-10478 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | 4/28/2021 | ✗ | /s/ Matthew Vonderahe |
|---|---|---|---|
| | MM / DD / YYYY | | Signature of individual signing on behalf of debtor |

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor

**Exhibit 5**

**Amended Schedules for**
**Alamo South Lamar GP, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo South Lamar GP, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10479
(if known)

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $89,765.01 |
|---|

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $89,765.01 |
|---|

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $105,532,396.18 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| **+**           NOT APPLICABLE |
|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $105,532,396.18 |
|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo South Lamar GP, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10479 |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.    1.   **Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim** _Do not deduct the value of collateral._ | **Value of collateral that supports this claim** |

<b>DELETED</b>

| | | | Column A | Column B |
|---|---|---|---|---|
| 2.9 | **Creditor's name**<br>FORTRESS CREDIT CORPORATION<br><br>**Creditor's mailing address**<br>AS ADMINISTRATIVE AGENT<br>ATTN: D. BROOKS, D. SHARPE, ET AL<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>NEW YORK, NY 10105<br><br>**Creditor's email address**<br>GCCREDIT@FORTRESS.COM;<br>CREDITOPERATIONS@FORTRESS.COM;<br>BSTEWART@FORTRESS.COM;<br>MPOLIDORO@FORTRESS.COM<br><br>**Date or dates debt was incurred**<br>1/22/2021<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 180020637340 & 180020637461<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNDETERMINED |

| Debtor | Alamo South Lamar, BRS, LLC | Case number (if known) | 21-10474 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

<strong>DELETED</strong>

| 2.14 | **Creditor's name**<br>TEXAS CAPITAL BANK NA | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address**<br>114 W 7TH ST, STE 300<br>AUSTIN, TX  78701 | **Describe the lien**<br>UCC FILING NUMBER - 120019675859 & 120019679914 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>6/20/2012 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |

<strong>DELETED</strong>

| 2.15 | **Creditor's name**<br>TEXAS CAPITAL BANK NA | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address**<br>98 SAN JACINTO BLVD, STE 200<br>AUSTIN, TX  78701 | **Describe the lien**<br>UCC FILING NUMBER - 120019675859 & 120019679914 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>4/25/2014 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo South Lamar GP, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10479 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021
MM / DD / YYYY

✖ /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor

**Exhibit 6**

**Amended Schedules for
Alamo South Lamar, LP**

**Fill in this information to identify the case:**

Debtor    Alamo South Lamar, LP

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10480
(if known)

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $6,985,911.43 |

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $3,762,924.19 |

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $10,748,835.62 |

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $105,532,396.18 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| +    $129,369.97 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $105,661,766.15 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo South Lamar, LP |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10480 |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:**     List All Creditors with Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**DELETED**

| 2.9 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|

**2.9**

**Creditor's name**
FORTRESS CREDIT CORPORATION

**Creditor's mailing address**
AS ADMINISTRATIVE AGENT
ATTN: D. BROOKS, D. SHARPE, ET AL
1345 AVENUE OF THE AMERICAS, 46TH FL
NEW YORK, NY  10105

**Creditor's email address**
GCCREDIT@FORTRESS.COM;
CREDITOPERATIONS@FORTRESS.COM;
BSTEWART@FORTRESS.COM;
MPOLIDORO@FORTRESS.COM

**Date or dates debt was incurred**
1/22/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 180020637087,
180020637340, 180020637461

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| Debtor | Alamo South Lamar, LLC | | Case number (if known) | 21-10474 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

<strong>DELETED</strong>

| 2.14 | **Creditor's name**<br>TEXAS CAPITAL BANK NA<br><br>**Creditor's mailing address**<br>114 W 7TH ST, STE 300<br>AUSTIN, TX  78701<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>6/20/2012<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 120019679914<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNDETERMINED |

<strong>DELETED</strong>

| 2.15 | **Creditor's name**<br>TEXAS CAPITAL BANK NA<br><br>**Creditor's mailing address**<br>114 W 7TH ST, STE 300<br>AUSTIN, TX  78701<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>6/20/2012<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 120019675859<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNDETERMINED |

| Debtor | Alamo South Lamar... | Case number (if known) | |
|--------|----------------------|-------------------------|--|
| | (Name) | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A | Column B |
|--|--|----------|----------|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

### DELETED

| | | | | |
|--|--|--|--|--|
| 2.16 | **Creditor's name**<br>TEXAS CAPITAL BANK NA | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
| | **Creditor's mailing address**<br>98 SAN JACINTO BLVD, STE 200<br>AUSTIN, TX  78701 | **Describe the lien**<br>UCC FILING NUMBER - 120019675859 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>4/25/2014 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |

### DELETED

| | | | | |
|--|--|--|--|--|
| 2.17 | **Creditor's name**<br>TEXAS CAPITAL BANK NA | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
| | **Creditor's mailing address**<br>98 SAN JACINTO BLVD, STE 200<br>AUSTIN, TX  78701 | **Describe the lien**<br>UCC FILING NUMBER - 120019679914 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>4/25/2014 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|----|------------------------------------------------------------------------------------------------------------------|------------------|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo South Lamar, LP |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10480 |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

#### ADDITION

| 3.7 | **Nonpriority creditor's name and mailing address**<br>AUSTIN POLICE DEPARTMENT<br>ATTN: SPECIAL EVENTS UNIT<br>PO BOX 689001<br>AUSTIN, TX  78768-9001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $110.00 |
|---|---|---|

#### AMENDED

| 3.43 | **Nonpriority creditor's name and mailing address**<br>NEON RATED, LLC<br>580 BROADWAY STE 1200<br>NEW YORK, NY  10012<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,510.84 |
|---|---|---|

| Debtor | Alamo South Lamar LLC | Case number (if known) | 21-10474 |
| | (Name) | | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | NOT APPLICABLE |
| 5b. | Total claims from Part 2 | 5b. + | $129,369.97 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $129,369.97 |

**Fill in this information to identify the case:**

Debtor            Alamo South Lamar, LP

United States Bankruptcy Court for the:      District of Delaware

Case number         21-10480
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/28/2021
                      MM / DD / YYYY

✗    /s/ Matthew Vonderahe
        Signature of individual signing on behalf of debtor

        Matthew Vonderahe
        Printed name

        Chief Financial Officer
        Position or relationship to debtor

**<u>Exhibit 7</u>**

**Amended Schedules for**
**Alamo Drafthouse Raleigh, LLC**

**Fill in this information to identify the case:**

Debtor     Alamo Drafthouse Raleigh, LLC

United States Bankruptcy Court for the:     District of Delaware

Case number     21-10481
(if known)

☑ Check if this is an
    amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$7,104,545.77

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$3,358,331.90

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$10,462,877.67

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* . . . . . . . . .

$105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

NOT APPLICABLE

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

+     $548,841.87

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

$106,081,238.05

---

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor    Alamo Drafthouse Raleigh, LLC | |
| United States Bankruptcy Court for the:    District of Delaware | |
| Case number    21-10481 (if known) | |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**DELETED**

| 2.9 | **Creditor's name** FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|

**Creditor's mailing address**
AS ADMINISTRATIVE AGENT
ATTN: D. BROOKS, D. SHARPE, ET AL
1345 AVENUE OF THE AMERICAS, 46TH FL
NEW YORK, NY  10105

**Describe the lien**
UCC FILING NUMBER - 20180060829H

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address**
GCCREDIT@FORTRESS.COM;
CREDITOPERATIONS@FORTRESS.COM;
BSTEWART@FORTRESS.COM;
MPOLIDORO@FORTRESS.COM

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**Date or dates debt was incurred**
1/22/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $105,532,396.18

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Drafthouse Raleigh, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10481 |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

### ADDITION

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF RALEIGH WATER<br>PO BOX 590<br>RALEIGH, NC  27602-0590<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $507.66 |

### DELETED

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br><br>EMPIRE DISTRIBUTORS OF NORTH CAROLINA<br>EMPIRE NC - RALEIGH<br>PO BOX 14049<br>DURHAM, NC  27709<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $325.92 |

| Debtor | Alamo Drafthouse Raleigh, LLC | Case number (if known) | 21-10475 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**AMENDED**

| | | | $457,953.69 |
|---|---|---|---|

3.22 **Nonpriority creditor's name and mailing address**

HOBBY PROPERTIES - KERBBY LLC
ATTN: JOHN HOLMES
515 N BLOUNT ST
RALEIGH, NC 27604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**DELETED**

| | | | $124.94 |
|---|---|---|---|

3.28 **Nonpriority creditor's name and mailing address**

LONG BEVERAGE
10500 WORLD TRADE BLVD
RALEIGH, NC 27617

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**AMENDED**

| | | | $18,365.41 |
|---|---|---|---|

3.31 **Nonpriority creditor's name and mailing address**

NEON RATED, LLC
580 BROADWAY STE 1200
NEW YORK, NY 10012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | NOT APPLICABLE |
| 5b. | Total claims from Part 2 | 5b. + | $548,841.87 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $548,841.87 |

**Fill in this information to identify the case:**

Debtor    Alamo Drafthouse Raleigh, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10481
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021      ✗  /s/ Matthew Vonderahe
      MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                          Matthew Vonderahe
                                          Printed name

                                          Chief Financial Officer
                                          Position or relationship to debtor

**<u>Exhibit 8</u>**

**Amended Schedules for
Alamo DH Anderson Lane, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo DH Anderson Lane, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10482
(if known)

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $885,195.69 |

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,852,592.84 |

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $2,737,788.53 |

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $105,532,396.18 |

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| + $386,441.77 |

4.  **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $105,918,837.95 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo DH Anderson Lane, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10482 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **1.  Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**DELETED**

| 2.9 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|
| | FORTRESS CREDIT CORPORATION | | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | AS ADMINISTRATIVE AGENT | UCC FILING NUMBER - 180020636076 | | |
| | ATTN: D. BROOKS, D. SHARPE, ET AL | **Is the creditor an insider or related party?** | | |
| | 1345 AVENUE OF THE AMERICAS, 46TH FL | ☑ No | | |
| | NEW YORK, NY  10105 | ☐ Yes | | |
| | **Creditor's email address** | | | |
| | GCCREDIT@FORTRESS.COM; | **Is anyone else liable on this claim?** | | |
| | CREDITOPERATIONS@FORTRESS.COM; | ☑ No | | |
| | BSTEWART@FORTRESS.COM; | ☐ Yes | | |
| | MPOLIDORO@FORTRESS.COM | | | |
| | **Date or dates debt was incurred** | **As of the petition filing date, the claim is:** | | |
| | 1/22/2021 | *Check all that apply.* | | |
| | | ☑ Contingent | | |
| | **Last 4 digits of account number:** | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?** | | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo DH Anderson Lane, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10482 |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**DELETED**

| 3.6 | **Nonpriority creditor's name and mailing address**<br>CHRISTINA MERRYMAN<br>C/O KILPATRICK & DEAS<br>ATTN: JOHN F. DEAS & JAMES M. MILLER<br>9601 MCALLISTER FREEWAY STE 220<br>SAN ANTONIO, TX  78216- 4623<br><br>**Date or dates debt was incurred**<br><br>4/21/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

**ADDITION**

| 3.17 | **Nonpriority creditor's name and mailing address**<br>NEON RATED, LLC<br>580 BROADWAY STE 1200<br>NEW YORK, NY  10012<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,394.66 |

Debtor    Alamo DH Anderson Lanes II, LLC          Case number (if known)    21-10482
         (Name)

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | NOT APPLICABLE |
| 5b. | Total claims from Part 2 | 5b. + | $386,441.77 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $386,441.77 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Alamo DH Anderson Lane, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10482</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Delcaration and signature**

---

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021           ✖   /s/ Matthew Vonderahe
       MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                   Matthew Vonderahe
                                   Printed name

                                   Chief Financial Officer
                                   Position or relationship to debtor

**Exhibit 9**

**Amended Schedules for
Alamo Yonkers, LLC**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Yonkers, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10483 |

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $3,115,567.35

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $2,206,705.34

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $5,322,272.69

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   $105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   NOT APPLICABLE

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

   **+**        $764,814.12

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   $106,297,210.30

---

**Fill in this information to identify the case:**

Debtor __Alamo Yonkers, LLC__

United States Bankruptcy Court for the: __District of Delaware__

Case number __21-10483__
(if known)

☑ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
| --- | --- |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Column A**<br>Amount of claim<br>*Do not deduct the value of collateral.* | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

<b>DELETED</b>

| 2.5 **Creditor's name**<br>BANK OF AMERICA NA<br><br>**Creditor's mailing address**<br>AS ADMINISTRATIVE AGENT<br>ATTN: TRACI KUKETZ<br>2380 PERFORMANCE DR BUILDING C<br>RICHARDSON, TX  75082<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>6/13/2018<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER -<br>201806135728447<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNDETERMINED |
| --- | --- | --- | --- |

| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 | |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor    Alamo Yonkers, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10483
(if known)

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**DELETED**

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>ALAMO LEAGUE HOLDINGS, LLC<br>ATTN: TIMOTHY A. LEAGUE,<br>612 E 6TH ST<br>AUSTIN, TX  78701 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>GUARANTEE OBLIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**DELETED**

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>CONSOLIDATED EDISON COMPANY OF NEW YORK INC.<br>ATTN: LEGAL DEPARTMENT<br>4 IRVING PLACE<br>NEW YORK, NY  10003 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,556.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Alamo Yonkers, LLC | Case number _(if known)_ | 21-10474 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

### ADDITION

| | | | Amount of claim |
|---|---|---|---|

**3.23**    **Nonpriority creditor's name and mailing address**

NEON RATED, LLC
580 BROADWAY STE 1200
NEW YORK, NY  10012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,738.70

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | NOT APPLICABLE |
| **5b.** | Total claims from Part 2 | **5b.** + | $764,814.12 |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | **5c.** | $764,814.12 |

**Fill in this information to identify the case:**

Debtor    Alamo Yonkers, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10483
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021
          MM / DD / YYYY

✖   /s/ Matthew Vonderahe
     Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor

**Exhibit 10**

**Amended Schedules for**
**Alamo Mission, LLC**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Mission, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10484</td></tr>
</table>

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $17,361,506.71 |

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $3,427,264.74 |

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $20,788,771.45 |

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| |
|---|
| $105,532,396.18 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| UNKNOWN |

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| |
|---|
| +       $1,950,616.24 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
     Lines 2 + 3a + 3b

| |
|---|
| $107,483,012.42 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Alamo Mission, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10484 |

☑ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

1. **1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**DELETED**

| 2.9 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|
| | FORTRESS CREDIT CORPORATION | | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | AS ADMINISTRATIVE AGENT ATTN: D. BROOKS, D. SHARPE, ET AL 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK, NY 10105 | UCC FILING NUMBER - 1806181606152 | | |
| | | **Is the creditor an insider or related party?** | | |
| | **Creditor's email address** | ☑ No | | |
| | GCCREDIT@FORTRESS.COM; CREDITOPERATIONS@FORTRESS.COM; BSTEWART@FORTRESS.COM; MPOLIDORO@FORTRESS.COM | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |
| | **Date or dates debt was incurred** | **As of the petition filing date, the claim is:** | | |
| | 1/22/2021 | *Check all that apply.* | | |
| | **Last 4 digits of account number:** | ☑ Contingent | | |
| | | ☑ Unliquidated | | |
| | **Do multiple creditors have an interest in the same property?** | ☐ Disputed | | |
| | ☑ No | | | |
| | ☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Mission, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10484</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**AMENDED**

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

CHRISTINE M COLCORD
1007 E. 24TH ST.
OAKLAND, CA 94606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**AMENDED**

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

DAVID D HAWKINS
875 DOLORES ST.
APT. 4
SAN FRANCISCO, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Alamo Mission, LLC | Case number (if known) | 21-10474 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**AMENDED**

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | FREDERICK ADAM PFAHLER IV<br>120 ALBION ST.<br>APT. 2<br>SAN FRANCISCO, CA 94110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>INVENTORY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**AMENDED**

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|
| | JON BASTIAN<br>2727 25TH AVE<br>OAKLAND, CA 94601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**ADDITION**

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,204.36 |
|---|---|---|---|
| | NEON RATED, LLC<br>580 BROADWAY STE 1200<br>NEW YORK, NY 10012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**DELETED**

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $126,035.94 |
|---|---|---|---|
| | SAN FRANCISCO TAX COLLECTOR<br>1 DR CARLTON B GOODLETT PL, 140<br>SAN FRANCISCO, CA 94102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>REGULATORY & TAXES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Alamo Mission, LLC                                Case number (if known)
          (Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a.** Total claims from Part 1 | 5a. | **UNDETERMINED** |
| **5b.** Total claims from Part 2 | 5b. **+** | **$1,950,616.24** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,950,616.24** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Mission, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10484</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021
MM / DD / YYYY

✗ /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor