**<u>Exhibit 11</u>**

**Amended Schedules for
Alamo Ritz, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo Ritz, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10485
(if known)

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,685,005.05 |
| --- |

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,105,370.09 |
| --- |

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $2,790,375.14 |
| --- |

---

| Part 2: | Summary of Liabilities |
| --- | --- |

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $105,532,396.18 |
| --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
| --- |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| + | $207,189.92 |
| --- | --- |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $105,739,586.10 |
| --- |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Ritz, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10485 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **1.  Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Creditors with Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim *Do not deduct the value of collateral.* | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| | **DELETED** | | |
| 2.9 **Creditor's name** FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
| **Creditor's mailing address** AS ADMINISTRATIVE AGENT ATTN: D. BROOKS, D. SHARPE, ET AL 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK, NY  10105 | **Describe the lien** UCC FILING NUMBER - 2100030661 **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| **Creditor's email address** GCCREDIT@FORTRESS.COM; CREDITOPERATIONS@FORTRESS.COM; BSTEWART@FORTRESS.COM; MPOLIDORO@FORTRESS.COM | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| **Date or dates debt was incurred** 1/22/2021 | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| **Last 4 digits of account number:** | ☑ Contingent ☑ Unliquidated ☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor     Alamo Ritz, LLC

United States Bankruptcy Court for the:     District of Delaware

Case number     21-10485
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**Part 2:**     List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

### ADDITION

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>NEON RATED, LLC<br>580 BROADWAY STE 1200<br>NEW YORK, NY  10012<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $215.25 |

### AMENDED

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>VINE LSE INTERNATIONAL IV, LLC<br>810 SEVENTH AVENUE<br>STE 802<br>NEW YORK, NY  10019<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. | Total claims from Part 1 | 5a. | NOT APPLICABLE |
| 5b. | Total claims from Part 2 | 5b. + | $207,189.92 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $207,189.92 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Ritz, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10485</td></tr>
</table>

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021                          ✗   /s/ Matthew Vonderahe
      MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                                    Matthew Vonderahe
                                                    Printed name

                                                      Chief Financial Officer
                                                    Position or relationship to debtor

**<u>Exhibit 12</u>**

**Amended Schedules for
Alamo Mueller, LLC**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Mueller, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10486 |

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
$5,786,245.81

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
$3,060,152.19

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
$8,846,398.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
$105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .
NOT APPLICABLE

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .
**+** $900,746.54

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b
$106,433,142.72

---

| Fill in this information to identify the case: |
| --- |

Debtor        Alamo Mueller, LLC

United States Bankruptcy Court for the:        District of Delaware

Case number        21-10486
(if known)

☑ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1.    1.    **Do any creditors have claims secured by debtor's property?**

☐    No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑    Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
| --- | --- |

| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** Amount of claim *Do not deduct the value of collateral.* | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

### DELETED

| 2.9 | **Creditor's name** FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
| --- | --- | --- | --- | --- |
| | **Creditor's mailing address** AS ADMINISTRATIVE AGENT ATTN: D. BROOKS, D. SHARPE, ET AL 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK, NY  10105 | **Describe the lien** UCC FILING NUMBER - 2100030659 **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Creditor's email address** GCCREDIT@FORTRESS.COM; CREDITOPERATIONS@FORTRESS.COM; BSTEWART@FORTRESS.COM; MPOLIDORO@FORTRESS.COM | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 1/22/2021 | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Last 4 digits of account number:** | ☑ Contingent ☑ Unliquidated ☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
| --- | --- | --- |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Mueller, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10486</td></tr>
</table>

☑ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

### DELETED

| 3.15 | **Nonpriority creditor's name and mailing address**<br>MUELLER ALDRICH STREET, LLC<br>C/O SAUL EWING ARNSTEIN & LEHR LLP<br>ATTN: MARK MINUTI<br>1201 N. MARKET STREET, SUITE 2300<br>WILMINGTON, DE 19801-1266<br><br>**Date or dates debt was incurred**<br><br>9/23/2020<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

### ADDITION

| 3.16 | **Nonpriority creditor's name and mailing address**<br>NEON RATED, LLC<br>580 BROADWAY STE 1200<br>NEW YORK, NY 10012<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,855.33 |

Debtor    Alamo Mueller, LLC

(Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.    Total claims from Part 1                5a.    NOT APPLICABLE

5b.    Total claims from Part 2                5b.    +    $900,746.54

5c.    **Total of Parts 1 and 2**              5c.    $900,746.54
       Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Alamo Mueller, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10486 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| | **Delcaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

 I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | 4/28/2021 | ✗ /s/ Matthew Vonderahe |
| | MM / DD / YYYY | Signature of individual signing on behalf of debtor |
| | | |
| | | Matthew Vonderahe |
| | | Printed name |
| | | |
| | | Chief Financial Officer |
| | | Position or relationship to debtor |

## **Exhibit 13**

**Mondo Tees, LLC**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Mondo Tees, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10487 |

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $76,376.53 |
|---|

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $12,893,590.66 |
|---|

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $12,969,967.19 |
|---|

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $105,532,396.18 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| + | $972,513.21 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $106,504,909.39 |
|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Mondo Tees, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10487 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1.  1. **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:      List All Creditors with Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**DELETED**

| 2.9 | **Creditor's name**<br>FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|

**Creditor's mailing address**
AS ADMINISTRATIVE AGENT
ATTN: D. BROOKS, D. SHARPE, ET AL
1345 AVENUE OF THE AMERICAS, 46TH FL
NEW YORK, NY  10105

**Describe the lien**
UCC FILING NUMBER - 180020637724

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address**
GCCREDIT@FORTRESS.COM;
CREDITOPERATIONS@FORTRESS.COM;
BSTEWART@FORTRESS.COM;
MPOLIDORO@FORTRESS.COM

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**Date or dates debt was incurred**
1/22/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor | Mondo Tees, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10487 |

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|
| **ADDITION** | |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>ALAN HOWARTH INC<br>298 CHESTERFIELD 166<br>NEWPORT BEACH, CA  92660<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,271.48 |

| | |
|---|---|
| **AMENDED** | |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>ANDREW HUNG<br>3908 AVENUE B<br>AUSTIN, TX  78751<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $252.03 |

| Debtor | Mondo Tees, LLC | | Case number (if known) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

### AMENDED

**3.13** **Nonpriority creditor's name and mailing address**

ASIA PACIFIC OFFSET LTD
UNIT C-3, 11/F, YEUNG YIU CHUNG (NO.8)
IND / BLDG. 20 WANG HAI ROAD
KOWLOON BAY
HONG KONG

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,105.29

---

### DELETED

**3.14** **Nonpriority creditor's name and mailing address**

ASONGS MUSIC PUBLISHING LLP
FULHAM PALACE, BISHOPS AVENUE
LONDON  SW6 6EA
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.47

---

### ADDITION

**3.21** **Nonpriority creditor's name and mailing address**

BLANCK MASS
3 MILLS STUDIO
MILL LANE
LONDON  E3 3DU
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.45

---

### AMENDED

**3.23** **Nonpriority creditor's name and mailing address**

CARL THIEL
4764 PARK GRANADA
STE 110
CALABASAS, CA  91302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$270.12

Debtor  Mondo Tees, LLC

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |

## ADDITION

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,046.40 |

CBS CONSUMER PRODUCTS
1515 BROADWAY FL 41
NEW YORK, NY  10036-8901

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

## ADDITION

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,990.23 |

CHANEY ENTERTAINMENT, INC.
PO BOX 4550
PALM SPRINGS, CA  92263

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

## ADDITION

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $937.81 |

DARTH RIMMER
C/O DARTH RIMMER
17958 WELBY WAY
RESEDA, CA  91335

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

## ADDITION

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,725.85 |

DATA DISCS LTD
11 HAVEN GREEN
LONDON  W5 2UU
UNITED KINGDOM

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | Mondo Tees, LLC | | Case number (if known) | 21-10474 |
| | (Name) | | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

**AMENDED**

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,000.00 |
| | FONS PR INC. | *Check all that apply.* | |
| | 4408 BURNET RD A | ☐ Contingent | |
| | SUITE 210 | ☐ Unliquidated | |
| | AUSTIN, TX 78756 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**DELETED**

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
| | FRANCESCO FRANCAVILLA | *Check all that apply.* | |
| | 4480-H SOUTH COBB DRIVE 163 | ☐ Contingent | |
| | SMYRNA, GA 30080 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**AMENDED**

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | GABRIEL CHICIOINE | *Check all that apply.* | |
| | 3908 AVENUE B | ☐ Contingent | |
| | AUSTIN, TX 78751 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ROYALTY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**AMENDED**

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.94 |
| | GRAHAM REZNICK | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | ROYALTY | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| Debtor | Mondo Tees, LLC | | | |
| | (Name) | Case number (if known) | |

| **Part 2:** | Additional Page |

|  | | Amount of claim |
| --- | --- | --- |

**ADDITION**

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $458.40 |

GRINDHOUSE RELEASING
DBA GRINDHOUSE RELEASING
12119 LAUREL TERRACE DRIVE
STUDIO CITY, CA  91604

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**ADDITION**

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $937.81 |

IMP HOUSE LLC
C/O DARTH RIMMER
17958 WELBY WAY
RESEDA, CA  91335

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**ADDITION**

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $192.00 |

IMPERIAL POLYFARM PRODUCTIONS
2619 CARLOW DR
AUSTIN, TX  78745

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**AMENDED**

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $327.32 |

JOEL BREISCH
816 S. MCLOUGHLIN BLVD
OREGON CITY, OR  97045

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Mondo Tees, LLC                                    Case number (if known)
          (Name)

| Part 2: | Additional Page |

| | Amount of claim |

## AMENDED

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,326.00 |

JOSH SCHAFER
3908 AVENUE B
AUSTIN, TX  78751

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

## ADDITION

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $340.82 |

KEITH CALDER
11311 VENICE BLVD
LOS ANGELES, CA  90066

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

## DELETED

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,039.96 |

NEON RATED, LLC
580 BROADWAY STE 1200
NEW YORK, NY  10012

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY OBLIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

## ADDITION

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00 |

NEON RATED, LLC
580 BROADWAY STE 1200
NEW YORK, NY  10012

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

### DELETED

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $87.15 |
| --- | --- | --- | --- |
| | OLMSTED-KIRK<br>PO BOX 841037<br>DALLAS, TX 75284-1037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

### AMENDED

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60.00 |
| --- | --- | --- | --- |
| | PAT BISHOW<br>3960 47TH ST<br>SUNNYSIDE, NY 11104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ROYALTY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

### AMENDED

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
| --- | --- | --- | --- |
| | PATRICK THOMAS<br>PO BOX 10365<br>BURBANK, CA 91510-0365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>THIRD PARTY CONSULTANT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

### AMENDED

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $141,258.20 |
| --- | --- | --- | --- |
| | SONY MUSIC CUSTOM MARKETING<br>SONY MUSIC ENTERAINMENT<br>26966 NETWORK PLACE<br>CHICAGO, IL 60673-1269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Mondo Tees, LLC | | Case number (if known) | |
| | (Name) | | | |

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**ADDITION**

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $123.10 |
|---|---|---|---|

SPIDER-MAN MERCHANDISING LP
10202 WASHINGTON BLVD
CULTER CITY, CA  90232

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**AMENDED**

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,981.37 |
|---|---|---|---|

TIKI FARM INC.
1120 CALLE CORDILLERA, STE 101
SAN CLEMENTE, CA  92673

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**AMENDED**

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,861.13 |
|---|---|---|---|

TOM MCDOWELL
48 HUGON RD
FULHAM, LONDON  SW6 3EN
UNITED KINGDOM

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**AMENDED**

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $84,961.50 |
|---|---|---|---|

UMGD
PO BOX 98336
BANK OF AMERICA
CHICAGO, IL  60693

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Mondo Tees, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### DELETED

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $208,706.92 |
|---|---|---|---|

WEA-WSM
32253 COLLECTION CENTER DR
CHICAGO, IL  60693-0322

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

### AMENDED

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

YOSIELL LORENZO
3940 ARDLEY AVE
OAKLAND, CA  94602

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. | Total claims from Part 1 | | 5a. | NOT APPLICABLE |
| 5b. | Total claims from Part 2 | | 5b. + | $972,513.21 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $972,513.21 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Mondo Tees, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10487</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | **ADDITION** | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUSIC CONTRACT | ADAM WINGARD |
| | **ADDITION** | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUSIC CONTRACT | ALAN HOWARTH, INC.<br>298 CHESTERFIELD 166<br>NEWPORT BEACH, CA  92660 |
| | **ADDITION** | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSUMER PRODUCTS CONTRACT | ALEX PARDEE<br>3043 GLENHURST AVE<br>LOS ANGELES, CA  90039 |
| | **ADDITION** | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSUMER PRODUCTS CONTRACT | BETHESDA/ZENIMAX MEDIA<br>1370 PICCARD DR<br>ROCKVILLE, MD  20850 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT | BLACK DRAGON PRESS<br>8 NORTH WORPLE WAY<br>LONDON  SW14 8QG<br>UNITED KINGDOM |
| **ADDITION** | |
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT | BLAIR BROTHERS MUSIC<br>8319 ARDLEIGH ST<br>PHILADELPHIA, PA  19118 |
| **ADDITION** | |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT | BLOCK 2 DISTRIBUTION<br>SEA MEADOW HOUSE<br>BLACKBURNE HIGHWAY, ROAD TOWN<br>TORTOLA<br>BRITISH VIRGIN ISLANDS |
| **ADDITION** | |
| 2.16 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC CONTRACT | CARL THIEL<br>4764 PARK GRANADA<br>STE 110<br>CALABASAS, CA  91302 |
| **ADDITION** | |
| 2.26 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT | CHANEY ENTERTAINMENT, INC<br>PO BOX 4550<br>PALM SPRINGS, CA  92263 |

Debtor    Mondo Tees, LLC                                      Case number (if known)
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

<div align="center">

**ADDITION**

</div>

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSUMER PRODUCTS CONTRACT | COLLECTORS EDITIONS (CYCLOPS) ERIC LANGE 9002 ETON AVENUE CANOGA PARK, CA 91304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANDISING LICENSE AGREEMEMT | COMPASS INTERNATIONAL PICTURES INC 2021 PONTIUS AVENUE LOS ANGELES, CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | MUSIC CONTRACT | CONCORD BICYCLE ASSETS C/O CONCORD MUSIC GROUP, INC 100 N. CRESCENT DR BEVERLY HILLS, CA 90210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-EXCLUSIVE VINYL DISTRIBUTION | CUT NARRATIVE RECORDS LLC 825 E. 4TH ST., 209 LOS ANGELES, CA 90013 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<div align="center">

**ADDITION**

</div>

| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | EPIC GAMES ATTN: KATE LIU 304 PARK AVE SOUTH NEW YORK, NY 10010 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSUMER PRODUCTS CONTRACT | FOREVER STOKED, LLC C/O PRETTIEST PRINCESS GAMES ATTN: MATT LOTER 81 BEACON AVE NEW HAVEN, CT  06512 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSUMER PRODUCTS CONTRACT | IMP HOUSE GAMES C/O DARTH RIMMER 17958 WELBY WAY RESEDA, CA  91335 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSUMER PRODUCTS CONTRACT | JESSIEFILM, INC. 13835 CHANDLER BLVD SHERMAN OAKS, CA  91401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSUMER PRODUCTS CONTRACT | KIM HENKEL AND ROBERT KUHN 108 GARFIELD PLACE BROOKLYN, NY  11215 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

### ADDITION

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANDISING LICENSE AGREEMENT | KONAMI DIGITAL ENTERTAINMENT, INC. 14500 AVIATION BLVD HAWTHORNE, CA  90250-6655 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MERCHANDISING LICENSE AGREEMENT | KONAMI DIGITAL ENTERTAINMENT, INC.<br>14500 AVIATION BLVD<br>HAWTHORNE, CA 90250-6655 |
| **ADDITION** | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MERCHANDISING LICENSE AGREEMENT | KONAMI DIGITAL ENTERTAINMENT, INC.<br>14500 AVIATION BLVD<br>HAWTHORNE, CA 90250-6655 |
| **ADDITION** | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSUMER PRODUCTS CONTRACT | LEGION M ENTERTAINMENTINC.<br>6425 CHRISTIE AVE<br>STE 500, 5TH FLOOR<br>SAN FRANCISCO, CA 94608 |
| **ADDITION** | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC CONTRACT | LITTLE JACKET INDUSTRIES<br>C/O SHENFELD LAW PC<br>ATTN: BRADLEY MARC SHENFELD<br>16255 VENTURA BLVD, STE 201<br>ENCINO, CA 91436-2300 |
| **ADDITION** | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUSIC CONTRACT | LOVE THY NEIGHBOR |

Debtor    Mondo Tees, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | LUGOSI LLC 4342 BELAIR DRIVE LA CANADA FLINTRIDGE, CA  91011 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | MAD DUCK POSTERS ATTN BRAD CRITES PO BOX 124 LEWIS CENTER, OH  43035 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC CONTRACT | MADISON GATE RECORDS, INC 10202 W. WASHINGTON BLVD. CULVER CITY, CA  90232 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC CONTRACT | MADISON GATE RECORDS, INC 10202 W. WASHINGTON BLVD. CULVER CITY, CA  90232 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | MARVEL BRANDS LLC 1290 AVENUE OF THE AMERICAS 2ND FLOOR NEW YORK, NY  10104 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| | | | |
|---|---|---|---|
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC CONTRACT | MILAN RECORDS<br>ATTN PABLO MANYER<br>3500 W OLIVE AVE, STE 750<br>BURBANK, CA 91505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | MITCH RYCKMAN AND TREVAN HASKELL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | CONSUMER PRODUCTS CONTRACT | NICK PRUEHER - DREAM CRUSH GAME |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | NONESUCH RECORDS<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| | | | |
|---|---|---|---|
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | NONESUCH RECORDS<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISING LICENSE AGREEMENT | PARAMOUNT LICENSING INC. PO BOX 748783 LOS ANGELES, CA 90074-8783 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | "UNMATCHED" AGREEMENT | RESTORATION GAMES, LLC 12717 W. SUNRISE BLVD. 244 SUNRISE, FL 33323 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT | RIKA MURANAKA 2309 SANTA MONICA BLVD SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC CONTRACT | SECRETLY GROUP ATTN: KRAEGAN 213 S. ROGERS ST., STE 2 BLOOMINGTON, IN 47404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISE SCHEDULE NUMBER 3 | SONY INTERACTIVE ENTERTAINMENT LLC 2207 BRIDGEPOINTE PARKWAY SAN MATEO, CA 94404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.100 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VINYL ALBUM LICENSE AGREEMENT - BAD BATCH | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **ADDITION** | | |
| 2.100 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VINYL ALBUM LICENSE AGREEMENT - BAD BATCH | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| **ADDITION** | | |
| 2.101 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VINYL ALBUM LICENSE AGREEMENT - BLAIR WITCH | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| **ADDITION** | | |
| 2.102 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VINYL ALBUM LICENSE AGREEMENT - COLOSSAL | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| **ADDITION** | | |
| 2.103 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VINYL ALBUM LICENSE AGREEMENT - DESTROYER | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| **ADDITION** | | |
| 2.104 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VINYL ALBUM LICENSE AGREEMENT - HANNIBAL | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |

Debtor    Mondo Tees, LLC

(Name)

Case number (if known) 21-10474

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - HELLRAISER | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - HELLRAISER II & HELLRAISER III | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - INGRID GOES WEST | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - LUCY IN THE SKY | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - MASTER OF NONE | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Mondo Tees, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - MISSING LINK | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - MUD | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - SYNCHRONICITY | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT - THE WIND | SOUNDTRACK RECORDS DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT | SPARKS & SHADOWS LLC DBA LAKESHORE RECORDS LOS ANGELES, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSUMER PRODUCTS CONTRACT | STUDIO CANAL CREATIVE LICENSING CORPORATION<br>C/O CREATIVE LICENSING CORP<br>ATTN: KIM PENNY VP<br>10940 WILSHIRE BLVD ST 1600<br>LOS ANGELES, CA  90024-3910 |


| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | **ADDITION** | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>CONSUMER PRODUCTS CONTRACT | STUDIO CANAL CREATIVE LICENSING CORPORATION<br>C/O CREATIVE LICENSING CORP<br>ATTN: KIM PENNY VP<br>10940 WILSHIRE BLVD ST 1600<br>LOS ANGELES, CA  90024-3910 |
| | **ADDITION** | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MUSIC CONTRACT | STUDIO PONOC<br>NIIKURA BLDG., 2-10-21<br>KYONANCHO, MUSASHINO-SHI<br>TOKYO  180-0023<br>JAPAN |
| | **ADDITION** | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MUSIC CONTRACT | THE BLASTING COMPANY<br>3756 W AVE 40<br>STE K 218<br>LOS ANGELES, CA  90065 |
| | **ADDITION** | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MUSIC CONTRACT | TIMOTHY (FIFE) BRACKET |
| | **ADDITION** | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>AGREEMENT - JAWBREAKER SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA  90404 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **ADDITION** | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT - JURASSIC PARK SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA 90404 |
| **ADDITION** | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT - MISSION IMPOSSIBLE SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA 90404 |
| **ADDITION** | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT - NEW FOUND GLORY | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA 90404 |
| **ADDITION** | |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT - POPSTAR SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA 90404 |
| **ADDITION** | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT - SILENCE OF THE LAMBS SOUNDTRACK | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA 90404 |

| Debtor | Mondo Tees, LLC | | Case number *(if known)* | 21-10474 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT - THE BIG LEBOWSKI | UNIVERSAL MUSIC ENTERPRISES<br>2220 COLORADO AVE<br>SANTA MONICA, CA 90404 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISING LICENSE AGREEMENT | VALVE CORPORATION<br>10400 NE 4TH ST<br>STE 1400<br>BELLEVUE, WA 98004 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | VINYL ALBUM LICENSE AGREEMENT | WALT DISNEY MUSIC COMPANY<br>WALT DISNEY RECORDS - 101622<br>C/O JPMORGAN CHASE<br>PASADENA, CA 91189-1622 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - 2001: A SPACE ODYSSEY | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA 91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - AQUAMAN | WATER TOWER MUSIC<br>4000 WARNER BLVD, BLDG 156N, 5TH FL.<br>BURBANK, CA 91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Mondo Tees, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### ADDITION

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - BATMAN: THE ANIMATED SERIES BOX SET VOL 2 | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - MAD MAX FURY ROAD | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - MIDNIGHT SPECIAL | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - OVER THE GARDEN WALL | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

### ADDITION

| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - SINGING IN THE RAIN | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA  91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Mondo Tees, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - SUPERMAN: THE ANIMATED SERIES | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA 91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - THE SHINING | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA 91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - THE WIZARD OF OZ | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA 91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - WONDER WOMAN | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA 91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**ADDITION**

| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | MUSIC AGREEMENT - ZACH SNYDER'S JUSTICE LEAGUE | WATER TOWER MUSIC 4000 WARNER BLVD, BLDG 156N, 5TH FL. BURBANK, CA 91522 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Mondo Tees, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**ADDITION**

2.151 **State what the contract or lease is for and the nature of the debtor's interest**

MUSIC CONTRACT

WOJCIECH GOLCZEWSKI
ROZANA 4
SKORZEWO 60-185
POLAND

**State the term remaining**

**List the contract number of any government contract**

**ADDITION**

2.153 **State what the contract or lease is for and the nature of the debtor's interest**

CONSUMER PRODUCTS LICENSE AGREEMENT

WORLD WRESTLING ENTERTAINMENT
1241 EAST MAIN STREET
STAMFORD, CT 00690

**State the term remaining**

**List the contract number of any government contract**

**ADDITION**

2.154 **State what the contract or lease is for and the nature of the debtor's interest**

MUSIC CONTRACT

YELLOW VEIL PICTURES
1894 COMMONWEALTH AVE.
MERRICK, NY 11566

**State the term remaining**

**List the contract number of any government contract**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Mondo Tees, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10487</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021
           MM / DD / YYYY

✖ /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor

## Exhibit 14

**Amended Schedules for
Alamo City Foundry, LLC**

**Fill in this information to identify the case:**

Debtor          Alamo City Foundry, LLC

United States Bankruptcy Court for the:          District of Delaware

Case number          21-10488
(if known)

☑ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $393,996.41 |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $126,499.00 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $520,495.41 |
   |---|

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $105,532,396.18 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . .

   | NOT APPLICABLE |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

   | + $21,610.15 |
   |---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $105,554,006.33 |
   |---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo City Foundry, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10488 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

**Be as complete and accurate as possible.**

1.   1.   **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| | **DELETED** | | |
| 2.9 **Creditor's name**<br>FORTRESS CREDIT CORPORATION<br><br>**Creditor's mailing address**<br>AS ADMINISTRATIVE AGENT<br>ATTN: D. BROOKS, D. SHARPE, ET AL<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>NEW YORK, NY  10105<br><br>**Creditor's email address**<br>GCCREDIT@FORTRESS.COM;<br>CREDITOPERATIONS@FORTRESS.COM;<br>BSTEWART@FORTRESS.COM;<br>MPOLIDORO@FORTRESS.COM<br><br>**Date or dates debt was incurred**<br>1/22/2021<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 1806181606172<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNDETERMINED |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor    Alamo City Foundry, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10488
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021
          MM / DD / YYYY

✖   /s/ Matthew Vonderahe
     Signature of individual signing on behalf of debtor

     Matthew Vonderahe
     Printed name

     Chief Financial Officer
     Position or relationship to debtor

**Exhibit 15**

**Amended Schedules for
Alamo Mainstreet, LLC**

| Fill in this information to identify the case: |
|---|

Debtor    Alamo Mainstreet, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10489
(if known)

☑ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a.    **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $832,161.10 |
|---|

    1b.    **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $628,562.37 |
|---|

    1c.    **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,460,723.47 |
|---|

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $105,532,396.18 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a.    **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

    3b.    **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| +              $755,995.03 |
|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $106,288,391.21 |
|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Alamo Mainstreet, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10489 |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>*Do not deduct the value of collateral.* | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**DELETED**

| 2.9 | **Creditor's name**<br>FORTRESS CREDIT CORPORATION<br><br>**Creditor's mailing address**<br>AS ADMINISTRATIVE AGENT<br>ATTN: D. BROOKS, D. SHARPE, ET AL<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>NEW YORK, NY 10105<br><br>**Creditor's email address**<br>GCCREDIT@FORTRESS.COM;<br>CREDITOPERATIONS@FORTRESS.COM;<br>BSTEWART@FORTRESS.COM;<br>MPOLIDORO@FORTRESS.COM<br><br>**Date or dates debt was incurred**<br>1/22/2021<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 1806181606152<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNDETERMINED |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 | |
|---|---|---|---|

| Fill in this information to identify the case: |
|---|

| Debtor | Alamo Mainstreet, LLC |
|---|---|

| United States Bankruptcy Court for the: | District of Delaware |
|---|---|

| Case number (if known) | 21-10489 |
|---|---|

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

### DELETED

| 3.13 | **Nonpriority creditor's name and mailing address**<br>EVERGY<br>1200 MAIN ST<br>KANSAS CITY, MO  64105<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,869.37 |
|---|---|---|

### ADDITION

| 3.26 | **Nonpriority creditor's name and mailing address**<br>NEON RATED, LLC<br>580 BROADWAY STE 1200<br>NEW YORK, NY  10012<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,152.41 |
|---|---|---|

Debtor    Alamo Mainstreet, LLC
                                          Case number (if known)
(Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. | Total claims from Part 1 | **5a.** | **NOT APPLICABLE** |
| 5b. | Total claims from Part 2 | **5b.** + | **$755,995.03** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | **$755,995.03** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Alamo Mainstreet, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10489 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021
          MM / DD / YYYY

✗  /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor

## Exhibit 16

**Amended Schedules for
Alamo City Point, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo City Point, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number
(if known)    21-10490

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $16,991,638.58

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $4,017,241.81

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $21,008,880.39

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .    $105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .    NOT APPLICABLE

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .    **+**   $2,493,016.20

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b    $108,025,412.38

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo City Point, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10490 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **1. Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| | **DELETED** | | |
| **2.9** **Creditor's name**<br>FORTRESS CREDIT CORPORATION<br><br>**Creditor's mailing address**<br>AS ADMINISTRATIVE AGENT<br>ATTN: D. BROOKS, D. SHARPE, ET AL<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>NEW YORK, NY  10105<br><br>**Creditor's email address**<br>GCCREDIT@FORTRESS.COM;<br>CREDITOPERATIONS@FORTRESS.COM;<br>BSTEWART@FORTRESS.COM;<br>MPOLIDORO@FORTRESS.COM<br><br>**Date or dates debt was incurred**<br>1/22/2021<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER -<br>202101225154270<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNDETERMINED |
| **3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $105,532,396.18 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo City Point, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10490 |

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

#### DELETED

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** <br><br>ACADIAREALTY <br>411 THEODORE FREMD AVE <br>STE 300 <br>RYE, NY  10580 <br><br>**Date or dates debt was incurred** <br><br>VARIOUS <br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br>Check all that apply. <br><br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** <br>RENT <br><br>**Is the claim subject to offset?** <br>☑ No <br>☐ Yes | $171,900.37 |

#### DELETED

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** <br><br>ALEXANDRA ELLIS <br>C/O CORREIA, KING, FODERA, MCGINNIS & LIFEEIDGE <br>ATTN: RICHARD J. FODERA <br>655 3RD AVE 27TH FL <br>NEW YORK, NY  10017 <br><br>**Date or dates debt was incurred** <br><br>12/8/2017 <br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br>Check all that apply. <br><br>☑ Contingent <br>☑ Unliquidated <br>☑ Disputed <br><br>**Basis for the claim:** <br>POTENTIAL LITIGATION CLAIM <br><br>**Is the claim subject to offset?** <br>☑ No <br>☐ Yes | UNKNOWN |

| Debtor | Alamo City Point, LLC | Case number (if known) | 21-10495 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

### AMENDED

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $79,184.86 |
|---|---|---|---|

CONSOLIDATED EDISON COMPANY OF NEW YORK INC.
ATTN: LEGAL DEPARTMENT
4 IRVING PLACE
NEW YORK, NY  10003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### ADDITION

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,004.29 |
|---|---|---|---|

NEON RATED, LLC
580 BROADWAY STE 1200
NEW YORK, NY  10012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### DELETED

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $486.05 |
|---|---|---|---|

RIVERCITY SPORTSWEAR LLC
1705 S. IH 35
SAN MARCOS, TX  78666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **NOT APPLICABLE** |
| 5b. | Total claims from Part 2 | 5b. **+** | **$2,493,016.20** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$2,493,016.20** |

**Fill in this information to identify the case:**

Debtor    Alamo City Point, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10490
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021
     MM / DD / YYYY

✗   /s/ Matthew Vonderahe
     Signature of individual signing on behalf of debtor

     Matthew Vonderahe
     Printed name

     Chief Financial Officer
     Position or relationship to debtor

**<u>Exhibit 17</u>**

**Amended Schedules for
Alamo Liberty, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo Liberty, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10491
(if known)

☑ Check if this is an
     amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
         $21,476,092.91

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
         $6,300,661.85

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
         $27,776,754.76

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
     $105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .
         NOT APPLICABLE

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .
         **+**      $208,799.92

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
     Lines 2 + 3a + 3b
     $105,741,196.10

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Liberty, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10491 |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim *Do not deduct the value of collateral.* | **Column B** Value of collateral that supports this claim |
|---|---|---|

<div align="center">DELETED</div>

| 2.9 | **Creditor's name** FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|

**Creditor's mailing address**
AS ADMINISTRATIVE AGENT
ATTN: D. BROOKS, D. SHARPE, ET AL
1345 AVENUE OF THE AMERICAS, 46TH FL
NEW YORK, NY  10105

**Creditor's email address**
GCCREDIT@FORTRESS.COM;
CREDITOPERATIONS@FORTRESS.COM;
BSTEWART@FORTRESS.COM;
MPOLIDORO@FORTRESS.COM

**Date or dates debt was incurred**
1/22/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**
UCC FILING NUMBER -
202101225154294

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Alamo Liberty, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-10491</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▊ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021
              MM / DD / YYYY

✖  /s/ Matthew Vonderahe
   Signature of individual signing on behalf of debtor

   Matthew Vonderahe
   Printed name

   Chief Financial Officer
   Position or relationship to debtor

**<u>Exhibit 18</u>**

**Amended Schedules for
Alamo Satown, LLC**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Satown, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10492 |

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

---

**Part 2:    Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $105,532,396.18 |
|---|

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

| + | NOT APPLICABLE |
|---|---|

4.  **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $105,532,396.18 |
|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Satown, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10492 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1.   1.   **Do any creditors have claims secured by debtor's property?**
     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
     ☑ Yes. Fill in all of the information below.

**Part 1:**     **List All Creditors with Secured Claims**

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|
| **DELETED** | | |
| 2.9   **Creditor's name** FORTRESS CREDIT CORPORATION  **Creditor's mailing address** AS ADMINISTRATIVE AGENT ATTN: D. BROOKS, D. SHARPE, ET AL 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK, NY  10105  **Creditor's email address** GCCREDIT@FORTRESS.COM; CREDITOPERATIONS@FORTRESS.COM; BSTEWART@FORTRESS.COM; MPOLIDORO@FORTRESS.COM  **Date or dates debt was incurred** 1/22/2021  **Last 4 digits of account number:**  **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien**  **Describe the lien** UCC FILING NUMBER - 180020637087, 180020637340, 180020637461  **Is the creditor an insider or related party?** ☑ No ☐ Yes  **Is anyone else liable on this claim?** ☑ No ☐ Yes  **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☐ Disputed | UNKNOWN        UNDETERMINED |

| | | |
|---|---|---|
| 3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Alamo Satown, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10492 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021                    ✗  /s/ Matthew Vonderahe
         MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       Matthew Vonderahe
                                       Printed name

                                       Chief Financial Officer
                                       Position or relationship to debtor

## Exhibit 19

**Amended Schedules for
Alamo Marketplace, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo Marketplace, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10493
(if known)

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$1,896,695.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$1,180,883.90

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$3,077,578.90

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

$105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

NOT APPLICABLE

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

+    $500,491.18

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

$106,032,887.36

| Fill in this information to identify the case: |
| --- |

| Debtor | Alamo Marketplace, LLC |
| --- | --- |

| United States Bankruptcy Court for the: | District of Delaware |
| --- | --- |

| Case number (if known) | 21-10493 |
| --- | --- |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**DELETED**

| 2.9 | **Creditor's name**<br>FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
| --- | --- | --- | --- | --- |
|  | **Creditor's mailing address**<br>AS ADMINISTRATIVE AGENT<br>ATTN: D. BROOKS, D. SHARPE, ET AL<br>1345 AVENUE OF THE AMERICAS, 46TH FL<br>NEW YORK, NY  10105 | **Describe the lien**<br>UCC FILING NUMBER - 180020636692<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
|  | **Creditor's email address**<br>GCCREDIT@FORTRESS.COM;<br>CREDITOPERATIONS@FORTRESS.COM;<br>BSTEWART@FORTRESS.COM;<br>MPOLIDORO@FORTRESS.COM | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes | | |
|  | **Date or dates debt was incurred**<br>1/22/2021 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent | | |
|  | **Last 4 digits of account number:** | ☑ Unliquidated<br>☐ Disputed | | |
|  | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor    Alamo Marketplace, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10493
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

### ADDITION

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $231.00 |
|---|---|---|---|
|  | NEON RATED, LLC | Check all that apply. | |
|  | 580 BROADWAY STE 1200 | ☐ Contingent | |
|  | NEW YORK, NY  10012 | ☐ Unliquidated | |
|  |  | ☐ Disputed | |
|  | **Date or dates debt was incurred** | | |
|  | VARIOUS | **Basis for the claim:** | |
|  |  | TRADE PAYABLE | |
|  | **Last 4 digits of account number:** | | |
|  |  | **Is the claim subject to offset?** | |
|  |  | ☑ No | |
|  |  | ☐ Yes | |

### DELETED

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
|  | PHYLLIS JEAN TUMLINSON | Check all that apply. | |
|  | C/O DEAS & ASSOCIATES | ☑ Contingent | |
|  | ATTN: CHRISTOPHER RHODES | ☑ Unliquidated | |
|  | 234 CEDAR HURST LN | ☑ Disputed | |
|  | AUSTIN, TX  78734-3915 | | |
|  |  | **Basis for the claim:** | |
|  | **Date or dates debt was incurred** | POTENTIAL LITIGATION CLAIM | |
|  | 12/13/2019 | | |
|  |  | **Is the claim subject to offset?** | |
|  | **Last 4 digits of account number:** | ☑ No | |
|  |  | ☐ Yes | |

| Debtor | Alamo Marketplace, LLC | Case number (if known) | 21-10493 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**DELETED**

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

SUSIE VYBIRAL
C/O KILPATRICK & DEAS
ATTN: LAURA W. HOLDER
9601 MCALLISTER FREEWAY STE 220
SAN ANTONIO, TX  78216- 4623

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

7/11/2018

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☒ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | NOT APPLICABLE |
| **5b.** | Total claims from Part 2 | **5b.** + | $500,491.18 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | **5c.** | $500,491.18 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Marketplace, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10493 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2021
MM / DD / YYYY

✗ /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor

**<u>Exhibit 20</u>**

**Amended Schedules for
Alamo Stone Oak, LLC**

**Fill in this information to identify the case:**

Debtor    Alamo Stone Oak, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    21-10494
(if known)

☑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

        $2,368,701.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

        $990,917.51

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

        $3,359,618.51

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

    $105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

        NOT APPLICABLE

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

        +    $914,828.23

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

    $106,447,224.41

| Fill in this information to identify the case: |
| --- |

| Debtor | Alamo Stone Oak, LLC |
| --- | --- |

| United States Bankruptcy Court for the: | District of Delaware |
| --- | --- |

| Case number (if known) | 21-10494 |
| --- | --- |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

<div align="center">

**DELETED**

</div>

| 2.9 | **Creditor's name** FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
| --- | --- | --- | --- | --- |
| | **Creditor's mailing address** AS ADMINISTRATIVE AGENT ATTN: D. BROOKS, D. SHARPE, ET AL 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK, NY  10105 | **Describe the lien** UCC FILING NUMBER - 180020637582 **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Creditor's email address** GCCREDIT@FORTRESS.COM; CREDITOPERATIONS@FORTRESS.COM; BSTEWART@FORTRESS.COM; MPOLIDORO@FORTRESS.COM | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 1/22/2021 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent | | |
| | **Last 4 digits of account number:** | ☑ Unliquidated ☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,532,396.18 |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor        Alamo Stone Oak, LLC

United States Bankruptcy Court for the:        District of Delaware

Case number        21-10494
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

### DELETED

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | UNKNOWN |
|---|---|---|---|
|  | DDR DB STONE OAK LP<br>ATTN GENERAL COUNSEL<br>3300 ENTERPRISE PKWY<br>BEACHWOOD, OH  44122 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | 6/30/2020 | POTENTIAL LITIGATION CLAIM |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

### AMENDED

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,381.76 |
|---|---|---|---|
|  | NEON RATED, LLC<br>580 BROADWAY STE 1200<br>NEW YORK, NY  10012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | VARIOUS | TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| Debtor | Alamo Stone Oak, LLC | Case number (if known) | 21-10474 |
|--------|----------------------|------------------------|----------|
| | (Name) | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|--|--|------------------------|

| 5a. | Total claims from Part 1 | 5a. | | NOT APPLICABLE |
|-----|--------------------------|-----|---|----------------|
| 5b. | Total claims from Part 2 | 5b. | + | $914,828.23 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $914,828.23 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Alamo Stone Oak, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10494 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/28/2021
          MM / DD / YYYY

✗   /s/ Matthew Vonderahe
      Signature of individual signing on behalf of debtor

      Matthew Vonderahe
      Printed name

      Chief Financial Officer
      Position or relationship to debtor