IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | ) Case No. 21-10474 (MFW) |
| | ) (Jointly Administered) |
| Debtors.¹ | ) |

### THE STATE OF TEXAS'S LIMITED OBJECTION TO DEBTORS' SALE
(*Relates to Dkt. Nos. 244, 247*)

**COMES NOW,** the State of Texas ("**State of Texas**" or "**State**"), by and through the Office of the Texas Attorney General, and respectfully files this *Objection to Debtors' Sale* (the "**Sale**") (Dkt. Nos. 244, 247). In support of its Limited Objection, the State of Texas respectfully states as follows:

### I.    OVERVIEW

1.    The State, out of an abundance of caution, files its Limited Objection in order to assure the ability of the State to protect its consumers from potential exposure of their personally identifiable information.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

## II. LIMITED OBJECTION

*Protection of "Personally Identifiable Information"*

2. The Debtors' propose in the *Debtor's Motion for Entry of: (A) An Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving the Debtors' Entry Into the Stalking Horse APA and All of Its Terms, Including Bidding Protections, and (IV) Granting Related Relief; and (B) An Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (Dkt. 36) ("**Sale Motion**,") to sell certain property, including fixtures, equipment, and other personal property that may contain "Personally Identifiable Information"[2] (the "PII"). However, the Debtors' Sale Order does not address safeguards required by Texas law for the proper destruction and disposal of PII that the property in question may contain.

3. As such, the State objects to the sale of any of the Debtors' property without the proper destruction and disposal of any PII.

4. To address this issue, the State requests that the following paragraph be added to the Sale Order:

---

[2] 11 U.S.C. § 101(41A) defines the term "personally identifiable information."

*The Debtors are not authorized to abandon, sell, lease, or otherwise transfer to any other party, and are directed to remove, any confidential and/or "personally identifiable information" (as such term is defined in section 101(41A) of the Bankruptcy Code and pursuant to federal and state law,) of non-customers from any of the Debtors' hardware, software, computers, cash registers or similar equipment which are to be sold, donated, transferred, abandoned or otherwise disposed of so as to render the PII unreadable or undecipherable.*

*Nothing in this Order authorizes the Debtors, landlords, or non-Debtor third parties to sell, abandon, lease, or otherwise transfer to any other party, the personal identifying information as such term is defined in section 101(41A) of the Bankruptcy Code ("PII")) of any customers located on any hardware, software, computers or cash registers or similar equipment sold pursuant to the APA and this Order unless such sale or transfer or lease is permitted by the Debtors' privacy policy and state or federal privacy and/or identity theft prevention laws and rules.*

## PRAYER

Wherefore, the State respectfully requests that the Court sustain its Limited Objection and grant such further relief to the State as this Court deems just and equitable.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 29, 2021

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Layla D. Milligan*
JASON B. BINFORD
Texas State Bar No. 24045499
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
jason.binford@oag.texas.gov
layla.milligan@oag.texas.gov

ATTORNEYS FOR THE STATE OF TEXAS

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on April 29, 2021.

                                    */s/ Layla D. Milligan*
                                    LAYLA D. MILLIGAN
                                    Assistant Attorney General