# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLCC, *et al.*, | ) Case No. 21-10474 (MFW) <br> ) <br> ) (Jointly Administered) |
| Debtors[1] | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") and The Texas Workforce Commission ("TWC") hereby give notice of their appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

The Texas Comptroller and TWC respectfully request through their counsel that they be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    SHAWN E. COWLES
    Deputy Attorney General for Civil Litigation

    RACHEL R. OBALDO
    Assistant Attorney General
    Chief, Bankruptcy & Collections Division

    <u>/s/ Kimberly A. Walsh</u>
    Kimberly A. Walsh
    Assistant Attorney General
    Texas State Bar No. 24039230
    c/o Sherri K. Simpson, Paralegal
    Bankruptcy & Collections Division
    P.O. Box 12548
    Austin, TX  78711-2548
    tel:  (512) 475-4562
    fax:  (512) 936-1409

    COUNSEL FOR THE TEXAS
    COMPTROLLER OF PUBLIC ACCOUNTS AND
    TEXAS WORKFORCE COMMISSION

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2021, a true copy of the foregoing will be mailed by first class mail to:

Alamo Drafthouse Cinemas
Holdings, LLC
3908 Avenue B
Austin, TX 78751

and was served on May 4, 2021, by electronic means using the Court's ECF Noticing System:

- **Jason Daniel Angelo** jangelo@reedsmith.com, glauer@reedsmith.com
- **Jason Binford** Jason.binford@oag.texas.gov
- **Laura Skowronski Bouyea** lsbouyea@venable.com
- **Dustin Parker Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com
- **Stuart M. Brown** stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
- **Kate R. Buck** kbuck@mccarter.com
- **Michael G. Busenkell** mbusenkell@gsbblaw.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Eboney Cobb** ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- **Mark L. Desgrosseilliers** desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Kenneth J. Enos** bankfilings@ycst.com
- **Epiq Corporate Restructuring, LLC** danette.gerth@epiqglobal.com
- **Robert J. Feinstein** rfeinstein@pszjlaw.com
- **Betsy Lee Feldman** bfeldman@ycst.com
- **Gregory Joseph Flasser** gflasser@bayardlaw.com
- **Timothy Jay Fox** timothy.fox@usdoj.gov
- **Gregg M. Galardi** gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Jason A. Gibson** gibson@teamrosner.com
- **Steven A. Ginther** deecf@dor.mo.gov
- **Steven W Golden** sgolden@pszjlaw.com
- **Andrew N. Goldman** andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com
- **Victoria A. Guilfoyle** guilfoyle@blankrome.com
- **William A. Hazeltine** Bankruptcy001@sha-llc.com
- **Leslie C. Heilman** heilmanl@ballardspahr.com, carbonej@ballardspahr.com
- **Thomas M. Horan** thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com
- **Shannon Dougherty Humiston** shumiston@mccarter.com
- **Michael Joseph Joyce** mjoyce@mjlawoffices.com
- **Shanti M. Katona** skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Susan E. Kaufman** skaufman@skaufmanlaw.com

- **Jared W Kochenash** bankfilings@ycst.com
- **Adam G. Landis** landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
- **Tara LeDay** bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com, alocklin@mvbalaw.com
- **Robert L. LeHane** KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- **Benjamin W. Loveland** benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
- **Matthew Barry Lunn** bankfilings@ycst.com
- **Matthew B. McGuire** mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
- **Rachel B. Mersky** rmersky@monlaw.com
- **Layla Milligan** layla.milligan@oag.texas.gov
- **Mark Minuti** mark.minuti@saul.com, robyn.warren@saul.com
- **Ricardo Palacio** rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Laurel D. Roglen** roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Bradford J. Sandler** bsandler@pszjlaw.com
- **Jack Shrum** jshrum@jshrumlaw.com
- **Jason A. Starks** BKECF@traviscountytx.gov
- **Don Stecker** don.stecker@lgbs.com
- **Brian A. Sullivan** bsullivan@werbsullivan.com, hbelair@werbsullivan.com
- **Lisa Bittle Tancredi** lisa.tancredi@wbd-us.com
- **Stanley B. Tarr** tarr@blankrome.com
- **Eric J. Taube** eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
- **William F. Taylor** bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Irving E. Walker** iwalker@coleschotz.com, jdonaghy@coleschotz.com
- **Matthew Patrick Weiner** mweiner@poynerspruill.com, chood@poynerspruill.com;rmcree@poynerspruill.com
- **Helen Elizabeth Weller** bethw@lgbs.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **Helen Elizabeth Weller** dallas.bankruptcy@lgbs.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **Jennifer Wertz** jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com
- **Jamila Justine Willis** jamila.willis@dlapiper.com, jamila-willis-6144@ecf.pacerpro.com
- **Jeffrey C. Wisler** jwisler@connollygallagher.com

/s/ Sherri K. Simpson
Sherri K. Simpson