IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLCC, *et al.*, | ) ) ) ) | Case No. 21-10474 (MFW) (Jointly Administered) |
| Debtors[1] | ) |   |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Texas Comptroller of Public Accounts, Revenue Accounting Division and Texas Workforce Commission by and through the Office of the Attorney General of Texas, in this action: I am admitted to practice law in the U.S. District Courts for the Western, Eastern, Northern and Southern Districts of Texas, the Supreme Court of Texas and all lower Texas courts. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Kimberly A. Walsh
Kimberly A. Walsh
Assistant Attorney General
Texas State Bar No. 24039230
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel:  (512) 475-4562
fax:  (512) 936-1409

COUNSEL FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS AND
TEXAS WORKFORCE COMMISSION

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2021, a true copy of the foregoing will be mailed by first class mail to:

Alamo Drafthouse Cinemas
Holdings, LLC
3908 Avenue B
Austin, TX 78751

and was served on May 4, 2021, by electronic means using the Court's ECF Noticing System:

- **Jason Daniel Angelo** jangelo@reedsmith.com, glauer@reedsmith.com
- **Jason Binford** Jason.binford@oag.texas.gov
- **Laura Skowronski Bouyea** lsbouyea@venable.com
- **Dustin Parker Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com
- **Stuart M. Brown** stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
- **Kate R. Buck** kbuck@mccarter.com
- **Michael G. Busenkell** mbusenkell@gsbblaw.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Eboney Cobb** ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- **Mark L. Desgrosseilliers** desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Kenneth J. Enos** bankfilings@ycst.com
- **Epiq Corporate Restructuring, LLC** danette.gerth@epiqglobal.com
- **Robert J. Feinstein** rfeinstein@pszjlaw.com
- **Betsy Lee Feldman** bfeldman@ycst.com
- **Gregory Joseph Flasser** gflasser@bayardlaw.com
- **Timothy Jay Fox** timothy.fox@usdoj.gov
- **Gregg M. Galardi** gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Jason A. Gibson** gibson@teamrosner.com
- **Steven A. Ginther** deecf@dor.mo.gov
- **Steven W Golden** sgolden@pszjlaw.com
- **Andrew N. Goldman** andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com
- **Victoria A. Guilfoyle** guilfoyle@blankrome.com
- **William A. Hazeltine** Bankruptcy001@sha-llc.com
- **Leslie C. Heilman** heilmanl@ballardspahr.com, carbonej@ballardspahr.com
- **Thomas M. Horan** thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com
- **Shannon Dougherty Humiston** shumiston@mccarter.com
- **Michael Joseph Joyce** mjoyce@mjlawoffices.com
- **Shanti M. Katona** skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Susan E. Kaufman** skaufman@skaufmanlaw.com

- **Jared W Kochenash** bankfilings@ycst.com
- **Adam G. Landis** landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
- **Tara LeDay** bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com, alocklin@mvbalaw.com
- **Robert L. LeHane** KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- **Benjamin W. Loveland** benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
- **Matthew Barry Lunn** bankfilings@ycst.com
- **Matthew B. McGuire** mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com
- **Rachel B. Mersky** rmersky@monlaw.com
- **Layla Milligan** layla.milligan@oag.texas.gov
- **Mark Minuti** mark.minuti@saul.com, robyn.warren@saul.com
- **Ricardo Palacio** rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Laurel D. Roglen** roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Bradford J. Sandler** bsandler@pszjlaw.com
- **Jack Shrum** jshrum@jshrumlaw.com
- **Jason A. Starks** BKECF@traviscountytx.gov
- **Don Stecker** don.stecker@lgbs.com
- **Brian A. Sullivan** bsullivan@werbsullivan.com, hbelair@werbsullivan.com
- **Lisa Bittle Tancredi** lisa.tancredi@wbd-us.com
- **Stanley B. Tarr** tarr@blankrome.com
- **Eric J. Taube** eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
- **William F. Taylor** bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Irving E. Walker** iwalker@coleschotz.com, jdonaghy@coleschotz.com
- **Matthew Patrick Weiner** mweiner@poynerspruill.com, chood@poynerspruill.com;rmcree@poynerspruill.com
- **Helen Elizabeth Weller** bethw@lgbs.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **Helen Elizabeth Weller** dallas.bankruptcy@lgbs.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **Jennifer Wertz** jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com
- **Jamila Justine Willis** jamila.willis@dlapiper.com, jamila-willis-6144@ecf.pacerpro.com
- **Jeffrey C. Wisler** jwisler@connollygallagher.com

/s/ Sherri K. Simpson
Sherri K. Simpson