## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1] | Case No. 21-10474 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 331** |

### AFFIDAVIT OF SERVICE

STATE OF OHIO                )
                             ) ss.:
COUNTY OF FRANKLIN           )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2021, I caused to be served the following:

   a. "Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith," dated April 23, 2021 [Docket No. 331], (the "Rejection Notice"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

b.  "Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Removal of Property in Connection Therewith," dated April 23, 2021, *related to Docket No. 331*, a sample of which is annexed here to as <u>Exhibit A</u>, (the "Third Party Property Notice"),

by causing true and correct copies of the:

i.  Rejection Notice to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

ii.  Rejection Notice to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iii.  Third Party Property Notice to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

iv.  Rejection Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, and

v.  Third Party Property Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
27th day of April, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**Exhibit A**

**THIS NOTICE SEEKS TO PROVIDE NOTICE THAT YOU MAY OWN PERSONAL PROPERTY LOCATED AT CERTAIN THEATERS OF ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC THAT MAY BE REMOVED OR DISPOSED OF UNLESS YOU TIMELY REMOVE SUCH PROPERTY. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW IT TO DETERMINE IF THEY HAVE PERSONAL PROPERTY AT THE LEASED PREMISES SET FORTH IN THE EXHIBITS ATTACHED HERETO.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | **Ref. Docket Nos. 164 & 331** |

## NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND REMOVAL OF PROPERTY IN <u>CONNECTION THEREWITH</u>

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY OWN PERSONAL PROPERTY LOCATED AT THE PREMISES OF ONE OR MORE LEASES LISTED ON <u>ANNEX A</u>. YOU SHOULD CONTACT THE DEBTORS AND REMOVE OR CAUSE TO BE REMOVED SUCH PERSONAL PROPERTY PRIOR TO THE REJECTION DATE SET FORTH ON <u>ANNEX A</u>. THE LANDLORD OR OTHER DESIGNEE OF THE APPLICABLE PREMISES SHALL BE FREE TO DISPOSE OF ANY SUCH PERSONAL PROPERTY REMAINING AT THE PREMISES SUBJECT TO THE LEASES AS OF THE REJECTION DATE WITHOUT NOTICE OR LIABILITY TO ANY PARTY AND WITHOUT FURTHER ORDER OF THE COURT.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

PLEASE TAKE NOTICE that on March 3, 2021 (the "**Petition Date**"), Alamo Drafthouse Cinemas Holdings, LLC and its debtor affiliates (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**").

PLEASE TAKE FURTHER NOTICE that on March 29, 2021, the Bankruptcy Court entered an order approving, among other relief, certain expedited procedures for the rejection of the Debtors' unexpired real property leases and the abandonment of any personal property, including inventory, furniture, fixtures, equipment, and/or other materials at the leased premises (collectively, the "**De Minimis Assets**") effective as of the date of the Debtors' unequivocal surrender of the leased premises to the affected lessor (the "**Rejection Date**") [Docket No. 164] (the "**Rejection Procedures Order**"). An electronic copy of the Rejection Procedures Order can found at https://dm.epiq11.com/case/alamodrafthouse.

PLEASE TAKE FURTHER NOTICE that pursuant to the terms of the Rejection Procedures Order, the Debtors hereby give notice of their intent to reject the lease(s) set forth on **Annex A** to **Exhibit 1** hereto (each, a "**Lease**," and together, the "**Leases**"), effective as of the applicable Rejection Date. The Debtors' anticipated Rejection Dates are set forth in Annex A. For the avoidance of doubt, if the effective date set forth on **Annex A** is earlier than the date of the Debtors' unequivocal surrender of the leased premises, the date of unequivocal surrender shall serve as the Rejection Date.

PLEASE TAKE FURTHER NOTICE that the landlord or other designee of the applicable premises shall be free to dispose of any personal property (including De Minimis Assets of the Debtors, and any other third party's personal property) remaining at the premises subject to the Leases as of the Rejection Date without notice or liability to any party and without further order of the Court. Upon request to Matthew Vonderahe, Chief Financial Officer of the Debtors, at matt.vonderahe@drafthouse.com, the Debtors will provide or cause to be provided to you the contact information for the appropriate representative of the Debtors at the applicable premises for you to contact to coordinate the removal or retrieval of your property.

PLEASE TAKE FURTHER NOTICE that any party wishing to object to the Debtors' proposed rejection of a Lease or abandonment or disposal of personal property owned by third parties remaining on the leased premises after the Rejection Date, must file with the Bankruptcy Court and serve a written objection setting forth the legal and factual bases for such objection (an "**Objection**") so that it is actually filed with the Bankruptcy Court and served on the following parties no later than fourteen (14) calendar days after the date of service of this Rejection Notice (the "**Rejection Objection Deadline**"): (i) Alamo Drafthouse Cinemas Holdings, LLC, 3908 Avenue B, Austin, Texas 78751 (Attn: Matthew Vonderahe (matt.vonderahe@drafthouse.com)); (ii) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Betsy L. Feldman, Esq. (bfeldman@ycst.com) and Jared W. Kochenash, Esq. (jkochenash@ycst.com)); (iii) counsel to the official committee of unsecured creditors Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington DE, 19801 (Attn: Bradford Sandler, Esq. (bsandler@pszjlaw.com) and Robert Feinstein, Esq. (rfeinstein@pszjlaw.com)); (iv) counsels to the Stalking Horse Purchaser and the Postpetition Lenders, (a) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York

10036 (Attn:  Gregg M. Galardi (gregg.galardi@ropesgray.com)), (b) Proskauer Rose LLP, One International Place, Boston, MA 02110 (Attn:  Charles A. Dale (cdale@proskauer.com)), (c) McGinnis Lochridge L.L.P., 600 Congress Avenue, Suite 2100, Austin, TX 78701 (Attn: Edward S. McHorse (emchorse@mcginnislaw.com)), and (d) Locke Lord LLP, 2200 Ross Avenue, Suite 2800, Dallas, TX 75201 (Attn: Jack E. Jacobsen (jjacobsen@lockelord.com)); and (v) the Office of the United States Trustee for the District of Delaware, 855 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Timothy J. Fox, Jr. (timothy.fox@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE** that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Rejection Objection Deadline a certificate of no objection and proposed order approving the rejection of the Leases (each such order, a "**Rejection Order**"), substantially in the form attached hereto as **Exhibit 1** and the Bankruptcy Court may enter such order without a hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each Lease shall become effective as of the Rejection Date, which shall be the later of (i) the date on which the Debtors file a Rejection Notice with this Court, or (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing of the Debtors' unequivocal surrender of the Premises and either (A) turn over keys and, if applicable, key codes and security codes, to the affected landlord or its property manager, or (B) notify the affected landlord or its property manager in writing that the keys, key codes, and/or security codes, if any, are not available but that the landlord may rekey the leased premises (the "**Rejection Date**").  The Rejection Date may be such other date as may be agreed in writing between the affected landlord and the Debtors.  For the avoidance of doubt, if the effective date set forth on Annex A is earlier than the date of the Debtors' unequivocal surrender of the leased premises, the date of the unequivocal surrender shall serve as the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider that Objection. If the Objection is overruled or withdrawn, the effective date of rejection shall be (i) as of the Rejection Date; or (ii) as otherwise determined by the Court as set forth in any order overruling such Objection. If an Objection is filed for fewer than all of the Leases included on the Rejection Notice, the Debtors may proceed with submitting a proposed Rejection Order in accordance with the above procedures for the remaining Leases on the Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that to the extent you wish to assert a claim(s) with respect to rejection of a lease, or the removal or disposal of your personal property, you must do so by the later of (i) the claims bar date established in these chapter 11 cases, if any, and (ii) thirty (30) days after entry of the Rejection Order.

Dated:   April 23, 2021                       YOUNG CONAWAY STARGATT & TAYLOR, LLP
         Wilmington, Delaware

                                              /s/ Betsy L. Feldman
                                              M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
                                              Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
                                              Kenneth J. Enos (No. 4544) (kenos@ycst.com)
                                              Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
                                              Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
                                              1000 N. King Street
                                              Wilmington, Delaware 19801
                                              Telephone:  (302) 571-6600
                                              Facsimile:  (302) 571-1253

                                              *Counsel to the Debtors and Debtors in Possession*

**EXHIBIT 1**

**Form of Rejection Order**

28041343.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | **Ref. Docket No. 164, 331 & ___** |

## ORDER (I) AUTHORIZING DEBTORS
## TO (A) REJECT CERTAIN UNEXPIRED LEASES OF
## NONRESIDENTIAL REAL PROPERTY AND (B) ABANDON PROPERTY
## IN CONNECTION THEREWITH, AND (II) GRANTING RELATED RELIEF

Pursuant to and in accordance with the *Order (I) Authorizing the Debtors to Implement Procedures for the Rejection of Certain Leases, (II) Granting Authority to Take All Actions Necessary to Implement the Rejection Procedures, Including the Rejection of the Leases and the Abandonment of Personal Property and (III) Granting Certain Related Relief* [Docket No. 164] (the "**Rejection Procedures Order**")[2] entered in the above-captioned chapter 11 cases of Alamo Drafthouse Cinemas Holdings, LLC and its debtor affiliates (collectively, the "**Debtors**"); and the Debtors having properly filed with this Court, and served on the Rejection Notice Parties and any

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2]  Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

third parties that may have property at the leased premises, a notice [Docket No. 331] (the "**Rejection Notice**") of their intent to reject certain unexpired leases identified on Annex A hereto (the "**Leases**"); in accordance with the terms of the Rejection Procedures Order, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT

1.      The Leases are hereby rejected as set forth herein, effective as of the date set forth for such Lease on **Annex A**, which shall not be prior to the date of the Debtors' unequivocal surrender of the leased premises via the delivery of the keys, key codes, and alarm codes to the premises, as applicable, to the applicable lease counterparty, or, if not delivering such keys and codes, providing notice that the landlord may re-let the premises, except as otherwise agreed by the Debtors and the applicable lease counterparty.

2.      Any and all De Minimis Assets remaining at the leased premises as of the applicable Rejection Date shall be deemed abandoned upon the Rejection Date without further notice or order of the Court, free and clear of all liens, claims, interests, or other encumbrances. Any landlord or other designee shall be free to dispose of any such items as of the Rejection Date without notice or liability to any Debtor or non-Debtor third party and without further notice or order of the Court and, to the extent applicable, the automatic stay is modified to allow such disposition; provided, however, that notwithstanding anything to the contrary in this Order, the Debtors are not authorized hereunder to abandon, and are directed to remove, any (i) hazardous (as such term is defined in federal, state, or local law, rule, regulation, or ordinance) materials,

(ii) "personally identifiable information" (as such term is defined in section 101(41A) of the Bankruptcy Code), or (iii) business records that are necessary to conduct these chapter 11 proceedings and are not available elsewhere, at any premises subject to a nonresidential real property lease or sublease. The rights, if any, of any landlord to file claims for the costs of disposal of property or other damages in connection with the Debtors' rejection of leases are fully reserved, as are the rights of any party in interest to object to such claims. The Debtors are authorized to pay those reasonable and necessary fees and expenses incurred in the sale, transfer, or abandonment of the De Minimis Assets, including reasonable commission fees to agents, brokers, auctioneers, and liquidators, if any.

3.      Nothing contained in the Motion or this Order is or should be construed as: (i) an admission as to the validity of any claim against the Debtors or the existence of any lien against the Debtors' property, (ii) a waiver of the Debtors' rights to dispute any claim or lien on any grounds, (iii) a promise to pay any claim, (iv) an implication or admission that any particular claim would constitute an allowed claim, (v) an assumption or rejection of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code, or (vi) a limitation on the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract with any party subject to this Order once entered.  Nothing contained in this Order shall be deemed to increase, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

4.      Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party.  Consistent with the limitations of section 362 of the Bankruptcy Code, and any other applicable law, counterparties to the Leases are prohibited from setting off or otherwise utilizing any amounts

28041343.1

3

deposited by the Debtors with any of the counterparties to the Leases as a security deposit or pursuant to another similar arrangement, or owed to the Debtors by any of the counterparties under the Leases or other agreements between the same parties, without further order of this Court.

5.      The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

6.      Any proofs of claim for rejection damages or other related claims, if any, asserted by counterparties to the Leases shall be filed on or before the later of (i) the claims bar date established by the Court in these chapter 11 cases, if any, and (ii) thirty (30) days after entry of this Order.

7.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

28041343.1

4

**Annex A**

| Landlord Name | Landlord / Counterparty Address | Rejected Lease Information | | | Description of Abandoned De Minimis Assets | Net Book Value of Abandoned De Minimis Assets | Rejection Date |
|---|---|---|---|---|---|---|---|
| | | Description of Lease | Debtor Counterparty | Location & Address | | | |
| Westlakes 410 Investments, LLC | Westlakes 410 Investments, LLC<br>Attn: Scott Booth<br>6907 N. Capital Of Texas Hwy<br>Austin, TX 78731<br>-and-<br>Krugar Carson PLLC<br>Attn: Bradley S. Carson<br>711 Navarro, Suite 230<br>San Antonio, TX 78205 | Amended and Restated Shopping Center Lease dated effective as of February 1, 2019 | Alamo Westlakes, LLC | Westlakes Landing Center 1255 SW Loop 410 San Antonio, Texas 78227 | Unknown at this time[1] | Unknown at this time | April 30, 2021 |
| Alien Worlds | Alien Worlds<br>6900 San Pedro, Suite 121<br>San Antonio, Texas 78216 | Sublease dated effective as of February 1, 2019 | Alamo Westlakes, LLC | Westlakes Landing Center 1255 SW Loop 410 Space 123 San Antonio, Texas 78227 | N/A | N/A | April 30, 2021 |

---

[1] The Debtors intend to remove property before the Rejection Date.

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES ATTN GENERAL COUNSEL 909 WALNUT ST, STE 200 KANSAS CITY MO 64106 |
| A TO Z MEDIA INC | ATTN LUCAS JONES 243 W 30TH ST, 6TH FL NEW YORK NY 10001 |
| ALBEE DEVELOPMENT LLC | 28 LIBERTY ST NEW YORK NY 10005 |
| ALBEE DEVELOPMENT LLC | ATTN CHRISTOPHER CONLON, EXECUTIVE VP 411 THEODORE FREMD AVE, STE 300 RYE NY 10580 |
| CAMATIC SEATING INC | 12801 N STEMMONS FWY, STE 903 FARMERS BRANCH TX 75234 |
| CF AUSTIN RETAIL LLC | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| CF AUSTIN RETAIL LLC | THE VILLAGE PO BOX 840459 DALLAS TX 75284-0459 |
| CITY & COUNTY OF DENVER TREASURY DIV | ATTN BRENDAN HANLON PO BOX 17420 DENVER CO 80217-0420 |
| DDR DB STONE OAK LP | ATTN DEPT 410312-21052-38058 PO BOX 392365 CLEVELAND OH 44193 |
| DDR DB STONE OAK LP | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| ELLERSON DEVELOPMENT CORPORATION | ATTN NICOLE BROWN 1660 HUGUENOT RD MIDLOTHIAN VA 23113 |
| FHF I LAMAR UNION LLC | C/O CORPORATION SERVICE COMPANY 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| FHF I LAMAR UNION LLC | PO BOX 206984 DALLAS TX 75320 |
| FHF I LAMAR UNION LLC | ATTN BRYAN DABBS 211 E 7TH ST, STE 620 AUSTIN TX 78701 |
| GERRITY RETAIL MANAGEMENT LLC | PO BOX 845758 LOS ANGELES CA 90084-5758 |
| GERRITY RETAIL MANAGEMENT LLC | C/O GERRITY GROUP LLC ATTN RENE DANIELS 973 LOMAS SANTA FE DR SOLANA BEACH CA 92075-2137 |
| HOBBY PROPERTIES - KERBBY LLC | PO BOX 18506 RALEIGH NC 27619 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IRONEDGE GROUP | ATTN RYAN LAKIN 3000 WILCREST DR, STE 300 HOUSTON TX 77042 |
| MEP MAINSTREET OPERATIONS LLC | ATTN DIANE WHEELER AND NICK BENJAMIN 601 E PRATT ST, 6TH FL BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS LLC | 221 BOLIVAR ST JEFFERSON CITY MO 65101 |
| MOROCH PARTNERS INC | ATTN MATT POWELL 3625 N HALL ST, STE 1100 DALLAS TX 75219 |
| MUELLER ALDRICH STREET LLC | C/O WEITZMAN GROUP 4200 N LAMAR BLVD, #200 AUSTIN TX 78756 |
| NEON | ATTN JESSICA NICKELSBERG 1685 38TH ST, STE 100 BOULDER CO 80301 |
| NEW BRAUNFELS MARKETPLACE LP | ATTN ISABEL WIGGINS 177 W MILL ST NEW BRAUNFELS TX 78130 |
| NEW BRAUNFELS MARKETPLACE LP | ATTN ISABEL WIGGINS 177 W MILL ST NEW BRAUNFELS TX 78130-5055 |
| SLOANS LAKE-FCA LLC | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE ST WILMINGTON DE 19801 |
| SLOANS LAKE-FCA LLC | C/O FCA PARTNERS LLC ATTN WIN KELLY 300 S TRYON ST CHARLOTTE NC 28202 |
| SONY ELECTRONICS INC | ATTN CHRIS APPLETON 1 SONY DR PARK RIDGE NJ 07656 |
| SONY ELECTRONICS INC | PO BOX 100172 PASADENA CA 91189-0172 |
| STAFFORD-SMITH INC | DEPT 771493 PO BOX 77000 DETROIT MI 48277-1493 |
| SUMMIT GLORY PROPERTY LLC | C/O FOSUN PROPERTY HOLDINGS ATTN TOM COSTANZOARSENIA CARRASCO 28 LIBERTY ST, 44TH FL NEW YORK NY 10005 |
| SVAP II PARK NORTH LLC | ATTN YOLANDA MASON 302 DATURA ST, STE 100 WEST PALM BEACH FL 33401-5481 |
| SVAP II PARK NORTH LLC | C/O STERLING RETAIL SERVICES PO BOX 209372 AUSTIN TX 78720-9372 |
| UE YONKERS II LLC | ATTN SCOTT AUSTER 28 LIBERTY ST NEW YORK NY 10005 |
| UE YONKERS II LLC | PO BOX 826477 PHILADELPHIA PA 19182-6477 |
| US FOODS INC | 9399 W HIGGINS RD, STE 100 ROSEMONT IL 60018 |
| US FOODS INC | ATTN BETH GONZALEZ 11955 E PEAKVIEW AVE ENGLEWOOD CO 80111-6830 |
| US FOODS INC | DEPT 597 DENVER CO 80271 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | 335 N MAPLE DR, STE 150 BEVERLY HILLS CA 90210 |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | ATTN GRAIG FISHER 335 N MAPLE DR, STE 150 BEVERLY HILLS CA 90210 |
| WEA-WSM | ATTN RICKEY OLSEN 32253 COLLECTION CENTER DR CHICAGO IL 60693-0322 |
| WESTLAKES 410 INVESTMENTS LLC | C/O SERVICE GROUP ATTN SCOTT BOOTH 6907 CAPITAL OF TX HWY AUSTIN TX 78731 |

| Claim Name | Address Information |
| --- | --- |
| WESTLAKES 410 INVESTMENTS LLC | ATTN PROPERTY MANAGEMENT PO BOX 27648 AUSTIN TX 78755 |
| WHITESTONE REIT | DEPARTMENTS 234 PO BOX 4869 HOUSTON TX 77210 |
| WORKDAY INC | ATTN DAVID BAUGUESS 3350 PEACHTREE RD NE, STE 1000 ATLANTA GA 30326 |
| WORKDAY INC | PO BOX 396106 SAN FRANCISCO CA 94139-6106 |

**Total Creditor count  49**

**Exhibit C**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALIEN WORLDS | 6900 SAN PEDRO SUITE 121 SAN ANTONIO TX 78216 |
| KRUGAR CARSON PLLC | ATTN: BRADLEY S. CARSON 711 NAVARRO, SUITE 230 SAN ANTONIO TX 78205 |
| WESTLAKES 410 INVESTMENTS, LLC | ATTN: SCOTT BOOTH 6907 N. CAPITAL OF TEXAS HWY AUSTIN TX 78731 |

**Total Creditor count  3**

**Exhibit D**

| Claim Name | Address Information |
|---|---|
| CIT BANK, NA | 10201 CENTURION PKWY. N STE. 100 JACKSONVILLE FL 32256 |
| CIT BANK, NA | PO BOX 593007 SAN ANTONIO TX 78259 |
| ECOLAB | 1 ECOLAB PLACE ST PAUL MN 55102 |
| ECOLAB | PO BOX 70343 CHICAGO IL 60673-0343 |
| SONY ELECTRONICS INC | ATTN CHRIS APPLETON 1 SONY DR PARK RIDGE NJ 07656 |
| SONY ELECTRONICS INC | PO BOX 100172 PASADENA CA 91189-0172 |

**Total Creditor count  6**

**Exhibit E**

| NAME | ATTN: | EMAIL |
|---|---|---|
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES | INFO@EPRKC.COM |
| A TO Z MEDIA, INC. | ATTN: LUCAS JONES | INFO@ATOZMEDIA.COM; lucas@atozmedia.com |
| ACADIAREALTY | ATTN: JASON BLACKSBERG | JBLACKSBERG@ACADIAREALTY.COM; LEGALNOTICES@ACADIAREALTY.COM |
| ALBEE DEVELOPMENT LLC | VP | cconlon@acadiarealty.com |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | branchd@ballardspahr.com |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | Tarr@BlankRome.com; Guilfoyle@BlankRome.com |
| CAMATIC SEATING, INC. | ATTN: DIANA FRANKOWSKI | diana.frankowski@camatic.com |
| CF AUSTIN RETAIL, LLC | ATTN: GRAHAM MOORE | moore@aquilacommercial.com |
| DIV | ATTN: BRENDAN HANLON | TREASINFO@DENVERGOV.ORG |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | iwalker@coleschotz.com |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | thoran@cozen.com |
| DDR DB STONE OAK LP | ATTN: KEVIN COHEN | kcohen@sitecenters.com; PSINARSKI@SITECENTERS.COM; DCHRISTENSEN@SITECENTERS.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US |
| DISTRICT OF DELAWARE | | USADE.Press@usdoj.gov |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| ELLERSON DEVELOPMENT CORPORATION | ATTN: NICOLE BROWN | nbrown@edcweb.com |
| FHF I LAMAR UNION LLC | ATTN: BRYAN DABBS | bdabbs@bkdrealty.com |
| FHF I LAMAR UNION LLC | ATTN: JOHNNA DAVID | johnnad@eprkc.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | mbusenkell@gsbblaw.com |
| GERRITY RETAIL MANAGEMENT LLC | ATTN: RENE DANIELS | rdaniels@gerritygroup.com |
| HOBBY PROPERTIES - KERBBY LLC | ATTN: JOHN HOLMES | INFO@HOBBYPROPERTIES.COM |
| IRONEDGE GROUP | ATTN: RYAN LAKIN | rlakin@ironedgegroup.com |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | Jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | ATTN: JACK E. JACOBSEN | jjacobsen@lockelord.com |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | kbuck@mccarter.com; shumiston@mccarter.com |
| P.C. | ATTN: TARA LEDAY | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMcHorse@mcginnislaw.com |
| MEP MAINSTREET OPERATIONS LLC | BENJAMIN | nbenjamin@cordish.com |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| MUELLER ALDRICH STREET, LLC | ATTN: REILY GREGSON | CONTACTUS@MUELLERAUSTIN.COM; rgregson@weitzmangroup.com |
| NEON | ATTN: JESSICA NICKELSBERG | jessica@neonrated.com |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ISABEL WIGGINS | isabel@wigginscommercial.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | | ustrustee.program@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ecobb@pbfcm.com |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | cdale@proskauer.com |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | bblackwell@proskauer.com |
| REED SMITH LLP | ATTN: JASON D. ANGELO | jangelo@reedsmith.com |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ | Luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | mark.minuti@saul.com |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| | | |
|---|---|---|
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | | Help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; philadelphia@sec.gov |
| SLOANS LAKE-FCA, LLC | ATTN: WIN KELLY | win.kelly@fcapartners.com |
| SONY ELECTRONICS INC | ATTN: CHRIS APPLETON | chris.appleton@sony.com |
| STAFFORD-SMITH INC | ATTN: AMBER RICHARDS | ARICHARDS@STAFFORDSMITH.COM; AR@staffordsmith.com |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | whazeltine@sha-llc.com |
| SUMMIT GLORY PROPERTY LLC | ATTN: TOM COSTANZOARSENIA CARRASCO | EILEEN.SHEN@FOSUN.COM; arsenia.carrasco@cbre.com |
| SVAP II PARK NORTH, LLC | ATTN: YOLANDA MASON | ymason@sterlingorganization.com |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | Jason.Starks@traviscountytx.gov |
| UE YONKERS II LLC | ATTN: SCOTT AUSTER | sauster@uedge.com |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV |
| US FOODS INC | ATTN: BETH GONZALEZ | beth.gonzalez@usfoods.com |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | rkapoor@venable.com; lsbouyea@venable.com |
| INC | ATTN: GRAIG FISHER | Graig.Fisher@vista.co |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | eric.taube@wallerlaw.com |
| WEA-WSM | ATTN: RICKEY OLSEN | richard.olsen@wmg.com |
| WESTLAKES 410 INVESTMENTS LLC | ATTN: SCOTT BOOTH | sbooth@servicegroupholdings.com |
| WHITESTONE REIT | ATTN: MATT OKMIN | LEASING@WHITESTONEREIT.COM; mokmin@whitestonereit.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| WORKDAY INC. | ATTN: DAVID BAUGUESS | david.bauguess@workday.com |
| | | **Count: 106** |

**Exhibit F**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)

| EMAIL |
|---|
| CANDICE.FINK@SONY.COM |
| GENERALCOUNSEL@ECOLAB.COM |
| MEIHUA.GEE@SONY.COM |
| NIKHIL.SHAH2@SONY.COM |
| VICKIE.ANDERSON@CIT.COM |
| **Count: 5** |