## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, [1] | Case No. 21-10474 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 152-166 & 169** |

## <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 29, 2021, I caused to be served the following:

   a. "Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief," dated March 29, 2021 [Docket No. 152], (the "Utility Final Order"),

b.  "Final Order (A) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with the Insurance Program, and (B) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto," dated March 29, 2021 [Docket No. 153], (the "Insurance Final Order"),

c.  "Final Order Authorizing the Debtors to (I) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief," dated March 29, 2021, [Docket No. 154], (the "Tax Final Order"),

d.  "Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Lien Claimants, (C) Foreign Vendors, and (D) Certain Vendors Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated March 29, 2021 [Docket No. 155], (the "Critical Vendors Final Order"),

e.  "Final Order (I) Authorizing the Debtors to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Practices, and (II) Granting Related Relief," dated March 29, 2021 [Docket No. 156], (the "Customer Obligations Final Order"),

f.  "Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief," dated March 29, 2021 [Docket No. 157], (the "Wages Final Order"),

g.  "Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date," dated March 29, 2021 [Docket No. 158], (the "YCST Order"),

h.  "Order Authorizing the Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effecive as of Petition Date," dated March 29,2021 [Docket No. 159], (the "Epiq Order"),

i.  "Order Authorizing the Retention and Employment of Portage Point Partners, LLC as Financial Advisor to the Debtors Effective as of the Petition Date," dated March 29, 2021 [Docket No. 160], (the "Portage Order"),

j.  "Order Authorizing the Retention and Employment of Keen-Summit Capital Partners LLC As Real Estate Advisor Effective as of the Petition Date," dated March 29, 2021 [Docket No. 161], (the "Keen Order"),

    k.   "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals," dated March 29, 2021 [Docket No. 162], (the "Interim Comp Order"),

    l.   "Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain Information Requirements of Local Rule 2016-2," dated March 29, 2021 [Docket No. 163], (the "OCP Order")

    m.   "Order (I) Authorizing the Debtors to Implement Procedures for the Rejection of Certain Leases, (II) Granting Authority to Take All Actions Necessary to Implement the Rejection Procedures, Including the Rejection of the Leases and the Abandonment of Personal Property, and (III) Granting Related Relief," dated March 29, 2021 [Docket No. 164], (the "Rejection Order"),

    n.   "Order Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors Effective as of the Petition Date," March 29, 2021 [Docket No. 165], (the "Houlihan Order"),

    o.   "Final Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (III) Granting Related Relief," March 29, 2021 [Docket No. 166], (the "Cash Management Order"), and

    p.   "Order Scheduling Omnibus Hearing Dates," dated March 29, 2021 [Docket No. 169], (the "Omnibus Order"),

by causing true and correct copies of the:

    i.   Utility Final Order, Insurance Final Order, Tax Final Order, Critical Vendors Final Order, Customer Obligations Final Order, Wages Final Order, YCST Order, Epiq Order, Portage Order, Keen Order, Interim Comp Order, OCP Order, Rejection Order, Houlihan Order, Cash Management Order and Omnibus Order to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A,</u>

    ii.   Rejection Order to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B,</u>

    iii.   Utility Final Order to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C,</u>

    iv.   Insurance Final Order, Tax Final Order, Critical Vendors Final Order, Customer Obligations Final Order, Wages Final Order, and Cash Management Order to be

enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v.   Insurance Final Order to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.   Tax Final Order to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.   Utility Final Order, Insurance Final Order, Tax Final Order, Critical Vendors Final Order, Customer Obligations Final Order, Wages Final Order, YCST Order, Epiq Order, Portage Order, Keen Order, Interim Comp Order, OCP Order, Rejection Order, Houlihan Order, Cash Management Order and Omnibus Order to be delivered via electronic mail to those parties listed on the annexed Exhibit G,

viii.   Rejection Order to be delivered via electronic mail to those parties listed on the annexed Exhibit H,

ix.   Utility Final Order to be delivered via electronic mail to those parties listed on the annexed Exhibit I,

x.   Insurance Final Order, Tax Final Order, Critical Vendors Final Order, Customer Obligations Final Order, Wages Final Order, and Cash Management Order to be delivered via electronic mail to those parties listed on the annexed Exhibit J,

xi.   Tax Final Order to be delivered via electronic mail to those parties listed on the annexed Exhibit K.

3.  All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
30th day of March, 2021
*/s/ Andrea R. Speelman*
Notary Public, State of Ohio
Commission Expires March 21, 2024

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES ATTN: GENERAL COUNSEL 909 WALNUT ST, STE 200 KANSAS CITY MO 64106 |
| A TO Z MEDIA, INC. | ATTN: LUCAS JONES 243 W 30TH ST 6TH FL NEW YORK NY 10001 |
| ALBEE DEVELOPMENT LLC | 28 LIBERTY ST. NEW YORK NY 10005 |
| ALBEE DEVELOPMENT LLC | ATTN: CHRISTOPHER CONLON, EXECUTIVE VP 411 THEODORE FREMD AVE, STE 300 RYE NY 10580 |
| CAMATIC SEATING, INC. | 12801 N STEMMONS FWY SUITE 903 FARMERS BRANCH TX 75234 |
| CF AUSTIN RETAIL, LLC | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| CF AUSTIN RETAIL, LLC | THE VILLAGE PO BOX 840459 DALLAS TX 75284-0459 |
| CITY & COUNTY OF DENVER TREASURY DIV | ATTN: BRENDAN HANLON PO BOX 17420 DENVER CO 80217-0420 |
| DDR DB STONE OAK LP | DEPT 410312-21052-38058 PO BOX 392365 CLEVELAND OH 44193 |
| DDR DB STONE OAK LP | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| ELLERSON DEVELOPMENT CORPORATION | ATTN: NICOLE BROWN 1660 HUGUENOT RD MIDLOTHIAN VA 23113 |
| FHF I LAMAR UNION LLC | C/O CORPORATION SERVICE COMPANY 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| FHF I LAMAR UNION LLC | PO BOX 206984 DALLAS TX 75320 |
| FHF I LAMAR UNION LLC | ATTN: BRYAN DABBS 211 E 7TH ST, STE 620 AUSTIN TX 78701 |
| GERRITY RETAIL MANAGEMENT LLC | PO BOX 845758 LOS ANGELES CA 90084-5758 |
| GERRITY RETAIL MANAGEMENT LLC | C/O GERRITY GROUP LLC ATTN: RENE DANIELS 973 LOMAS SANTA FE DR SOLANA BEACH CA 92075-2137 |
| HOBBY PROPERTIES - KERBBY LLC | C/O HOBBY PROPERTIES PO BOX 18506 RALEIGH NC 27619 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| IRONEDGE GROUP | ATTN: RYAN LAKIN 3000 WILCREST DR, STE 300 HOUSTON TX 77042 |
| MEP MAINSTREET OPERATIONS LLC | ATTN: DIANE WHEELER AND NICK BENJAMIN 601 E PRATT ST 6TH FL BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS LLC | 221 BOLIVAR ST JEFFERSON CITY MO 65101 |
| MOROCH PARTNERS, INC. | ATTN: MATT POWELL 3625 N HALL ST STE 1100 DALLAS TX 75219 |
| MUELLER ALDRICH STREET, LLC | C/O WEITZMAN GROUP 4200 N LAMAR BLVD 200 AUSTIN TX 78756 |
| NEON | ATTN: JESSICA NICKELSBERG 1685 38TH ST, STE 100 BOULDER CO 80301 |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ISABEL WIGGINS 177 W MILL ST NEW BRAUNFELS TX 78130 |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ISABEL WIGGINS 177 W MILL ST NEW BRAUNFELS TX 78130-5055 |
| SLOANS LAKE-FCA, LLC | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE ST WILMINGTON DE 19801 |
| SLOANS LAKE-FCA, LLC | C/O FCA PARTNERS, LLC ATTN: WIN KELLY 300 SOUTH TRYON STREET CHARLOTTE NC 28202 |
| SONY ELECTRONICS INC | ATTN: CHRIS APPLETON 1 SONY DR PARK RIDGE NJ 07656 |
| SONY ELECTRONICS INC | PO BOX 100172 PASADENA CA 91189-0172 |
| STAFFORD-SMITH INC | DEPT 771493, PO BOX 77000 DETROIT MI 48277-1493 |
| SUMMIT GLORY PROPERTY LLC | C/O FOSUN PROPERTY HOLDINGS ATTN: TOM COSTANZOARSENIA CARRASCO 28 LIBERTY ST 44TH FL NEW YORK NY 10005 |
| SVAP II PARK NORTH, LLC | ATTN: YOLANDA MASON 302 DATURA ST, STE 100 WEST PALM BEACH FL 33401-5481 |
| SVAP II PARK NORTH, LLC | C/O STERLING RETAIL SERVICES PO BOX 209372 AUSTIN TX 78720-9372 |
| U.S. SMALL BUSINESS ADMINISTRATION | OFFICE OF DISASTER ASSISTANCE ATTN: JAMES E RIVERA, ASSOC ADMIN 409 3D STREET, S.W. SUITE 6050 WASHINGTON DC 20416 |
| UE YONKERS II LLC | ATTN: SCOTT AUSTER 28 LIBERTY ST NEW YORK NY 10005 |
| UE YONKERS II LLC | PO BOX 826477 PHILADELPHIA PA 19182-6477 |
| US FOODS INC | ATTN: BETH GONZALEZ 11955 E PEAKVIEW AVE ENGLEWOOD CO 80111-6830 |
| US FOODS INC | DEPT 597 DENVER CO 80271 |
| US FOODS INC. | 9399 W HIGGINS RD, STE 100 ROSEMONT IL 60018 |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | 335 N MAPLE DR, STE 150 BEVERLY HILLS CA 90210 |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | ATTN: GRAIG FISHER 335 N MAPLE DR, STE 150 BEVERLY HILLS CA 90210 |
| WEA-WSM | ATTN: RICKEY OLSEN 32253 COLLECTION CENTER DR CHICAGO IL 60693-0322 |

| Claim Name | Address Information |
| --- | --- |
| WESTLAKES 410 INVESTMENTS LLC | C/O SERVICE GROUP ATTN: SCOTT BOOTH 6907 CAPITAL OF TX HWY AUSTIN TX 78731 |
| WESTLAKES 410 INVESTMENTS LLC | ATTN: PROPERTY MANAGEMENT PO BOX 27648 AUSTIN TX 78755 |
| WHITESTONE REIT | DEPARTMENTS 234 PO BOX 4869 HOUSTON TX 77210 |
| WORKDAY INC. | ATTN: DAVID BAUGUESS 3350 PEACHTREE RD NE, STE 1000 ATLANTA GA 30326 |
| WORKDAY INC. | PO BOX 396106 SAN FRANCISCO CA 94139-6106 |

**Total Creditor count  49**

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| CRADDOCK PROPERTIES, L.L.C. | C/O LARRY J. CRADDOCK 2325 HARTFORD ROAD AUSTIN TX 78703 |
| EPR | C/O STINSON LLP ATTN: BRIAN E. SOBCZYK 1201 WALNUT STREET, SUITE 2900 KANSAS CITY MO 64106-2150 |
| FOPA PARTNERS, LLC | 3441 OLIVE STREET ST. LOUIS MO 63103 |
| GS SOUTH LAMAR PLAZA | C/O JACKSON WALKER ATTN: JOSHUA A. ROMERO 100 CONGRESS AVENUE, SUITE 1100 AUSTIN TX 78701 |
| KERBBY, LLC | C/O POYNER SPRUILL LLP ATTN: CHRISTINE L. HOOD 301 FAYETTEVILLE ST STE 1900 RALEIGH NC 27601 |
| MEP MAINSTREET OPERATIONS, LLC | ATTN: GENERAL COUNSEL 601 E. PRATT STREET, 6TH FLOOR BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS, LLC | C/O THE CORDISH COMPANY 601 E. PRATT STREET, 6TH FLOOR BALTIMORE MD 21202 |
| MUELLER ALDRICH STREET, LLC | C/O WALLER LAW ATTN: ERIC TAUBE & MARK MINUTI 100 CONGRESS AVE, SUITE 1800 AUSTIN TX 78701 |
| NEW BRAUNFELS MARKETPLACE LP | 177 W MILL STREET NEW BRAUNFELS TX 78130 |
| URBAN EDGE PROPERTIES | ATTN: ANDREW LURIE, REAL ESTATE COUNSEL 210 ROUTE 4 EAST PARAMUS NJ 07652 |
| VINELAND POINTE OWNER LLC | C/O OCONNOR CAPITAL PARTNERS ATTN: PETER BERGNER 535 MADISON AVE, 6TH FL NEW YORK NY 10022 |
| VINELAND POINTE OWNER LLC | C/O OCONNOR PROPERTY MAGEMENT LLC ATTN: YVONNE JONES 230 ROYAL PALM WAY STE 102 PALM BEACH FL 33480 |

Total Creditor count  12

**Exhibit C**

| Claim Name | Address Information |
| --- | --- |
| AMERICAN WATER & ENERGY SAVERS | 4431 NORTH DIXIE HIGHWAY BOCA RATON FL 33431 |
| CENTERPOINT ENERGY INC. | 1111 LOUISIANA ST HOUSTON TX 77002 |
| CENTERPOINT ENERGY INC. | PO BOX 4981 HOUSTON TX 77210-4981 |
| CENTURYLINK | ATTN: LEGAL BANKTUPTCY 1025 EL DORADO BLVD BROOMFIELD CO 80021 |
| CENTURYLINK | PO BOX 52187 PHOENIX AZ 85072 |
| CENTURYLINK | PO BOX 52187 PHOENIX AZ 85072-2187 |
| CITY OF AUSTIN | PO BOX 2267 AUSTIN TX 78783-2267 |
| CITY OF AUSTIN | C/O KAPLAN KIRSH & ROCKWELL ATTN: STEVEN OSIT 1675 BROADWAY, STE 2300 DENVER CO 80202 |
| CITY OF AUSTIN - UTILITIES | PO BOX 2267 AUSTIN TX 78783 |
| CITY OF RALEIGH WATER | RALEIGH MUNICIPAL BLDG 222 W HARGETT ST, STE 311 RALEIGH NC 27601 |
| CITY OF RALEIGH WATER | PO BOX 590 RALEIGH NC 27602-0590 |
| CITY OF RALEIGH WATER | PO BOX 71081 CHARLOTTE NC 28272-1081 |
| CITY OF WESTMINSTER | 4800 W 92ND AVE WESTMINSTER CO 80031 |
| CITY OF WESTMINSTER | PO BOX 17040 DENVER CO 80217-0040 |
| CITY OF WESTMINSTER | PO BOX 17107 DENVER CO 80217-7107 |
| COMCAST | C/O BALLARD SPAHR LLP ATTN: MATTHEW G SUMMERS, ESQ 919 N MARKET ST, 11TH FL WILMINGTON DE 19801 |
| COMCAST | PO BOX 60533 CITY OF INDUSTRY CA 91716-0533 |
| COMCAST BUSINESS | PO BOX 60533 CITY OF INDUSTRY CA 91716 |
| COMCAST BUSSINESS | PO BOX 37601 PHILADELPHIA PA 19101-0601 |
| COMCAST BUSSINESS | ATTN: ERIC KASSAB, ESQ ONE COMCAST CENTER PHILADELPHIA PA 19103-2838 |
| CONSOLIDATED EDISON CO OF NEW YORK INC. | ATTN: LEGAL DEPARTMENT 4 IRVING PLACE NEW YORK NY 10003 |
| CONSOLIDATED EDISON CO OF NEW YORK INC. | PO BOX 1701 NEW YORK NY 10116-1701 |
| CONSOLIDATED EDISON CO OF NEW YORK INC. | PO BOX 1003 SPRING VALLEY NY 10977 |
| CONSTELLATION NEW ENERGY, INC. | ATTN: C BRADLEY BURTON 1310 POINT ST, 12TH FL BALTIMORE MD 21231 |
| CONSTELLATION NEW ENERGY, INC. | PO BOX 4640 CAROL STREAM IL 60197-4640 |
| CPS ENERGY | ATTN: BANKRUPTCY SECTION 500 MCCULLOUGH MAIL DROP CT1201 SAN ANTONIO TX 78215 |
| CPS ENERGY | PO BOX 2678 SAN ANTONIO TX 78289-0001 |
| DDR DB STONE OAK LP | DEPT 410312-21052-38058 PO BOX 392365 CLEVELAND OH 44193 |
| DDR DB STONE OAK LP (LANDLORD) | PO BOX 392365 CLEVELAND OH 44193 |
| DDR DB STONE OAK LP (LANDLORD) | 1999 BRYANT ST, STE 900 DALLAS TX 75201 |
| DENVER WATER | 1600 W 12TH AVE DENVER CO 80204-3412 |
| DENVER WATER | PO BOX 173343 DENVER CO 80217-3343 |
| DOMINION ENERGY NORTH CAROLINA | 220 OPERATION WAY MAIL CODE C222 CAYEE SC 29033 |
| DOMINION ENERGY NORTH CAROLINA | PO BOX 100256 COLUMBIA SC 29202-3256 |
| DUKE ENERGY | PO BOX 1003 CHARLOTTE NC 28201 |
| DUKE ENERGY | PO BOX 1003 CHARLOTTE NC 28201-1003 |
| DUKE ENERGY | C/O DUKE ENERGY CAROLINAS ATTN: LYNN COLOMBO 550 S TRYON ST- DEC45A CHARLOTTE NC 28202 |
| ENERGY MANAGEMENT SYSTEMS | 801 SPRINGDALE DR, STE 101 EXTON PA 19341 |
| ENERGY MANAGEMENT SYSTEMS | AGENTFOR ALBEE DEVELOPMENT LLC ATTN: ACCOUNTS RECEIVABLE DEPT 5082 EXTON PA 19341-0604 |
| ENERGY MANAGEMENT SYSTEMS | PO BOX 646 EXTON PA 19341-0604 |
| ESI HOSTED SERVICES | 3701 E PLANO PKWY SUITE 100 PLANO TX 75074 |
| EVERGY | 1200 MAIN ST KANSAS CITY MO 64105 |
| EVERGY | PO BOX 219330 KANSAS CITY MO 64121-9330 |
| FHF I LAMAR UNION LLC | PO BOX 206984 DALLAS TX 75320 |
| FHF I LAMAR UNION LLC | 211 E 7TH ST, STE 620 AUSTIN TX 78701 |
| GTT COMMUNICATIONS INC | PO BOX 842630 DALLAS TX 75284-2630 |

| Claim Name | Address Information |
|---|---|
| GTT COMMUNICATIONS INC | ATTN: KRISTI ANDERSON, VP FINANCE 1835-B KRAMER LANE AUSTIN TX 78758 |
| HOSTED SERVICES | 3701 E PLANO PKWY SUITE 100 PLANO TX 75074-1806 |
| HOSTED SERVICES | PO BOX 941294 PLANO TX 75094-1294 |
| KC WATER SERVICES DEPARTMENT | 4800 E 63RD ST KANSAS CITY MO 64130 |
| KC WATER SERVICES DEPARTMENT | PO BOX 807045 KANSAS CITY MO 64180-7045 |
| METROPOLITAN PAPER RECYCLING | 847 SHEPHERD AVENUE BROOKLYN NY 11208 |
| METROPOLITAN PAPER RECYCLING | PO BOX 80381 BROOKLYN NY 11208 |
| MUELLER ALDRICH STREET LLC | 4200 N LAMAR BLVD 200 AUSTIN TX 78756 |
| MUELLER ALDRICH STREET, LLC | MUELLER CENTRAL 4550 MUELLER BLVD AUSTIN TX 78723 |
| MUELLER ALDRICH STREET, LLC | C/O WEITZMAN GROUP 4200 N LAMAR BLVD 200 AUSTIN TX 78756 |
| NATIONAL GRID | PO BOX 11741 NEWARK NJ 07101-4741 |
| NATIONAL GRID | 300 ERIE BLVD W SYRACUSE NY 13202 |
| NEW BRAUNFELS UTILITIES | 263 E MAIN PLAZA NEW BRAUNFELS TX 78130 |
| NEW BRAUNFELS UTILITIES | 263 MAIN PLAZA NEW BRAUNFELS TX 78130 |
| NEW BRAUNFELS UTILITIES | PO BOX 660 SAN ANTONIO TX 78293-0660 |
| NUCO2, LLC | PO BOX 417902 BOSTON MA 02241-7902 |
| NUSO, LLC | 6677 DELMAR BLVD UNIVERSITY MO 63130 |
| NUSO, LLC | PO BOX 790379 ST. LOUIS MO 63166 |
| PACIFIC GAS & ELECTRIC COMPANY | 77 BEALE ST PO BOX 770000 SAN FRANCISCO CA 94177 |
| PACIFIC GAS & ELECTRIC COMPANY | PO BOX 997300 SACRAMENTO CA 95899-7300 |
| PLYMOUTH ROCK ENERGY, LLC | PO BOX 28420 NEW YORK NY 10087-8420 |
| PLYMOUTH ROCK ENERGY, LLC | 920 RAILROAD AVE WOODMERE NY 11598 |
| REPUBLIC SERVICES | PO BOX 99917 CHICAGO IL 60696-7717 |
| REPUBLIC SERVICES | 18500 N ALLIED WAY PHOENIX AZ 85054 |
| SAN ANTONIO WATER SYSTEM | 2800 US HWY 281N SAN ANTONIO TX 78212 |
| SAN ANTONIO WATER SYSTEM | PO BOX 2990 SAN ANTONIO TX 78299-2990 |
| SAN FRANCISCO WATER, POWER AND SEWER | 525 GOLDEN AVE POLK ST SAN FRANCISCO CA 94102 |
| SAN FRANCISCO WATER, POWER AND SEWER | PO BOX 7369 SAN FRANCISCO CA 94120-7369 |
| SPIRE | DRAWER 2 ST. LOUIS MO 63171 |
| TEXAS GAS SERVICE | PO BOX 219913 KANSAS CITY MO 64121-9913 |
| TEXAS GAS SERVICE | C/O OKLAHOMA NATURAL GAS PO BOX 401 OKHLAHOMA CITY OK 73101-0401 |
| TIME WARNER CABLE | PO BOX 223085 PITTSBURGH PA 15251-2085 |
| TIME WARNER CABLE | C/O SPECTRUM ATTN: BANKRUPTCY DEPT 1600 DUBLIN RD COLUMBUS OH 43215 |
| TIME WARNER CABLE | PO BOX 7186 PASADENA CA 91109-7186 |
| TIME WARNER CABLE | PO BOX 60074 CITY OF INDUSTRY CA 91716-0074 |
| TIME WARNER CABLE 202-955400001-001 | PO BOX 70872 CHARLOTTE NC 28272-0872 |
| UE YONKERS II LLC | C/O URBAN EDGE PROPERTIES 210 RTE 4 E PARAMUS NJ 07652 |
| UE YONKERS II LLC | PO BOX 826477 PHILADELPHIA PA 19182-6477 |
| XCEL ENERGY | 414 NICOLLET MALL MINNEAPOLIS MN 55401 |
| XCEL ENERGY | PO BOX 9477 MINNEAPOLIS MN 55484-9477 |
| XO COMMUNICATION | VERIZON PO BOX 15043 ALBANY NY 12212-5043 |
| XO COMMUNICATION | 13865 SUNRISE VALLEY DR HERNDON VA 20171 |

**Total Creditor count  88**

**Exhibit D**

| Claim Name | Address Information |
| --- | --- |
| TEXAS CAPITAL BANK, N.A | ATTN: JEFFREY M. PARILLA 200 MCKINNEY AVENUE STE 700 DALLAS TX 75201 |
| TEXAS CAPITAL BANK, N.A | PO BOX 224318 DALLAS TX 75222-9775 |

**Total Creditor count  2**

**Exhibit E**

| Claim Name | Address Information |
| --- | --- |
| COLUMBIA CASUALTY COMPANY | 151 N FRANKLIN ST CHICAGO IL 60606-1915 |
| FIREMANS FUND INSURANCE COMPANY | 1 PROGRESS POINT PKWY, STE 200 O FALLON MO 63368-2213 |
| INDEPENDENT SPECIALTY INSURANCE COMPANY | 1900 L DON DODSON DR BEDFORD TX 76021 |
| IPFS CORPORATION | PO BOX 412086 KANSAS CITY MO 64141-2086 |
| IPFS CORPORATION | 22522 29TH DR SE 214 BOTHELL WA 98021 |
| MARSH & MCLENNAN | SHERRY AMOS 8144 WALNUT HILL LANE 16TH FLOOR DALLAS TX 75231 |
| MARSH & MCLENNAN AGENCY | 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| NATIONAL CASUALTY COMPANY | 8877 N GAINEY CENTER DR SCOTTSDALE AZ 85258-2108 |
| PHOENIX INSURANCE COMPANY | 1 TOWER SQ HARTFORD CT 06183-0001 |
| THE CHARTER OAK FIRE INSURANCE COMPANY | 1 TOWER SQ HARTFORD CT 06183-0001 |
| THE TRAVELERS INDEMNITY CO OF AMERICA | 11404 W DODGE RD, STE 650 OMAHA NE 68154-2576 |
| THE TRAVELERS LLOYDS INSURANCE COMPANY | 485 LEXINGTON AVE NEW YORK NY 10017-2630 |
| TRAVELERS | PO BOX 660317 DALLAS TX 75266-0317 |
| TRAVELERS CASUALTY AND SURETY COMPANY | 1 TOWER SQ, 8MS HARTFORD CT 06183-0001 |
| WESCO INSURANCE COMPANY | 59 MAIDEN LN NEW YORK NY 10038-4502 |
| ZURICH AMERICAN INSURANCE COMPANY | 1299 ZURICH WAY SCHAUMBURG IL 60196-1091 |
| ZURICH NORTH AMERICA | PO BOX 4664 CAROL STREAM IL 60197 |

**Total Creditor count  17**

**Exhibit F**

| Claim Name | Address Information |
|---|---|
| ALBERT URESTI, TAX ASSESSOR MPA PCC | VISTA VERDE PLAZA BLDG 233 N PECOS LA TRINIDAD SAN ANTONIO TX 78207 |
| ALBERT URESTI, TAX ASSESSOR MPA PCC | BEXAR COUNTY TAX ASSESSOR-COLLECTOR PO BOX 2903 SAN ANTONIO TX 78299-2903 |
| ARAPAHOE COUNTY TEASURER | 5334 S PRINCE ST LITTLETON CO 80120 |
| AUSTIN-TRAVIS COUNTY HEALTH | ADMINISTRATION BLDG 7201 LEVANDER LOOP AUSTIN TX 78702 |
| AUSTIN-TRAVIS COUNTY HEALTH & HUMAN SVCS | ENVIRONMENTAL HEALTH SERVICES DIVISION PO BOX 142529 AUSTIN TX 78714 |
| BEXAR COUNTY TAX OFFICE | VISTA VERDE PLAZA BLDG 233 N PECOS LA TRINIDAD SAN ANTONIO TX 78207 |
| BEXAR COUNTY TAX OFFICE | BEXAR COUNTY TAX ASSESSOR-COLLECTOR PO BOX 2903 SAN ANTONIO TX 78299-2903 |
| CALIFORNIA DEPARMENT OF TAX FEE & ADMIN | RETURN PROCESSING BRANCH PO BOX 942879 SACRAMENTO CA 94279-6001 |
| CALIFORNIA DEPT OF TAX & FEE ADMIN | PO BOX 942879 SACRAMENTO CA 94279 |
| CALIFORNIA DEPT OF TAX & FEE ADMIN | 3321 POWER INN RD, STE 210 SACRAMENTO CA 95826-3889 |
| CALIFORNIA FRANCHISE TAX BOARD | 300 S SPRING ST, STE 5704 LOS ANGELES CA 90013-1265 |
| CALIFORNIA FRANCHISE TAX BOARD | 7575 METROPOLITAN DR, STE 201 SAN DIEGO CA 92108-4421 |
| CALIFORNIA FRANCHISE TAX BOARD | 600 W SANTA ANA BLVD, STE 300 SANTA ANA CA 92701-4543 |
| CALIFORNIA FRANCHISE TAX BOARD | 121 SPEAR ST, STE 400 SAN FRANCISCO CA 94105-1584 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942867 SACRAMENTO CA 94257 |
| CALIFORNIA FRANCHISE TAX BOARD | 1515 CLAY ST, STE 305 OAKLAND CA 94612-1445 |
| CALIFORNIA FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 |
| CALIFORNIA FRANCHISE TAX BOARD | 3321 POWER INN RD, STE 210 SACRAMENTO CA 95826-3893 |
| CITY & COUNTY OF DENVER ALA | 1437 BANNOCK ST, RM 451 DENVER CO 80202 |
| CITY & COUNTY OF DENVER ALARMS PROGRAM | PO BOX 650781 DALLAS TX 75265-0781 |
| CITY & COUNTY OF DENVER TREASURY DIV | WELLINGTON WEBB BLDG 201 W COLFAX AVE DEPT 1009 DENVER CO 80208 |
| CITY & COUNTY OF DENVER TREASURY DIV | ATTN: BRENDAN HANLON PO BOX 17420 DENVER CO 80217-0420 |
| CITY AND COUNTY OF DENVER | 1437 BANNOCK ST, RM 451 DENVER CO 80202 |
| CITY OF LITTLETON | 2255 W BERRY AVE LITTLETON CO 80120 |
| CITY OF RALEIGH POLICE DEPARTMENT | REVENUE SERVICES-33 PO BOX 590 RALEIGH NC 27602-0590 |
| CITY OF RALEIGH POLICE DEPARTMENT | 6716 SIX FORKS RD RALEIGH NC 27615 |
| CITY OF RALEIGH- REVENUE SERVICES | RALEIGH MUNICIPAL BLDG 222W HARGETT ST, 1ST FL RALEIGH NC 27601 |
| CITY OF RALEIGH- REVENUE SERVICES | PO BOX 590 RALEIGH NC 27602-0590 |
| CITY OF YONKERS | 40 S BROADWAY, RM 107 YONKERS NY 10701 |
| CITY OF YONKERS | 87 NEPPERHAN AVENUE, 5TH FLOOR YONKERS NY 10701 |
| COLORADO DEPARTMENT OF REVENUE | PO BOX 13200 DENVER CO 80201 |
| COLORADO DEPARTMENT OF REVENUE | 201 W COLFAX AVE 206 DENVER CO 80202 |
| COLORADO DEPARTMENT OF REVENUE | 1881 PIERCE ST, ENTRANCE B LAKEWOOD CO 80214 |
| COLORADO DEPARTMENT OF REVENUE | LIQUOR ENFORCEMENT DIVISION PO BOX 17087 DENVER CO 80217-0087 |
| COLORADO DEPARTMENT OF REVENUE | PO BOX 17087 DENVER CO 80217-0087 |
| COMAL COUNTY TAX OFFICE | 205 N SEGUIN AVE NEW BRAUNFELS TX 78130 |
| COMAL COUNTY TAX OFFICE | COMAL COUNTY TAX OFFICE PO BOX 659480 SAN ANTONIO TX 78265-9480 |
| COMMISSIONER OF TAXATION & FINANCE | NYS ESTIMATED INCOME TAX PROCESSING CENTER PO BOX 4123 BINGHAMTON NY 13902-4123 |
| COMPTROLLER OF MARYLAND | 80 CALVERT ST PO BOX 466 ANNAPOLIS MD 21404-0466 |
| DDR DB STONE OAK LP | DEPT 410312-21052-38058 PO BOX 392365 CLEVELAND OH 44193 |
| DDR DB STONE OAK LP | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DEPARTMENT OF BULIDING AND HOUSING | 87 NEPPERHAN AVE 5TH FL YONKERS NY 10701 |
| DEPARTMENT OF FINANCE | TREASURY DIVISION PO BOX 660860 DALLAS TX 75266-0860 |
| DEPARTMENT OF PUBLIC HEALTH | HAZARDOUS MATERIALS UNIFIED PROGRAM AGENCY SAN FRANCISCO CA 94103 |
| DEPARTMENT OF REVENUE WASHINGTON STATE | 1657 FOWLER ST RICHLAND WA 99352 |
| FLORIDA DEPARTMENT OF REVENUE | ATTN: MARK HAMILTON, GEN COUNSEL PO BOX 6668 TALLAHASSEE FL 32314-6668 |

| Claim Name | Address Information |
| --- | --- |
| FLORIDA DEPARTMENT OF REVENUE | 5050 W TENNESSEE ST TALLAHASSEE FL 32399-0112 |
| FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0531 |
| FRANCHISE TAX BOARD | WITHHOLDING SERVICES & COMPL MS F182 PO BOX 942867 SACRAMENTO CA 94267-0651 |
| GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BLVD NE ATLANTA GA 30345 |
| INDIANA DEPARTMENT OF REVENUE | 100 N SENATE AVE, RM N248 INDIANAPOLIS IN 46204 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACKSON COUNTY COLLECTOR | 415 E 12TH ST, STE 100 KANSAS CITY MO 64106 |
| JACKSON COUNTY COLLECTOR | PO BOX 219747 KANSAS CITY MO 64121-9747 |
| JEFFERSON COUNTY TREASURER | 100 JEFFERSON COUNTY PKWY 2520 GOLDEN CO 80419-2520 |
| KANSAS CITY MO HEALTH DEPARTMENT | 2400 TROOST AVE KANSAS CITY MO 64108 |
| KANSAS CITY MO HEALTH DEPARTMENT | ENVIRONMENTAL PUBLIC HEALTH PROGRAM 2400 TROOST AVE KANSAS CITY MO 64108 |
| KCMO CITY TREASURER | REVENUE DIVISION CITY HALL, 2ND FL 414 E 12TH ST KANSAS CITY MO 64106 |
| KCMO CITY TREASURER | CITY OF KANSAS CITY REVENUE DIVISION KANSAS CITY MO 64184-3825 |
| KCMO HEALTH DEPARTMENT | KANSAS CITY MO HEALTH DEPARTMENT ENVIRONMENTAL PUBLIC HEALTH PROGRAM KANSAS CITY MO 64108 |
| MICHIGAN DEPARTMENT OF TREASURY | AUSTIN BLDG 430 W ALLEGAN ST LANSING MI 48933 |
| MINNESOTA DEPARTMENT OF REVENUE | 600 N ROBERT ST ST PAUL MN 55101 |
| MISSOURI DEPARTMENT OF REVENUE | HARRY S TRUMAN STATE OFFICE BLDG 301 W HIGH ST, RM 102 JEFFERRSON CITY MO 65101 |
| MISSOURI DEPARTMENT OF REVENUE | PO BOX 3400 JEFFERSON CITY MO 65105-3400 |
| MISSOURI DEPT OF REVENUE | PO BOX 3360 JEFFERSON CITY MO 65105-3360 |
| MY TAX ILLINOIS | JAMES R THOMPSON CENTER, 7TH FL 100 W RANDOLPH ST CHICAGO IL 60601-3274 |
| NORTH CAROLINA ABC COMMISSION | 4307 MAIL SERVICE CENTER RALEIGH NC 27699-4307 |
| NORTH CAROLINA ABC COMMISSIONER | 4307 MAIL SERVICE CENTER RALEIGH NC 27699-4307 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT PO BOX 1168 RALEIGH NC 27602-1168 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | 501 N WILMINGTON ST RALEIGH NC 27604 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 RALEIGH NC 27640-0635 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 RALEIGH NC 27640-0640 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 RALEIGH NC 27640-0700 |
| NY STATE DEPT OF TAXATION & FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| NY STATE DEPT OF TAXATION & FINANCE | ATTN: OFFICE OF COUNSEL BLDG 9, W A HARRIMAN CAMPUS ALBANY NY 12227 |
| NYC DEPARTMENT OF FINANCE | CORRESPONDENCE UNIT ONE CENTRE ST, 22ND FL NEW YORK NY 10007 |
| NYC DEPARTMENT OF FINANCE | PO BOX 3644 NEW YORK NY 10008-3644 |
| NYC DEPARTMENT OF FINANCE | PO BOX 3933 NEW YORK NY 10008-3933 |
| NYC DEPARTMENT OF FINANCE | 66 JOHN ST, RM 104 NEW YORK NY 10038 |
| NYC DOHMH | 42-09 28TH ST QUEENS NY 11101-4132 |
| OHIO DEPARTMENT OF TAXATION | ATTN: BANKRUPTCY DIVISION 4485 NORTHLAND RIDGE BLVD COLUMBUS OH 43229 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | LOBBY STRAWBERRY SQ HARRISBURG PA 17128-0101 |
| RHODE ISLAND DEPARTMENT OF REVENUE | ONE CAPITOL HILL, 1ST FL PROVIDENCE RI 02908 |
| RHODE ISLAND DIVISION OF TAXATION | ONE CAPITAL HILL PROVIDENCE RI 02908-5800 |
| RMA TOLL PROCESSING | C/O COFIROUTE USA 200 SPECTRUM CENTER DR, STE 1650 IRVINE CA 92618 |
| SAN FRANCISCO TAX COLLECTOR | 1 DR CARLTON B GOODLETT PL, 140 SAN FRANCISCO CA 94102 |
| SAN FRANCISCO TAX COLLECTOR | SECURED PROPERTY TAX PO BOX 7426 SAN FRANCISCO CA 94120-7426 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE | 445 E CAPITOL AVE PIERRE SD 57501-3185 |
| STATE OF DELAWARE | DIVISION OF CORPORATIONS PO BOX 5509 BINGHAMTON NY 13902-5509 |
| STATE OF NEW JERSEY DEPT OF TREASURY | 125 W STATE ST TRENTON NJ 08625 |
| TENNESSEE DEPARTMENT OF REVENUE | 500 DEADERICK ST NASHVILLE TN 37242 |
| TEXAS COMPTROLLER | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TABC PO BOX 13127 AUSTIN TX 78711-3127 |

| Claim Name | Address Information |
|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528, CAPITOL STATION AUSTIN TX 78711-3528 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | FRANCHISE TAX SECTION PO BOX 149348 AUSTIN TX 78714-9348 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 1500 11TH ST AUSTIN TX 78774 |
| THE DEPARTMENT OF PUBLIC HEALTH | HAZARDOUS MATERIALS UNITIED PROGRAM AGCY 1390 MARKET ST. 210 SAN FRANCISCO CA 94102 |
| TN DEPT OF LABOR & WORKFORCE DEVELOPMENT | PO BOX 24150 NASHVILLE TN 37202-4150 |
| TN DEPT OF LABOR & WORKFORCE DEVELOPMENT | 220 FRENCH LANDING DR NASHVILLE TN 37243 |
| TRAVIS COUNTY TAX OFFICE | LIQUOR/BEER AND WINE FEES PO BOX 149324 AUSTIN TX 78714 |
| TRAVIS COUNTY TAX OFFICE | PO BOX 149328 AUSTIN TX 78714-9328 |
| TRAVIS COUNTY TAX-ASSESSOR/COLLECTOR | PO BOX 149328 AUSTIN TX 78714-9328 |
| TRAVIS COUNTY TAX-ASSESSOR/COLLECTOR | 5501 AIRPORT BLVD AUSTIN TX 78751-1410 |
| VIRGINIA TAX | 1957 WESTMORELAND ST RICHMOND VA 23230 |
| WAKE COUNTY ADMINISTRATION | TAX ADMIN 301 S MCDOWELL ST, STE 3800 RALEIGH NC 27601 |
| WAKE COUNTY ADMINISTRATION | PO BOX 2331 RALEIGH NC 27602-2331 |
| WAKE COUNTY ADMINISTRATION | PO BOX 580084 CHARLOTTE NC 28258-0084 |
| WESTCHESTER COUNTY HEALTH DEPARTMENT | BUREAU OF PUBLIC HEALTH PROTECTION 25 MOORE AVENUE MOUNT KISCO NY 10549 |
| WESTCHESTER COUNTY HEALTH DEPARTMENT | 145 HUGUENOT ST NEW ROCHELLE NY 10801 |
| WILLIAMSON COUNTY TAX ASSESSOR-COLLECTOR | ATTN: PROPERTY TAX 904 S. MAIN ST GEORGETOWN TX 78626 |

**Total Creditor count  111**

**Exhibit G**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
|---|---|---|
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES | INFO@EPRKC.COM |
| A TO Z MEDIA, INC. | ATTN: LUCAS JONES | INFO@ATOZMEDIA.COM; LUCAS@ATOZMEDIA.COM |
| ACADIAREALTY | ATTN: JASON BLACKSBERG | JBLACKSBERG@ACADIAREALTY.COM; INFO@ACADIAREALTY.COM |
| ALBEE DEVELOPMENT LLC | VP | CCONLON@ACADIAREALTY.COM |
| BALLARD SPAHR LLP | ROGLEN | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | TARR@BLANKROME.COM; GUILFOYLE@BLANKROME.COM |
| CAMATIC SEATING, INC. | ATTN: DIANA FRANKOWSKI | DIANA.FRANKOWSKI@CAMATIC.COM |
| CF AUSTIN RETAIL, LLC | ATTN: GRAHAM MOORE | MOORE@AQUILACOMMERCIAL.COM |
| CITY & COUNTY OF DENVER TREASURY DIV | ATTN: BRENDAN HANLON | TREASINFO@DENVERGOV.ORG |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | IWALKER@COLESCHOTZ.COM |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | THORAN@COZEN.COM |
| DDR DB STONE OAK LP | ATTN: KEVIN COHEN | LBALL@SITECENTERS.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US |
| DISTRICT OF DELAWARE | | USADE.PRESS@USDOJ.GOV |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | STUART.BROWN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | JAMILA.WILLIS@US.DLAPIPER.COM; GREGORY.JUELL@US.DLAPIPER.COM |
| ELLERSON DEVELOPMENT CORPORATION | ATTN: NICOLE BROWN | NBROWN@EDCWEB.COM |
| FHF I LAMAR UNION LLC | ATTN: BRYAN DABBS | BDABBS@BKDREALTY.COM |
| FHF I LAMAR UNION LLC | ATTN: JOHNNA DAVID | JOHNNAD@EPRKC.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | MBUSENKELL@GSBBLAW.COM |
| GERRITY RETAIL MANAGEMENT LLC | ATTN: RENE DANIELS | RDANIELS@GERRITYGROUP.COM |
| HOBBY PROPERTIES - KERBBY LLC | ATTN: JOHN HOLMES | INFO@HOBBYPROPERTIES.COM |
| IRONEDGE GROUP | ATTN: RYAN LAKIN | RLAKIN@IRONEDGEGROUP.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | LANDIS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; JENNER@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | SKAUFMAN@SKAUFMANLAW.COM |
| LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LLP | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | ATTN: JACK E. JACOBSEN | JJACOBSEN@LOCKELORD.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | KBUCK@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | TLEDAY@MVBALAW.COM |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMCHORSE@MCGINNISLAW.COM |
| MEP MAINSTREET OPERATIONS LLC | ATTN: DIANE WHEELER AND NICK BENJAMIN | NBENJAMIN@CORDISH.COM |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | RMERSKY@MONLAW.COM |
| MOROCH PARTNERS, INC. | ATTN: MATT POWELL | MPOWELL@MOROCH.COM |
| MUELLER ALDRICH STREET, LLC | ATTN: REILY GREGSON | CONTACTUS@MUELLERAUSTIN.COM; RGREGSON@WEITZMANGROUP.COM |
| NEON | ATTN: JESSICA NICKELSBERG | JESSICA@NEONRATED.COM |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ISABEL WIGGINS | ISABEL@WIGGINSCOMMERCIAL.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | | USTRUSTEE.PROGRAM@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM; RFEINSTEIN@PSZJLAW.COM; CMACKLE@PSZJLAW.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ECOBB@PBFCM.COM |
| POLSINELLI PC | NAZAR | SKATONA@POLSINELLI.COM; ANAZAR@POLSINELLI.COM |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | MWEINER@POYNERSPRUILL.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | BBLACKWELL@PROSKAUER.COM |
| REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | MHOUSTON@REEDSMITH.COM; CRIVAS@REEDSMITH.COM |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI | GREGG.GALARDI@ROPESGRAY.COM |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | MARK.MINUTI@SAUL.COM |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; DOSDOC_BANKRUPTCY@STATE.DE.US |
| SECURITIES & EXCHANGE COMMISSION | | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| SLOANS LAKE-FCA, LLC | ATTN: WIN KELLY | WIN.KELLY@CAPARTNERS.COM |
| SONY ELECTRONICS INC | ATTN: CHRIS APPLETON | CHRIS.APPLETON@SONY.COM |
| STAFFORD-SMITH INC | AMBER RICHARDS | KITCHENPROS@STAFFORDSMITH.COM; ARICHARDS@STAFFORDSMITH.COM |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | MARK.CARDER@STINSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | WHAZELTINE@SHA-LLC.COM |
| SUMMIT GLORY PROPERTY LLC | ATTN: TOM COSTANZOARSENIA CARRASCO | TCONSTANZO@FOSUN.COM; ARSENIA.CARRASCO@CBRE.COM |
| SVAP II PARK NORTH, LLC | ATTN: YOLANDA MASON | YMASON@STERLINGORGANIZATION.COM |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| UE YONKERS II LLC | ATTN: SCOTT AUSTER | SAUSTER@UEDGE.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV |
| US FOODS INC | ATTN: BETH GONZALEZ | BETH.GONZALEZ@USFOODS.COM |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | RKAPOOR@VENABLE.COM; LSBOUYEA@VENABLE.COM |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| | | |
|---|---|---|
| VISTA ENTERTAINMENT SOLUTIONS USA INC | ATTN: GRAIG FISHER | GRAIG.FISHER@VISTA.CO |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | ERIC.TAUBE@WALLERLAW.COM |
| WEA-WSM | ATTN: RICKEY OLSEN | RICHARD.OLSEN@WMG.COM |
| WESTLAKES 410 INVESTMENTS LLC | ATTN: SCOTT BOOTH | SBOOTH@SERVICEGROUPHOLDINGS.COM |
| WHITESTONE REIT | ATTN: MATT OKMIN | LEASING@WHITESTONEREIT.COM; MOKMIN@WHITESTONEREIT.COM |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | ANDREW.GOLDMAN@WILMERHALE.COM; BENJAMIN.LOVELAND@WILMERHALE.COM |
| WORKDAY INC. | ATTN: DAVID BAUGUESS | DAVID.BAUGUESS@WORKDAY.COM |
| | | **Count: 100** |

**Exhibit H**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Landlords - Email List

| NAME | ATTN | EMAIL |
|---|---|---|
| EPR | ATTN: BRIAN E. SOBCZYK | BRIAN.SOBCZYK@STINSON.COM |
| GS SOUTH LAMAR PLAZA | ATTN: JOSHUA A. ROMERO | JROMERO@JW.COM |
| KERBBY, LLC | ATTN: CHRISTINE L. HOOD | CHOOD@POYNERSPRUILL.COM |
| MEP MAINSTREET OPERATIONS, LLC | ATTN: GENERAL COUNSEL | INFO@CORDISH.COM |
| MEP MAINSTREET OPERATIONS, LLC | C/O THE CORDISH COMPANY | INFO@CORDISH.COM |
| MUELLER ALDRICH STREET, LLC | | PATRICK@WIGGINSCOMMERCIAL.COM; ISABEL@WIGGINSCOMMERCIAL.COM |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ANDREW LURIE, REAL ESTATE COUNSEL | ALURIE@UEDGE.COM |
| URBAN EDGE PROPERTIES | ATTN: PETER BERGNER | INFO@OCONNORCP.COM |
| VINELAND POINTE OWNER LLC | ATTN: YVONNE JONES | INFO@OCONNORCP.COM |
| | | Count: 10 |

**Exhibit I**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Utilities - Email List

| NAME | ATTN | EMAIL |
|------|------|-------|
| AMERICAN WATER & ENERGY SAVERS | | JENNM@AMERICANWATER.COM |
| CENTURYLINK | | BANKRUPTCYLEGAL@CENTURYLINK.COM |
| CITY OF AUSTIN | ATTN: STEVEN OSIT | SOSIT@KAPLANKIRSCH.COM |
| CITY OF RALEIGH WATER | | PUBLICUTILITYINFO@RALEIGHNC.GOV |
| COMCAST | ATTN: MATTHEW G SUMMERS, ESQ | SUMMERS@BALLARDSPAHR.COM |
| COMCAST BUSSINESS | ATTN: ERIC KASSAB, ESQ | SHONTERRA_JORDAN@COMCAST.COM |
| CONSTELLATION NEW ENERGY, INC. | ATTN: C BRADLEY BURTON | BRADLEY.BURTON@CONSTELLATION.COM |
| CPS ENERGY | ATTN: BANKRUPTCY SECTION | BANKRUPTCY@CPSENERGY.COM |
| DOMINION ENERGY NORTH CAROLINA | | JANET.REYES@DOMINIONENERGY.COM |
| DUKE ENERGY | ATTN: LYNN COLOMBO | LYNN.COLOMBO@DUKE-ENERGY.COM |
| EVERGY | | ir@evergy.com |
| GTT COMMUNICATIONS INC | | KRISTI.ANDERSON@GTT.NET |
| METROPOLITAN PAPER RECYCLING | | INFO@METROPAPERRECYCLING.COM |
| NEW BRAUNFELS UTILITIES | | CUSTOMERSERVICE@NBUTEXAS.COM |
| NUSO, LLC | | CONTACT@NUSO.CLOUD |
| SPIRE | | JATONA.CODY@SPIREENERGY.COM |
| TEXAS GAS SERVICE | | BANKRUPTCY@ONEGAS.COM |
| TIME WARNER CABLE | ATTN: BANKRUPTCY DEPT | DEBRA.SHANKLIN@CHARTER.COM |
| UE YONKERS II LLC | | MCHENG@UEDGE.COM |
| XCEL ENERGY | | KATIE.MILLER@XCELENERGY.COM |
| | | **Count: 20** |

**Exhibit J**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Banks - Email List

| NAME | EMAIL |
|------|-------|
| TEXAS CAPITAL BANK, N.A. | ACHIARELLO@WINSTEAD.COM; JWIELEBINSKI@WINSTEAD.COM |
| | Count: 2 |

**Exhibit K**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Tax - Email List

| NAME | ATTN | EMAIL |
|---|---|---|
| ALBERT URESTI, TAX ASSESSOR MPA PCC | | TAXOFFICE@BEXAR.ORG |
| ARAPAHOE COUNTY TEASURER | | TREASURER2@ARAPAHOEGOV.COM |
| AUSTIN-TRAVIS COUNTY HEALTH | | HEALTH@AUSTINTEXAS.GOV |
| BEXAR COUNTY TAX OFFICE | | TAXOFFICE@BEXAR.ORG |
| CALIFORNIA DEPT OF TAX & FEE ADMIN | | SACRAMENTOINQUIRIES@CDTFA.CA.GOV |
| CALIFORNIA FRANCHISE TAX BOARD | | FTBFIELDOFFICEAPPOINTMENTS@FTB.CA.GOV |
| CALIFORNIA FRANCHISE TAX BOARD | | OAKLANDINQUIRIES@CDTFA.CA.GOV |
| CITY & COUNTY OF DENVER ALA | | DENCC@DENVERGOV.ORG |
| DIV | | TREASINFO@DENVERGOV.ORG |
| CITY OF RALEIGH- REVENUE SERVICES | | FINANCE.INFO@RALEIGHNC.GOV |
| CITY OF YONKERS | | CITYCLERK@YONKERSNY.GOV |
| COLORADO DEPARTMENT OF REVENUE | | DOR_TAXPAYERSERVICE@STATE.CO.US |
| COMAL COUNTY TAX OFFICE | | CCTAX@CO.COMAL.TX.US |
| COMPTROLLER OF MARYLAND | | MDCOMPTROLLER@MARYLANDTAXES.GOV |
| DELAWARE STATE TREASURY | | LIZA.DAVIS@DELAWARE.GOV |
| DEPARTMENT OF PUBLIC HEALTH | | NAVEENA.BOBBA@SFDPH.ORG |
| FLORIDA DEPARTMENT OF REVENUE | ATTN: MARK HAMILTON, GEN COUNSEL | EMAILDOR@FLORIDAREVENUE.COM |
| JACKSON COUNTY COLLECTOR | | COLLECTIONS@JACKSONGOV.ORG |
| KANSAS CITY MO HEALTH DEPARTMENT | | HEALTH@KCMO.ORG |
| KCMO CITY TREASURER | | REVENUE@KCMO.ORG |
| MICHIGAN DEPARTMENT OF TREASURY | | MISTATETREASURER@MICHIGAN.GOV |
| MINNESOTA DEPARTMENT OF REVENUE | | BUSINESSINCOME.TAX@STATE.MN.US |
| MISSOURI DEPARTMENT OF REVENUE | | CORPORATE@DOR.MO.GOV |
| MY TAX ILLINOIS | | REV.TA-BIT-WIT@ILLINOIS.GOV |
| NORTH CAROLINA ABC COMMISSIONER | | CONTACT@ABC.NC.GOV |
| NY STATE DEPT OF TAXATION & FINANCE | ATTN: OFFICE OF COUNSEL | MICHAEL.SCHMIDT@TAX.NY.GOV |
| NYC DOHMH | | GHARRIMAN@HEALTH.NYC.GOV |
| PENNSYLVANIA DEPARTMENT OF REVENUE | | RA-RV-BET-HBG-TA-EM@PA.GOV |
| RHODE ISLAND DEPARTMENT OF REVENUE | | TAX.CORPORATE@TAX.RI.GOV |
| REVENUE | | BUSTAX@STATE.SD.US |
| TENNESSEE DEPARTMENT OF REVENUE | | REVENUE.COLLECTION@TN.GOV |
| TRAVIS COUNTY TAX-ASSESSOR/COLLECTOR | | TAXOFFICE@TRAVISCOUNTYTX.GOV |
| WAKE COUNTY ADMINISTRATION | | TAXHELP@WAKEGOV.COM |
| WILLIAMSON COUNTY TAX ASSESSOR-COLLECTOR | ATTN: PROPERTY TAX | PROPTAX@WILCO.ORG |
| | | Count: 34 |