# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 170** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                                       ) ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 30, 2021 I caused to be served the "Notice of Agenda of Matters Scheduled for Remote Hearing on April 1, 2021 at 10:30 A.M. (ET)," dated March 30, 2021 [Docket No. 170], by causing true and correct copies to be:

    i. enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

      ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B.</u>

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Angela Chachoff*  
                                                    Angela Chachoff

Sworn to before me this  
31st day of March, 2021  
*/s/ Andrea R. Speelman*  
Notary Public, State of Ohio  
Commission Expires March 21, 2024

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES ATTN: GENERAL COUNSEL 909 WALNUT ST, STE 200 KANSAS CITY MO 64106 |
| A TO Z MEDIA, INC. | ATTN: LUCAS JONES 243 W 30TH ST 6TH FL NEW YORK NY 10001 |
| ALBEE DEVELOPMENT LLC | 28 LIBERTY ST. NEW YORK NY 10005 |
| ALBEE DEVELOPMENT LLC | ATTN: CHRISTOPHER CONLON, EXECUTIVE VP 411 THEODORE FREMD AVE, STE 300 RYE NY 10580 |
| CAMATIC SEATING, INC. | 12801 N STEMMONS FWY SUITE 903 FARMERS BRANCH TX 75234 |
| CF AUSTIN RETAIL, LLC | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| CF AUSTIN RETAIL, LLC | THE VILLAGE PO BOX 840459 DALLAS TX 75284-0459 |
| CITY & COUNTY OF DENVER TREASURY DIV | ATTN: BRENDAN HANLON PO BOX 17420 DENVER CO 80217-0420 |
| DDR DB STONE OAK LP | DEPT 410312-21052-38058 PO BOX 392365 CLEVELAND OH 44193 |
| DDR DB STONE OAK LP | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| ELLERSON DEVELOPMENT CORPORATION | ATTN: NICOLE BROWN 1660 HUGUENOT RD MIDLOTHIAN VA 23113 |
| FHF I LAMAR UNION LLC | C/O CORPORATION SERVICE COMPANY 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| FHF I LAMAR UNION LLC | PO BOX 206984 DALLAS TX 75320 |
| FHF I LAMAR UNION LLC | ATTN: BRYAN DABBS 211 E 7TH ST, STE 620 AUSTIN TX 78701 |
| GERRITY RETAIL MANAGEMENT LLC | PO BOX 845758 LOS ANGELES CA 90084-5758 |
| GERRITY RETAIL MANAGEMENT LLC | C/O GERRITY GROUP LLC ATTN: RENE DANIELS 973 LOMAS SANTA FE DR SOLANA BEACH CA 92075-2137 |
| HOBBY PROPERTIES - KERBBY LLC | C/O HOBBY PROPERTIES PO BOX 18506 RALEIGH NC 27619 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| IRONEDGE GROUP | ATTN: RYAN LAKIN 3000 WILCREST DR, STE 300 HOUSTON TX 77042 |
| MEP MAINSTREET OPERATIONS LLC | ATTN: DIANE WHEELER AND NICK BENJAMIN 601 E PRATT ST 6TH FL BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS LLC | 221 BOLIVAR ST JEFFERSON CITY MO 65101 |
| MOROCH PARTNERS, INC. | ATTN: MATT POWELL 3625 N HALL ST STE 1100 DALLAS TX 75219 |
| MUELLER ALDRICH STREET, LLC | C/O WEITZMAN GROUP 4200 N LAMAR BLVD 200 AUSTIN TX 78756 |
| NEON | ATTN: JESSICA NICKELSBERG 1685 38TH ST, STE 100 BOULDER CO 80301 |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ISABEL WIGGINS 177 W MILL ST NEW BRAUNFELS TX 78130 |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ISABEL WIGGINS 177 W MILL ST NEW BRAUNFELS TX 78130-5055 |
| SLOANS LAKE-FCA, LLC | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE ST WILMINGTON DE 19801 |
| SLOANS LAKE-FCA, LLC | C/O FCA PARTNERS, LLC ATTN: WIN KELLY 300 SOUTH TRYON STREET CHARLOTTE NC 28202 |
| SONY ELECTRONICS INC | ATTN: CHRIS APPLETON 1 SONY DR PARK RIDGE NJ 07656 |
| SONY ELECTRONICS INC | PO BOX 100172 PASADENA CA 91189-0172 |
| STAFFORD-SMITH INC | DEPT 771493, PO BOX 77000 DETROIT MI 48277-1493 |
| SUMMIT GLORY PROPERTY LLC | C/O FOSUN PROPERTY HOLDINGS ATTN: TOM COSTANZOARSENIA CARRASCO 28 LIBERTY ST 44TH FL NEW YORK NY 10005 |
| SVAP II PARK NORTH, LLC | ATTN: YOLANDA MASON 302 DATURA ST, STE 100 WEST PALM BEACH FL 33401-5481 |
| SVAP II PARK NORTH, LLC | C/O STERLING RETAIL SERVICES PO BOX 209372 AUSTIN TX 78720-9372 |
| U.S. SMALL BUSINESS ADMINISTRATION | OFFICE OF DISASTER ASSISTANCE ATTN: JAMES E RIVERA, ASSOC ADMIN 409 3D STREET, S.W. SUITE 6050 WASHINGTON DC 20416 |
| UE YONKERS II LLC | ATTN: SCOTT AUSTER 28 LIBERTY ST NEW YORK NY 10005 |
| UE YONKERS II LLC | PO BOX 826477 PHILADELPHIA PA 19182-6477 |
| US FOODS INC | ATTN: BETH GONZALEZ 11955 E PEAKVIEW AVE ENGLEWOOD CO 80111-6830 |
| US FOODS INC | DEPT 597 DENVER CO 80271 |
| US FOODS INC. | 9399 W HIGGINS RD, STE 100 ROSEMONT IL 60018 |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | 335 N MAPLE DR, STE 150 BEVERLY HILLS CA 90210 |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | ATTN: GRAIG FISHER 335 N MAPLE DR, STE 150 BEVERLY HILLS CA 90210 |
| WEA-WSM | ATTN: RICKEY OLSEN 32253 COLLECTION CENTER DR CHICAGO IL 60693-0322 |

| Claim Name | Address Information |
|---|---|
| WESTLAKES 410 INVESTMENTS LLC | C/O SERVICE GROUP ATTN: SCOTT BOOTH 6907 CAPITAL OF TX HWY AUSTIN TX 78731 |
| WESTLAKES 410 INVESTMENTS LLC | ATTN: PROPERTY MANAGEMENT PO BOX 27648 AUSTIN TX 78755 |
| WHITESTONE REIT | DEPARTMENTS 234 PO BOX 4869 HOUSTON TX 77210 |
| WORKDAY INC. | ATTN: DAVID BAUGUESS 3350 PEACHTREE RD NE, STE 1000 ATLANTA GA 30326 |
| WORKDAY INC. | PO BOX 396106 SAN FRANCISCO CA 94139-6106 |

**Total Creditor count  49**

**Exhibit B**

ALAMO DRAFTHOUSE CINEMAS HOLDING, LLC
CASE No. 21-10474 (MFW)
MASTER SERVICE LIST- EMAIL LIST

| NAME | ATTN: | EMAIL |
|---|---|---|
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES | INFO@EPRKC.COM |
| A TO Z MEDIA, INC. | ATTN: LUCAS JONES | INFO@ATOZMEDIA.COM; LUCAS@ATOZMEDIA.COM |
| ACADIAREALTY | ATTN: JASON BLACKSBERG | JBLACKSBERG@ACADIAREALTY.COM; INFO@ACADIAREALTY.COM |
| ALBEE DEVELOPMENT LLC | ATTN: CHRISTOPHER CONLON, EXECUTIVE VP | CCONLON@ACADIAREALTY.COM |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | TARR@BLANKROME.COM; GUILFOYLE@BLANKROME.COM |
| CAMATIC SEATING, INC. | ATTN: DIANA FRANKOWSKI | DIANA.FRANKOWSKI@CAMATIC.COM |
| CF AUSTIN RETAIL, LLC | ATTN: GRAHAM MOORE | MOORE@AQUILACOMMERCIAL.COM |
| CITY & COUNTY OF DENVER TREASURY DIV | ATTN: BRENDAN HANLON | TREASINFO@DENVERGOV.ORG |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | IWALKER@COLESCHOTZ.COM |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | THORAN@COZEN.COM |
| DDR DB STONE OAK LP | ATTN: KEVIN COHEN | LBALL@SITECENTERS.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US |
| DISTRICT OF DELAWARE | | USADE.PRESS@USDOJ.GOV |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | STUART.BROWN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | JAMILA.WILLIS@US.DLAPIPER.COM; GREGORY.JUELL@US.DLAPIPER.COM |
| ELLERSON DEVELOPMENT CORPORATION | ATTN: NICOLE BROWN | NBROWN@EDCWEB.COM |
| FHF I LAMAR UNION LLC | ATTN: BRYAN DABBS | BDABBS@BKDREALTY.COM |
| FHF I LAMAR UNION LLC | ATTN: JOHNNA DAVID | JOHNNAD@EPRKC.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | MBUSENKELL@GSBBLAW.COM |
| GERRITY RETAIL MANAGEMENT LLC | ATTN: RENE DANIELS | RDANIELS@GERRITYGROUP.COM |
| HOBBY PROPERTIES - KERBBY LLC | ATTN: JOHN HOLMES | INFO@HOBBYPROPERTIES.COM |
| IRONEDGE GROUP | ATTN: RYAN LAKIN | RLAKIN@IRONEDGEGROUP.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | LANDIS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; JENNER@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | SKAUFMAN@SKAUFMANLAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | ATTN: JACK E. JACOBSEN | JJACOBSEN@LOCKELORD.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | KBUCK@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | TLEDAY@MVBALAW.COM |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMCHORSE@MCGINNISLAW.COM |
| MEP MAINSTREET OPERATIONS LLC | ATTN: DIANE WHEELER AND NICK BENJAMIN | NBENJAMIN@CORDISH.COM |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | RMERSKY@MONLAW.COM |
| MOROCH PARTNERS, INC. | ATTN: MATT POWELL | MPOWELL@MOROCH.COM |
| MUELLER ALDRICH STREET, LLC | ATTN: REILY GREGSON | CONTACTUS@MUELLERAUSTIN.COM; RGREGSON@WEITZMANGROUP.COM |
| NEON | ATTN: JESSICA NICKELSBERG | JESSICA@NEONRATED.COM |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ISABEL WIGGINS | ISABEL@WIGGINSCOMMERCIAL.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | | USTRUSTEE.PROGRAM@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM; RFEINSTEIN@PSZJLAW.COM; CMACKLE@PSZJLAW.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ECOBB@PBFCM.COM |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | SKATONA@POLSINELLI.COM; ANAZAR@POLSINELLI.COM |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | MWEINER@POYNERSPRUILL.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | BBLACKWELL@PROSKAUER.COM |
| REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | MHOUSTON@REEDSMITH.COM; CRIVAS@REEDSMITH.COM |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI | GREGG.GALARDI@ROPESGRAY.COM |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | MARK.MINUTI@SAUL.COM |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; DOSDOC_BANKRUPTCY@STATE.DE.US |
| SECURITIES & EXCHANGE COMMISSION | | HELP@SEC.GOV |

ALAMO DRAFTHOUSE CINEMAS HOLDING, LLC
CASE No. 21-10474 (MFW)
MASTER SERVICE LIST- EMAIL LIST

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| SLOANS LAKE-FCA, LLC | ATTN: WIN KELLY | WIN.KELLY@FCAPARTNERS.COM |
| SONY ELECTRONICS INC | ATTN: CHRIS APPLETON | CHRIS.APPLETON@SONY.COM |
| STAFFORD-SMITH INC | ATTN: AMBER RICHARDS | KITCHENPROS@STAFFORDSMITH.COM; ARICHARDS@STAFFORDSMITH.COM |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | MARK.CARDER@STINSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | WHAZELTINE@SHA-LLC.COM |
| SUMMIT GLORY PROPERTY LLC | ATTN: TOM COSTANZOARSENIA CARRASCO | TCONSTANZO@FOSUN.COM; ARSENIA.CARRASCO@CBRE.COM |
| SVAP II PARK NORTH, LLC | ATTN: YOLANDA MASON | YMASON@STERLINGORGANIZATION.COM |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| UE YONKERS II LLC | ATTN: SCOTT AUSTER | SAUSTER@UEDGE.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV |
| US FOODS INC | ATTN: BETH GONZALEZ | BETH.GONZALEZ@USFOODS.COM |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | RKAPOOR@VENABLE.COM; LSBOUYEA@VENABLE.COM |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | ATTN: GRAIG FISHER | GRAIG.FISHER@VISTA.CO |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | ERIC.TAUBE@WALLERLAW.COM |
| WEA-WSM | ATTN: RICKEY OLSEN | RICHARD.OLSEN@WMG.COM |
| WESTLAKES 410 INVESTMENTS LLC | ATTN: SCOTT BOOTH | SBOOTH@SERVICEGROUPHOLDINGS.COM |
| WHITESTONE REIT | ATTN: MATT OKMIN | LEASING@WHITESTONEREIT.COM; MOKMIN@WHITESTONEREIT.COM |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | ANDREW.GOLDMAN@WILMERHALE.COM; BENJAMIN.LOVELAND@WILMERHALE.COM |
| WORKDAY INC. | ATTN: DAVID BAUGUESS | DAVID.BAUGUESS@WORKDAY.COM |
| | | Count= 100 |

**BIDDING PROCEDURES OBJECTORS**
**EMAIL SERVICE LIST**

| NAME | C/O | EMAIL |
|---|---|---|
| THE COUNTY OF COMAL, TEXAS AND THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>TARA LEDAY | TLEDAY@MVBALAW.COM |
| TRAVIS COUNTY | JASON A. STARKS<br>ASSISTANT COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br>AND CIGNA DENTAL HEALTH | CONNOLLY GALLAGHER LLP<br>JEFFREY C. WISLER | JWISLER@CONNOLLYGALLAGHER.COM |
| MUELLER ALDRICH STREET, LLC | MARK MINUTI<br>SAUL EWING ARNSTEIN & LEHR LLP<br>AND<br>ERIC TAUBE<br>WALLER LANSDEN DORTCH & DAVIS, LLP | MARK.MINUTI@SAUL.COM<br><br><br>ERIC.TAUBE@WALLERLAW.COM |
| SITE CENTERS CORP | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE, ESQ.<br>JENNIFER D. RAVIELE, ESQ.<br>MARK J. SCOTT, ESQ. | RLEHANE@KELLEYDRYE.COM<br>JRAVIELE@KELLEDRYE.COM<br>MASCOTT@KELLEYDRYE.COM |
| DALLAS COLUNTY UTILITY & RECLAMATION DISTRICT | PERDUE, BRANDON, FIELDER,<br>COLLINS & MOTT, L.L.P.<br>EBONEY COBB<br>LINDA D. REECE | EMCCAIN@PBFCM.COM<br>LREECE@PBFCM.COM |
| | | COUNT: 10 |

DIP OBJECTORS
EMAIL SERVICE LIST

| NAME | C/O | EMAIL |
|---|---|---|
| CLAIMANTS, THE COUNTY OF COMAL, TX & THE COUNTY OF WILLIAMSON, TX | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>TARA LEDAY | TLEDAY@MVBALAW.COM |
| TRAVIS COUNTY | JASON A. STAKRS<br>ASSISTANT COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYT |
| DALLAS COUNTY UTILITY & RECLAMATION DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>EBONEY COBB<br>LINDA D. REECE | EMCCAIN@PBFCM.COM<br>IREECE@PBFCM.COM |
| US FOODS, INC. | COZEN O'CONNOR<br>THOMAS M. HORAN | THORAN@COZEN.COM |
| LOCAL TEXAS TAX AUTHORITIES | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER | BETHW@LGBS.COM |
|  |  | COUNT: 6 |

UTILITIES OBJECTORS
EMAIL SERVICE LIST

| NAME | C/O | EMAIL |
|---|---|---|
| CONSOLIDATED EDISON COMPANY | McCARTER & ENGLISH, LLP<br><br>WILLIAM F. TAYLOR, JR. | WTAYLOR@MCCARTER.COM |
| | LAW FIRM OF RUSSELL R JOHNSON III, PLC<br>JOHN M. CRAIG | RUSSELL@RUSSELLJOHNSONLAWFIRM.COM<br>JOHN@RUSSELLJOHNSONLAWFIRM.COM |
| | | **COUNT: 3** |