# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 340 & 344** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 28, 2021, I caused to be served the following:

   a. "Declaration of Michael Foreman in Support of (A) the Debtors' Motion for Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code: (I) Approving Key Employee Retention Plan, and Key Employee Incentive Plan, and (II) Granting Related Relief; and (B) the Debtors' Motion to Seal," dated April 28, 2021 [Docket No. 340], and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

    b. "Notice of Filing of Certain Amendments to Schedules D, E/F, and G for Certain Debtors," dated April 28, 2021 [Docket No. 344],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                               */s/ Angela Chachoff*  
                                                               Angela Chachoff

Sworn to before me this  
29th day of April, 2021  
*/s/ Andrea R. Speelman*  
Andrea R. Speelman  
Notary Public, State of Ohio  
Commission Expires March 21, 2024

# Exhibit A

| Claim Name | Address Information |
|---|---|
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES ATTN GENERAL COUNSEL 909 WALNUT ST, STE 200 KANSAS CITY MO 64106 |
| A TO Z MEDIA INC | ATTN LUCAS JONES 243 W 30TH ST, 6TH FL NEW YORK NY 10001 |
| ALBEE DEVELOPMENT LLC | 28 LIBERTY ST NEW YORK NY 10005 |
| ALBEE DEVELOPMENT LLC | ATTN CHRISTOPHER CONLON, EXECUTIVE VP 411 THEODORE FREMD AVE, STE 300 RYE NY 10580 |
| CAMATIC SEATING INC | 12801 N STEMMONS FWY, STE 903 FARMERS BRANCH TX 75234 |
| CF AUSTIN RETAIL LLC | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| CF AUSTIN RETAIL LLC | THE VILLAGE PO BOX 840459 DALLAS TX 75284-0459 |
| CITY & COUNTY OF DENVER TREASURY DIV | ATTN BRENDAN HANLON PO BOX 17420 DENVER CO 80217-0420 |
| DDR DB STONE OAK LP | ATTN DEPT 410312-21052-38058 PO BOX 392365 CLEVELAND OH 44193 |
| DDR DB STONE OAK LP | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| ELLERSON DEVELOPMENT CORPORATION | ATTN NICOLE BROWN 1660 HUGUENOT RD MIDLOTHIAN VA 23113 |
| FHF I LAMAR UNION LLC | C/O CORPORATION SERVICE COMPANY 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| FHF I LAMAR UNION LLC | PO BOX 206984 DALLAS TX 75320 |
| FHF I LAMAR UNION LLC | ATTN BRYAN DABBS 211 E 7TH ST, STE 620 AUSTIN TX 78701 |
| GERRITY RETAIL MANAGEMENT LLC | PO BOX 845758 LOS ANGELES CA 90084-5758 |
| GERRITY RETAIL MANAGEMENT LLC | C/O GERRITY GROUP LLC ATTN RENE DANIELS 973 LOMAS SANTA FE DR SOLANA BEACH CA 92075-2137 |
| HOBBY PROPERTIES - KERBBY LLC | PO BOX 18506 RALEIGH NC 27619 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IRONEDGE GROUP | ATTN RYAN LAKIN 3000 WILCREST DR, STE 300 HOUSTON TX 77042 |
| MEP MAINSTREET OPERATIONS LLC | ATTN DIANE WHEELER AND NICK BENJAMIN 601 E PRATT ST, 6TH FL BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS LLC | 221 BOLIVAR ST JEFFERSON CITY MO 65101 |
| MOROCH PARTNERS INC | ATTN MATT POWELL 3625 N HALL ST, STE 1100 DALLAS TX 75219 |
| MUELLER ALDRICH STREET LLC | C/O WEITZMAN GROUP 4200 N LAMAR BLVD, #200 AUSTIN TX 78756 |
| NEON | ATTN JESSICA NICKELSBERG 1685 38TH ST, STE 100 BOULDER CO 80301 |
| NEW BRAUNFELS MARKETPLACE LP | ATTN ISABEL WIGGINS 177 W MILL ST NEW BRAUNFELS TX 78130 |
| NEW BRAUNFELS MARKETPLACE LP | ATTN ISABEL WIGGINS 177 W MILL ST NEW BRAUNFELS TX 78130-5055 |
| SLOANS LAKE-FCA LLC | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE ST WILMINGTON DE 19801 |
| SLOANS LAKE-FCA LLC | C/O FCA PARTNERS LLC ATTN WIN KELLY 300 S TRYON ST CHARLOTTE NC 28202 |
| SONY ELECTRONICS INC | ATTN CHRIS APPLETON 1 SONY DR PARK RIDGE NJ 07656 |
| SONY ELECTRONICS INC | PO BOX 100172 PASADENA CA 91189-0172 |
| STAFFORD-SMITH INC | DEPT 771493 PO BOX 77000 DETROIT MI 48277-1493 |
| SUMMIT GLORY PROPERTY LLC | C/O FOSUN PROPERTY HOLDINGS ATTN TOM COSTANZOARSENIA CARRASCO 28 LIBERTY ST, 44TH FL NEW YORK NY 10005 |
| SVAP II PARK NORTH LLC | ATTN YOLANDA MASON 302 DATURA ST, STE 100 WEST PALM BEACH FL 33401-5481 |
| SVAP II PARK NORTH LLC | C/O STERLING RETAIL SERVICES PO BOX 209372 AUSTIN TX 78720-9372 |
| UE YONKERS II LLC | ATTN SCOTT AUSTER 28 LIBERTY ST NEW YORK NY 10005 |
| UE YONKERS II LLC | PO BOX 826477 PHILADELPHIA PA 19182-6477 |
| US FOODS INC | 9399 W HIGGINS RD, STE 100 ROSEMONT IL 60018 |
| US FOODS INC | ATTN BETH GONZALEZ 11955 E PEAKVIEW AVE ENGLEWOOD CO 80111-6830 |
| US FOODS INC | DEPT 597 DENVER CO 80271 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | 335 N MAPLE DR, STE 150 BEVERLY HILLS CA 90210 |
| VISTA ENTERTAINMENT SOLUTIONS USA INC | ATTN GRAIG FISHER 335 N MAPLE DR, STE 150 BEVERLY HILLS CA 90210 |
| WEA-WSM | ATTN RICKEY OLSEN 32253 COLLECTION CENTER DR CHICAGO IL 60693-0322 |
| WESTLAKES 410 INVESTMENTS LLC | C/O SERVICE GROUP ATTN SCOTT BOOTH 6907 CAPITAL OF TX HWY AUSTIN TX 78731 |

| Claim Name | Address Information |
|---|---|
| WESTLAKES 410 INVESTMENTS LLC | ATTN PROPERTY MANAGEMENT PO BOX 27648 AUSTIN TX 78755 |
| WHITESTONE REIT | DEPARTMENTS 234 PO BOX 4869 HOUSTON TX 77210 |
| WORKDAY INC | ATTN DAVID BAUGUESS 3350 PEACHTREE RD NE, STE 1000 ATLANTA GA 30326 |
| WORKDAY INC | PO BOX 396106 SAN FRANCISCO CA 94139-6106 |

**Total Creditor count  49**

# Exhibit B

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
|---|---|---|
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES | INFO@EPRKC.COM |
| A TO Z MEDIA, INC. | ATTN: LUCAS JONES | INFO@ATOZMEDIA.COM; lucas@atozmedia.com |
| ACADIAREALTY | ATTN: JASON BLACKSBERG | JBLACKSBERG@ACADIAREALTY.COM; LEGALNOTICES@ACADIAREALTY.COM |
| ALBEE DEVELOPMENT LLC | EXECUTIVE VP | cconlon@acadiarealty.com |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | branchd@ballardspahr.com |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | Tarr@BlankRome.com; Guilfoyle@BlankRome.com |
| CAMATIC SEATING, INC. | ATTN: DIANA FRANKOWSKI | diana.frankowski@camatic.com |
| CF AUSTIN RETAIL, LLC | ATTN: GRAHAM MOORE | moore@aquilacommercial.com |
| DIV | ATTN: BRENDAN HANLON | TREASINFO@DENVERGOV.ORG |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | iwalker@coleschotz.com |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | thoran@cozen.com |
| DDR DB STONE OAK LP | ATTN: KEVIN COHEN | kcohen@sitecenters.com; PSINARSKI@SITECENTERS.COM; DCHRISTENSEN@SITECENTERS.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US |
| DISTRICT OF DELAWARE | | USADE.Press@usdoj.gov |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| ELLERSON DEVELOPMENT CORPORATION | ATTN: NICOLE BROWN | nbrown@edcweb.com |
| FHF I LAMAR UNION LLC | ATTN: BRYAN DABBS | bdabbs@bkdrealty.com |
| FHF I LAMAR UNION LLC | ATTN: JOHNNA DAVID | johnnad@eprkc.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | mbusenkell@gsbblaw.com |
| GERRITY RETAIL MANAGEMENT LLC | ATTN: RENE DANIELS | rdaniels@gerritygroup.com |
| HOBBY PROPERTIES - KERBBY LLC | ATTN: JOHN HOLMES | INFO@HOBBYPROPERTIES.COM |
| IRONEDGE GROUP | ATTN: RYAN LAKIN | rlakin@ironedgegroup.com |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | Jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | ATTN: JACK E. JACOBSEN | jjacobsen@lockelord.com |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | kbuck@mccarter.com; shumiston@mccarter.com |
| P.C. | ATTN: TARA LEDAY | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMcHorse@mcginnislaw.com |
| MEP MAINSTREET OPERATIONS LLC | BENJAMIN | nbenjamin@cordish.com |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| MUELLER ALDRICH STREET, LLC | ATTN: REILY GREGSON | CONTACTUS@MUELLERAUSTIN.COM; rgregson@weitzmangroup.com |
| NEON | ATTN: JESSICA NICKELSBERG | jessica@neonrated.com |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: ISABEL WIGGINS | isabel@wigginscommercial.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | | ustrustee.program@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ecobb@pbfcm.com |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | cdale@proskauer.com |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | bblackwell@proskauer.com |
| REED SMITH LLP | ATTN: JASON D. ANGELO | jangelo@reedsmith.com |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ. | Luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | mark.minuti@saul.com |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; dosdoc_bankruptcy@state.de.us |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | | Help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; philadelphia@sec.gov |
| SLOANS LAKE-FCA, LLC | ATTN: WIN KELLY | win.kelly@fcapartners.com |
| SONY ELECTRONICS INC | ATTN: CHRIS APPLETON | chris.appleton@sony.com |
| STAFFORD-SMITH INC | ATTN: AMBER RICHARDS | ARICHARDS@STAFFORDSMITH.COM; AR@staffordsmith.com |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | whazeltine@sha-llc.com |
| SUMMIT GLORY PROPERTY LLC | ATTN: TOM COSTANZO ARSENIA CARRASCO | EILEEN.SHEN@FOSUN.COM; arsenia.carrasco@cbre.com |
| SVAP II PARK NORTH, LLC | ATTN: YOLANDA MASON | ymason@sterlingorganization.com |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | Jason.Starks@traviscountytx.gov |
| UE YONKERS II LLC | ATTN: SCOTT AUSTER | sauster@uedge.com |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV |
| US FOODS INC | ATTN: BETH GONZALEZ | beth.gonzalez@usfoods.com |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | rkapoor@venable.com; lsbouyea@venable.com |
| INC | ATTN: GRAIG FISHER | Graig.Fisher@vista.co |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | eric.taube@wallerlaw.com |
| WEA-WSM | ATTN: RICKEY OLSEN | richard.olsen@wmg.com |
| WESTLAKES 410 INVESTMENTS LLC | ATTN: SCOTT BOOTH | sbooth@servicegroupholdings.com |
| WHITESTONE REIT | ATTN: MATT OKMIN | LEASING@WHITESTONEREIT.COM; mokmin@whitestonereit.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| WORKDAY INC. | ATTN: DAVID BAUGUESS | david.bauguess@workday.com |
| | | Count: 106 |