

# VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, May 6, 2021**, the following legal advertisement –
**ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC**– was published in the national edition of **USA TODAY**.

_____
Principal Clerk of USA TODAY
May 6, 2021

# Don't use stadium to mainstream hate



**Mike Freeman**
Columnist
USA TODAY

I'm tired. Just really tired.

Tired of ignorance. Tired of fear. Tired of how some use both as weapons, cloaking bigotry as patriotism or religious freedom.

The latter happened with a man named Ken Harrison, the chairman and CEO of the Promise Keepers, an evangelical Christian organization that opposes same-sex marriage and champions that men should head the household. Harrison appeared recently on an extremist right-wing show when he said, in part:

"One of the things they're doing to make their agenda happen is destroying the identity of the American people, and if they can get Christians, especially Christian men, to sit down, be silent and be passive, then they can be effective.

"It's working. Christian men are not standing up for what's right. I mean, you think about how quickly we went from homosexual marriage to men putting on dresses, being called women, and playing on women's basketball teams. Where are the Christian men?"

Who is the "they" he's referring to? Not sure. Some combination of the HollywoodLiberalEliteLeftistSocialistsCommunists.

Normally, a story like this would just stay in that corner of the internet and do what that type of stuff does.

Except this time is different, because this time, the Promise Keepers are having a live event in July at AT&T Stadium. The same stadium used by the Dallas Cowboys. Harrison says there will be "80,000 Christian men" attending.

Comments like Harrison's shouldn't be anywhere near an NFL team. A company like AT&T shouldn't be associated with them, either.

In an email interview with USA TODAY Sports, Harrison was asked if he regretted making those comments.

"Look, today's culture is blurring the lines when it comes to sexual identity," he wrote. "Both Promise Keepers and I subscribe to a Biblical worldview when it comes to male and female, and that's one of the religious freedoms we celebrate in our nation. Sometimes we agree with culture, and sometimes we don't."

Harrison, in response to my labeling his words as hate speech, responded, "The irony of defining my words as hate speech is that is exactly the opposite of what we teach. All people everywhere are welcome to come to our rally to celebrate and be unified around the fact that God forgives the sins of all who believe in Jesus."

Obviously, all people are not welcome.

By allowing this conference to happen at one of football's meccas, and by AT&T allowing it, they are helping to mainstream hate speech.

Not only are Harrison's remarks offensive, they're also inaccurate. To portray Christianity as somehow under siege is just folly. While the number of adults who identify themselves as Christian is shrinking, according to Pew Research, in 2019, 65% of the country identified itself that way. That's a super majority, not an aggrieved party.

Harrison isn't some no-name guy. He heads a powerful organization, and his bio says he's a former Navy SEAL.

His hateful words continue a trend of right-wing leaders and lawmakers attacking the transgender community. There are a number of anti-trans bills popping up all across the country. This is just bigotry. There's no other way to say it.

In many ways, the fight to protect trans people is one of the great civil rights battles of our time.

It has many of the same hallmarks as other such fights: A group of people under attack from the majority; those same people simply want to exist, but a series of laws and exclusionary acts try to erase them; the use of religion to justify those acts.

It's tiring. So tiring as we watch history repeat.

For a good example of how the arguments against trans athletes are completely fabricated, look no further than this blistering interview MSNBC anchor Stephanie Ruhle did with Jim Justice, the governor of West Virginia.

"Can you give me one example of a transgender child trying to get an unfair advantage, just one, in your state? You signed a bill about it," Ruhle said.

"No, I can't really tell you one," Justice said. "But I can tell you this, Stephanie. … I coach a girls basketball team and I can tell you … we all know what an absolute advantage boys would have playing against girls. We don't need that."

Ruhle then pointed to West Virginia's low rankings, according to U.S. News and World Report, in its infrastructure, economic and educational standings, and asked why he was focusing on this with so many other pressing issues.

"I didn't make it a priority," he said. "It wasn't my bill."

"Well, you signed it, sir," Ruhle said.

"I think we only have 12 kids maybe in our state that are transgender-type kids," Justice said. "I mean for crying out loud, Stephanie, I sign hundreds of bills, hundreds of bills. This is not a priority to me."

"All right then, sir, thank you," Ruhle said. "And please come back when, beyond anecdotal feelings as a coach, you can show me evidence where those young women are being disadvantaged in your state."

Again, this is about generating fear. Angering a base. Making a group of people a scapegoat. As Ruhle demonstrated by putting a clown suit on the governor, there's no fact-based argument against allowing trans kids to compete.

And this isn't about religion, so please don't try that banana in the tailpipe trick. It's not anti-Christian to point out bigotry.

What could the Cowboys do? The team essentially rents the stadium, so it's true they technically can't prevent the Promise Keepers from being there.

But if owner Jerry Jones, one of the most powerful men in all of sports, didn't want the event to occur at the stadium, he could likely use his influence to make it disappear. Same with AT&T.

The battle against this type of bigotry is fought, in part, on this level. Don't allow men like Harrison to use mainstream symbols like football, and a legendary business, as vessels to circulate hatred.

President Joe Biden is extremely religious, and his faith doesn't stop him from seeing trans people as human beings.

"To all transgender Americans watching at home," Biden said last Wednesday during his first address to Congress, "especially the young people. You're so brave. I want you to know your president has your back."

It was a historic and remarkable moment.

Biden gives hope that eventually good will win against hate. That sounds simplistic, but it's accurate.

But for now, it's still frustrating and angering that people like Harrison exploit fear and use football to do it.

It's all so tiring.

---

# Favre 'not very optimistic' Rodgers will play for Pack

**Ryan Wood**
Packers News | USA TODAY Network

GREEN BAY, Wis. – As the questions came pouring into Brett Favre's cellphone on draft night, the first inclination something explosive had become public between the Packers and his successor, the Hall of Fame quarterback decided to go straight to the source.

During the opening picks of the first round, Favre said he texted Aaron Rodgers.

"I didn't watch the draft," Favre told ESPN Wisconsin's "Wilde and Tausch" radio show Wednesday, "but I had everybody sending me messages leading up to the draft and within the first few picks of the first round. People kept sending me messages, 'Hey, Aaron is getting ready to be traded.' And I'm thinking, 'Yeah, you're crazy. What's going on?' … So without watching any TV or talking to anyone involved in the situation on either side, I just sent Aaron a message and said, 'Hey, am I going to see you playing for the Saints this year?' Just kind of joking.

"He sent back, 'Hey buddy, I don't believe that's going to happen.'"

Even though Favre emphasized he does not know the details of Rodgers' rift with the Packers, he predicted an ominous ending. Favre went as far as to compare Rodgers' situation to Hall of Fame running back Barry Sanders' early retirement from the Lions after his age-30 season.

Favre also said the "million-dollar question" is how Rodgers could possibly walk back the rift now.

---

## PRO GOLF

### PGA Tour Champions

**Regions Traditions**
Course: Greystone Golf & CC in Birmingham, Alabama. Yardage: 7,277. Par: 72.
Prize money: $2.4M. Winner's share: $360,000.
TV (ET): Thursday-Friday, 11 a.m.-2 p.m. (Golf); Saturday-Sunday, 5-8 p.m. (Golf)
Notes: This is the first of five majors on the PGA Tour Champions. It was canceled last year because of the pandemic. Steve Stricker won his first senior major at the Regions Tradition two years ago. … This is the only senior major that does not offer an exemption into a PGA Tour event. … Mike Weir is coming off his first win on the PGA Tour Champions in last weekend's Insperity Invitational. … John Daly is in the field after losing out on a chance to win in Houston last week by hitting into the water on the 18th hole when tied for the lead. … Bernhard Langer moved back to the top of the Charles Schwab Cup points standings last week, overtaking Kevin Sutherland.

### USGA

**Walker Cup**
Course: Seminole GC in Juno Beach, Florida. Yardage: 7,256. Par: 72.
TV (ET): Saturday-Sunday, 11 a.m.-3 p.m. (Peacock), 3-5 p.m. (Golf).
Defending champion: USA
Series: USA leads 37-9-1
Last time: The USA picked up eight points from 10 singles matches on the final day to beat GB&I, 15 ½-10 ½ at Royal Liverpool.

---



**ODDS SPONSORED BY BETMGM.COM**

For the latest lines, picks and expert analysis, go to sportsbookwire.com

Visit BetMGM.com for a risk-free first bet up to $500. Use bonus code ROAR

*Odds are subject to change. BetMGM.com does not offer lines for New Jersey-based college sports teams. Gannett may earn revenue from audience referrals to betting services. Newsrooms are independent of this relationship and there is no influence on news coverage.*

### NBA

| Favorite | Line | O/U | Underdog |
|---|---|---|---|
| Chicago | 2½ | (215½) | CHARLOTTE |
| Brooklyn | 1½ | (232½) | DALLAS |
| TORONTO | 1 | 233 | Washington |
| Memphis | 7½ | (218½) | DETROIT |
| GOLDEN STATE | 14 | (227) | Oklahoma City |
| LA CLIPPERS | 6½ | (215½) | LA Lakers |

### NHL
**Thursday**

| Favorite | Line | Underdog | Line |
|---|---|---|---|
| PITTSBURGH | -356 | Buffalo | +282 |
| NY ISLANDERS | -249 | New Jersey | +207 |
| BOSTON | -209 | NY Rangers | +174 |
| TORONTO | -192 | Montreal | +160 |
| CAROLINA | -281 | Chicago | +230 |
| EDMONTON | -251 | Vancouver | +208 |

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, et al., Debtors. — Chapter 11, Case No. 21-10474 (MFW) (Jointly Administered)

**NOTICE OF ESTABLISHMENT OF BAR DATES FOR FILING PROOFS OF CLAIMS, INCLUDING (A) SECTION 503(b)(9) CLAIMS AND (B) REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS ARISING AFTER THE PETITION DATE THROUGH AND INCLUDING MAY 4, 2021**

On March 3, 2021, the above-captioned debtors (collectively, the "Debtors") filed petitions commencing chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Court"). On April 29, 2021, the Court entered an order establishing various bar dates for filing Proofs of Claim and requests for allowance of certain administrative expenses (the "Bar Date Order").

**The General Bar Date:** All persons or entities holding claims against the Debtors that arose prior to the Petition Date are required to file Proofs of Claim by **June 8, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

**The Governmental Bar Date:** All governmental units holding claims against the Debtors that arose prior to the Petition Date are required to file Proofs of Claim by **August 30, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

**The Rejection Bar Date:** If your claim arises out of the rejection of an executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code, you must file a Proof of Claim on or before the later of (i) the General Bar Date (or the Governmental Bar Date for governmental units) and (ii) 30 days after the date of entry of the order authorizing the rejection of the applicable contract or lease. The later of these dates is referred to as the "Rejection Bar Date." For the avoidance of doubt, claims arising from the rejection of unexpired leases of the Debtors for the purposes of this Bar Date Order shall include (i) any claims under such unexpired leases as of the Petition Date, and (ii) any administrative expense claims arising under such unexpired leases between the Petition Date and May 4, 2021, and such parties shall not be required to file Proofs of Claim with respect to such amounts unless and until such unexpired lease has been rejected.

**Administrative Expense Bar Date:** Pursuant to the Bar Date Order, all claimants holding Administrative Expense Claims against the Debtors' estates arising after the Petition Date through and including May 4, 2021 (excluding claims for fees and expenses of professionals retained in these proceedings) must file a Proof of Claim with respect to such claim so that it is received on or before **June 8, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

**Entities That Must File Proofs of Claim by the Bar Date:** Unless one of the exceptions described in the Bar Date Order applies, you MUST file a Proof of Claim to vote on any plan in these proceedings or to share in distributions if you have (i) a claim that arose prior to the Petition Date or (ii) an Administrative Expense Claim that arose after the Petition Date through and including May 4, 2021. Claims based on acts or omissions of the Debtors that occurred before May 4, 2021 must be filed prior to the applicable Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before May 4, 2021.

All Proof of Claim forms must be signed by the creditor or, if the creditor is not an individual, by an authorized agent of the creditor. The Proof of Claim form must be written in English and be denominated in United States currency. You should attach to your completed Proof of Claim any documents on which the claim is based (or, if such documents are voluminous, attach a summary) or an explanation as to why the documents are not available.

Any entity asserting claims against more than one Debtor must file a separate Proof of Claim with respect to each such Debtor. In addition, any entity filing a Proof of Claim must identify on its Proof of Claim form the particular Debtor against which its claim is asserted. If more than one Debtor is listed on the form, the Proof of Claim will be treated as filed only against the first listed Debtor.

Under the Bar Date Order, the filing of a Proof of Claim form shall be deemed to satisfy the procedural requirements for the assertion of administrative priority claims under section 503(b) and 507(a)(2) of the Bankruptcy Code.

**When and Where to File:** All Proofs of Claim must be submitted so as to be actually received by the Debtors' claims agent, Epiq Corporate Restructuring, LLC ("Epiq"), on or before the applicable Bar Date (i) by completing the electronic Proof of Claim form on Epiq's website at https://dm.epiq11.com/case/alamodrafthouse or (ii) in person, by courier service, by hand delivery, or by mail at the following address: If by First-Class Mail: Alamo Drafthouse Cinemas Holdings, LLC, Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421; If by Hand Delivery or Overnight Mail: Alamo Drafthouse Cinemas Holdings, LLC, Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

Proofs of Claim will be collected, docketed, and maintained by Epiq. If you wish to receive acknowledgement of Epiq's receipt of a Proof of Claim, you must submit by the applicable Bar Date and concurrently with submitting your original Proof of Claim (a) a copy of the original Proof of Claim and (b) a self-addressed, postage prepaid return envelope.

Proofs of Claim will be deemed filed only when actually received by Epiq. Proofs of Claim may not be delivered by facsimile or electronic mail transmission.

ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM BUT THAT FAILS TO DO SO BY THE APPLICABLE BAR DATE DESCRIBED IN THIS NOTICE (A) SHALL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR OF THE DEBTORS FOR THE PURPOSE OF VOTING UPON ANY PLAN IN THESE PROCEEDINGS AND (B) SHALL NOT RECEIVE OR BE ENTITLED TO RECEIVE ANY PAYMENT OR DISTRIBUTION OF PROPERTY FROM THE DEBTORS OR THEIR RESPECTIVE SUCCESSORS OR ASSIGNS WITH RESPECT TO SUCH CLAIM.

If you choose to rely on the Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules. If: (i) you agree with the nature, amount, and status of your claim as listed in the Schedules; (ii) you do not dispute that your claim is only against the Debtor specified by the Debtors; and (iii) your claim is not described as either one or more of: "disputed," "contingent," or "unliquidated," you need not file a Proof of Claim. Otherwise, you must file a Proof of Claim before the applicable Bar Date in accordance with the procedures set forth herein.

Copies of the Schedules, the Bar Date Order, and other information regarding these chapter 11 cases are available for inspection free of charge on Epiq's website at https://dm.epiq11.com/case/alamodrafthouse. Copies of the Schedules and other documents filed in these cases also may be examined between the hours of 9:00 a.m. and 4:30 p.m. (prevailing Eastern Time), Monday through Friday, at the office of the Clerk of the Court, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

If you require additional information regarding the filing of a Proof of Claim, you may contact the Debtors' notice and claims agent, Epiq, by calling U.S. Toll Free at (800) 270-9075 or for Non-U.S. Parties at (503) 520-4465, or emailing AlamodrafthouseInfo@epiqglobal.com.

A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT ITS OWN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM. NEITHER THE COURT NOR COUNSEL TO THE DEBTORS CAN ADVISE CREDITORS WHETHER THEY SHOULD FILE A PROOF OF CLAIM.

YOUNG CONAWAY STARGATT & TAYLOR, LLP, M. Blake Cleary (No. 3614) (mbcleary@ycst.com), Matthew B. Lunn (No. 4119) (mlunn@ycst.com), Kenneth J. Enos (No. 4544) (kenos@ycst.com), Betsy L. Feldman (No. 6410) (bfeldman@ycst.com), Jared W. Kochenash (No. 6557) (jkochenash@ycst.com), 1000 N. King Street, Wilmington, Delaware 19801, Telephone: (302) 571-6600, Facsimile: (302) 571-1253, Counsel to the Debtors and Debtors in Possession

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

---

## ONE CALL DOES IT ALL!

Advertise in USA TODAY's Marketplace!
**Call: 1-800-397-0070**