# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | Ref. Docket No. 474 |

## CERTIFICATE OF SERVICE

I, Nicolas E. Jenner, Esquire hereby certify that on May 18, 2021, a true and correct copy of the *Joinder to Debtors' Response to The Cantera's Limited Sale Objection* was caused to be served on the attached service list via CM/ECF, Electronic Mail and/or U.S. First-Class Mail.

Dated: May 19, 2021
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*
Nicolas E. Jenner, (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: jenner@lrclaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

{1317.001-W0064878.}

Master Service List (as of 05/18/2021 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| ASSISTANT TRAVIS COUNTY ATTORNEY | (COUNSEL TO TRAVIS COUNTY) | ATTN JASON A STARKS | PO BOX 1748 | | AUSTIN | TX | 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| BALLARD SPAHR LLP | (COUNSEL TO UE YONKERS II LLC, ALBEE DEVELOPMENT | LLC, AND THE GERRITY GROUP) | ATTN LESLIE C HEILMAN & LAUREL D ROGLEN | 919 N MARKET ST, 11TH FL | WILMINGTON | DE | 19801-3034 | HEILMAN@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | (COUNSEL TO ALBEE DEVELOPMENT LLC & THE GERRITY GROUP) | ATTN DUSTIN P BRANCH | 2029 CENTURY PARK E, STE 1400 | | LOS ANGELES | CA | 90067 | BRANCHD@BALLARDSPAHR.COM |
| BLANK ROME LLP | (COUNSEL TO A24 FILMS LLC) | ATTN STANLEY B TARR & VICTORIA A GUILFOYLE | 1201 N MARKET ST, STE 800 | | WILMINGTON | DE | 19801 | TARR@BLANKROME.COM; GUILFOYLE@BLANKROME.COM |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO ACP ALAMO FINANCE INC) | ATTN MARK L DESGROSSEILLIERS | HERCULES PLAZA | 1313 N MARKET ST, STE 5400 | WILMINGTON | DE | 19801 | desgross@chipmanbrown.com |
| COLE SCHOTZ PC | (COUNSEL TO MEP MAINSTREET OPERATIONS LLC) | ATTN IRVING E WALKER | 300 E LOMBARD ST, STE 1450 | | BALTIMORE | MD | 21202 | IWALKER@COLESCHOTZ.COM |
| COZEN O'CONNOR | (COUNSEL TO US FOODS INC) | ATTN THOMAS M HORAN | 1201 N MARKET ST, STE 1001 | | WILMINGTON | DE | 19801 | THORAN@COZEN.COM |
| DELAWARE DIVISION OF REVENUE | ATTN ZILLAH FRAMPTON | 820 N FRENCH ST | | | WILMINGTON | DE | 19801 | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 | | | | DOVER | DE | 19904 | STATETREASURER@STATE.DE.US |
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW | | | | WASHINGTON | DC | 20220 | |
| DISTRICT OF DELAWARE | C/O US ATTORNEYS OFFICE | HERCULES BLDG | 1313 N MARKET ST | | WILMINGTON | DE | 19801 | USADE.PRESS@USDOJ.GOV |
| DLA PIPER LLP (US) | (COUNSEL TO VISTA ENTERTAINMENT SOLUTIONS (USA) INC AND ITS AFFILIATES) | ATTN STUART M BROWN | | 1201 N MARKET ST, STE 2100 | WILMINGTON | DE | 19801 | STUART.BROWN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | (COUNSEL TO VISTA ENTERTAINMENT SOLUTIONS (USA) INC AND ITS AFFILIATES) | ATTN JAMILA JUSTINE WILLIS & GREGORY M JUELL | 1251 AVE OF THE AMERICAS | | NEW YORK | NY | 10020 | JAMILA.WILLIS@US.DLAPIPER.COM; GREGORY.JUELL@US.DLPIPER.COM |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL KERBBY LLC) | ATTN MICHAEL BUSENKELL | 1201 N ORANGE ST, STE 300 | | WILMINGTON | DE | 19801 | MBUSENKELL@GSBBLAW.COM |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| JACK SHRUM PA | (COUNSEL TO STAFFORD SMITH IN.) | ATTN J JACKSON SHRUM | 919 N MARKET ST, STE 1410 | | WILMINGTON | DE | 19801 | Jshrum@jshrumlaw.com |
| LANDIS RATH & COBBS LLP | (COUNSEL TO FORTRESS CREDIT CORP) | ATTN ADAM LANDIS, MATTHEW MCGUIRE, & N JENNER | 919 N MARKET ST, STE 1800 | | WILMINGTON | DE | 19801 | LANDIS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; JENNER@LRCLAW.COM |
| LAW OFFICE OF SUSAN E KAUFMAN LLC | (COUNSEL TO NEW BRAUNFELS MARKETPLACE LP) | ATTN SUSAN E KAUFMAN | 919 N MARKET ST, STE 460 | | WILMINGTON | DE | 19801 | SKAUFMAN@SKAUFMANLAW.COM |
| LEWIS REED & ALLEN PC | (COUNSEL TO STAFFORD SMITH INC) | ATTN RONALD W RYAN | 136 E MICHIGAN AVE, STE 800 | | KALAMAZOO | MI | 49007 | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO IRVING ISD DALLAS COUNTY) | ATTN ELIZABETH WELLER | 2777 N STEMMONS FWY, STE 1000 | | DALLAS | TX | 75201 | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO BEXAR COUNTY) | ATTN DON STECKER | 112 E PECAN ST, STE 2200 | | SAN ANTONIO | TX | 78205 | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | ATTN JACK E JACOBSEN | 2200 ROSS AVE, STE 2800 | | | DALLAS | TX | 75201 | jjacobsen@lockelord.com |
| MCCARTER & ENGLISH LLP | (COUNSEL TO 30 WEST PERSHING LLC) | ATTN KATE R BUCK & SHANNON D HUMISTON | 405 N KING ST, 8TH FL | | WILMINGTON | DE | 19801 | KBUCK@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS TAXING AUTHORITIES) | ATTN TARA LEDAY | PO BOX 1269 | | ROUND ROCK | TX | 78680 | TLEDAY@MVBALAW.COM |
| MCGINNIS LOCHRIDGE | ATTN ED MCHORSE | 600 CONGRESS AVE, STE 2100 | | | AUSTIN | TX | 78701 | EMcHorse@mcginnislaw.com |
| MONZACK MERSKY AND BROWDER PA | (COUNSEL TO HYLAN PLAZA 1339 LLC) | ATTN RACHEL B MERSKY | 1201 N ORANGE ST, STE 400 | | WILMINGTON | DE | 19801 | rmersky@monlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) | BANKRUPTCY & COLLECTIONS DIVISION | ATTN JASON B BINFORD & LAYLA D MILLIGAN, ASSISTANT ATTORNEYS GENERAL | PO BOX 12548 - MC 008 | AUSTIN | TX | 787112548 | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | C/O ELLEN SLIGHTS | ATTN DAVID C WEISS | 1313 N MARKET ST | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207, LOCKBOX 35 | | | | WILMINGTON | DE | 19801 | USTRUSTEE.PROGRAM@USDOJ.GOV |
| OFFICE OF THE US ATTORNEY GENERAL OF TEXAS | BANKRUPTCY & COLLECTIONS DIVISION | (COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | AND TEXAS WORKFORCE COMMISSION) | ATTN KIMBERLY A WALSH & SHERRI K SIMPSON PO BOX 12548 | AUSTIN | TX | 78711-2548 | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO THE OFF COMM OF UNSECURED CREDITORS) | ATTN BRADFORD J SANDLER & STEVEN W GOLDEN | 919 N MARKET ST, 17TH FL | | WILMINGTON | DE | 19801 | BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO THE OFF COMM OF UNSECURED CREDITORS) | ATTN ROBERT J FEINSTEIN & CIA H MACKLE | 780 3RD AVE, 34TH FL | | NEW YORK | NY | 10017 | RFEINSTEIN@PSZJLAW.COM; CMACKLE@PSZJLAW.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO DALLAS COUNTY UTILITY AND RECLAMATION DISTRICT) | ATTN EBONEY COBB | 500 E BORDER ST, STE 640 | | ARLINGTON | TX | 76010 | ECOBB@PBFCM.COM |
| POLSINELLI PC | (COUNSEL TO ADC FRANCHISEE ASSOCIATION INC, ET AL) | ATTN SHANTI M KATONA | 222 DELAWARE AVE, STE 1101 | | WILMINGTON | DE | 19801 | SKATONA@POLSINELLI.COM |
| POLSINELLI PC | (COUNSEL TO ADC FRANCHISEE ASSOCIATION INC, ET AL) | ATTN ANDREW J NAZAR | 900 W 48TH PLACE, STE 900 | | KANSAS CITY | MO | 64112 | ANAZAR@POLSINELLI.COM |
| POYNER SPRUILL LLP | (COUNSEL TO KERBBY LLC) | ATTN MATTHEW P WEINER | 301 FAYETTEVILLE ST, STE 1900 | | RALEIGH | NC | 27601 | MWEINER@POYNERSPRUILL.COM |
| PROSKAUER ROSE LLP | ATTN CHARLES A DALE | 1 INTERNATIONAL PLACE | | | BOSTON | MA | 02110 | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | (COUNSEL TO FORTRESS CREDIT CORP) | ATTN CHARLES A DALE | 1 INTERNATIONAL PL | | BOSTON | MA | 02110 | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | (COUNSEL TO FORTRESS CREDIT CORP) | ATTN BROOKE H BLACKWELL | 70 W MADISON, STE 3800 | | CHICAGO | IL | 60602 | BBLACKWELL@PROSKAUER.COM |
| REED SMITH LLP | (COUNSEL TO UNIVERSAL FILM EXCHANGES LLC) | ATTN MARSHA A HOUSTON & CHRISTOPHER O RIVAS | 355 S GRAND AVE, STE 2900 | | LOS ANGELES | CA | 90071-1514 | MHOUSTON@REEDSMITH.COM; CRIVAS@REEDSMITH.COM |
| REED SMITH LLP | (COUNSEL TO UNIVERSAL FILM EXCHANGES LLC) | ATTN JASON D ANGELO | 1201 N MARKET ST, STE 1500 | | WILMINGTON | DE | 19801 | JANGELO@REEDSMITH.COM |
| ROPES & GRAY LLP | (COUNSEL TO ACP ALAMO FINANCE INC) | ATTN GREGG M GALARDI | 1211 AVE OF THE AMERICAS | | NEW YORK | NY | 10036 | GREGG.GALARDI@ROPESGRAY.COM |
| ROPES & GRAY LLP | (COUNSEL TO ACP ALAMO FINANCE INC) | ATTN GREGG GALARDI & C PIRRO SCHWARZMAN | 1211 AVE OF THE AMERICAS | | NEW YORK | NY | 10036-8704 | Gregg.Galardi@ropesgray.com; Cristine.Schwarzman@ropesgray.com |
| SALAZAR LAW | ATTN LUIS SALAZAR, ESQ | CONSUMER PRIVACY OMBUDSMAN | 2121 SW 3RD AVE, STE 100 | | MIAMI | FL | 33129 | Luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO MUELLER ALDRICH STREET LLC) | ATTN MARK MINUTI | 1201 N MARKET ST, STE 2300 | PO BOX 1266 | WILMINGTON | DE | 19899 | MARK.MINUTI@SAUL.COM |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | DOSDOC_FTAX@STATE.DE.US; DOSDOC_BANKRUPTCY@STATE.DE.US |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT | 200 VESEY ST, STE 400 | | | NEW YORK | NY | 10281 | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT | 1 PENN CTR | 1617 JFK BLVD, STE 520 | | PHILADELPHIA | PA | 19103 | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE | | | | WASHINGTON | DC | 20549 | HELP@SEC.GOV |
| STINSON LLP | (COUNSEL TO 30 WEST PERSHING LLC) | ATTN MARK S CARDER | 1201 WALNUT ST, STE 2900 | | KANSAS CITY | MO | 64106 | MARK.CARDER@STINSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL FOR WESTLAKES 410 INVESTMENTS LLC) | ATTN WILLIAM A HAZELTINE | 919 N MARKET ST, STE 420 | | WILMINGTON | DE | 19801 | WHAZELTINE@SHA-LLC.COM |
| TRAVIS COUNTY | (COUNSEL TO TRAVIS COUNTY) | ATTN JASON A STARKS | PO BOX 1748 | | AUSTIN | TX | 78767 | Jason.Starks@traviscountytx.gov |
| US DEPARTMENT OF JUSTICE | ATTN BANKRUPTCY DEPT | 950 PENNSYLVANIA AVE, NW | | | WASHINGTON | DC | 20530-0001 | CIVIL.FEEDBACK@USDOJ.GOV |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE | ATTN JAMES E RIVERA, ASSOC ADMIN | 409 3D ST SW, STE 6050 | | WASHINGTON | DC | 20416 | |
| VENABLE LLP | (COUNSEL TO NEON RATED LLC) | ATTN RISHI KAPOOR | 1270 AVE OF THE AMERICAS, 24TH FL | | NEW YORK | NY | 10020 | RKAPOOR@VENABLE.COM |
| VENABLE LLP | (COUNSEL TO NEON RATED LLC) | ATTN LAURA S BOUYEA | 1201 N MARKET ST, STE 1400 | | WILMINGTON | DE | 19801 | LSBOUYEA@VENABLE.COM |
| WALLER LANSDEN DORTCH & DAVIS LLP | (COUNSEL TO MUELLER ALDRICH STREET LLC) | ATTN ERIC TAUBE | 100 CONGRESS AVE, STE 1800 | | AUSTIN | TX | 78701 | ERIC.TAUBE@WALLERLAW.COM |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO WALT DISNEY STUDIOS MOTION PICTURES) | ATTN ANDREW N GOLDMAN & BENJAMIN W LOVELAND | 7 WORLD TRADE CTR, 250 GREENWICH ST | | NEW YORK | NY | 10007 | ANDREW.GOLDMAN@WILMERHALE.COM; BENJAMIN.LOVELAND@WILMERHALE.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | COUNSEL TO THE DEBTORS | ATTN M. Blake Cleary, Matthew B. Lunn, Kenneth J. Enos, Betsy L. Feldman, Jared W. Kochenash | 1000 N. King Street | | WILMINGTON | DE | 19801 | mbcleary@ycst.com; mlunn@ycst.com; kenos@ycst.com; bfeldman@ycst.com; jkochenash@ycst.com |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL FOR LA CANTERA, CROSSING RETAIL, LLC & LA CANTERA, DEVELOPMENT COMPANY, LLC | ATTN Matthew P. Ward,  Lisa Bittle Tancredi | 1313 North Market Street, Suite 1200 | | WILMINGTON | DE | 19801 | Matthew.Ward@wbd-us.com; Lisa.Tancredi@wbd-us.com |
| JACKSON WALKER LLP | COUNSEL FOR LA CANTERA, CROSSING RETAIL, LLC & LA CANTERA, DEVELOPMENT COMPANY, LLC | ATTN Jennifer F. Wertz, Stephen Calhoun | 112 E. Pecan St., Suite 2400 | | San Antonio | TX | 78205 | jwertz@jw.com; scalhoun@jw.com |