# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR EMERGENCY REMOTE HEARING ON MAY 26, 2021 AT 3:30 P.M. (ET)

> **ZOOM INSTRUCTIONS:**
>
> **The remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItc--vqzkoGJa-e7IxxayzwZ6F81RTzeY
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

28175502.1

**STATUS CONFERENCE**

1. Debtors' Motion for Entry of: (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities And Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving the Debtors' Entry Into the Stalking Horse APA and All of Its Terms, Including Bidding Protections, and (IV) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 36, 3/4/21]

   | | |
   |---|---|
   | Sale Response/Objection Deadline: | April 22, 2021 at 4:00 p.m. (ET) [Extended until April 30, 2021 at 11:00 a.m. (ET) for Consumer Privacy Ombudsman and Texas Office of the Attorney General, Consumer Protection Division] |
   | Contract Response/Objection Deadline: | April 7, 2021 at 4:00 p.m. (ET) [Extended until April 26, 2021 at 4:00 p.m. (ET) for Disney Consumer Products, Marvel Brands LLC and Twentieth Century Fox]; April 23, 2021 at 4:00 p.m. (ET) for the First Amendment to Cure Schedule; on or before the sale hearing for the Second Amendment to Cure Schedule |
   | Contract Responses/Objections Received: | See **Exhibit A** attached hereto |

   Related Pleadings:

   A. Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 102, 3/17/21]

   B. Declaration of Russell Mason in Support of Entry of Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving the Debtors' Entry Into the Stalking

28175502.1

|   |   |
|---|---|
| | Horse APA and All of Its Terms, Including Bidding Protections, and (IV) Granting Related Relief [D.I. 173, 3/31/21][2] |
| C. | Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving Bidding Protections, and (IV) Granting Related Relief [D.I. 244, 4/1/21] |
| D. | Notice of Proposed Sale of Assets, Stalking Horse APA, Bidding Procedures, Auction, and Sale Hearing [D.I. 247, 4/1/21] |
| E. | Notice of Filing of First Amendment to Cure Schedule [D.I. 274, 4/9/21] |
| F. | Verification of Publication [D.I. 317, 4/22/21] |
| G. | Notice of Filing of Second Amendment to Cure Schedule [D.I. 321, 4/22/21] |
| H. | Notice of Cancellation of Auction and Designation of Stalking Horse APA as the Winning Bid [D.I. 332, 4/26/21] |
| I. | Declaration of Russell Mason in Support of Entry of Order Authorizing and Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granted Related Relief [D.I. 410, 4/29/21][3] |
| J. | Declaration of Michael Foreman in Support of Entry of Order Authorizing and Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granted Related Relief [D.I. 411, 4/29/21][4] |
| K. | Debtors' Preliminary Reply to La Cantera Development Company LLC and La Cantera Crossing Retail, LLC's Limited Objection to Debtors' Motion to Approve the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances [D.I. 420, 4/30/20] |

---

[2] The location of this declarant is Dallas, Texas.

[3] The location of this declarant is Dallas, Texas.

[4] The location of this declarant is Delray Beach, Florida.

28175502.1

3

L. Notice of Filing of Blackline of Revised Proposed Sale Order [D.I. 422, 4/30/21]

M. Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving Bidding Protections, and (IV) Granting Related Relief [D.I. 244, 4/1/21]

Status: This matter is going forward as an emergency hearing in connection with the closing of the transaction approved by Item M and the Objection appearing at Docket No. 261 as reflected on Exhibit A.

Dated: May 26, 2021
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

28175502.1

**Exhibit A**

**Contract Objections**

| Docket Ref. | Objecting Party | Status |
|---|---|---|
| 248 | Summit Glory Property LLC | The Debtors have reached an agreement in principle with the Objecting Party, subject to documentation of a lease modification agreement.  This Contract Objection is resolved for purposes of the Sale Hearing. |
| 253 | Cigna Health and Life Insurance Company and Cigna Health Dental | This Contract Objection is resolved. |
| 258 | Universal Film Exchanges LLC and Universal Pictures Distribution, a division of Universal Film Exchanges LLC | This Contract Objection is resolved. |
| 261 | Albee Development LLC<br><br>Gerrity Group, LLC<br><br>UE Yonkers II, LLC | The Debtors have reached an agreement in principle with the Objecting Party, subject to documentation of a lease modification agreement.  This Contract Objection is resolved for purposes of the Sale Hearing. |
| 266 | Kerbby LLC | This Contract Objection is resolved. |
| 267 | SITE Centers Corp. | The Debtors have reached an agreement in principle with the Objecting Party, subject to documentation of a lease modification agreement.  This Contract Objection is resolved for purposes of the Sale Hearing. |
| 270 | U.S. Foods, Inc. | This Contract Objection is resolved. |

| Docket Ref. | Objecting Party | Status |
|---|---|---|
| 271 | Alamo Chandler, LLC<br><br>Alamo Gilbert, LLC<br><br>Alamo Tempe, LLC | Pursuant to language in paragraph 36 of the revised proposed Sale Order, the Debtors are engaged with the Objecting Party, and may either (i) resolve the Contract Objection prior to the Hearing or (ii) adjourn the Contract Objection to a future hearing. |
| 272 | Vista Entertainment Solutions (USA) Inc., and its affiliates, including Movio, Inc. and movieXchange Limited | This Contract Objection is resolved. |
| 273 | 30 West Pershing, LLC | This Contract Objection is resolved. |
| 285 | Alamo Drafthouse Franchisees[1] and Franchise Holdings GA-NA LLC | Pursuant to language in paragraph 39 of the revised proposed Sale Order, this Contract Objection is resolved. |
| 287 | Sony Electronics Inc. | The Debtors are engaged with the Objecting Party, and may either (i) resolve the Contract Objection prior to the Hearing or (ii) adjourn the Contract Objection to a future hearing. |
| Informal | Universal Music Enterprises | This Contract Objection is resolved. |

---

[1] The "Alamo Franchisees" are Triple Tap Ventures LLC, Triple Tap Alamo Lubbock LLC, El Paso Texas Alamo Operations, LLC, Triple Tap Alamo Sugar Land LLC, Triple Tap Alamo LaCenterra LLC, Triple Tap Alamo League City-Operations LLC, Alamo Monteverde Operations, LLC, Iced Tea with Lemon, LLC, Two Is One, One Is None, LLC, Dos Peliculas, LLC, Tres Peliculas, LLC, Cinco Peliculas, LLC, Seis Peliculas, LLC, Woodbury Alamo, LLC, North Richland Hills Alamo, LLC, Cojeaux Cinemas, LLC, Alamo Drafthouse Cinema Charlottesville LLC, ADC Woodbridge, LLC, Alamo Drafthouse D.C., LLC, Alamo One Loudoun, LLC, ADC Crystal City, LLC, NL Entertainment, LLC, Springboard Ventures, LLC, BACH Management, LLC, Reel Dinner Partners – Laredo, LLC, Reel Dinner Partners – Corpus Christi, LLC, Entertainment Management Co., LLC, and Midtown Alamo LLC.

| Docket Ref. | Objecting Party | Status |
|---|---|---|
| 322 | Konami Digital Entertainment, Inc. | The Debtors are engaged with the Objecting Party, and may either (i) resolve the Contract Objection prior to the Hearing or (ii) adjourn the Contract Objection to a future hearing. |
| Informal | FHF I Lamar Union, LLC | This Contract Objection is resolved. |
| Informal | Disney<br><br>Marvel<br><br>Fox | The Debtors have reached an agreement in principle with the Objecting Party, subject to documentation of settlement agreements, which the Debtors anticipate submitting for approval under separate order.  This Contract Objection is resolved for purposes of the Sale Hearing. |
| Informal | Mueller Aldrich Street, LLC | The Debtors have reached an agreement in principle with the Objecting Party, subject to documentation of a lease modification agreement.  This Contract Objection is resolved for purposes of the Sale Hearing. |
| 304 | IronEdge Group, Ltd. | This Contract Objection is resolved. |