IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR EMERGENCY REMOTE HEARING ON MAY 27, 2021 AT 9:30 A.M. (ET)**

> **AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**STATUS CONFERENCE**

1. Debtors' Motion for Entry of: (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities And Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving the Debtors' Entry Into the Stalking Horse APA and All of Its Terms, Including Bidding Protections, and (IV) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] *Amended items appear in bold and italics.*

28176909.1

of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 36, 3/4/21]

| | |
|---|---|
| <u>Sale Response/Objection Deadline</u>: | April 22, 2021 at 4:00 p.m. (ET) [Extended until April 30, 2021 at 11:00 a.m. (ET) for Consumer Privacy Ombudsman and Texas Office of the Attorney General, Consumer Protection Division] |
| <u>Contract Response/Objection Deadline</u>: | April 7, 2021 at 4:00 p.m. (ET) [Extended until April 26, 2021 at 4:00 p.m. (ET) for Disney Consumer Products, Marvel Brands LLC and Twentieth Century Fox]; April 23, 2021 at 4:00 p.m. (ET) for the First Amendment to Cure Schedule; on or before the sale hearing for the Second Amendment to Cure Schedule |
| <u>Contract Responses/Objections Received</u>: | See **Exhibit A** attached hereto |

<u>Related Pleadings</u>:

A. Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 102, 3/17/21]

B. Declaration of Russell Mason in Support of Entry of Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving the Debtors' Entry Into the Stalking Horse APA and All of Its Terms, Including Bidding Protections, and (IV) Granting Related Relief [D.I. 173, 3/31/21][3]

C. Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III)

---

[3] The location of this declarant is Dallas, Texas.

28176909.1

|     |     |
| --- | --- |
|     | Approving Bidding Protections, and (IV) Granting Related Relief [D.I. 244, 4/1/21] |
| D.  | Notice of Proposed Sale of Assets, Stalking Horse APA, Bidding Procedures, Auction, and Sale Hearing [D.I. 247, 4/1/21] |
| E.  | Notice of Filing of First Amendment to Cure Schedule [D.I. 274, 4/9/21] |
| F.  | Verification of Publication [D.I. 317, 4/22/21] |
| G.  | Notice of Filing of Second Amendment to Cure Schedule [D.I. 321, 4/22/21] |
| H.  | Notice of Cancellation of Auction and Designation of Stalking Horse APA as the Winning Bid [D.I. 332, 4/26/21] |
| I.  | Declaration of Russell Mason in Support of Entry of Order Authorizing and Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granted Related Relief [D.I. 410, 4/29/21][4] |
| J.  | Declaration of Michael Foreman in Support of Entry of Order Authorizing and Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granted Related Relief [D.I. 411, 4/29/21][5] |
| K.  | Debtors' Preliminary Reply to La Cantera Development Company LLC and La Cantera Crossing Retail, LLC's Limited Objection to Debtors' Motion to Approve the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances [D.I. 420, 4/30/20] |
| L.  | Notice of Filing of Blackline of Revised Proposed Sale Order [D.I. 422, 4/30/21] |
| M.  | Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Approving Bidding Protections, and (IV) Granting Related Relief [D.I. 244, 4/1/21] |

---

[4] The location of this declarant is Dallas, Texas.

[5] The location of this declarant is Delray Beach, Florida.

28176909.1

    N.    ***Certification of Counsel Regarding Supplemental Order Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [[D.I. 492](#), 5/26/21]***

    Status:    This matter ***as it relates to*** the closing of the transaction approved by Item M and the Objection appearing at Docket No. 261 as reflected on Exhibit A ***has been resolved. Accordingly, no hearing is required.***

Dated: May 27, 2021
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

28176909.1