| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Gregg | Galardi | Buyer/Lenders | Ropes & Gray LLP |
| Andrew | Nazar | Alamo Franchisees | Polsinelli P.C. |
| Betsy | Feldman | Debtors | Young Conaway Stargatt & Taylor,  LLP |
| Jennifer | Wertz | La Cantera Development Company LLC and La Cantera Crossing Retail LLC | Jackson Walker LLP |
| Charles | Dale | Fortress Credit Corp. | PROSKAUER ROSE LLP |
| Matthew | Lunn | Debtors | Young Conaway Stargatt & Taylor,  LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Jennifer | Raviele | Regency Centers L.P. | Kelley Drye & Warren LLP |
| Matthew | McGuire | Fortress Credit Corp | Landis Rath & Cobb LLP |
| Nicolas | Jenner | Fortress Credit Corp. | Landis Rath & Cobb LLP |
| Timothy | Fox | U.S. Trustee | Office of the U.S. Trustee |
| Michael | Tomback | Reorg Research | |
| Cristine | Schwarzman | ACP Alamo Finance,  Inc. | Ropes & Gray LLP |
| Laurel | Roglen | Albee Development LLC | Ballard Spahr LLP |
| Jennifer | Raviele | Regency Centers L.P. | Kelley Drye & Warren LLP |