**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 313, 436, 472, 473, 474 & 512 |

## SCHEDULING ORDER FOR CANTERA CROSSING CONTESTED MATTER

Upon consideration of the *Certification of Counsel Regarding Revised Briefing Schedule and Rescheduled Hearing Date*;[2] and upon review of such certification, the *Limited Objection to Debtors' Motion to Approve the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances* [D.I. 313] (the "**La Cantera Objection**"), the Debtors' response to the La Cantera Objection [D.I. 472], the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject the Declaration of Protective Covenants and Common Area Maintenance Agreement* [D.I. 473] (the "**Rejection Motion**"), and the *Joinder to Debtors' Response to the Cantera's Limited Sale Objection* [D.I. 474] (the "**Joinder**" and together with the La Cantera

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

28181526.1

Objection and Rejection Motion, the "**Cantera Crossing Contested Matter**"); and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The deadline for La Cantera Crossing Retail, LLC and La Cantera Development Company (together, "**Cantera Crossing**") to respond to the Rejection Motion and Joinder shall be July 13, 2021 at 4:00 p.m. (ET).

2. The deadline for the Debtors and the Purchaser (collectively with Cantera Crossing, the "**Parties**") to file any reply shall be July 20, 2021 at 4:00 p.m. (ET).

3. The Court shall conduct a hearing on the Cantera Crossing Contested Matter on July 27, 2021 at 10:30 a.m. (ET).

4. Counsel for the Debtors shall immediately notify Chambers upon the settlement, dismissal, or other resolution of this contested matter and shall file with the Court appropriate documentation of such resolution as soon thereafter as is feasible.

5. Notwithstanding this Order, the Parties' rights, defenses, and arguments related to the Cantera Crossing Contested Matter are otherwise preserved.

6. The briefing deadlines and provisions contained in this Scheduling Order may be further extended or modified by the Court by consent of the parties pursuant to stipulation, which stipulation must be filed with the Court under certification of counsel.

7. The Debtors shall serve this Scheduling Order on the Purchaser and Cantera Crossing within five (5) business days after the entry of this Order.

Dated: June 2nd, 2021  
Wilmington, Delaware  
28181526.1

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE