**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | **Ref. Docket No. 163** |

**NOTICE OF FIRST QUARTERLY STATEMENT OF PAYMENTS**
**MADE TO ORDINARY COURSE PROFESSIONALS DURING THE**
**MARCH 3, 2021 THROUGH MAY 31, 2021 PERIOD**

    **PLEASE TAKE NOTICE** that on March 29, 2021, the United States Bankruptcy

Court for the District of Delaware entered the *Order (I) Authorizing the Debtors to Retain and*

*Compensate Professionals Utilized in the Ordinary Course of Business and (II) Waiving Certain*

*Information Requirements of Local Rule 2016-2* [Docket No. 163] (the "**OCP Order**").[2]

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Ordinary

Course Procedures set forth in the OCP Order, the Debtors hereby file the Quarterly OCP

Statement, attached hereto as **Exhibit A**, for the March 3, 2021 through May 31, 2021 period (the

"**Period**").  For each Ordinary Course Professional paid during the Period, the Quarterly OCP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the OCP Order.

28237568.1

Statement sets forth:  (i) the name of that Ordinary Course Professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the reported three-month period; (iii) a general description of the services rendered by that Ordinary Course Professional; and (iv) whether that Ordinary Course Professional does not, in the ordinary course of business, maintain time records in tenth-of-an-hour increments, and if it does not, the time increments that the Ordinary Course Professional does maintain in the ordinary course of business.

Dated:   June  21, 2021           YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

*/s/ Betsy L. Feldman*
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
1000 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

28237568.1

# EXHIBIT A

## Quarterly OCP Statement

28237568.1

**Alamo Drafthouse Cinemas Holdings, LLC – OCP Payments (March 3, 2021 – May 31, 2021)**

| # | Professional Service Firm | Mailing Address | Aggregate Amount Paid | Type of Services Provided | Does the Professional Keep Time Records in .1 Hour Increments? |
|---|---|---|---|---|---|
| 1. | Alston & Bird LLP | 333 South Hope Street 16th Floor Los Angeles, CA 90071 | $70,850 | Legal Services – Real Estate | Yes |
| 2. | Arnall Golden Gregory LLP | 171 17th Street NW Suite 2100 Atlanta, GA 30363 | $0 | Legal Services – Real Estate | Yes |
| 3. | Davidoff Hutcher & Citron LLP | 605 Third Avenue New York, NY 10158 | $0 | Legal Services – Liquor Licenses | No, .25-Hour Increments |
| 4. | Fisher & Phillips LLP | 1075 Peachtree Street NE Suite 3500 Atlanta, GA 30309 | $11,686 | Legal Services – Employment | Yes |
| 5. | Forrestor & Worth, PLLC | 2800 N. Central Ave., St 1200 Phoenix, AZ 85004 | $2,125 | Legal Services – Employment | Yes |
| 6. | Haynes & Boone LLP | 600 Congress Avenue, Suite 1300 Austin, TX 78701-3285 | $11,249 | Legal Services – Franchise Matters | Yes |

28237568.1

**Alamo Drafthouse Cinemas Holdings, LLC – OCP Payments (March 3, 2021 – May 31, 2021)**

| # | Professional Service Firm | Mailing Address | Aggregate Amount Paid | Type of Services Provided | Does the Professional Keep Time Records in .1 Hour Increments? |
|---|---|---|---|---|---|
| 7. | Kane Russell Coleman & Logan PC | Bank of America Plaza 901 Main Street Suite 5200 Dallas, Texas 75202 | $221 | Legal Services – Corporate | Yes |
| 8. | KC Branch Firm PC | 860 Osos St Apt 10 San Luis Obispo, CA 93401 | $0 | Legal Services – Liquor Licenses | Yes |
| 9. | Moye White LLP | 1400 16th Street, 6th Floor Denver, Colorado 80202-1486 | $0 | Legal Services – Real Estate | Yes |
| 10. | Pirkey Barber LLP | 1801 East 6th Street, Suite 300 Austin, Texas 78702 | $508 | Legal Services – Intellectual | Yes |
| 11. | RSM US LLP | 700 Locust St, Suite 205 Dubuque, IA 52001 | $25,000 | Tax Preparation Services | Yes |
| 12. | Runco & Proffitt, P.C. | 1616 17th St, Suite 362 Denver, CO 80202 | $14,161 | Legal Services – Liquor Licenses | Yes |

**Alamo Drafthouse Cinemas Holdings, LLC – OCP Payments (March 3, 2021 – May 31, 2021)**

| # | Professional Service Firm | Mailing Address | Aggregate Amount Paid | Type of Services Provided | Does the Professional Keep Time Records in .1 Hour Increments? |
|---|---|---|---|---|---|
| 13. | Schwabe, Williamson & Wyatt, P.C. | 1211 SW Fifth Avenue # 1900 Portland, OR 97204 | $756 | Legal Services – Employment | Yes |