**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1] | Case No. 21-10474 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 531-535** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO          )
                                       )  ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 10, 2021, I caused to be served the following:

    a.  "Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, Authorizing Rejection of Certain Personal Property Leases," dated June 10, 2021 [Docket No. 531], (the "Lease Rejection Order"),

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

b. "Order (I) Authorizing the Assumption and Assignment of Certain Executory Contracts and (II) Fixing Cure Amounts with Respect Thereto," dated June 10, 2021 [Docket No. 532], (the "Contracts Order"),

c. "Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property," dated June 10, 2021 [Docket No. 533], (the "Unexpired Leases Order"),

d. "Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within which the Debtors may Remove Actions Pursuant to 28 U.S.C. § 1452," dated June 10, 2021 [Docket No. 534], (the "Removal Order"), and

e. "First and Final Application for Allowance of Compensation for Services Rendered by Keen-Summit Capital Partners LLC as Real Estate Advisor to the Debtors," dated June 10, 2021, to which was attached the "Notice of First and Final Fee Application," dated June 10, 2021 [Docket No. 535], (the "Keen Application"),

by causing and correct copies of the:

i. Lease Rejection Order, Contracts Order, Unexpired Leases Order, Removal Order and Keen Application to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. Lease Rejection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. Contracts Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C,</u>

iv. Unexpired Leases Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v. Removal Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

vi. Lease Rejection Order, Contracts Order, Unexpired Leases Order, Removal Order and Keen Application to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>, and

vii. Unexpired Leases Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit G</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Angela Chachoff*
                                                    Angela Chachoff

Sworn to before me this
11th day of June, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY – IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

**Exhibit B**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Landlords - Service List

SONY ELECTRONICS INC.
ATTN: ROBERT RAPOSO, HEAD OF DIGITAL CINEMA AND
GENERAL COUNSEL
16535 VIA ESPRILLO
SAN DIEGO, CA 92127

ECOLAB INC.
ATTN: WILLIAM BUERMANN, CORPORATE ACCOUNT
MANAGER II
201 EAST JOHN CARPENTER FREEWAY
SUITE 300
IRVING, TX 75062

ECOLAB INC.
ECOLAB CENTER
ATTN: GENERAL COUNSEL
370 WABASHA STREET NORTH
ST. PAUL, MN 55102

CIT BANK, N.A.
ATTN: VICKIE ANDERSON
10201 CENTURION PARKWAY N
SUITE 100
JACKSONVILLE, FL 32256

**Exhibit C**

| Claim Name | Address Information |
| --- | --- |
| AMERICAN GENRE FILM ARCHIVE | 3908 AVENUE B AUSTIN TX 78751 |
| ASYA SAAVEDRA | 606 S. HILL STREET, SUITE 606 LOS ANGELES CA 90014 |
| AWAL RECORDINGS LICENSING AMERICA, INC. | 2 GANSEVOORT STREET, 6TH FLOOR NEW YORK NY 10014 |
| CRAZY BALL INC. | 125 CHURCH STREET #8 ST. CATHARINES ON L2R 3E2 CANADA |
| DARK HORSE COMICS, INC. | 10956 SE MAIN ST MILWAUKIE OR 97222-7644 |
| EFFECTIVE SPEND, LLC | 611 S. CONGRESS AVE., #505 AUSTIN TX 78704 |
| HAMMER FILMS LEGACY LIMITED | RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| INSIGHT EDITIONS | 800 A STREET SAN RAFAEL CA 94901 |
| JOSH SCHAFFER | 2216 GRANTLAND DR RALEIGH NC 27610 |
| JUSTIN ERICKSON | 434 KINGSTON ROAD TORONTO ON M4L 1T9 CANADA |
| KEVIN WILSON | 2755 RICE ST. #424 ROSEVILLE NM 55113 |
| LITTLE JACKET INDUSTRIES, INC. | C/O FISHMAN BLOCK + DIAMOND, LLP 16830 VENTURA BLVD., SUITE 400 ENCINO CA 91436 |
| MICROSOFT CORPORATION | C/O JOHN FRIEND ONE MICROSOFT WAY REDMOND WA 98052 |
| NETFLIX CPX INTERNATIONAL, B.V. | KARPERSTRAAT 8-10 AMSTERDAM 1075 KZ THE NETHERLANDS |
| NETFLIX CPX, LLC | 5808 W. SUNSET BLVD LOS ANGELES CA 90028 |
| RENAISSANCE PICTURES, LTD | 315 S. BEVERLY DRIVE, SUITE 216 BEVERLY HILLS CA 90212 |
| THE POKEMON COMPANY INTERNATIONAL, INC. | 10400 NE 4TH STREET, SUITE 2800 BELLEVUE WA 98004 |
| TOHO MUSIC CORPORATION | C/O SHOZO WATANABE 1-7-1 YURAKUCHO, CHIYODA-KU TOKYO 100-0006 JAPAN |
| USAOPOLY | 5999 AVENIDA ENCINAS CARLSBAD CA 92008 |
| WATERTOWER MUSIC | 4000 WARNER BOULEVARD BURBANK CA 91522 |

Total Creditor count  20

**Exhibit D**

| Claim Name | Address Information |
| --- | --- |
| 30 WEST PERSHING LLC | C/O EPR PROPERTIES ATTN ASSET MANAGEMENT 909 WALNUT ST, STE 200 KANSAS CITY MO 64106 |
| 30 WEST PERSHING LLC | C/O STINSON LEONARD STREET LLP ATTN CHRISTOPHER FRANTZE 1201 WALNUT, STE 2900 KANSAS CITY MO 64106 |
| 30 WEST PERSHING LLC | C/O EPR RPOPERTIES ATTN: ASSET MGMT 909 WALNUT, STE 200 KANSAS CITY MO 64106 |
| 30 WEST PERSHING LLC | C/O EPR RPOPERTIES ATTN GENERAL COUNSEL 909 WALNUT ST, STE 200 KANSAS CITY MO 64106 |
| 30 WEST PERSHING LLC | C/O ENTERTAINMENT PROPERTIES TRUST ATTN GENERAL COUNSEL 909 WALNUT ST, STE 200 KANSAS CITY MO 64106 |
| 30 WEST PERSHING, LLC - EPR PROPERTIES | C/O EPR PROPERTIES ATTN: GENERAL COUNSEL 909 WALNUT ST, STE 200 KANSAS CITY MO 64106 |
| ACKLINIS YONKERS REALTY LLC | ATTN IRWIN ACKERMAN 187 MILLBURN AVE, STE 6 MILLBURN NJ 07041 |
| ADC CRYSTAL CITY LLC | C/O COJEAUX CINEMAS LLC ATTN ANTHONY VINCENT COCO 20575 EASTHAMPTON PLAZA ASHBURN VA 20147 |
| ADC PARTNERS LTD | 1717 W 6TH ST AUSTIN TX 78703 |
| ADC WOODBRIDGE LLC | C/O COJEAUX CINEMAS LLC ATTN ANTHONY VINCENT COCO 20575 EASTHAMPTON PLAZA ASHBURN VA 20147 |
| ALAMO CHANDLER LLC | C/O CRAIG AND KIM PASCHICH 519 E HORSESHOE PL CHANDLER AZ 85249 |
| ALAMO DRAFTHOUSE CINEMAS BAKER, LLC | 3908 AVENUE B AUSTIN TX 78751 |
| ALAMO GILBERT HOLDINGS LLC | ATTN ERNEST L CUNNINHAM 1870 W BITTERS RD, STE 103 SAN ANTONIO TX 78248 |
| ALAMO GILBERT LLC | ATTN CRAIG PASCHICH 519 E HORSESHOE PL CHANDLER AZ 85249 |
| ALAMO TEMPE HOLDINGS LLC | ATTN ERNEST L CUNNINHAM 1870 W BITTERS RD, STE 103 SAN ANTONIO TX 78248 |
| ALAMO TEMPE LLC | ATTN CRAIG PASCHICH 519 E HORSESHOE PL CHANDLER AZ 85249 |
| ALBEE DEVELOPMENT LLC | 28 LIBERTY ST. NEW YORK NY 10005 |
| ALBEE DEVELOPMENT LLC | C/O ACADIA REALTY TRUST ATTN LEGAL DEPT 1311 MAMARONECK AVE, STE 260 WHITE PLAINS NY 10605 |
| ARK GROUP OF IRVING INC | ATTN NOAH LAZES 19401 OLD JETTON RD, STE 101 CORENLIUS NC 28031 |
| ASPEN GRF2 LLC | 973 LOMAS SANTA FE DDR SOLANA BEACH CA 92075 |
| CCH LAMAR PARTNERS LP | 320 W MAIN ST LEWISVILLE TX 75057 |
| CCH LAMAR PARTNERS LP | C/O HUNTON & WILLIAMS ATTN JOHN STENGER 1445 ROSS AVE, STE 3700 DALLAS TX 75202 |
| CENTREPOINT PROPERTIES | 789 N. SHERMAN STREET STE 430 DENVER CO 80203 |
| CESC SQUARE LLC | C/O VORNADO REALTY TRUST ATTN CFO 210 RT 4 EAST PARAMUS NJ 07652 |
| CESC SQUARE LLC | C/O THE JBG COMPANIES ATTN PROPERTY MGMT 4445 WILLARD AVE, STE 400 CHEVY CHASE MD 20815 |
| CESC SQUARE LLC | C/O VORNADO/CHARLES E SMITH ATTN PRESIDENT 2345 CRYSTAL DR, STE 1100 ARLINGTON VA 22202 |
| CF AUSTIN RETAIL, LLC | 1999 BRYAN ST, STE 900 DALLAS TX 75201 |
| CF AUSTIN RETAIL, LLC | ATTN: GRAHAM MOORE 100 WAUGH DR SUITE 600 HOUSTON TX 77007-6340 |
| CINCO PELICULAS LLC | 100 S CENTRAL EXPY, #14 RICHARDSON TX 75080 |
| CL SLOANS LAKE L.P. | 1550 RALEIGH ST. DENVER CO 80204 |
| COCO, ANTHONY VICENTE | 5655 HOOKS AVE BEAUMONT TX 77706 |
| COJEAUX CINEMAS LLC | ATTN ANTHONY VINCENT COCO 1085 N TWENTY-THIRD ST BEAUMONT TX 77006 |
| CRADDOCK PROPERTIES | 2325 HARTFORD ROAD AUSTIN TX 78703 |
| CRADDOCK PROPERTIES LLC | C/O GELLERT SCALI BUSENKELL & BROWN LLC ATTN MICHAEL BUSENKELL, ESQ 1201 N ORANGE ST, STE 300 WILMINGTON DE 19801 |
| CRADDOCK PROPERTIES LLC | 2325 HARTFORD ROAD AUSTIN TX 78703 |
| CRADDOCK PROPERTIES, L.L.C. | C/O LARRY J. CRADDOCK 2325 HARTFORD ROAD AUSTIN TX 78703 |
| DB DENTON II LLC | C/O DASPIN & AUMENT LLP ATTN NICOLE R BROWN 300 S WACKER DR, STE 2200 CHICAGO IL 60606 |
| DB DENTON II LLC | C/O RED DEVELOPMENT LLC ATTN DIRECTOR OF LEGAL/LEASING 1 E WASHINGTON ST, STE |

| Claim Name | Address Information |
|---|---|
| DB DENTON II LLC | 300 PHOENIX AZ 85004 |
| DDR DB STONE OAK LP | ATTN GENERAL COUNSEL 3300 ENTERPRISE PKWY BEACHWOOD OH 44122 |
| DDR DB STONE OAK LP | ATTN EXECUTIVE VP-LEASING 3300 ENTERPRISE PKWY BEACHWOOD OH 44122 |
| DENVER URBAN RENEWAL AUTHORITY | C/O HOGAN LOVELLS; ATTN; JOHN D BECK 390 MADISON AVENUE NEW YORK NY 10017 |
| DOS PELICULAS LLC | 100 S CENTRAL EXPY, #14 RICHARDSON TX 75080 |
| DOS PELICULAS LLC | C/O BAIRD CREWS SCHILLER & WHITAKER PC ATTN THOMAS C BAIRD 15 N MAIN ST TEMPLE TX 76501 |
| EAST CAMPUS REALTY LLC | C/O MUTUAL OF OMAHA INSURANCE CO ATTN PRESIDENT, EAST CAMPUS REALTY LLC MUTUAL OF OMAHA PLAZA OMAHA NE 68175 |
| EDWARDS, JOSEPH SAMUEL-PENOLA | 1085 N 23RD ST BEAUMONT TX 77706 |
| ENTERTAINMENT MANAGEMENT CO LLC | C/O FABYANSKE WESTRA HART THOMSON PA ATTN STEVEN C COX 333 S 7TH ST MINNEAPOLIS MN 55402 |
| ENTERTAINMENT MANAGEMENT CO LLC | ATTN PHILIP L RAFNSON & TYLER CALABRESE 11109 XYLON AVE S BLOOMINGTON MN 55438 |
| EPR | C/O STINSON LLP ATTN: BRIAN E. SOBCZYK 1201 WALNUT STREET, SUITE 2900 KANSAS CITY MO 64106-2150 |
| FOPA PARTNERS LLC | 3441 OLIVE ST ST LOUIS MO 63103 |
| GERRITY RETAIL MANAGEMENT LLC | PO BOX 845758 LOS ANGELES CA 90084-5758 |
| GERRITY RETAIL MANAGEMENT LLC | C/O GERRITY GROUP LLC ATTN: RENE DANIELS 973 LOMAS SANTA FE DR SOLANA BEACH CA 92075-2137 |
| GOZILLION ENTERPRISES LLC | ATTN MELINDA A KAISER, PRESIDENT |
| GS SOUTH LAMAR PLAZA | C/O JACKSON WALKER ATTN: JOSHUA A. ROMERO 100 CONGRESS AVENUE, SUITE 1100 AUSTIN TX 78701 |
| GS SOUTH LAMAR PLAZA LP | C/O STREAM REALTY ATTN BRYAN DABBS 400 W 15TH ST, #1250 AUSTIN TX 78701 |
| GS SOUTH LAMAR PLAZA LP | ATTN DEREK BROWN 6300 BRIDGE POINT PKWY, BLDG 3 #300 AUSTIN TX 78730 |
| HARTMAN RICHARDSON HEIGHTS PROPERTIES | LLC 2909 HILLCROFT, STE 420 HOUSTON TX 77057 |
| HARTMAN RICHARDSON HEIGHTS PROPERTIES | LLC C/O HARTMAN INCOME REIT MANAGEMENT INC 2909 HILLCROFT, STE 420 HOUSTON TX 77057 |
| HOBBY PROPERTIES - KERBBY LLC | ATTN: JOHN HOLMES 515 N BLOUNT ST RALEIGH NC 27604 |
| HYLAN PLAZA 1339 LLC | C/O KIMCO REALTY CORPORATION 3333 NEW HYDE PARK RD, STE 100 PO BOX 5020 NEW HYDE PARK NY 11042-0020 |
| ICED TEA WITH LEMON LLC | ATTN BILL DIGAETANO 4807 WELLINGTON CT TEMPLE TX 76502 |
| JBG/WOODBRIDGE RETAIL LLC | C/O THE JBG COMPANIES ATTN RETAIL ACCOUNTING 4445 WILLARD AVE, STE 400 CHEVY CHASE MD 20815 |
| KERBBY LLC | 515 N BLOUNT ST RALEIGH NC 27604 |
| KERBBY, LLC | C/O POYNER SPRUILL LLP ATTN: CHRISTINE L. HOOD 301 FAYETTEVILLE ST STE 1900 RALEIGH NC 27601 |
| LAKELINE MARKET LTD | PO BOX 732241 DALLAS TX 75373-2241 |
| LAKELINE MARKET LTD | ATTN: DEBORAH HORNICKEL, DIRECTOR OF PROPERTY MANAGEMENT 901 S MO PAC EXPY BLDG 5502 AUSTIN TX 78746-5776 |
| LEAGUE HOLDINGS LLC | 1717 W 6TH ST AUSTIN TX 78703 |
| MEP MAINSTREET OPERATIONS LLC | C/O THE CORDISH COMPANY ATTN GENERAL COUNSEL 601 E PRATT ST, 6TH FL BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS LLC | ATTN ADAM BLOCK 601 E PRATT ST, 6TH FL BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS LLC | 221 BOLIVAR ST JEFFERSON CITY MO 65101 |
| MEP MAINSTREET OPERATIONS, LLC | ATTN: GENERAL COUNSEL 601 E. PRATT STREET, 6TH FLOOR BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS, LLC | C/O THE CORDISH COMPANY 601 E. PRATT STREET, 6TH FLOOR BALTIMORE MD 21202 |
| MIDTOWN ALAMO LLC | ATTN PHILIP L RAFNSON & TYLER CALABRESE 11109 XYLON AVE S BLOOMINGTON MN 55438 |
| MUELLER ALDRICH STREET LLC | C/O CATELLUS DEVELOPMENT CORPORATION ATTN EXECUTIVE VP 4550 MUELLER BLVD AUSTIN TX 78723 |
| MUELLER ALDRICH STREET LLC | C/O ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP-ATTN SANDRA A JACOBSON ESQ 1900 MAIN ST, 5TH FL IRVINE CA 92614-7321 |

| Claim Name | Address Information |
|---|---|
| MUELLER ALDRICH STREET LLC | C/O CATELLUS DEVELOPMENT CORPORATION ATTN CFO 66 FRANKLIN ST, STE 200 OAKLAND CA 94607 |
| MUELLER ALDRICH STREET, LLC | C/O SAUL EWING ARNSTEIN & LEHR LLP ATTN: MARK MINUTI 1201 N. MARKET STREET, SUITE 2300 WILMINGTON DE 19801-1266 |
| MUELLER ALDRICH STREET, LLC | C/O WALLER LAW ATTN: ERIC TAUBE & MARK MINUTI 100 CONGRESS AVE, SUITE 1800 AUSTIN TX 78701 |
| MUELLER ALDRICH STREET, LLC | 4200 N LAMAR BLVD 200 AUSTIN TX 78756 |
| NEW BRAUNFELS MARKETPLACE LLC | C/O MICHAEL P MENTON 3333 LEE PKWY, 8TH FL DALLAS TX 75219 |
| NEW BRAUNFELS MARKETPLACE LLC | C/O NEW BRAUNFELS MARKETPLACE LP ATTN PATRICK WIGGINS, PRESIDENT OF GP 177 W MILL ST NEW BRAUNFELS TX 78130 |
| NEW BRAUNFELS MARKETPLACE LP | 177 MILL ST NEW BRAUNFELS TX 78130 |
| NEW BRAUNFELS MARKETPLACE LP | 177 W MILL ST NEW BRAUNFELS TX 78130 |
| RAMCO-GERSHENSON PROPERTIES LP | 31500 NORTHWESTERN HWY, STE 300 FARMINGTON HILLS MI 48334 |
| REEL DINNER PARTNERS MARKETPLACE LLC | C/O BACH HOLDINGS LLC ATTN CHRIS HOEGEMEYER, BRANDON ARCENEAUX 6215 VIA LA CANTERA, STE 117 SAN ANTONIO TX 78256 |
| REEL DINNER PARTNERS V LLC | C/O BACH HOLDINGS LLC ATTN CHRIS HOEGEMEYER, BRANDON ARCENEAUX 6215 VIA LA CANTERA, STE 117 SAN ANTONIO TX 78256 |
| REEL DINNER PARTNERS VII LLC | 1255 SW LOOP 410 SAN ANTONIO TX 78227 |
| REEL DINNER PARTNERS-CORPUS CHRISTI LLC | ATTN BRANDON J ARCENEAUX 6215 VIA LA CANTERA, STE 117 SAN ANTONIO TX 78256 |
| REEL DINNER PARTNERS-CORPUS CHRISTI LLC | ATTN C LANE PRICKETT 109 E 10TH ST, STE 300 AUSITN TX 78701 |
| REEL DINNER PARTNERS-LAREDO LLC | ATTN BRANDON J ARCENEAUX 6215 VIA LA CANTERA, STE 117 SAN ANTONIO TX 78256 |
| REEL DINNER PARTNERS-LAREDO LLC | ATTN C LANE PRICKETT 109 E 10TH ST, STE 300 AUSITN TX 78701 |
| RPI SKILLMAN ABRAMS SC LTD | C/O RETAIL PLAZAS INC 2929 CARLISLE ST, #170 DALLAS TX 75204 |
| SEIS PELICULAS LLC | 3913 WOODSTOCK DR COLLEYVILLE TX 76034 |
| SEQUENTIAL ARTWORKS INC | D/B/A ALIEN WORLDS 6900 SAN PEDRO, STE 121 SAN ANTONIO TX 78216 |
| SHOPPES AT CHANDLER HEIGHTS LLC, THE | C/O TOWN WEST REALTY II INC 3002 N CAMPBELL AVE, STE 200 TUCSON AZ 85719 |
| SIETE PELICULAS LLC | C/O BAIRD CREWS SCHILLER & WHITAKER PC ATTN THOMAS C BAIRD 15 N MAIN ST TEMPLE TX 76501 |
| SLOANS LAKE FCA LLC | C/O FCA PARTNERS LLC ATTN: EDWARD M CHERRY 300 S TRYON ST, STE 420 CHARLOTTE NC 28202 |
| SPENCE, ROY | 828 W. 6TH ST AUSTIN TX 78703 |
| STORE CAPITAL ACQUISITIONS LLC | C/O KUTAK ROCK LLP ATTN KELLY G REYNOLDSON, ESQ 1801 CALIFORNIA ST, STE 3000 DENVER CO 80202 |
| STORE CAPITAL ACQUISITIONS LLC | ATTN MICHAEL T BENNET, EVP-GEN COUNSEL 8501 E PRINCESS DR, STE 190 SCOTTSDALE AZ 85255 |
| STORE MASTER FUNDING V LLC | C/O KUTAK ROCK LLP ATTN KELLY G REYNOLDSON, ESQ 1801 CALIFORNIA ST, STE 3100 DENVER CO 80202 |
| STORE MASTER FUNDING V LLC | ATTN MICHAEL T BENNETT, EVP 8501 E PRINCESS DR, STE 190 SCOTTSDALE AZ 85255 |
| SUMMIT GLORY PROPERTY LLC | 28 LIBERTY ST, 44TH FL NEW YORK NY 10005 |
| SUMMIT GLORY PROPERTY LLC | C/O FOSUN PROPERTY HOLDINGS ATTN MANAGING DIRECTOR 28 LIBERTY ST NEW YORK NY 10005 |
| SUMMIT GLORY PROPERTY LLC | C/O FOSUN PROPERTY HOLDINGS ATTN DIRECTOR OF LEASING 28 LIBERTY ST NEW YORK NY 10005 |
| SUMMIT GLORY PROPERTY LLC | C/O PAUL HASTINGS LLP ATTN DAVID M BROOKS, ESQ 200 PARK AVE NEW YORK NY 10166 |
| SVAP II PARK NORTH, LLC | C/O FERGUSON BRASWELL FRASER KUBASTA PC ATTN: JOHN D FRASER, ESQ 2500 DALLAS PKWY, STE 600 PLANO TX 75093 |
| TRABULSI, JUDY | 828 W. 6TH ST AUSTIN TX 78703 |
| TREPEX ACQUISITIONS LLC | C/O DLA PIPER LLP (US) ATTN CRAIG B ANDERSON 1717 MAIN ST, STE 4600 DALLAS TX 75201 |
| TREPEX ACQUISITIONS LLC | ATTN BRENT HAMMOND 13115 FOUR STAR BLVD AUSTIN TX 78373 |
| TRES PELICULAS LLC | ATTN WILLIAM D DIGAETANO 4807 WELLINGTON CT TEMPLE TX 76502 |

| Claim Name | Address Information |
|---|---|
| TRIPLE ALAMO LUBBOCK LLC | C/O DALE PARSONS & ASSOCIATES PC ATTN DALE PARSONS, ESQ 4903 PURDUE DALLA TX 75209 |
| TRIPLE ALAMO LUBBOCK LLC | ATTN NEIL BILLINGSLEY-MICHAELSEN 1707 1/2 POST OAK BLVD, PMB 480 HOUSTON TX 77056 |
| UE YONKERS II LLC – LANDLORD | C/O URBAN EDGE PROPERTIES 210 RTE 4 E PARAMUS NJ 07652 |
| UE YONKERS II LLC – LANDLORD | ATTN: SCOTT AUSTER 28 LIBERTY ST NEW YORK NY 10005 |
| URBAN EDGE PROPERTIES | ATTN: ANDREW LURIE, REAL ESTATE COUNSEL 210 ROUTE 4 EAST PARAMUS NJ 07652 |
| VINELAND POINTE OWNER LLC | C/O O'CONNOR CAPITAL PARTNERS 535 MADISON AVE, 6TH FL NEW YORK NY 10022 |
| VINELAND POINTE OWNER LLC | C/O OCONNOR CAPITAL PARTNERS ATTN: PETER BERGNER 535 MADISON AVE, 6TH FL NEW YORK NY 10022 |
| VINELAND POINTE OWNER LLC | C/O GOULSTON & STORRS PC ATTN VANESSA P MOODY 400 ATLANTIC AVE BOSTON MA 02110 |
| VINELAND POINTE OWNER LLC | C/O O'CONNOR PROPERTY MAGEMENT LLC ATTN YVONNE JONES 230 ROYAL PALM WAY, STE 102 PALM BEACH FL 33480 |
| VINELAND POINTE OWNER LLC | C/O O'CONNOR PROPERTY MANAGEMENT LLC ATTN YVONNE ANN JONES, MANAGING AGENT 240 ROYAL PALM WAY, STE 200 PALM BEACH FL 33480 |
| WESTLAKES 410 INVESTMENTS LLC | C/O SULLIVAN HAZELTINE ALLINSON LLC ATTN WILLIAM A HAZELTINE 919 N MARKET ST, STE 420 WILMINGTON DE 19801 |
| WESTLAKES 410 INVESTMENTS LLC | C/O KRUGER CARSON PLLC ATTN BRADLEY S CARSON 711 NAVARRO, STE 230 SAN ANTONIO TX 78205 |
| WESTLAKES 410 INVESTMENTS LLC | ATTN SCOTT BOOTH 6907 N CAPITAL OF TEXAS HWY AUSTIN TX 78731 |
| WESTLAKES 410 INVESTMENTS LLC | 6907 N CAPITAL OF TEXAS HWY AUSTIN TX 78731 |
| WESTLAKES 410 INVESTMENTS LLC | ATTN: SCOTT BOOTH, CFO/PROPERTY MGR PO BOX 26800 AUSTIN TX 78755 |
| WESTLAKES 410 INVESTMENTS LLC | ATTN SCOTT BOOTH PO BOX 27648 AUSTIN TX 78755 |
| WHITESTONE REIT | ATTN: MATT OKMIN 2600 S GESSNER RD STE 500 HOUSTON TX 77063 |
| WOODBURY ALAMO LLC | 3913 WOODSTOCK DR COLLEYVILLE TX 76034 |
| WOODBURY ALAMO LLC | C/O BAIRD CREWS SCHILLER & WHITAKER PC ATTN THOMAS C BAIRD 15 N MAIN ST TEMPLE TX 76501 |

**Total Creditor count  129**

**Exhibit E**

| Claim Name | Address Information |
|---|---|
| ALEXANDRA ELLIS | C/O CORREIA, KING, FODERA, MCGINNIS & LIFEEIDGE, ATTN: RICHARD J. FODERA 655 3RD AVE 27TH FL NEW YORK NY 10017 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DAVID MARMINS 171 17TH STREET NW SUITE 2100 ATLANTA GA 30363-1031 |
| BROOKS,ANDREYAH | 3908 AVENUE B AUSTIN TX 78751 |
| CHRISTINA MERRYMAN | C/O KILPATRICK & DEAS ATTN: JOHN F. DEAS & JAMES M. MILLER 9601 MCALLISTER FREEWAY STE 220 SAN ANTONIO TX 78216-4623 |
| CLIMO,TAYLOR,S | 3908 AVENUE B AUSTIN TX 78751 |
| CNA INSURANCE | ATTN: CAROL GERNER, ESQ. 151 N FRANKLIN STREET FLOOR 9 CHICAGO IL 60606 |
| CORREIA KING FODERA MCGINNIS & LIFEEIDGE | ATTN: RICHARD J. FODERA 655 3RD AVENUE 27TH FLOOR NEW YORK NY 10017 |
| CRAIG PASCHICH | 519 E HORSESHOE PL CHANDLER AZ 85249 |
| DEAS & ASSOCIATES | ATTN: DYNIA WILLIAMS 9601 MCALLISTER FWY SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: JUAN MONSIVAIS 9601 MCALLISTER FWY SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: TUSHAR Y. PANDYA 9601 MCALLISTER FWY SUITE 910 SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| EVELINA CALCANO | C/O JACKSON LEWIS P.C. ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY 14TH FL WHITE PLAINS NY 10601 |
| FHF I LAMAR UNION, LLC | C/O ARNALL GOLDEN GREGORY, LLP ATTN: DAVID MARMINS 171 17TH STREET NW STE 2100 ATLANTA GA 30363 |
| FISHER & PHILLIPS LLP | 1075 PEACHTREE ST NE, STE 3500 ATLANTA GA 30309 |
| FLAMUR KALLASHI AND GANO KALLASHI | C/O MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN; ATTN: JOSEPH J. RAVA, ESQ. 800 WESTCHESTER AVE, STE C-700 RYE BROOK NY 10573 |
| FLETCHER LAW OFFICE, LLC | ATTN: GAGE K. FLETCHER 4505 MADISON AVE SUITE 270 KANSAS CITY MO 06411 |
| GIBBONS P.C. | ATTN: KEVIN W. WEBER, ESQ. ONE GATEWAY CENTER, 1145 RAYMOND PLAZA W NEWARK NJ 07102 |
| GONZALES,JESSE | 3908 AVENUE B AUSTIN TX 78751 |
| GRAVES DOUGHERTY HEARON & MOODY | ATTN: KAREN BARTOLETTI 401 CONGRESS AVENUE SUITE 2700 AUSTIN TX 78701 |
| GRAVES DOUGHERTY HEARON & MOODY | ATTN: PETE D. KENNEDY 401 CONGRESS AVENUE SUITE 2700 AUSTIN TX 78701 |
| HAYNES AND BOONE, LLP | ATTN: JASON HABINSKY 30 ROCKEFELLER PLAZA 26TH FLOOR NEW YORK NY 10112 |
| HAYNES AND BOONE, LLP | ATTN: JOHN R. EMERSON (RUSS) 2323 VICTORY AVENUE SUITE 700 DALLAS TX 75219 |
| HAYNES AND BOONE, LLP | ATTN: RUSS EMERSON 2323 VICTORY AVENUE SUITE 700 DALLAS TX 75219 |
| HAYNES AND BOONE, LLP | ATTN: LAURA O'DONNELL 112 EAST PECAN STREET SUITE 1200 SAN ANTONIO TX 78205 |
| HAYNES AND BOONE, LLP | ATTN: ADAM H. SENCENBAUGH 600 CONGRESS AVENUE SUITE 1300 AUSTIN TX 78701 |
| HENRY JACOBSON | C/O KANE RUSSELL COLEMAN LOGAN PC ATTN: MICHAEL A. LOGAN 901 MAIN ST STE 5200 DALLAS TX 75202 |
| JACKSON LEWIS P.C. | ATTN: ADAM GROSS 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JACKSON LEWIS P.C. | ATTN: ADAM S. GROSS 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JACKSON LEWIS P.C. | ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY 14TH FLOOR WHITE PLAINS NY 10601 |
| JAMES OCANAS AND ROBYN HUSTON OCANAS | C/O DEAS & ASSOCIATES ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| JAWAHER HOZIMAH | C/O HAYNES AND BOONE, LLP ATTN: JASON HABINSKY 30 ROCKEFELLER PLAZA 26TH FL NEW YORK NY 10112 |
| JAYNE ROBERMAN | C/O JACKSON LEWIS P.C. ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JOSE ABEN MAIRENA | C/O KILPATRICK & DEAS ATTN: JOHN F. DEAS 9601 MCALLISTER FREEWAY STE 220 SAN ANTONIO TX 78216-4623 |
| K&K INSURANCE GROUP | ATTN: AISYA CARROLL, ADJUSTER 1712 MAGNAVOX WAY FORT WAYNE IN 46804 |
| KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL A. LOGAN 901 MAIN STREET SUITE 5200 DALLAS TX 75202 |
| KARETEK HOLDINGS, LLC | C/O HAYNES AND BOONE, LLP ATTN: RUSS EMERSON 2323 VICTORY AVE STE 700 DALLAS TX 75219 |
| KILPATRICK & DEAS | PO BOX 7217 LONDON KY 40742-7217 |

| Claim Name | Address Information |
|---|---|
| KILPATRICK & DEAS | ATTN: JOHN F. DEAS 9601 MCALLISTER FREEWAY SUITE 220 SAN ANTONIO TX 78216-4623 |
| KILPATRICK & HOLDER | ATTN: ELIZABETH WATSON 1084 S LAUREL RD LONDON KY 40744-7960 |
| KILPATRICK & HOLDER | 1084 S LAUREL RD LONDON KY 40744-7960 |
| KIMBERLY PASCHICH | 519 E HORSESHOE PL CHANDLER AZ 85249 |
| KRISTINA KING | C/O THE ADA GROUP LLC ATTN: CLAIRE WILSON 4001 CARMICHAEL RD STE 570 MONTGOMERY AL 36106 |
| LARRICK LAW FIRM PC | ATTN: ELIZABETH LARRICK 1714 FORTVIEW RD, STE 101 AUSTIN TX 78704 |
| LAW OFFICE OF GAMBESKI & FRUM | 565 TAXTER RD. SUITE 220 ELMFORD NY 10523-2300 |
| LAW OFFICE OF STEVE ROBERTS, LLC | ATTN: SCOTT ROBERTS 100 FILLMORE ST, 5TH FL DENVER CO 80206 |
| LEMOND, LESLIE | 3908 AVENUE B AUSTIN TX 78751 |
| LIBERTY MUTUAL COMPANY | ATTN: CATHARINE SCOTT, CLAIMS REP 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: CHRISTINE COLBY 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: JOHANNA GUETZOW, SR CLAIMS 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: SHAYNA MILLER 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: STANLEY NEWSHAM, SR TECH CLAIMS 175 BERKELEY STREET BOSTON MA 02116 |
| MARSHALL DENNEHEY WARNER COLEMAN ET AL | ATTN: JOSEPH J. RAVA, ESQ 287 BOWMAN AVE STE 404 PURCHASE NY 10577-2517 |
| MELISSA QUATTRONE | C/O THE ARMSTRONG LAW FIRM ATTN: KELLY ARMSTRONG 302 CALEDONIA ST STE 4 SAUSALITO CA 94965 |
| MICHELLE CORDIAL | C/O KILPATRICK & HOLDER ATTN: ELIZABETH WATSON 9601 MCALLISTER FREEWAY STE 220 SAN ANTONIO TX 78216 |
| MONROY, ERIK | 841 SOLANO AVE, #2 ALBANY CA 94706 |
| MUELLER ALDRICH STREET, LLC | C/O SAUL EWING ARNSTEIN & LEHR LLP ATTN: MARK MINUTI 1201 N. MARKET STREET, SUITE 2300 WILMINGTON DE 19801-1266 |
| NIGEL GRANVILLE & DEBRA WATSON GRANVILLE | C/O LAW OFFICE OF GAMBESKI & FRUM 565 TAXTER RD, STE 220 ELMFORD NY 10523-2300 |
| OMROY CLARKE AND SHAEEDA FACEY | C/O WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP; ATTN: ROBERT W. GORDON 1133 WESTCHESTER AAVENUE WHITE PLAINS NY 10604 |
| PASCHICH ALAMO HOLDINGS, LLC | ATTN CRAIG PASCHICH 519 E HORSESHOE PL CHANDLER AZ 85249 |
| PHYLLIS JEAN TUMLINSON | C/O DEAS & ASSOCIATES ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| ROMERO, GILBERT | 3908 AVENUE B AUSTIN TX 78751 |
| SELECTIVE | ATTN: MARIE TOLEDO 40 WANTAGE AVE BRANCHVILLE NJ 07890 |
| SUSIE VYBIRAL | C/O KILPATRICK & DEAS ATTN: LAURA W. HOLDER 9601 MCALLISTER FREEWAY STE 220 SAN ANTONIO TX 78216-4623 |
| THE ADA GROUP LLC | ATTN: CLAIRE WILSON 4001 CARMICHAEL RD SUITE 570 MONTGOMERY AL 36106 |
| TRAVELERS INSURANCE | ATTN: BARBARA HOGUE 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JEANETTE EBY 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JOAN TONN 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JUNE NGUYEN 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: MELISSA PALMER 485 LEXINGTON AVE. NEW YORK NY 10017 |
| VALENZUELA, BRIDGETTE | 3908 AVENUE B AUSTIN TX 78751 |
| VIANNA PRIETO | C/O DEAS & ASSOCIATES ATTN: TUSHAR Y. PANDYA & JUAN MONSIVAIS 9601 MCALLISTER FWY STE 910 SAN ANTONIO TX 78216 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER | ATTN: GREGORY I. FREEDMAN 150 E 42ND ST 23 NEW YORK NY 10017 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER | ATTN: ROBERT W. GORDON 1133 WESTCHESTER AAVENUE WHITE PLAINS NY 10604 |
| WYKS, KARIN | 3908 AVENUE B AUSTIN TX 78751 |

**Total Creditor count  75**

**Exhibit F**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL | Count |
|---|---|---|---|
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; | 2 |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | branchd@ballardspahr.com | 1 |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | Tarr@BlankRome.com; Guilfoyle@BlankRome.com | 2 |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM | 1 |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | iwalker@coleschotz.com | 1 |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | thoran@cozen.com | 1 |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US | 1 |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US | 1 |
| DENVER CITY ATTORNEY'S OFFICE | ATTN: ROBERT A. MCDERMOTT, ASST. CITY ATTORNEY | Bankruptcy01@denvergov.org | 1 |
| DISTRICT OF DELAWARE | | USADE.Press@usdoj.gov | 1 |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | stuart.brown@us.dlapiper.com | 1 |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com | 2 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | mbusenkell@gsbblaw.com | 1 |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | Jshrum@jshrumlaw.com | 1 |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com | 3 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com | 1 |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | rryan@lewisreedallen.com | 1 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@publicans.com | 1 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com | 1 |
| LOCKE LORD LLP | ATTN: JACK E. JACOBSEN | jjacobsen@lockelord.com | 1 |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | kbuck@mccarter.com; shumiston@mccarter.com | 2 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | tleday@mvbalaw.com | 1 |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMcHorse@mcginnislaw.com | 1 |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com | 1 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov | 2 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KIMBERLY A. WALSH; SHERRI K. SIMPSON | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov | 2 |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ellen.slights@usdoj.gov | 2 |
| OFFICE OF THE UNITED STATES TRUSTEE | | ustrustee.program@usdoj.gov | 1 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com | 4 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ecobb@pbfcm.com | 1 |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | skatona@polsinelli.com; anazar@polsinelli.com | 2 |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | mweiner@poynerspruill.com | 1 |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | cdale@proskauer.com | 1 |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | bblackwell@proskauer.com | 1 |
| REED SMITH LLP | ATTN: JASON D. ANGELO | jangelo@reedsmith.com | 1 |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | mhouston@reedsmith.com; crivas@reedsmith.com | 2 |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com | 2 |
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ. | Luis@salazar.law | 1 |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | mark.minuti@saul.com | 1 |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; dosdoc_bankruptcy@state.de.us | 2 |
| SECURITIES & EXCHANGE COMMISSION | | Help@sec.gov | 1 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; bankruptcynoticeschr@sec.gov | 3 |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; philadelphia@sec.gov | 2 |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | mark.carder@stinson.com | 1 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | whazeltine@sha-llc.com | 1 |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | Jason.Starks@traviscountytx.gov | 1 |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| | | | |
|---|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV | 1 |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | rkapoor@venable.com; lsbouyea@venable.com | 2 |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | eric.taube@wallerlaw.com | 1 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com | 2 |
| | | **Count:** | **71** |

**Exhibit G**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Landlords - Email List

| NAME | ATTN | EMAIL | Count |
|---|---|---|---|
| EPR | ATTN: BRIAN E. SOBCZYK | BRIAN.SOBCZYK@STINSON.COM | 1 |
| GS SOUTH LAMAR PLAZA | ATTN: JOSHUA A. ROMERO | JROMERO@JW.COM | 1 |
| KERBBY, LLC | ATTN: CHRISTINE L. HOOD | CHOOD@POYNERSPRUILL.COM | 1 |
| MEP MAINSTREET OPERATIONS, LLC | ATTN: GENERAL COUNSEL | INFO@CORDISH.COM | 1 |
| MEP MAINSTREET OPERATIONS, LLC | C/O THE CORDISH COMPANY | INFO@CORDISH.COM | 1 |
| NEW BRAUNFELS MARKETPLACE LP | | PATRICK@WIGGINSCOMMERCIAL.COM; ISABEL@WIGGINSCOMMERCIAL.COM | 2 |
| URBAN EDGE PROPERTIES | ATTN: ANDREW LURIE, REAL ESTATE COUNSEL | ALURIE@UEDGE.COM | 1 |
| VINELAND POINTE OWNER LLC | ATTN: PETER BERGNER | INFO@OCONNORCP.COM | 1 |
| VINELAND POINTE OWNER LLC | ATTN: YVONNE JONES | INFO@OCONNORCP.COM | 1 |
| | | Count: | 10 |