**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re Alamo Drafthouse Cinemas Holdings, LLC,** *et al.*   Case No.:   21-10474 (MFW)
Reporting Period:   May 7, 2021 - June 3, 2021

| MONTHLY OPERATING REPORT | | | |
|---|---|---|---|
| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | N / A |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | No | Yes |
|   Schedule of Professional Fees Paid | MOR-1b | Yes | N / A |
|   Copies of bank statements | | N / A | Yes |
|   Cash disbursements journals | | N / A | Yes |
| Statement of Operations | MOR-2 | Yes | N / A |
| Balance Sheet | MOR-3 | Yes | N / A |
| Status of Postpetition Taxes | MOR-4 | No | Yes |
|   Copies of IRS Form 6123 or payment receipt | | N / A | Yes |
|   Copies of tax returns filed during reporting period | | N / A | Yes |
| Summary of Unpaid Postpetition Debts | MOR-5 | Yes | N / A |
|   Listing of aged accounts payable | MOR-5 | Yes | N / A |
| Accounts Receivable Reconciliation and Aging | MOR-6 | Yes | N / A |
| Debtor Questionnaire | MOR-7 | Yes | N / A |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

/s/ Michael Foreman                                    6/30/2021
Signature of Authorized Individual*                    Date

Michael Foreman                                        Director
Printed Name of Authorized Individual                  Title of Authorized Individual

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re Alamo Drafthouse Cinemas Holdings, LLC,** *et al.*

Case No.: 21-10474 (MFW)
Reporting Period: May 7, 2021 - June 3, 2021

**Listing of Debtor Entities and Notes to the Monthly Operating Report**

**General:**

The period covered by this report aligns with the Debtors' normal monthly reporting calendar.
This report includes activity from the following Debtors and case numbers:

| **Debtor:** | **Case Number:** |
|---|---|
| Alamo Drafthouse Cinemas Holdings, LLC | 21-10474 |
| Alamo Drafthouse Cinemas, LLC | 21-10475 |
| Alamo Vineland, LLC | 21-10476 |
| Alamo League Investments GP, LLC | 21-10477 |
| Alamo League Investments, Ltd. | 21-10478 |
| Alamo South Lamar GP, LLC | 21-10479 |
| Alamo South Lamar, LP | 21-10480 |
| Alamo Drafthouse Raleigh, LLC | 21-10481 |
| Alamo DH Anderson Lane, LLC | 21-10482 |
| Alamo Yonkers, LLC | 21-10483 |
| Alamo Mission, LLC | 21-10484 |
| Alamo Ritz, LLC | 21-10485 |
| Alamo Mueller, LLC | 21-10486 |
| Mondo Tees, LLC | 21-10487 |
| Alamo City Foundry, LLC | 21-10488 |
| Alamo Mainstreet, LLC | 21-10489 |
| Alamo City Point, LLC | 21-10490 |
| Alamo Liberty, LLC | 21-10491 |
| Alamo Satown, LLC | 21-10492 |
| Alamo Marketplace, LLC | 21-10493 |
| Alamo Stone Oak, LLC | 21-10494 |
| Alamo Westlakes, LLC | 21-10495 |
| Alamo Park North, LLC | 21-10496 |
| Alamo North SA, LLC | 21-10497 |
| Alamo Avenue B, LLC | 21-10498 |
| Alamo Slaughter Lane GP, LLC | 21-10499 |
| Alamo Slaughter Lane, Ltd. | 21-10500 |
| Alamo Cinema Group I GP, LLC | 21-10501 |
| Alamo Cinema Group I, LP | 21-10502 |
| Alamo Westminster, LLC | 21-10503 |
| Alamo Staten Island, LLC | 21-10504 |
| Alamo Aspen Grove, LLC | 21-10505 |
| Alamo Lakeline, LLC | 21-10506 |
| Alamo Sloans, LLC | 21-10507 |

**General Notes:**

The financial statements and supplemental information contained herein are preliminary, unaudited and may not comply in all material respects with accounting principles generally accepted in the United States ("GAAP").

The financial information has been derived from the books and records of Alamo Drafthouse Cinemas Holdings, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") and include all financial activity and the financial position for the Debtors. This information has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and the Debtors believe that, upon application of such procedures, the financial information could be subject to change, which could be material. The information furnished in this report includes normal recurring adjustments but does not include all adjustments that would typically be made for financial information in accordance with GAAP.

Accuracy: The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

Reservation of Rights: The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

In re Alamo Drafthouse Cinemas Holdings, LLC, *et al.*

| | | Form No.: | MOR-1 |
|---|---|---|---|
| | | Case No.: | 21-10474 (MFW) |
| | | Reporting Period: | May 7, 2021 - June 3, 2021 |

Schedule of Cash Receipts & Disbursements (May 7, 2021 - June 3, 2021) (Unaudited)

| Case # | | 21-10474 | 21-10475 | 21-10476 | 21-10477 | 21-10478 | 21-10479 | 21-10480 | 21-10481 | 21-10482 | 21-10483 | 21-10484 | 21-10485 | 21-10486 | 21-10487 | 21-10488 | 21-10489 | 21-10490 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor | Note | Consolidating Debtors | Alamo Drafthouse Cinemas Holdings, LLC | Alamo Drafthouse Cinemas, LLC | Alamo Vineland, LLC | Alamo League Investments GP, LLC | Alamo League Investments, Ltd. | Alamo South Lamar GP, LLC | Alamo South Lamar, LP | Alamo Drafthouse Raleigh, LLC | Alamo DH Anderson Lane, LLC | Alamo Yonkers, LLC | Alamo Mission, LLC | Alamo Ritz, LLC | Alamo Mueller, LLC | Mondo Tees, LLC | Alamo City Foundry, LLC | Alamo Mainstreet, LLC | Alamo City Point, LLC |
| Theaters | (1) | $ 1,633,886 | $ - | $ 44,551 | $ - | $ - | $ - | $ 277,646 | $ - | $ 175,070 | $ - | $ 516 | $ - | $ - | $ 244 | $ - | $ - | $ - | $ 352,790 |
| ADC | | 38,555 | - | 38,555 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mondo & Other | | 1,027,902 | - | 1,866 | - | - | - | 1,406 | - | 887 | - | 3 | - | - | 1 | 1,017,985 | - | - | 1,787 |
| **Total Cash Receipts** | | $ 2,700,343 | $ - | $ 84,972 | $ - | $ - | $ - | $ 279,052 | $ - | $ 175,957 | $ - | $ 519 | $ - | $ - | $ 245 | $ 1,017,985 | $ - | $ - | $ 354,577 |
| Payroll, Benefits & Contracted Labor | | $ 1,806,156 | $ - | $ 235,895 | $ - | $ - | $ - | $ 177,783 | $ - | $ 112,102 | $ - | $ 330 | $ - | $ - | $ 156 | $ 552,572 | $ - | $ - | $ 225,900 |
| Mondo Related | | 536,793 | - | 70,109 | - | - | - | 52,838 | - | 33,317 | - | 98 | - | - | 46 | 164,226 | - | - | 67,138 |
| Insurance | | 424,438 | - | 55,434 | - | - | - | 41,778 | - | 26,343 | - | 78 | - | - | 37 | 129,852 | - | - | 53,085 |
| Taxes & Related Expenses | | 255,281 | - | 33,341 | - | - | - | 25,128 | - | 15,844 | - | 47 | - | - | 22 | 78,100 | - | - | 31,929 |
| Film | | 208,712 | - | 27,259 | - | - | - | 20,544 | - | 12,954 | - | 38 | - | - | 18 | 63,853 | - | - | 26,104 |
| Food & Beverage | | 198,148 | - | 25,879 | - | - | - | 19,504 | - | 12,298 | - | 36 | - | - | 17 | 60,621 | - | - | 24,783 |
| Bank & Credit Card Processing Fees | | 137,131 | - | 17,910 | - | - | - | 13,498 | - | 8,511 | - | 25 | - | - | 12 | 41,954 | - | - | 17,151 |
| Ordinary Course Professionals | | 134,553 | - | 17,573 | - | - | - | 13,244 | - | 8,351 | - | 25 | - | - | 12 | 41,165 | - | - | 16,829 |
| Rent | | 31,114 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | | 304,033 | - | 39,709 | - | - | - | 29,927 | - | 18,870 | - | 56 | - | - | 26 | 93,015 | - | - | 38,026 |
| **Total Operating Disbursements** | (2) | $ 4,036,358 | $ - | $ 523,110 | $ - | $ - | $ - | $ 394,244 | $ - | $ 248,591 | $ - | $ 733 | $ - | $ - | $ 346 | $ 1,225,357 | $ - | $ - | $ 500,945 |
| DIP Funding | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Non-Operating Receipts** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Critical Vendors | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| KEIP / KERP | | 601,250 | - | 601,250 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Advisors Fees (Held in Escrow) | | 1,445,000 | - | 1,445,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Advisors Fees | | 1,100,000 | - | 1,100,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditor Advisors Fees | | 13,657 | - | 13,657 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Restructuring Costs | | 278,001 | - | 278,001 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utility Deposits | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | | 72,736 | - | 9,500 | - | - | - | 7,160 | - | 4,514 | - | 13 | - | - | 6 | 22,253 | - | - | 9,097 |
| **Total Non-Operating Disbursements** | | $ 3,510,644 | $ - | $ 3,447,408 | $ - | $ - | $ - | $ 7,160 | $ - | $ 4,514 | $ - | $ 13 | $ - | $ - | $ 6 | $ 22,253 | $ - | $ - | $ 9,097 |
| **Total Receipts** | | $ 2,700,343 | $ - | $ 84,972 | $ - | $ - | $ - | $ 279,052 | $ - | $ 175,957 | $ - | $ 519 | $ - | $ - | $ 245 | $ 1,017,985 | $ - | $ - | $ 354,577 |
| **Total Disbursements** | | 7,547,002 | - | 3,970,518 | - | - | - | 401,403 | - | 253,105 | - | 746 | - | - | 353 | 1,247,610 | - | - | 510,042 |
| **Total Net Cash Flow** | | $ (4,846,659) | $ - | $ (3,885,546) | $ - | $ - | $ - | $ (122,351) | $ - | $ (77,148) | $ - | $ (227) | $ - | $ - | $ (107) | $ (229,625) | $ - | $ - | $ (155,464) |
| **Disbursements** | | | | | | | | | | | | | | | | | | | |
| Total Disbursements | | $ 7,547,002 | $ - | $ 3,970,518 | $ - | $ - | $ - | $ 401,403 | $ - | $ 253,105 | $ - | $ 746 | $ - | $ - | $ 353 | $ 1,247,610 | $ - | $ - | $ 510,042 |
| Less: Transfer to DIP Bank Accounts | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | | $ 7,547,002 | $ - | $ 3,970,518 | $ - | $ - | $ - | $ 401,403 | $ - | $ 253,105 | $ - | $ 746 | $ - | $ - | $ 353 | $ 1,247,610 | $ - | $ - | $ 510,042 |

1. Theater cash receipts have been allocated based on a percent of total sales.
2. Alamo Drafthouse Cinemas, LLC is responsible for paying all disbursements of all Debtor entities, and therefore disbursements have been allocated based on a percent of total sales.

In re Alamo Drafthouse Cinemas Holdings, LLC, *et al.*

Form No.: MOR-1
Case No.: 21-10474 (MFW)
Reporting Period: May 7, 2021 - June 3, 2021

**Schedule of Cash Receipts & Disbursements (May 7, 2021 - June 3, 2021) (Unaudited)**

| Case # | | 21-10491 | 21-10492 | 21-10493 | 21-10494 | 21-10495 | 21-10496 | 21-10497 | 21-10498 | 21-10499 | 21-10500 | 21-10501 | 21-10502 | 21-10503 | 21-10504 | 21-10505 | 21-10506 | 21-10507 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor | Note | Alamo Liberty, LLC | Alamo Satown, LLC | Alamo Marketplace, LLC | Alamo Stone Oak, LLC | Alamo Westlakes, LLC | Alamo Park North, LLC | Alamo North SA, LLC | Alamo Avenue B, LLC | Alamo Slaughter Lane GP, LLC | Alamo Slaughter Lane, Ltd. | Alamo Cinema Group I GP, LLC | Alamo Cinema Group I, LP | Alamo Westminster, LLC | Alamo Staten Island, LLC | Alamo Aspen Grove, LLC | Alamo Lakeline, LLC | Alamo Sloans, LLC |
| Theaters | (1) | $ - | $ - | $ - | $ - | $ - | $ 199,594 | $ - | $ - | $ - | $ 160,277 | $ - | $ - | $ (98) | $ - | $ 358 | $ 243,028 | $ 179,910 |
| ADC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mondo & Other | | - | - | - | - | - | 1,011 | - | - | - | 812 | - | - | (0) | - | 2 | 1,231 | 911 |
| **Total Cash Receipts** | | $ - | $ - | $ - | $ - | $ - | $ 200,605 | $ - | $ - | $ - | $ 161,089 | $ - | $ - | $ (99) | $ - | $ 360 | $ 244,259 | $ 180,822 |
| Payroll, Benefits & Contracted Labor | | $ - | $ - | $ - | $ - | $ - | $ 127,805 | $ - | $ - | $ - | $ 102,629 | $ - | $ - | $ (63) | $ - | $ 229 | $ 155,616 | $ 115,201 |
| Mondo Related | | - | - | - | - | - | 37,984 | - | - | - | 30,502 | - | - | (19) | - | 68 | 46,249 | 34,238 |
| Insurance | | - | - | - | - | - | 30,034 | - | - | - | 24,117 | - | - | (15) | - | 54 | 36,569 | 27,072 |
| Taxes & Related Expenses | | - | - | - | - | - | 18,064 | - | - | - | 14,506 | - | - | (9) | - | 32 | 21,995 | 16,282 |
| Film | | - | - | - | - | - | 14,769 | - | - | - | 11,859 | - | - | (7) | - | 26 | 17,982 | 13,312 |
| Food & Beverage | | - | - | - | - | - | 14,021 | - | - | - | 11,259 | - | - | (7) | - | 25 | 17,072 | 12,638 |
| Bank & Credit Card Processing Fees | | - | - | - | - | - | 9,703 | - | - | - | 7,792 | - | - | (5) | - | 17 | 11,815 | 8,747 |
| Ordinary Course Professionals | | - | - | - | - | - | 9,521 | - | - | - | 7,646 | - | - | (5) | - | 17 | 11,593 | 8,582 |
| Rent | | - | - | - | - | - | 31,114 | - | - | - | - | - | - | - | - | - | - | - |
| Other | | - | - | - | - | - | 21,514 | - | - | - | 17,276 | - | - | (11) | - | 39 | 26,195 | 19,392 |
| **Total Operating Disbursements** | (2) | $ - | $ - | $ - | $ - | $ - | $ 314,528 | $ - | $ - | $ - | $ 227,585 | $ - | $ - | $ (140) | $ - | $ 509 | $ 345,087 | $ 255,464 |
| DIP Funding | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Non-Operating Receipts** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Critical Vendors | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| KEIP / KERP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Advisors Fees (Held in Escrow) | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Advisors Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditor Advisors Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Restructuring Costs | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utility Deposits | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | | - | - | - | - | - | 5,147 | - | - | - | 4,133 | - | - | (3) | - | 9 | 6,267 | 4,639 |
| **Total Non-Operating Disbursements** | | $ - | $ - | $ - | $ - | $ - | $ 5,147 | $ - | $ - | $ - | $ 4,133 | $ - | $ - | $ (3) | $ - | $ 9 | $ 6,267 | $ 4,639 |
| **Total Receipts** | | $ - | $ - | $ - | $ - | $ - | $ 200,605 | $ - | $ - | $ - | $ 161,089 | $ - | $ - | $ (99) | $ - | $ 360 | $ 244,259 | $ 180,822 |
| **Total Disbursements** | | - | - | - | - | - | 319,675 | - | - | - | 231,718 | - | - | (142) | - | 518 | 351,354 | 260,103 |
| **Total Net Cash Flow** | | $ - | $ - | $ - | $ - | $ - | $ (119,070) | $ - | $ - | $ - | $ (70,629) | $ - | $ - | $ 43 | $ - | $ (158) | $ (107,095) | $ (79,281) |
| **Disbursements** | | | | | | | | | | | | | | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | $ - | $ 319,675 | $ - | $ - | $ - | $ 231,718 | $ - | $ - | $ (142) | $ - | $ 518 | $ 351,354 | $ 260,103 |
| Less: Transfer to DIP Bank Accounts | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | | $ - | $ - | $ - | $ - | $ - | $ 319,675 | $ - | $ - | $ - | $ 231,718 | $ - | $ - | $ (142) | $ - | $ 518 | $ 351,354 | $ 260,103 |

1. Theater cash receipts have been allocated based on a percent of total sales.
2. Alamo Drafthouse Cinemas, LLC is responsible for paying all disbursements of all Debtor entities, and therefore disbursements have been allocated based on a percent of total sales.

**In re Alamo Drafthouse Cinemas Holdings, LLC, et al.**

| | | Form No.: | | MOR-1a |
| | | Case No.: | | 21-10474 (MFW) |
| | | Reporting Period: | | May 7, 2021 - June 3, 2021 |

| Legal Entity | Case Number | Bank Name | Account Number (last 4 digits) | Bank Balance |
|---|---|---|---|---|
| Alamo Drafthouse Cinemas, LLC | 21-10475 | Texas Capital Bank | *0437 | $ 8,798,875 |
| Alamo South Lamar, LP | 21-10480 | Texas Capital Bank | *7274 | (7,937) |
| Alamo Drafthouse Raleigh, LLC [1] | 21-10481 | Texas Capital Bank | *7432 | 57,931 |
| Alamo Mueller, LLC | 21-10486 | Texas Capital Bank | *7241 | (1,738) |
| Alamo Stone Oak, LLC | 21-10494 | Texas Capital Bank | *7191 | (0) |
| Alamo Park North, LLC | 21-10496 | Texas Capital Bank | *7258 | (5,393) |
| Alamo Slaughter Lane, Ltd. | 21-10500 | Texas Capital Bank | *0511 | (5,117) |
| Alamo Lakeline, LLC | 21-10506 | Texas Capital Bank | *7225 | (6,799) |
| **Total** | | | | **$ 8,829,822** |

*1. Account currently being used for the Utility Adequate Assurance Deposit.*
*Note: All other Debtor bank accounts are zero balance accounts and thus have no cash balances.*

**Bank Reconciliations**

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

| /s/ Michael Foreman | 6/30/2021 |
|---|---|
| Signature of Authorized Individual | Date |

| Michael Foreman | Director |
|---|---|
| Printed Name of Authorized Individual | Title of Authorized Individual |

**In re Alamo Drafthouse Cinemas Holdings, LLC, et al.**

| | | Form No.: | MOR-1b |
|---|---|---|---|
| | | Case No.: | 21-10474 (MFW) |
| | | Reporting Period: | May 7, 2021 - June 3, 2021 |

Schedule of Professional Fees and Expenses Paid

| Professional | Payor | Amount Paid | | | Post-Petition Amount Paid To-Date | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| Young Conaway Stargatt & Taylor, LLP | Alamo Drafthouse Cinemas, LLC | $ 285,029 | $ 8,339 | $ 293,368 | $ 285,029 | $ 8,339 | $ 293,368 |
| Portage Point Partners, LLC | Alamo Drafthouse Cinemas, LLC | 307,698 | - | 307,698 | 307,698 | - | 307,698 |
| Epiq Corporate Restructuring LLC | Alamo Drafthouse Cinemas, LLC | 263,001 | - | 263,001 | 263,001 | - | 263,001 |
| Houlihan Lokey Capital, Inc | Alamo Drafthouse Cinemas, LLC | - | - | - | - | - | - |
| Keen-Summit Capital Partners LLC | Alamo Drafthouse Cinemas, LLC | 1,100,000 | - | 1,100,000 | 1,100,000 | - | 1,100,000 |
| **Total** | | **$ 1,955,728** | **$ 8,339** | **$ 1,964,067** | **$ 1,955,728** | **$ 8,339** | **$ 1,964,067** |

In re Alamo Drafthouse Cinemas Holdings, LLC, et al.

Form No.: MOR-2
Case No.: 21-10474 (MFW)
Reporting Period: May 7, 2021 - June 3, 2021

**Debtors' Income Statement May 7, 2021 - June 3, 2021 (Unaudited)**

| Case # | | 21-10474 | 21-10475 | 21-10476 | 21-10477 | 21-10478 | 21-10479 | 21-10480 | 21-10481 | 21-10482 | 21-10483 | 21-10484 | 21-10485 | 21-10486 | 21-10487 | 21-10488 | 21-10489 | 21-10490 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor | Consolidating Debtors | Alamo Drafthouse Cinemas Holdings, LLC | Alamo Drafthouse Cinemas, LLC | Alamo Vineland, LLC | Alamo League Investments GP, LLC | Alamo League Investments, Ltd. | Alamo South Lamar GP, LLC | Alamo South Lamar, LP | Alamo Drafthouse Raleigh, LLC | Alamo DH Anderson Lane, LLC | Alamo Yonkers, LLC | Alamo Mission, LLC | Alamo Ritz, LLC | Alamo Mueller, LLC | Mondo Tees, LLC | Alamo City Foundry, LLC | Alamo Mainstreet, LLC | Alamo City Point, LLC |
| **Revenue** | | | | | | | | | | | | | | | | | | |
| Box Office & Ticket | $ 504,439 | $ - | $ - | $ - | $ - | $ - | $ 91,331 | $ - | $ 56,347 | $ - | $ - | $ - | $ - | $ 10 | $ - | $ - | $ 118,829 |
| Food & Beverage | 886,704 | - | - | - | - | - | 144,347 | - | 98,552 | - | - | - | - | 553 | - | - | 193,686 |
| Merchandise | 811,493 | - | 11 | - | - | - | 1,407 | - | 2,519 | - | - | - | - | 250 | 800,553 | - | 2,357 |
| Other | 336,604 | - | 331,630 | - | - | - | 12,856 | - | 184 | - | 465 | - | - | (593) | (23,703) | - | 2,716 |
| Total Revenue | $ 2,539,240 | $ - | $ 331,641 | $ - | $ - | $ - | $ 249,942 | $ - | $ 157,601 | $ - | $ 465 | $ - | $ - | $ 220 | $ 776,851 | $ - | $ 317,588 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | |
| Box Office & Ticket | $ 235,413 | $ - | $ 2,050 | $ - | $ - | $ - | $ 44,803 | $ - | $ 26,481 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 51,865 |
| Food & Beverage | 181,700 | - | - | - | - | - | 25,983 | - | 30,196 | - | - | - | - | 11,441 | - | 773 | 27,342 |
| Merchandise | 1,126,311 | - | - | - | - | - | - | - | 72 | - | - | - | - | 856 | 1,125,344 | - | - |
| Other | 15,627 | - | 10,957 | - | - | - | - | - | - | - | - | - | - | - | 4,670 | - | - |
| Total Cost of Goods Sold | $ 1,559,051 | $ - | $ 13,007 | $ - | $ - | $ - | $ 70,786 | $ - | $ 56,750 | $ - | $ - | $ - | $ - | $ 12,297 | $ 1,130,014 | $ 773 | $ 79,207 |
| **Gross Profit** | $ 980,189 | $ - | $ 318,634 | $ - | $ - | $ - | $ 179,156 | $ - | $ 100,852 | $ - | $ 465 | $ - | $ - | $ (12,077) | $ (353,164) | $ (773) | $ 238,381 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | $ 1,511,611 | $ - | $ 914,239 | $ - | $ - | $ - | $ 51,416 | $ - | $ 46,980 | $ 541 | $ - | $ 20,366 | $ - | $ 25,710 | $ 154,550 | $ - | $ 88,053 |
| Employee Benefits | 485,848 | - | 229,635 | - | - | - | 16,040 | - | 10,656 | 366 | 750 | 70,628 | 78 | 2,854 | 25,777 | - | 21,734 |
| Professional Fees | 4,859,567 | - | 4,736,901 | 325 | - | - | 28,169 | - | 1,625 | 325 | 325 | 975 | 325 | 40,325 | 24,041 | 325 | 4,625 |
| Occupancy | (3,280,176) | - | 90,000 | - | - | - | 111,811 | - | 45,692 | (222,471) | (565,024) | 139,422 | - | 80,441 | - | - | 177,379 |
| Information Technology | 159,321 | - | 135,332 | - | - | - | 1,793 | - | 1,782 | 1,081 | 1,178 | 731 | 97 | 1,545 | 2,600 | 156 | 1,590 |
| Insurance | 231,055 | - | 28,217 | 6 | - | - | 13,561 | - | 10,567 | 4,906 | 14,662 | 39,061 | - | 8,569 | 2,205 | 2 | 48,401 |
| Repair & Maintenance | (6,876) | - | 15,297 | - | - | - | (10,152) | - | 4,132 | (4,540) | 793 | 424 | - | (1,847) | - | 987 | 25,258 |
| General & Administrative | 257,758 | - | 101,048 | - | - | - | 11,972 | - | 13,764 | (280) | 31,558 | (38,529) | 324 | 2,449 | 114,298 | 281 | (871) |
| Advertising | 299,297 | - | 279,487 | - | - | - | (387) | - | - | - | - | - | - | (500) | 21,697 | - | - |
| Other | 85,627 | - | 3,203 | - | - | - | 14,377 | - | 9,609 | - | - | - | - | 32 | - | - | 17,202 |
| Total Operating Expenses | $ 4,603,032 | $ - | $ 6,533,359 | $ 331 | $ - | $ - | $ 238,600 | $ - | $ 144,806 | $ (220,074) | $ (515,758) | $ 233,077 | $ 825 | $ 159,577 | $ 345,168 | $ 327 | $ 383,370 |
| **Other (Income) Expense** | | | | | | | | | | | | | | | | | | |
| Other Expenses | $ 69,876,238 | $ - | $ (18,190,124) | $ 920,769 | $ - | $ - | $ (1,487,509) | $ - | $ 6,158,586 | $ 142,395 | $ 1,415,865 | $ 3,508,715 | $ 205,546 | $ 3,934,256 | $ 7,986,419 | $ 524,995 | $ 60,034 | $ 1,251,353 |
| Other Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Other (Income) Expense | $ 69,876,238 | $ - | $ (18,190,124) | $ 920,769 | $ - | $ - | $ (1,487,509) | $ - | $ 6,158,586 | $ 142,395 | $ 1,415,865 | $ 3,508,715 | $ 205,546 | $ 3,934,256 | $ 7,986,419 | $ 524,995 | $ 60,034 | $ 1,251,353 |
| **Net Income** | $ (73,499,080) | $ - | $ 11,975,400 | $ (921,100) | $ - | $ - | $ 1,428,065 | $ - | $ (6,202,540) | $ 77,680 | $ (899,642) | $ (3,741,791) | $ (206,371) | $ (4,105,910) | $ (8,684,751) | $ (525,322) | $ (62,556) | $ (1,396,342) |

Page 1 of 2

| | | | | | | | | | Form No.: | MOR-2 |
|---|---|---|---|---|---|---|---|---|---|---|
| In re Alamo Drafthouse Cinemas Holdings, LLC, et al. | | | | | | | | | Case No.: | 21-10474 (MFW) |
| | | | | | | | | | Reporting Period: | May 7, 2021 - June 3, 2021 |

Debtors' Income Statement May 7, 2021 - June 3, 2021 (Unaudited)

| Case # | 21-10491 | 21-10492 | 21-10493 | 21-10494 | 21-10495 | 21-10496 | 21-10497 | 21-10498 | 21-10499 | 21-10500 | 21-10501 | 21-10502 | 21-10503 | 21-10504 | 21-10505 | 21-10506 | 21-10507 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor | Alamo Liberty, LLC | Alamo Satown, LLC | Alamo Marketplace, LLC | Alamo Stone Oak, LLC | Alamo Westlakes, LLC | Alamo Park North, LLC | Alamo North SA, LLC | Alamo Avenue B, LLC | Alamo Slaughter Lane GP, LLC | Alamo Slaughter Lane, Ltd. | Alamo Cinema Group I GP, LLC | Alamo Cinema Group I, LP | Alamo Westminster, LLC | Alamo Staten Island, LLC | Alamo Aspen Grove, LLC | Alamo Lakeline, LLC | Alamo Sloans, LLC |
| **Revenue** | | | | | | | | | | | | | | | | | |
| Box Office & Ticket | $ - | $ - | $ - | $ - | $ - | $ 57,358 | $ - | $ - | $ - | $ 50,350 | $ - | $ - | $ - | $ - | $ - | $ 74,164 | $ 56,051 |
| Food & Beverage | - | - | - | - | - | 119,988 | - | - | - | 92,824 | - | - | - | - | - | 135,915 | 100,839 |
| Merchandise | - | - | - | - | - | 772 | - | - | - | 835 | - | - | - | - | - | 1,383 | 1,406 |
| Other | - | - | - | - | - | 1,560 | - | - | - | 275 | - | - | (89) | - | 322 | 7,317 | 3,663 |
| Total Revenue | $ - | $ - | $ - | $ - | $ - | $ 179,678 | $ - | $ - | $ - | $ 144,284 | $ - | $ - | $ (89) | $ - | $ 322 | $ 218,778 | $ 161,959 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | |
| Box Office & Ticket | $ - | $ - | $ - | $ - | $ - | $ 27,054 | $ - | $ - | $ - | $ 23,999 | $ - | $ - | $ - | $ - | $ - | $ 33,693 | $ 25,469 |
| Food & Beverage | - | - | - | - | - | 13,907 | - | - | - | 19,024 | - | - | - | - | - | 29,527 | 23,506 |
| Merchandise | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 39 | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cost of Goods Sold | $ - | $ - | $ - | $ - | $ - | $ 40,962 | $ - | $ - | $ - | $ 43,022 | $ - | $ - | $ - | $ - | $ - | $ 63,259 | $ 48,975 |
| **Gross Profit** | $ - | $ - | $ - | $ - | $ - | $ 138,717 | $ - | $ - | $ - | $ 101,262 | $ - | $ - | $ (89) | $ - | $ 322 | $ 155,519 | $ 112,984 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | |
| Salaries & Wages | $ - | $ - | $ - | $ - | $ - | $ 43,925 | $ - | $ - | $ - | $ 44,959 | $ - | $ - | $ 12,275 | $ - | $ 8,261 | $ 46,784 | $ 53,553 |
| Employee Benefits | - | - | - | 327 | - | 11,258 | - | - | - | 10,188 | - | - | 13,375 | - | 41,956 | 11,612 | 18,614 |
| Professional Fees | (1,370) | - | 2,675 | 1,056 | 406 | 2,092 | 325 | - | - | 2,600 | - | - | 325 | 325 | 3,325 | 7,572 | 1,625 |
| Occupancy | (734,004) | - | - | (926,395) | - | 109,166 | - | - | - | 75,621 | - | - | 19,909 | - | (1,078,178) | 79,093 | (682,638) |
| Information Technology | 567 | - | 100 | 1,219 | 1,136 | 1,405 | - | - | - | 931 | - | - | 1,449 | - | 1,235 | 1,642 | 1,753 |
| Insurance | 1 | - | - | 4,642 | - | 6,489 | - | - | - | 10,833 | - | - | 8,933 | 2 | 8,101 | 8,744 | 13,155 |
| Repair & Maintenance | (5,700) | - | (305) | (3,640) | 878 | 4,554 | - | - | - | (6,949) | - | - | (10,001) | - | 1,643 | (17,086) | (625) |
| General & Administrative | (45,053) | - | 538 | 1,435 | (372) | 11,570 | - | - | - | 15,919 | - | - | 12,724 | - | (4,751) | 17,704 | 12,029 |
| Advertising | - | - | - | - | - | - | - | - | - | (500) | - | - | - | - | - | (500) | - |
| Other | 30 | - | - | - | - | 10,561 | - | - | - | 8,577 | - | - | - | - | - | 12,502 | 9,534 |
| Total Operating Expenses | $ (785,529) | $ - | $ 3,008 | $ (921,353) | $ 2,048 | $ 201,021 | $ 325 | $ - | $ - | $ 162,180 | $ - | $ - | $ 58,990 | $ 327 | $ (1,018,407) | $ 168,067 | $ (572,999) |
| **Other (Income) Expense** | | | | | | | | | | | | | | | | | |
| Other Expenses | $ 16,465,796 | $ - | $ 3,982,471 | $ 4,264,996 | $ 6,154,962 | $ 3,314,086 | $ 4,433,728 | $ - | $ - | $ 1,171,952 | $ 2,878,000 | $ - | $ 15,871,987 | $ 3,343,200 | $ 96,185 | $ 2,945,152 | $ (1,477,575) |
| Other Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Other (Income) Expense | $ 16,465,796 | $ - | $ 3,982,471 | $ 4,264,996 | $ 6,154,962 | $ 3,314,086 | $ 4,433,728 | $ - | $ - | $ 1,171,952 | $ 2,878,000 | $ - | $ 15,871,987 | $ 3,343,200 | $ 96,185 | $ 2,945,152 | $ (1,477,575) |
| **Net Income** | $ (15,680,267) | $ - | $ (3,985,479) | $ (3,343,642) | $ (6,157,010) | $ (3,376,390) | $ (4,434,053) | $ - | $ - | $ (1,232,869) | $ (2,878,000) | $ - | $ (15,931,065) | $ (3,343,526) | $ 922,545 | $ (2,957,699) | $ 2,163,557 |

In re Alamo Drafthouse Cinemas Holdings, LLC, et al.

Form No.: MOR-3
Case No.: 21-10474 (MFW)
Reporting Period: May 7, 2021 - June 3, 2021

### Debtors' Balance Sheet as of 6/3/2021 (Unaudited)

| Case # | | 21-10474 | 21-10475 | 21-10476 | 21-10477 | 21-10478 | 21-10479 | 21-10480 | 21-10481 | 21-10482 | 21-10483 | 21-10484 | 21-10485 | 21-10486 | 21-10487 | 21-10488 | 21-10489 | 21-10490 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor | | Consolidating Debtors | Alamo Drafthouse Cinemas Holdings, LLC | Alamo Drafthouse Cinemas, LLC | Alamo Vineland, LLC | Alamo League Investments GP, LLC | Alamo League Investments, Ltd. | Alamo South Lamar GP, LLC | Alamo South Lamar, LP | Alamo Drafthouse Raleigh, LLC | Alamo DH Anderson Lane, LLC | Alamo Yonkers, LLC | Alamo Mission, LLC | Alamo Ritz, LLC | Alamo Mueller, LLC | Mondo Tees, LLC | Alamo City Foundry, LLC | Alamo Mainstreet, LLC | Alamo City Point, LLC |
| Cash & Cash Equivalents | $ | 7,364,098 | - | 8,592,408 | (208,213) | (61,180) | - | (70,911) | - | 48,711 | (19,148) | (10,890) | (36,236) | (33,658) | (19,242) | 203,935 | 17,825 | (3,903) | (52,494) |
| Accounts Receivable | | 19,687 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 19,687 | - | - |
| Third Party Due (To) / From | | (14,839,806) | - | (3,497,064) | - | (164,963) | - | 334,212 | - | (21,497) | 438,625 | (84,808) | 161,935 | 3,103 | - | 277,000 | (23) | (1,396) | (855) |
| Intercompany Due (To) / From | | 15,651,286 | - | 79,672,722 | (791,037) | 1,949,721 | - | 13,726,714 | - | (9,258,949) | 5,438,157 | (5,303,976) | (12,342,012) | (1,009,457) | (6,843,942) | (7,621,383) | (613,963) | (1,844,610) | (2,860,741) |
| Inventory | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Assets | $ | 8,195,265 | - | 84,768,065 | (999,250) | 1,723,577 | - | 13,990,015 | - | (9,231,735) | 5,857,634 | (5,399,674) | (12,216,313) | (1,040,012) | (6,586,183) | (7,397,783) | (596,138) | (1,849,909) | (2,914,090) |
| Fixed Assets, Net | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intangible Assets, Net | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investments in Subsidiary | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deposits | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Assets | | 200,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Assets** | $ | 8,395,265 | - | 84,768,065 | (999,250) | 1,723,577 | - | 13,990,015 | - | (9,231,735) | 5,857,634 | (5,399,674) | (12,216,313) | (1,040,012) | (6,586,183) | (7,397,783) | (596,138) | (1,849,909) | (2,914,090) |
| Accounts Payable | $ | 3,765,169 | - | 3,511,476 | - | - | - | 8,036 | - | 6,993 | - | - | 422 | - | 4,503 | 121,643 | - | 94 | 144 |
| Gift Card Liability | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Liabilities | | (58,321) | - | - | - | - | - | - | - | (58,321) | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Short-Term Debt | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Interest | | 23,889 | - | 23,889 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Notes Payable | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes Payable | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Liabilities | $ | 3,730,737 | - | 3,535,365 | - | - | - | 8,036 | - | (51,328) | - | - | 422 | - | 4,503 | 121,643 | - | 94 | 144 |
| Deferred Rent | $ | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Liabilities Subject to Compromise | | 128,927,611 | - | 119,314,689 | 23,638 | - | - | 408,326 | - | 67,839 | 139,097 | 234,542 | 463,396 | 238,221 | 215,031 | 192,479 | 39,435 | 830,937 | 1,185,317 |
| **Total Liabilities** | $ | 132,658,348 | - | 122,850,053 | 23,638 | - | - | 416,362 | - | 16,511 | 139,097 | 234,542 | 463,818 | 238,221 | 219,534 | 314,122 | 39,435 | 831,031 | 1,185,462 |
| Members' Equity | $ | 17,252,114 | - | 10,937,420 | - | 6,882,500 | - | (5,974,278) | - | - | 2,411,635 | 250,000 | - | 320,598 | - | (4,992,995) | - | 187,034 | 3,195,261 |
| Accumulated Equity (Deficit) | | (141,515,196) | - | (49,019,408) | (1,022,887) | (5,158,923) | - | 19,547,931 | - | (9,248,246) | 3,306,902 | (5,884,217) | (12,680,132) | (1,598,832) | (6,805,717) | (2,718,910) | (635,573) | (2,867,974) | (7,294,813) |
| **Total Equity** | $ | (124,263,083) | - | (38,081,988) | (1,022,887) | 1,723,577 | - | 13,573,653 | - | (9,248,246) | 5,718,536 | (5,634,217) | (12,680,132) | (1,278,234) | (6,805,717) | (7,711,905) | (635,573) | (2,680,940) | (4,099,552) |
| **Total Liabilities & Equity** | $ | 8,395,265 | - | 84,768,065 | (999,250) | 1,723,577 | - | 13,990,015 | - | (9,231,735) | 5,857,634 | (5,399,674) | (12,216,313) | (1,040,012) | (6,586,183) | (7,397,783) | (596,138) | (1,849,909) | (2,914,090) |

In re Alamo Drafthouse Cinemas Holdings, LLC,

| | | | | | | | | | | | | | | | | Form No.: | MOR-3 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | | | Case No.: | 21-10474 (MFW) |
| | | | | | | | | | | | | | | | | Reporting Period: | May 7, 2021 - June 3, 2021 |

Debtors' Balance Sheet as of 6/3/2021 (Unaudited)

| Case # | 21-10491 | 21-10492 | 21-10493 | 21-10494 | 21-10495 | 21-10496 | 21-10497 | 21-10498 | 21-10499 | 21-10500 | 21-10501 | 21-10502 | 21-10503 | 21-10504 | 21-10505 | 21-10506 | 21-10507 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor | Alamo Liberty, LLC | Alamo Satown, LLC | Alamo Marketplace, LLC | Alamo Stone Oak, LLC | Alamo Westlakes, LLC | Alamo Park North, LLC | Alamo North SA, LLC | Alamo Avenue B, LLC | Alamo Slaughter Lane GP, LLC | Alamo Slaughter Lane, Ltd. | Alamo Cinema Group I GP, LLC | Alamo Cinema Group I, LP | Alamo Westminster, LLC | Alamo Staten Island, LLC | Alamo Aspen Grove, LLC | Alamo Lakeline, LLC | Alamo Sloans, LLC |
| Cash & Cash Equivalents | $ (12,126) | $ - | $ (9,336) | $ (3,598) | $ (11,885) | $ (17,085) | $ 3,250 | $ - | $ - | $ (17,990) | $ (666,049) | $ - | $ 2,157 | $ (1,483) | $ (22,988) | $ (204,670) | $ (21,101) |
| Accounts Receivable | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Party Due (To) / From | - | - | - | - | - | - | - | - | - | (7,176) | (9,203,386) | - | - | - | (256,136) | (2,817,375) | - |
| Intercompany Due (To) / From | (21,525,323) | - | (122,410) | (221,539) | (2,053,616) | 1,389,402 | (4,464,295) | - | - | (5,808,286) | (13,579,684) | - | (18,230,691) | (2,020,637) | (907,101) | 26,717,006 | 4,181,216 |
| Inventory | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Assets | $ (21,537,448) | $ - | $ (131,746) | $ (225,137) | $ (2,065,502) | $ 1,372,317 | $ (4,461,045) | $ - | $ - | $ (5,833,453) | $ (23,449,119) | $ - | $ (18,228,534) | $ (2,022,120) | $ (1,186,226) | $ 23,694,960 | $ 4,160,115 |
| Fixed Assets, Net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intangible Assets, Net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investments in Subsidiary | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - | - | - | - | 200,000 | - | - | - | - | - | - |
| Total Assets | $ (21,537,448) | $ - | $ (131,746) | $ (225,137) | $ (2,065,502) | $ 1,372,317 | $ (4,461,045) | $ - | $ - | $ (5,833,453) | $ (23,249,119) | $ - | $ (18,228,534) | $ (2,022,120) | $ (1,186,226) | $ 23,694,960 | $ 4,160,115 |
| | | | | | | | | | | | | | | | | | |
| Accounts Payable | $ - | $ - | $ 3,690 | $ 10,922 | $ 59,379 | $ 14,277 | $ - | $ - | $ - | $ 4,211 | $ - | $ - | $ - | $ - | $ - | $ 16,284 | $ 3,096 |
| Gift Card Liability | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Short-Term Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Notes Payable | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Liabilities | $ - | $ - | $ 3,690 | $ 10,922 | $ 59,379 | $ 14,277 | $ - | $ - | $ - | $ 4,211 | $ - | $ - | $ - | $ - | $ - | $ 16,284 | $ 3,096 |
| Deferred Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Liabilities Subject to Compromise | 796,204 | - | 562,003 | 17,965 | 955,376 | 242,823 | 4,164 | - | - | 215,469 | - | - | 643,291 | 1,356,073 | 221,002 | 350,450 | 209,844 |
| Total Liabilities | $ 796,204 | $ - | $ 565,693 | $ 28,887 | $ 1,014,755 | $ 257,100 | $ 4,164 | $ - | $ - | $ 219,680 | $ - | $ - | $ 643,291 | $ 1,356,073 | $ 221,002 | $ 366,734 | $ 212,939 |
| | | | | | | | | | | | | | | | | | |
| Members' Equity | $ - | $ - | $ 5,165,944 | $ 5,165,944 | $ 5,165,944 | $ 5,165,944 | $ - | $ - | $ - | $ (11,873,320) | $ (10,433,518) | $ - | $ - | $ - | $ - | $ 2,800,000 | $ 2,878,000 |
| Accumulated Equity (Deficit) | (22,333,652) | - | (5,863,383) | (5,419,968) | (8,246,200) | (4,050,727) | (4,465,209) | - | - | 5,820,187 | (12,815,601) | - | (18,871,825) | (3,378,192) | (1,407,227) | 20,528,227 | 1,069,175 |
| Total Equity | $ (22,333,652) | $ - | $ (697,439) | $ (254,024) | $ (3,080,256) | $ 1,115,217 | $ (4,465,209) | $ - | $ - | $ (6,053,133) | $ (23,249,119) | $ - | $ (18,871,825) | $ (3,378,192) | $ (1,407,227) | $ 23,328,227 | $ 3,947,175 |
| Total Liabilities & Equity | $ (21,537,448) | $ - | $ (131,746) | $ (225,137) | $ (2,065,502) | $ 1,372,317 | $ (4,461,045) | $ - | $ - | $ (5,833,453) | $ (23,249,119) | $ - | $ (18,228,534) | $ (2,022,120) | $ (1,186,226) | $ 23,694,960 | $ 4,160,115 |

| | | |
|---|---|---|
| **In re Alamo Drafthouse Cinemas Holdings, LLC, et al.** | Form No.: | MOR-4 |
| | Case No.: | 21-10474 (MFW) |
| | Reporting Period: | May 7, 2021 - June 3, 2021 |

### Status of Post-Petition Taxes of the Debtors

The Debtors have paid and are paying all undisputed post-petition taxes as they come due.

The Debtors have paid and will pay prepetition taxes in accordance with the Final Order Authorizing the Debtors to (I) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief Docket No. 154.

Copies of tax returns filed during the Reporting Period are available upon request.

| | |
|---|---|
| /s/ Michael Foreman | 6/30/2021 |
| Signature of Authorized Individual | Date |
| | |
| Michael Foreman | Director |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**In re Alamo Drafthouse Cinemas Holdings, LLC, et al.**

| | |
|---|---|
| Form No.: | MOR-5 |
| Case No.: | 21-10474 (MFW) |
| Reporting Period: | May 7, 2021 - June 3, 2021 |

### Status of Unpaid Post-Petition Debts

The Debtors have paid and are paying all undisputed post-petition debts as they come due during the ordinary course of business.

The Debtors are addressing prepetition debts in accordance with the approved Interim and Final Orders (Docket Nos. 43-49, 55, 152-157, 166, 249), as applicable, for various categories of obligations as described in various first day motions.

Specific post-petition debt detail during the Reporting Period is available upon request.

/s/ Michael Foreman       6/30/2021
Signature of Authorized Individual       Date

Michael Foreman       Director
Printed Name of Authorized Individual       Title of Authorized Individual

#### Post-Petition Accounts Payable (as of 6/3/2021) (Unaudited) (1)

| Legal Entity | Current | 1 - 30 Days | 31 - 90 Days | Over 90 Days | Total |
|---|---:|---:|---:|---:|---:|
| Alamo Drafthouse Cinemas Holdings, LLC | $ - | $ - | $ - | $ - | $ - |
| Alamo Drafthouse Cinemas, LLC | - | 2,953,976 | 548,057 | 9,443 | 3,511,476 |
| Alamo Vineland, LLC | - | - | - | - | - |
| Alamo League Investments GP, LLC | - | - | - | - | - |
| Alamo League Investments, Ltd. | - | - | - | - | - |
| Alamo South Lamar GP, LLC | - | - | 7,527 | 509 | 8,036 |
| Alamo South Lamar, LP | - | - | - | - | - |
| Alamo Drafthouse Raleigh, LLC | (37,653) | - | 43,885 | 760 | 6,993 |
| Alamo DH Anderson Lane, LLC | - | - | - | - | - |
| Alamo Yonkers, LLC | - | - | - | - | - |
| Alamo Mission, LLC | (98) | - | 520 | - | 422 |
| Alamo Ritz, LLC | - | - | - | - | - |
| Alamo Mueller, LLC | 1,040 | - | 3,299 | 164 | 4,503 |
| Mondo Tees, LLC | 15,957 | 48,590 | 7,257 | 49,839 | 121,643 |
| Alamo City Foundry, LLC | - | - | - | - | - |
| Alamo Mainstreet, LLC | - | - | - | 94 | 94 |
| Alamo City Point, LLC | - | - | 144 | - | 144 |
| Alamo Liberty, LLC | - | - | - | - | - |
| Alamo Satown, LLC | - | - | - | - | - |
| Alamo Marketplace, LLC | - | - | 2,499 | 1,191 | 3,690 |
| Alamo Stone Oak, LLC | - | 6,519 | 4,404 | - | 10,922 |
| Alamo Westlakes, LLC | - | - | - | 59,379 | 59,379 |
| Alamo Park North, LLC | (420) | - | 14,483 | 215 | 14,277 |
| Alamo North SA, LLC | - | - | - | - | - |
| Alamo Avenue B, LLC | - | - | - | - | - |
| Alamo Slaughter Lane GP, LLC | - | - | - | - | - |
| Alamo Slaughter Lane, Ltd. | - | - | 4,039 | 172 | 4,211 |
| Alamo Cinema Group I GP, LLC | - | - | - | - | - |
| Alamo Cinema Group I, LP | - | - | - | - | - |
| Alamo Westminster, LLC | - | - | - | - | - |
| Alamo Staten Island, LLC | - | - | - | - | - |
| Alamo Aspen Grove, LLC | - | - | - | - | - |
| Alamo Lakeline, LLC | 4,292 | - | 8,996 | 2,996 | 16,284 |
| Alamo Sloans, LLC | (5,495) | - | 9,529 | (938) | 3,096 |
| **Total** | **$ (22,377)** | **$ 3,009,084** | **$ 654,639** | **$ 123,824** | **$ 3,765,169** |

1. The post petition accounts payable reported represents open and outstanding vendor invoices related to merchandise trade and general vendors that have been entered into the applicable Debtor's accounts payable system. This summary does not include accruals for invoices not yet received or for invoices not yet entered into the applicable Debtor's accounts payable system.

**In re Alamo Drafthouse Cinemas Holdings, LLC, et al.**

| | Form No.: | MOR-6 |
|---|---|---|
| | Case No.: | 21-10474 (MFW) |
| | Reporting Period: | May 7, 2021 - June 3, 2021 |

### Accounts Receivable (as of 6/3/2021) (Unaudited)

| Legal Entity | Current | 1 - 30 Days | 31 - 60 Days | Over 60 Days | Total |
|---|---|---|---|---|---|
| Alamo Drafthouse Cinemas Holdings, LLC | $ - | $ - | $ - | $ - | $ - |
| Alamo Drafthouse Cinemas, LLC | - | - | - | - | - |
| Alamo Vineland, LLC | - | - | - | - | - |
| Alamo League Investments GP, LLC | - | - | - | - | - |
| Alamo League Investments, Ltd. | - | - | - | - | - |
| Alamo South Lamar GP, LLC | - | - | - | - | - |
| Alamo South Lamar, LP | - | - | - | - | - |
| Alamo Drafthouse Raleigh, LLC | - | - | - | - | - |
| Alamo DH Anderson Lane, LLC | - | - | - | - | - |
| Alamo Yonkers, LLC | - | - | - | - | - |
| Alamo Mission, LLC | - | - | - | - | - |
| Alamo Ritz, LLC | - | - | - | - | - |
| Alamo Mueller, LLC | - | - | - | - | - |
| Mondo Tees, LLC | - | - | - | - | - |
| Alamo City Foundry, LLC | - | - | - | - | - |
| Alamo Mainstreet, LLC | - | - | - | - | - |
| Alamo City Point, LLC | - | - | - | - | - |
| Alamo Liberty, LLC | - | - | - | - | - |
| Alamo Satown, LLC | - | - | - | - | - |
| Alamo Marketplace, LLC | - | - | - | - | - |
| Alamo Stone Oak, LLC | - | - | - | - | - |
| Alamo Westlakes, LLC | - | - | - | - | - |
| Alamo Park North, LLC | - | - | - | - | - |
| Alamo North SA, LLC | - | - | - | - | - |
| Alamo Avenue B, LLC | - | - | - | - | - |
| Alamo Slaughter Lane GP, LLC | - | - | - | - | - |
| Alamo Slaughter Lane, Ltd. | - | - | - | - | - |
| Alamo Cinema Group I GP, LLC | - | - | - | - | - |
| Alamo Cinema Group I, LP | - | - | - | - | - |
| Alamo Westminster, LLC | - | - | - | - | - |
| Alamo Staten Island, LLC | - | - | - | - | - |
| Alamo Aspen Grove, LLC | - | - | - | - | - |
| Alamo Lakeline, LLC | - | - | - | - | - |
| Alamo Sloans, LLC | - | - | - | - | - |
| **Total** | $ - | $ - | $ - | $ - | $ - |

| | | |
|---|---|---|
| **In re Alamo Drafthouse Cinemas Holdings, LLC, et al.** | Form No.:<br>Case No.:<br>Reporting Period: | MOR-7<br>21-10474 (MFW)<br>May 7, 2021 - June 3, 2021 |

| Debtor Questionnaire | | |
|---|---|---|
| **Question** | **Yes** | **No** |
| 1) Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | X<br>See Note 1 | |
| 2) Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3) Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4) Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5) Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X<br>See Note 2 | |

**Note 1**
Closing of the Sale and the transactions contemplated thereunder, as authorized by the Sale Order [Docket No. 436] and Supplemental Sale Order [Docket No. 498], occurred on May 28, 2021. See Notice of Sale Closing [Docket No. 505]

**Note 2**
The Debtors opened new bank accounts as the Debtors' prior accounts were acquired by the Purchaser pursuant to the APA.