# **<u>Exhibit A</u>**

**May 1, 2021 – May 31, 2021 Invoice**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

RJF

May 31, 2021
Invoice   128031
Client   03051
Matter   00002
**RJF**

RE:  Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   05/31/2021**

| | |
|---|---:|
| FEES | $29,100.00 |
| EXPENSES | $975.25 |
| **TOTAL CURRENT CHARGES** | **$30,075.25** |
| **BALANCE FORWARD** | **$203,506.78** |
| **LAST PAYMENT** | **$163,173.38** |
| **TOTAL BALANCE DUE** | **$70,408.65** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Alamo Drafthouse O.C.C.  Invoice 128031
03051    - 00002  May 31, 2021

## Summary of Services by Professional

| ID  | Name                  | Title           | Rate    | Hours | Amount      |
|-----|-----------------------|-----------------|---------|-------|-------------|
| ARP | Paul, Andrea R.       | Case Man. Asst. | 375.00  | 5.40  | $2,025.00   |
| BJS | Sandler, Bradford J.  | Partner         | 1295.00 | 13.20 | $17,094.00  |
| CHM | Mackle, Cia H.        | Counsel         | 750.00  | 2.70  | $2,025.00   |
| KKY | Yee, Karina K.        | Paralegal       | 460.00  | 1.20  | $552.00     |
| KSN | Neil, Karen S.        | Case Man. Asst. | 375.00  | 1.20  | $450.00     |
| LAF | Forrester, Leslie A.  | Other           | 475.00  | 0.50  | $237.50     |
| LSC | Canty, La Asia S.     | Paralegal       | 460.00  | 5.20  | $2,392.00   |
| RJF | Feinstein, Robert J.  | Partner         | 1395.00 | 3.10  | $4,324.50   |
|     |                       |                 |         | 32.50 | $29,100.00  |

Pachulski Stang Ziehl & Jones LLP　　　　　　　　　　　　　　　　　　　　　Page:     3
Alamo Drafthouse O.C.C.　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 128031
03051    - 00002　　　　　　　　　　　　　　　　　　　　　　　　　　　　　May 31, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AC | Avoidance Actions | 0.10 | $75.00 |
| AD | Asset Disposition [B130] | 10.70 | $13,946.50 |
| CA | Case Administration [B110] | 8.80 | $3,654.00 |
| CO | Claims Admin/Objections[B310] | 0.10 | $129.50 |
| CPO | Comp. of Prof./Others | 0.60 | $668.00 |
| FN | Financing [B230] | 0.90 | $1,165.50 |
| GC | General Creditors Comm. [B150] | 0.70 | $329.50 |
| HE | Hearing | 2.90 | $3,975.50 |
| OP | Operations [B210] | 0.20 | $259.00 |
| PC | PSZ&J Compensation | 4.10 | $1,886.00 |
| PD | Plan & Disclosure Stmt. [B320] | 0.60 | $777.00 |
| PR | PSZ&J Retention | 0.90 | $646.00 |
| RPO | Ret. of Prof./Other | 0.10 | $75.00 |
| SFA | Schedules/Sofa | 1.50 | $1,125.00 |
| SL | Stay Litigation [B140] | 0.30 | $388.50 |
|  |  | 32.50 | $29,100.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:       4
Alamo Drafthouse O.C.C.                                                    Invoice 128031
03051    - 00002                                                           May 31, 2021

## Summary of Expenses

| Description | | Amount |
|---|---|---|
| | $975.25 | |
| Conference Call [E105] | | $0.07 |
| Federal Express [E108] | | $114.78 |
| Pacer - Court Research | | $95.50 |
| Postage [E108] | | $630.40 |
| Reproduction Expense [E101] | | $28.30 |
| Reproduction/ Scan Copy | | $61.80 |
| Transcript [E116] | | $44.40 |
| | | $975.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 5 |
| Alamo Drafthouse O.C.C. | | | | | Invoice 128031 | |
| 03051    - 00002 | | | | | May 31, 2021 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Avoidance Actions** | | | | | | |
| 04/21/2021 | CHM | AC | Review email from B. Sandler re potential preference actions and reply. | 0.10 | 750.00 | $75.00 |
| | | | | 0.10 | | $75.00 |
| **Asset Disposition [B130]** | | | | | | |
| 05/03/2021 | RJF | AD | Review updated sale order. | 0.20 | 1395.00 | $279.00 |
| 05/03/2021 | BJS | AD | Review amendment to APA | 0.30 | 1295.00 | $388.50 |
| 05/03/2021 | BJS | AD | Teleconference with P. Hurwitz regarding sale/Fortress/franchisees | 0.20 | 1295.00 | $259.00 |
| 05/03/2021 | BJS | AD | Review revised sale order | 0.30 | 1295.00 | $388.50 |
| 05/03/2021 | BJS | AD | Teleconference with Robert J. Feinstein regarding sale hearing | 0.10 | 1295.00 | $129.50 |
| 05/03/2021 | BJS | AD | Attend sale hearing | 0.70 | 1295.00 | $906.50 |
| 05/04/2021 | RJF | AD | Emails with YCST regarding studio agreements. | 0.10 | 1395.00 | $139.50 |
| 05/04/2021 | BJS | AD | Review certification of counsel regarding TX comptroller. | 0.10 | 1295.00 | $129.50 |
| 05/04/2021 | BJS | AD | Various emails with Debtors regarding Disney, Marvel, Fox and review agreements regarding same | 0.60 | 1295.00 | $777.00 |
| 05/06/2021 | RJF | AD | Emails regarding sale status, next meeting. | 0.20 | 1395.00 | $279.00 |
| 05/06/2021 | BJS | AD | Various emails with UCC regarding sale; various emails with Steven W. Golden regarding same | 0.40 | 1295.00 | $518.00 |
| 05/08/2021 | RJF | AD | Communication with creditor regarding APA. | 0.10 | 1395.00 | $139.50 |
| 05/11/2021 | BJS | AD | Attention to rejection motion issues. | 0.10 | 1295.00 | $129.50 |
| 05/18/2021 | BJS | AD | Attention to rejection/lease issues. | 0.10 | 1295.00 | $129.50 |
| 05/18/2021 | BJS | AD | Review motion to reject | 0.30 | 1295.00 | $388.50 |
| 05/18/2021 | BJS | AD | Review Debtors' response regarding Cantera | 0.30 | 1295.00 | $388.50 |
| 05/18/2021 | BJS | AD | Review joinder regarding Fortress | 0.10 | 1295.00 | $129.50 |
| 05/20/2021 | BJS | AD | Various emails with PSZJ regarding sale, UCC call | 0.10 | 1295.00 | $129.50 |
| 05/21/2021 | RJF | AD | Respond to inquiries regarding sale closing delay. | 0.10 | 1395.00 | $139.50 |
| 05/21/2021 | BJS | AD | Various emails with J. Raviele regarding sale | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP  Page:   6
Alamo Drafthouse O.C.C.  Invoice 128031
03051    - 00002  May 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/22/2021 | BJS | AD | Various emails with S. Khazary regarding sale | 0.30 | 1295.00 | $388.50 |
| 05/24/2021 | BJS | AD | Various emails with Debtors regarding closing | 0.20 | 1295.00 | $259.00 |
| 05/25/2021 | RJF | AD | Emails with M. Lunn regarding closing, cash collateral. | 0.20 | 1395.00 | $279.00 |
| 05/25/2021 | BJS | AD | Various emails with D. Branch regarding closing | 0.40 | 1295.00 | $518.00 |
| 05/25/2021 | BJS | AD | Teleconference with P. Hurwitz regarding closing | 0.30 | 1295.00 | $388.50 |
| 05/25/2021 | BJS | AD | Various emails with D. Branch and P. Hurwitz regarding sale | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | AD | Various emails with A. Lindemann regarding closing | 0.30 | 1295.00 | $388.50 |
| 05/26/2021 | BJS | AD | Various emails with D. Branch et al regarding closing, leases | 0.40 | 1295.00 | $518.00 |
| 05/26/2021 | BJS | AD | Various emails with P. Hurwitz regarding Acadia | 0.30 | 1295.00 | $388.50 |
| 05/26/2021 | BJS | AD | Teleconference with M. Lunn, P. Hurwitz regarding Acadia | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | AD | Second call with M. Lunn regarding Acadia | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | AD | Teleconference with Acadia regarding closing, adequate assurance | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | AD | Third call with M. Lunn, P. Hurwitz regarding Acadia | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | AD | Third call with P. Hurwitz regarding Acadia | 0.30 | 1295.00 | $388.50 |
| 05/26/2021 | BJS | AD | Review supplemental sale order; various emails with B. Feldman regarding same | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | AD | Review certification of counsel regarding sale order | 0.10 | 1295.00 | $129.50 |
| 05/27/2021 | BJS | AD | Attention to closing issues. | 0.50 | 1295.00 | $647.50 |
| 05/27/2021 | BJS | AD | Various emails with UCC regarding closing, status | 0.50 | 1295.00 | $647.50 |
| 05/28/2021 | BJS | AD | Various emails with M. Lunn regarding closing; various emails with UCC regarding closing, status; various emails with C. Dale regarding closing | 0.60 | 1295.00 | $777.00 |
| 05/28/2021 | BJS | AD | Various emails with J. Raviele regarding closing | 0.30 | 1295.00 | $388.50 |
| 05/28/2021 | BJS | AD | Various emails with N. Billingsley regarding closing | 0.10 | 1295.00 | $129.50 |
| 05/28/2021 | BJS | AD | Various emails with A. Nazar regarding sale | 0.10 | 1295.00 | $129.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 7 |
| Alamo Drafthouse O.C.C. | | | | | Invoice 128031 | |
| 03051 -00002 | | | | | May 31, 2021 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 10.70 | $13,946.50 |

**Case Administration [B110]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 04/15/2021 | ARP | CA | Maintain document control. | 0.30 | 375.00 | $112.50 |
| 04/22/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/03/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/03/2021 | KSN | CA | Maintain document control. | 0.30 | 375.00 | $112.50 |
| 05/04/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/04/2021 | KSN | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/05/2021 | KKY | CA | Review and revise 2002 service list | 0.70 | 460.00 | $322.00 |
| 05/05/2021 | KKY | CA | Serve [signed] committee confidentiality order | 0.10 | 460.00 | $46.00 |
| 05/05/2021 | KKY | CA | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for service of orders on 5/5/21 | 0.30 | 460.00 | $138.00 |
| 05/05/2021 | ARP | CA | Maintain document control. | 0.30 | 375.00 | $112.50 |
| 05/06/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/06/2021 | KSN | CA | Maintain document control. | 0.10 | 375.00 | $37.50 |
| 05/07/2021 | ARP | CA | Maintain document cotnrol. | 0.20 | 375.00 | $75.00 |
| 05/07/2021 | KSN | CA | Maintain document control. | 0.10 | 375.00 | $37.50 |
| 05/10/2021 | ARP | CA | Maintain document control. | 0.40 | 375.00 | $150.00 |
| 05/10/2021 | BJS | CA | Review critical dates and discuss with La Asia Canty | 0.10 | 1295.00 | $129.50 |
| 05/10/2021 | LSC | CA | Update critical dates memo and WIP list. | 0.90 | 460.00 | $414.00 |
| 05/11/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/11/2021 | KSN | CA | Maintain document control. | 0.10 | 375.00 | $37.50 |
| 05/12/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/12/2021 | KSN | CA | Maintain document control. | 0.10 | 375.00 | $37.50 |
| 05/13/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/14/2021 | ARP | CA | Maintain document control. | 0.30 | 375.00 | $112.50 |
| 05/17/2021 | ARP | CA | Maintain document control. | 0.30 | 375.00 | $112.50 |

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 8 | |
| Alamo Drafthouse O.C.C. | | | | | | Invoice 128031 | |
| 03051    - 00002 | | | | | | May 31, 2021 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/18/2021 | ARP | CA | Maintain document control. | 0.20 | 375.00 | $75.00 |
| 05/18/2021 | KSN | CA | Maintain document control. | 0.10 | 375.00 | $37.50 |
| 05/19/2021 | KSN | CA | Maintain document control. | 0.10 | 375.00 | $37.50 |
| 05/20/2021 | ARP | CA | Maintain document control. | 0.40 | 375.00 | $150.00 |
| 05/21/2021 | ARP | CA | Maintain document control. | 0.40 | 375.00 | $150.00 |
| 05/21/2021 | BJS | CA | Review critical dates and discuss with La Asia Canty | 0.10 | 1295.00 | $129.50 |
| 05/24/2021 | ARP | CA | Maintain document control. | 0.40 | 375.00 | $150.00 |
| 05/24/2021 | KSN | CA | Maintain document control. | 0.10 | 375.00 | $37.50 |
| 05/25/2021 | ARP | CA | Maintain document control. | 0.30 | 375.00 | $112.50 |
| 05/26/2021 | ARP | CA | Maintain document control. | 0.30 | 375.00 | $112.50 |
| | | | | **8.80** | | **$3,654.00** |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2021 | BJS | CO | Review bar date order | 0.10 | 1295.00 | $129.50 |
| | | | | **0.10** | | **$129.50** |

### Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/21/2021 | CHM | CPO | Review letter re Alamo and email regarding the same S. Golden. | 0.20 | 750.00 | $150.00 |
| 05/14/2021 | BJS | CPO | Review YCST fee application | 0.10 | 1295.00 | $129.50 |
| 05/17/2021 | BJS | CPO | Review Portage fee application | 0.20 | 1295.00 | $259.00 |
| 05/18/2021 | BJS | CPO | Review Houlihan Lokey fee application | 0.10 | 1295.00 | $129.50 |
| | | | | **0.60** | | **$668.00** |

### Financing [B230]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/17/2021 | BJS | FN | Review LRC fee statement | 0.10 | 1295.00 | $129.50 |
| 05/25/2021 | BJS | FN | Review cash collateral (revised) order; various emails with M. Lunn regarding same | 0.40 | 1295.00 | $518.00 |
| 05/28/2021 | BJS | FN | Review cash collateral order and various emails with M. Lunn regarding same | 0.40 | 1295.00 | $518.00 |
| | | | | **0.90** | | **$1,165.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 9 |
| Alamo Drafthouse O.C.C. | | | | | Invoice 128031 | |
| 03051   - 00002 | | | | | May 31, 2021 | |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/03/2021 | LAF | GC | Update creditor website. | 0.50 | 475.00 | $237.50 |
| 05/28/2021 | LSC | GC | Update contact list and distribution list. | 0.20 | 460.00 | $92.00 |
| | | | | **0.70** | | **$329.50** |

### Hearing

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/02/2021 | RJF | HE | Prepare for sale hearing, including review of reply, objections, form of order, agenda, related emails. | 1.00 | 1395.00 | $1,395.00 |
| 05/03/2021 | RJF | HE | Prepare for sale hearing, including review of APA amendment, form of order. | 0.50 | 1395.00 | $697.50 |
| 05/03/2021 | RJF | HE | Attend sale hearing. | 0.70 | 1395.00 | $976.50 |
| 05/26/2021 | BJS | HE | Review agenda and discuss same with P. Hurwitz | 0.10 | 1295.00 | $129.50 |
| 05/26/2021 | BJS | HE | Attend status hearing | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | HE | Various emails with M. Lunn regarding emergency hearing | 0.10 | 1295.00 | $129.50 |
| 05/26/2021 | BJS | HE | Attention to second and third status conferences | 0.20 | 1295.00 | $259.00 |
| 05/26/2021 | BJS | HE | Review emergency agenda for May 27 and discuss with La Asia Canty | 0.10 | 1295.00 | $129.50 |
| | | | | **2.90** | | **$3,975.50** |

### Operations [B210]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/17/2021 | BJS | OP | Various emails with Debtors regarding bank accounts | 0.10 | 1295.00 | $129.50 |
| 05/20/2021 | BJS | OP | Various emails with B. Feldman regarding KERP/KEIP | 0.10 | 1295.00 | $129.50 |
| | | | | **0.20** | | **$259.00** |

### PSZ&J Compensation

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/26/2021 | LSC | PC | Begin preparation of March/April fee statement. | 2.80 | 460.00 | $1,288.00 |
| 05/28/2021 | LSC | PC | Continued preparation of March/April fee statement. | 1.30 | 460.00 | $598.00 |
| | | | | **4.10** | | **$1,886.00** |

### Plan & Disclosure Stmt. [B320]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/03/2021 | BJS | PD | Review ballot | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP  
Alamo Drafthouse O.C.C.  
03051   -00002  

Page: 10  
Invoice 128031  
May 31, 2021  

|   |   |   |   | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 05/04/2021 | BJS | PD |   | Various emails with Debtors regarding exit | 0.30 | 1295.00 | $388.50 |
| 05/07/2021 | BJS | PD |   | Teleconference with M. Lunn/Robert J. Feinstein regarding exit | 0.20 | 1295.00 | $259.00 |
|   |   |   |   |   | 0.60 |   | $777.00 |

**PSZ&J Retention**

| 04/27/2021 | CHM | PR | Review email from S. Golden re retention confidential information motion, and reply. | 0.10 | 750.00 | $75.00 |
|---|---|---|---|---|---|---|
| 04/29/2021 | CHM | PR | Emails with P. Dundon, B. Sandler, and T. Fox re retention and finalization of orders (.6); telephone conference with T. Fox (.1). | 0.70 | 750.00 | $525.00 |
| 05/05/2021 | KKY | PR | Serve [signed] PSZJ retention order | 0.10 | 460.00 | $46.00 |
|   |   |   |   | 0.90 |   | $646.00 |

**Ret. of Prof./Other**

| 04/29/2021 | CHM | RPO | Email P. Hurwitz re supplemental declaration. | 0.10 | 750.00 | $75.00 |
|---|---|---|---|---|---|---|
|   |   |   |   | 0.10 |   | $75.00 |

**Schedules/Sofa**

| 04/21/2021 | CHM | SFA | Review and edit summary of schedules and SOFAs memo and email same to R. Feinstein and B. Sandler. | 1.50 | 750.00 | $1,125.00 |
|---|---|---|---|---|---|---|
|   |   |   |   | 1.50 |   | $1,125.00 |

**Stay Litigation [B140]**

| 05/19/2021 | BJS | SL | Review Ocanas lift stay motion | 0.30 | 1295.00 | $388.50 |
|---|---|---|---|---|---|---|
|   |   |   |   | 0.30 |   | $388.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                           $29,100.00

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: | 11 |
| Alamo Drafthouse O.C.C. | | Invoice 128031 | |
| 03051   - 00002 | | May 31, 2021 | |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/18/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 03/18/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/18/2021 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 03/22/2021 | PO | 03051.00001 :Postage Charges for 03-22-21 | 342.50 |
| 03/23/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2021 | RE2 | SCAN/COPY ( 158 @0.10 PER PG) | 15.80 |
| 03/23/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/23/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/29/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 03/29/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 03/29/2021 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/30/2021 | RE | ( 81 @0.10 PER PG) | 8.10 |
| 03/30/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2021 | PO | 03051.00001 :Postage Charges for 04-02-21 | 8.80 |
| 04/02/2021 | PO | 03051.00001 :Postage Charges for 04-02-21 | 8.80 |
| 04/02/2021 | PO | 03051.00001 :Postage Charges for 04-02-21 | 206.70 |
| 04/02/2021 | PO | 03051.00001 :Postage Charges for 04-02-21 | 30.00 |
| 04/02/2021 | PO | 03051.00001 :Postage Charges for 04-02-21 | 1.20 |
| 04/02/2021 | PO | 03051.00001 :Postage Charges for 04-02-21 | 32.40 |
| 04/09/2021 | FE | 03051.00001 FedEx Charges for 04-09-21 | 114.78 |
| 04/09/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/09/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/13/2021 | TR | Transcript [E116] Reliable, Inv. WL098312, LSC | 44.40 |
| 04/15/2021 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 04/15/2021 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 04/19/2021 | CC | Conference Call [E105] Loop Up Conference Call, BJS | 0.07 |
| 05/03/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/03/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/03/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/03/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/03/2021 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 05/03/2021 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |

Pachulski Stang Ziehl & Jones LLP          Page:    12
Alamo Drafthouse O.C.C.                    Invoice 128031
03051    - 00002                           May 31, 2021

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/03/2021 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/03/2021 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 05/05/2021 | RE  | ( 81 @0.10 PER PG) | 8.10 |
| 05/05/2021 | RE  | ( 108 @0.10 PER PG) | 10.80 |
| 05/05/2021 | RE  | ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2021 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 05/06/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/06/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/06/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/06/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/06/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/06/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/06/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/06/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/06/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/06/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/06/2021 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 05/06/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/19/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 05/31/2021 | PAC | Pacer - Court Research | 95.50 |

**Total Expenses for this Matter**          **$975.25**

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 13 |
| Alamo Drafthouse O.C.C. | Invoice 128031 |
| 03051   - 00002 | May 31, 2021 |

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:** 05/31/2021

| | |
|---|---:|
| **Total Fees** | $29,100.00 |
| **Total Expenses** | 975.25 |
| **Total Due on Current Invoice** | $30,075.25 |

**Outstanding Balance from prior invoices as of** 05/31/2021  (May not include recent payments)

| **A/R Bill Number** | **Invoice Date** | **Fees Billed** | **Expenses Billed** | **Balance Due** |
|---|---|---|---|---|
| 127832 | 04/30/2021 | $201,667.00 | $1,839.78 | $40,333.40 |

**Total Amount Due on Current and Prior Invoices:**  $70,408.65