UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC | Case No.: 21-10474-MFW |
| | Ref. Docket No. 526 |
| Debtor. | |

ORDER APPROVING FIRST AND FINAL FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LUIS SALAZAR, ESQ., CONSUMER PRIVACY OMBUDSMAN FOR THE PERIOD OF APRIL 2, 2021, THROUGH MAY 31, 2021

**THIS MATTER** having come before the Court upon the *First and Final Application for Compensation and Reimbursement of Expenses of Luis Salazar, Esq., Consumer Privacy Ombudsman for the Period of April 2, 2021 Through May 31, 2021* (the "**Fee Application**") [ECF No. 526] filed by Luis Salazar in his capacity as Consumer Privacy Ombudsman, seeking (i) allowance and award, on a *final basis*, professional fees in the amount of **$17,418.00** and reimbursement of expenses in the amount of **$148.00**, for a total amount of **$17,566.00** for the period of **April 2, 2021 through May 31, 2021**; and (ii) authorization for payment of fees in the amount of **$17,418.00** and reimbursement of expenses in the amount of **$148.00**, for a total amount of **$17,566.00** for the period of **April 2, 2021 through May 31, 2021**, representing the total amount of fees and expenses incurred by the Consumer Privacy Ombudsman.

Upon adequate notice to all parties in interest in compliance with this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 162] (the "**Compensation Order**"), dated March 29, 2021, and the requirements of sections 327(a) and 328(a) of the Bankruptcy Code, that notice of the Fee Application was appropriate; the Court having considered all papers submitted, and after due deliberation and sufficient and good cause being shown:

**IT IS ORDERED** that:

1. The Fee Application is **APPROVED** as set forth herein.

2. The Consumer Privacy Ombudsman is allowed and awarded, on a *final basis,* professional fees in the amount of **$17,418.00** and reimbursement of expenses in the amount of **$148.00,** for a total amount of **$17,566.00** for the period of **April 2, 2021 through May 31, 2021.**

3. The Debtor is authorized and directed to make direct and immediate payment of **$17,566.00,** representing the fees and expenses allowed and awarded to the Consumer Privacy Ombudsman, pursuant to this Order and the Compensation Order.

4. This Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: July 12th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE