# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 313, 436, 472, 473, 474 & 514 |

## CERTIFICATION OF COUNSEL REGARDING FURTHER REVISED BRIEFING SCHEDULE AND RESCHEDULED HEARING DATE

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On May 3, 2021, the Court entered the *Order (A) Authorizing and Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and other interests, (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [D.I. 436] (the "**Sale Order**") establishing a briefing schedule for the *Limited Objection to Debtors' Motion to Approve the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances* [D.I. 313] (the "**La Cantera Objection**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

28347342.1

2. On May 18, 2021, the Debtors concurrently filed a response to the La Cantera Objection [D.I. 472] and the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject the Declaration of Protective Covenants and Common Area Maintenance Agreement* [D.I. 473] (the "**Rejection Motion**"). The prepetition lenders, the lenders under the DIP credit facility, and ALMO Holdings, LLC (collectively, the "**Purchaser**"), filed their *Joinder to Debtors' Response to the Cantera's Limited Sale Objection* [D.I. 474] (the "**Joinder**").

3. On June 2, 2021, the Court entered an order [D.I. 514] (the "**Scheduling Order**") modifying the briefing schedule set forth in the Sale Order, by agreement of the parties.

4. Counsel for the Debtors, Purchaser, and La Cantera Crossing Retail, LLC and La Cantera Development Company (together, "**Cantera Crossing**") have engaged in discussions and negotiations to resolve the La Cantera Objection, Rejection Motion, and Joinder (together, the "**Cantera Contested Matter**"), and in furtherance of such discussions, the Parties wish to continue the hearing scheduled to consider the Cantera Contested Matter and modify the briefing schedule set forth in the Scheduling Order, such that the times for filing a response and a reply or sur-reply (and any briefs in support thereof) in connection with the Cantera Contested Matter would be further extended by forty-three (43) days, respectively.

5. Attached hereto as Exhibit 1 is a proposed scheduling order (the "**Proposed Scheduling Order**"), reflecting the agreement reached by counsel regarding the revised briefing schedule.

6. For the Court's convenience, below is a comparison of the proposed revised schedule to the schedule set forth in the Scheduling Order.

|  | **Original Date** | **Proposed Date** |
|---|---|---|
| **Deadline for Cantera Crossing to respond to Debtors' or Purchasers' motion, brief, or reply** | July 13, 2021 | August 25, 2021 |
| **Deadline for Debtors and Purchasers to file reply or sur-reply** | July 20, 2021 | September 1, 2021 |
| **Hearing** | July 27, 2021, at 10:30 a.m. (ET) | September 8, 2021, at 10:30 a.m. (ET) |

7.  The Debtors have provided notice to the United States Trustee for the District of Delaware and the Official Committee of Unsecured Creditors, neither of which objects to entry of the Proposed Scheduling Order. The undersigned respectfully submits that no other or further notice is required.

8.  The undersigned respectfully requests that the Court consider and enter the Proposed Scheduling Order at the Court's earliest convenience, without further notice or hearing.

Dated:  July 12, 2021
        Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Betsy L. Feldman*
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
1000 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

28347342.1

# EXHIBIT 1

**Proposed Scheduling Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 313, 436, 472, 473, 474 & ___ |

## SCHEDULING ORDER FOR CANTERA CROSSING CONTESTED MATTER

Upon consideration of the *Certification of Counsel Regarding Further Revised Briefing Schedule and Rescheduled Hearing Date*;[2] and upon review of such certification, the *Limited Objection to Debtors' Motion to Approve the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances* [D.I. 313] (the "**La Cantera Objection**"), the Debtors' response to the La Cantera Objection [D.I. 472], the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject the Declaration of Protective Covenants and Common Area Maintenance Agreement* [D.I. 473] (the "**Rejection Motion**"), and the *Joinder to Debtors' Response to the Cantera's Limited Sale Objection* [D.I. 474] (the "**Joinder**" and together with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

28347352.1

La Cantera Objection and Rejection Motion, the "**Cantera Crossing Contested Matter**"); and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The deadline for La Cantera Crossing Retail, LLC and La Cantera Development Company (together, "**Cantera Crossing**") to respond to the Rejection Motion and Joinder shall be August 25, 2021 at 4:00 p.m. (ET).

2. The deadline for the Debtors and the Purchaser (collectively with Cantera Crossing, the "**Parties**") to file any reply shall be September 1, 2021 at 4:00 p.m. (ET).

3. The Court shall conduct a hearing on the Cantera Crossing Contested Matter on September 8, 2021 at 10:30 a.m. (ET).

4. Counsel for the Debtors shall immediately notify Chambers upon the settlement, dismissal, or other resolution of this contested matter and shall file with the Court appropriate documentation of such resolution as soon thereafter as is feasible.

5. Notwithstanding this Order, the Parties' rights, defenses, and arguments related to the Cantera Crossing Contested Matter are otherwise preserved.

6. The briefing deadlines and provisions contained in this Scheduling Order may be further extended or modified by the Court by consent of the parties pursuant to stipulation, which stipulation must be filed with the Court under certification of counsel.

7. The Debtors shall serve this Scheduling Order on the Purchaser and Cantera Crossing within five (5) business days after the entry of this Order.