IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: Docket Nos. 290, 523** |

## ORDER AUTHORIZING RETENTION OF DUNDON ADVISERS LLC AS FINANCIAL ADVISER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing the Committee to retain Dundon Advisers LLC, together with its wholly-owned subsidiaries ("**Dundon**"), as financial adviser; and upon reviewing and considering the Application and the Declaration of Peter Hurwitz (the "**Hurwitz Declaration**"); and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it appearing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Hurwitz Declaration, Dundon represents no interests adverse to the Debtors' estates or their creditors, Dundon is a disinterested person under section 101(14) of the Bankruptcy Code, and Dundon's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor; **IT IS HEREBY ORDERED THAT:**

1. The Application shall be, and hereby is, granted and approved as set forth herein.

2. In accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain Dundon, effective as of March 19, 2021, as its financial advisor on the terms set forth in the Application.

3. Dundon shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware ("**Bankruptcy Local Rules**"), as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

4. Dundon shall comply in all respects with the fee and expense guidelines set forth in the Bankruptcy Local Rules, including Bankruptcy Local Rule 2016-1.

5. Dundon is entitled to reimbursement of actual and necessary expenses, including legal fees related to this Application and future fee applications as approved by the Court. Notwithstanding anything to the contrary in the Application or engagement letter, Dundon shall not seek reimbursement of any fees incurred defending any of Dundon's fee applications in these cases.

6. The Committee and Dundon are authorized to take all actions necessary to

effectuate the relief granted pursuant to this Order in accordance with the Application.

7. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Bankruptcy Local Rules are satisfied by the contents of the Application.

8. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

**Dated: July 15th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:233598.3 03051/002