# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 563** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO              )
                           ) ss.:
COUNTY OF FRANKLIN         )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 7, 2021, I caused to be served the "Order Approving First and Final Application for Allowance of Compensation for Services Rendered by Keen-Summit Capital Partners LLC as Real Estate Advisor to the Debtors," dated July 1, 2021 [Docket No. 563], by causing a true and correct copy to be:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          */s/ Angela Chachoff*
          Angela Chachoff

Sworn to before me this
8th day of July, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

# Exhibit A

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY – IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

**Exhibit B**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
|---|---|---|
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | TARR@BLANKROME.COM; GUILFOYLE@BLANKROME.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | IWALKER@COLESCHOTZ.COM |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | THORAN@COZEN.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US |
| DENVER CITY ATTORNEY'S OFFICE | ATTN: ROBERT A. MCDERMOTT, ASST. CITY ATTORNEY | BANKRUPTCY01@DENVERGOV.ORG |
| DISTRICT OF DELAWARE | | USADE.PRESS@USDOJ.GOV |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | STUART.BROWN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | JAMILA.WILLIS@US.DLAPIPER.COM; GREGORY.JUELL@US.DLAPIPER.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | MBUSENKELL@GSBBLAW.COM |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | JSHRUM@JSHRUMLAW.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | LANDIS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; JENNER@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | SKAUFMAN@SKAUFMANLAW.COM |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | RRYAN@LEWISREEDALLEN.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | ATTN: JACK E. JACOBSEN | JJACOBSEN@LOCKELORD.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | KBUCK@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | TLEDAY@MVBALAW.COM |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMCHORSE@MCGINNISLAW.COM |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | RMERSKY@MONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KIMBERLY A. WALSH; SHERRI K. SIMPSON | BK-KWALSH@OAG.TEXAS.GOV; SHERRI.SIMPSON@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | | USTRUSTEE.PROGRAM@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM; RFEINSTEIN@PSZJLAW.COM; CMACKLE@PSZJLAW.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ECOBB@PBFCM.COM |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | SKATONA@POLSINELLI.COM; ANAZAR@POLSINELLI.COM |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | MWEINER@POYNERSPRUILL.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | BBLACKWELL@PROSKAUER.COM |
| REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | MHOUSTON@REEDSMITH.COM; CRIVAS@REEDSMITH.COM |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | GREGG.GALARDI@ROPESGRAY.COM; CRISTINE.SCHWARZMAN@ROPESGRAY.COM |
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ. | LUIS@SALAZAR.LAW |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | MARK.MINUTI@SAUL.COM |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; DOSDOC_BANKRUPTCY@STATE.DE.US |
| SECURITIES & EXCHANGE COMMISSION | | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | MARK.CARDER@STINSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | WHAZELTINE@SHA-LLC.COM |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | LSBOUYEA@VENABLE.COM |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | ERIC.TAUBE@WALLERLAW.COM |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | ANDREW.GOLDMAN@WILMERHALE.COM; BENJAMIN.LOVELAND@WILMERHALE.COM |
| | | Count: 71 |