## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS<br>HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br>Jointly Administered<br><br>**Re: Docket No. 578** |

## CERTIFICATION OF NO OBJECTION REGARDING
## SECOND MONTHLY APPLICATION FOR COMPENSATION AND
## REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES
## LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021
## (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period May 1, 2021 through May 31, 2021* (the "Application") filed on July 8, 2021 [Docket No. 578].  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the notice of

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

Application, objections to the Application were to be filed and served no later than July 22, 2021 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 162] entered on March 29, 2021, the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $23,280.00 which represents 80% of the fees ($29,100.00) and $975.25 which represents 100% of the expenses requested in the Application, for the period from May 1, 2021 through May 31, 2021, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:  July 23, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Steven W. Golden (NY Bar No. 5374152)
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:     bsandler@pszjlaw.com
               sgolden@pszjlaw.com

- and -

Robert J. Feinstein (NY Bar No. 1767805)
Cia H. Mackle (FL Bar No. 0026471)
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone:     (212) 561-7700
Facsimile:      (212) 561-7777
Email:     rfeinstein@pszjlaw.com
               cmackle@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*