## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 591** |

## <u>CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 591</u>

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Settlement Agreement and Release by and between the Debtors and the Paschich Parties* [Docket No. 591] (the "**Motion**") filed on July 15, 2021.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on August 10, 2021.

It is hereby respectfully requested that the form of order filed in connection with the Motion be entered at the earliest convenience of the Court.

---

[1]	The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

Dated:  August 11, 2021          YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

        */s/ Betsy L. Feldman*
        M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
        Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
        Kenneth J. Enos (No. 4544) (kenos@ycst.com)
        Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
        Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
        1000 N. King Street
        Wilmington, Delaware 19801
        Telephone:  (302) 571-6600
        Facsimile:  (302) 571-1253

        *Counsel to the Debtors and Debtors in Possession*

28465019.1