IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, INC., *et al.*, | Case No. 21-10474 (MFW) (Jointly Administered) |
| Debtors. | Related to Docket Nos. 700 and 704 |

**ORDER REGARDING MOTION OF MELISSA QUATTRONE TO
ENLARGE TIME TO FILE A PROOF OF CLAIM**

Upon the motion (the "Motion") of Claimant Melissa Quattrone ("Claimant"), for an Order enlarging the time for Claimant to file the proof of claim attached to the Motion, it is on this _____, day of _____, 2021;

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that the Claimant is permitted to file the proof of claim that will be considered as timely filed; and it is further

ORDERED that nothing in this Order shall prejudice the Debtors' rights to object to any proof of claim filed by or on behalf of the Claimant on any and all grounds, except the timeliness of such proof of claim; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from and related to this Motion and the implementation of this Order.

**Dated: September 10th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**