# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 764** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

DAVID RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager, by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2021, I caused to be served the "Debtors' Motion for Entry of an Order Further Extending the Exclusivity Periods for the Filing of a Chapter 11 Plan and the Solicitation of Acceptances Thereof," dated September 28, 2021 [Docket No. 764], by causing true and correct copies to be:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ David Rodriguez*
                                                                            David Rodriguez

Sworn to before me this
28th day of September, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

ALAMO DRAFTHOUSE CINEMA
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

**EXHIBIT B**

**Alamo Drafthouse Cinemas Holdings, LLC**
**Case No. 21-10474 (MFW)**
**Master Service List - Email List**

| NAME | ATTN: | EMAIL |
|---|---|---|
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | branchd@ballardspahr.com |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | Tarr@BlankRome.com; Guilfoyle@BlankRome.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | iwalker@coleschotz.com |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | thoran@cozen.com |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US |
| DENVER CITY ATTORNEY'S OFFICE | ATTN: ROBERT A. MCDERMOTT, ASST. CITY ATTORNEY | Bankruptcy01@denvergov.org |
| DISTRICT OF DELAWARE | | USADE.Press@usdoj.gov |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | mbusenkell@gsbblaw.com |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | Jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | ATTN: JACK E. JACOBSEN | jjacobsen@lockelord.com |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | kbuck@mccarter.com; shumiston@mccarter.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMcHorse@mcginnislaw.com |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KIMBERLY A. WALSH; SHERRI K. SIMPSON | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | AGBankDelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | | ustrustee.program@usdoj.gov |

| | | |
|---|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ecobb@pbfcm.com |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | cdale@proskauer.com |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | bblackwell@proskauer.com |
| REED SMITH LLP | ATTN: JASON D. ANGELO | jangelo@reedsmith.com |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| ROPES & GRAY LLP | ATTN: STEPHEN IACOVO | Stephen.Iacovo@@ropesgray.com |
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ. | Luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | mark.minuti@saul.com |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | | Help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; philadelphia@sec.gov |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | whazeltine@sha-llc.com |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | Jason.Starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | rkapoor@venable.com; lsbouyea@venable.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | eric.taube@wallerlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |