UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Filed: USBC - District of Delaware (COR)
Alamo Drafthouse Cinemas Holdings, LLC, et al
21-10474 (MFW)

AHC

0000000048

Case number 21-10506-MFW

In re: ALAMO LAKELINE, LLC

Taxpayer number: XXXXXXX1200

**RECEIVED**

DEC 17 2021

**LEGAL SERVICES**

WITHDRAWAL OF
CLAIM # 51
PRIORITY PROOF OF CLAIM

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 05/17/2021

2. TOTAL AMOUNT OF CLAIM: $ 140,034.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2021

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 12/06/2021

*Josh Mitchell*

JOSHUA CLAY MITCHELL
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/06/2021

ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, CLAIMS PROCESSING
CENTER C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4421
BEAVERTON OR 97076 0421

Re: Taxpayer # XXXXXXX7404
    Bankruptcy Case # 21-10474-MFW
    ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Josh Mitchell*

JOSHUA CLAY MITCHELL
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

COPY
Document Control

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528  •  Austin, TX 78711-3528

12/06/2021

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 21-10474-MFW

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX3568 | ALAMO AVENUE B, LLC | 21-10498 | 56 |
| XXXXXXX9086 | ALAMO SLAUGHTER LANE GP, LLC | 21-10499 | 55 |
| XXXXXXX5706 | ALAMO SLAUGHTER LANE, LTD. | 21-10500 | 54 |
| XXXXXXX4526 | ALAMO CINEMA GROUP I GP, LLC | 21-10501 | 53 |
| XXXXXXX9069 | ALAMO ASPEN GROVE, LLC | 21-10505 | 52 |
| XXXXXXX1200 | ALAMO LAKELINE, LLC | 21-10506 | 51 |



Form 00-865 (Rev.8-19)

Document Control

**CERTIFIED MAIL**

2S
41

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

USPS CERTIFIED MAIL

9214 8901 9403 8361 0267 03

ALAMO DRAFTHOUSE CINEMAS HOLDINGS LLC CLAIMS PROCESSING
CENTER C/O EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4421
BEAVERTON OR 97076-0421

RECEIVED
DEC 17 2021
LEGAL SERVICES

COPY
Document Control



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701
02 4W
0000372130 DEC 09 2021
US POSTAGE ~ PITNEY BOWES
$ 007.36