

**DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224**



Filed: USBC - District of Delaware    (COR)
Alamo Drafthouse Cinemas Holdings, LLC, et al
21-10474 (MFW)

AHC

0000000049

Small Business Self-Employed Division

December 1, 2021

RECEIVED
DEC 15 2021
LEGAL SERVICES

Alamo League Investments LTD.
c/o Epiq Corporate Restructuring, LLC
777 Third Avenue, 12th Floor
New York, NY 10017

Re: Alamo League Investments LTD.

To Whom It May Concern:

Please withdraw claim #28 filed by the Department of the Treasury/Internal Revenue Service on March 30, 2021.

If you have any questions, you may call me at (443) 853-5362 or you may write to me at Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201.

Sincerely,

22DCB  Digitally signed by 22DCB
       Date: 2021.12.01 13:46:10 -05'00'

Hope Agent
Bankruptcy Specialist

**Internal Revenue Service**
SB/SE, Insolvency
Room 1150
31 Hopkins Plaza
Baltimore, MD 21201-2852

Official Business
Penalty for Private Use, $300

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

FILED / RECEIVED
DEC 15 2021
EPIQ