UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION



Filed: USBC - District of Delaware    (COR)
Alamo Drafthouse Cinemas Holdings, LLC, et al
21-10474 (MFW)

**AHC**

0000000029

Case number  21-10485-MFW

In re:  ALAMO RITZ, LLC

Taxpayer number:  XXXXXXX2613

RECEIVED

DEC 1 4 2021

LEGAL SERVICES

### WITHDRAWAL OF
### CLAIM # 84
### PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1.  DATE OF CLAIM:  05/21/2021

2.  TOTAL AMOUNT OF CLAIM:  $ 143,290.00
FRANCHISE TAX CH. 171

3.  DATE DEBT WAS INCURRED:  01/01/2021

4.  THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/06/2021

*Josh Mitchell*

JOSHUA CLAY MITCHELL
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528  •  Austin, TX 78711-3528

12/06/2021

ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, CLAIMS PROCESSING
CENTER C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4421
BEAVERTON OR 97076 0421

Re: Taxpayer # XXXXXXX7404
    Bankruptcy Case # 21-10474-MFW
    ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s).  Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Josh Mitchell*

JOSHUA CLAY MITCHELL
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 · Austin, TX 78711-3528

12/06/2021

Addendum for Jointly Administered Cases

Re:  Lead Bankruptcy Case # 21-10474-MFW

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX3094 | ALAMO SOUTH LAMAR GP, LLC | 21-10479 | 88 |
| XXXXXXX5030 | ALAMO SOUTH LAMAR, LP | 21-10480 | 81 |
| XXXXXXX5292 | ALAMO DH ANDERSON LANE, LLC | 21-10482 | 82 |
| XXXXXXX8277 | ALAMO MISSION, LLC | 21-10484 | 83 |
| XXXXXXX2613 | ALAMO RITZ, LLC | 21-10485 | 84 |

Form 00-865 (Rev.8-19)

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701



**USPS CERTIFIED MAIL**

9214 8901 9403 8361 0304 72

ALAMO DRAFTHOUSE CINEMAS HOLDINGS LLC CLAIMS PROCESSING
CENTER C/O EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4421
BEAVERTON OR 97076-0421

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 78701  $ 007.36⁰
02 4W
0000372130 DEC 09 2021

RECEIVED
DEC 1 4 2021
LEGAL SERVICES