UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

**RECEIVED**

DEC 16 2021

LEGAL SERVICES

Case number 21-10497-MFW

In re: ALAMO NORTH SA, LLC

Taxpayer number: XXXXXXX8566

WITHDRAWAL OF
CLAIM # 57
PRIORITY PROOF OF CLAIM

Filed: USBC - District of Delaware (COR)
Alamo Drafthouse Cinemas Holdings, LLC, et al
21-10474 (MFW)

AHC    0000000042

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 05/17/2021

2. TOTAL AMOUNT OF CLAIM: $ 165,212.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2021

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 12/06/2021

*Josh Mitchell* (signature)

JOSHUA CLAY MITCHELL
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/06/2021

ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, CLAIMS PROCESSING
CENTER C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4421
BEAVERTON OR 97076 0421

Re: Taxpayer # XXXXXXX7404
    Bankruptcy Case # 21-10474-MFW
    ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

    Office of the Attorney General
    Bankruptcy & Collections Division MC-008
    P.O. Box 12548
    Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Josh Mitchell*

JOSHUA CLAY MITCHELL
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

**COPY**

Document Control

Enclosure

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

12/06/2021

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 21-10474-MFW

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX9391 | ALAMO MUELLER, LLC | 21-10486 | 85 |
| XXXXXXX0628 | MONDO TEES, LLC | 21-10487 | 86 |
| XXXXXXX9232 | ALAMO CITY POINT, LLC | 21-10490 | 61 |
| XXXXXXX0302 | ALAMO SATOWN, LLC | 21-10492 | 59 |
| XXXXXXX0336 | ALAMO PARK NORTH, LLC | 21-10496 | 58 |
| XXXXXXX8566 | ALAMO NORTH SA, LLC | 21-10497 | 57 |

Form 00-865 (Rev.8-19)



Document Control



**CERTIFIED MAIL**

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

USPS CERTIFIED MAIL



9214 8901 9403 8361 0320 01

ALAMO DRAFTHOUSE CINEMAS HOLDINGS LLC CLAIMS PROCESSING
CENTER C/O EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4421
BEAVERTON OR 97076-0421

# COPY
Document Control

**RECEIVED**

DEC 16 2021

**LEGAL SERVICES**

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



ZIP 78701
02 4W
0000372130DEC 09 2021
US POSTAGE $007.36°