## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ALAMO DRAFTHOUSE CINEMAS | § | |
| HOLDINGS, LLC | § | |
| | § | CASE NO. 21-10474 |
| DEBTOR | § | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

NOW COMES Bexar County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in Alamo Westlakes, LLC, Case No. 21-10495. Bexar County filed its secured claim on March 11, 2021, in the amount of $31,923.54, which claim is designated as claim number 3 with the claim agent. Claim number 3 was amended and superseded by the filing of claim number 10231. Therefore, Bexar County hereby withdraws its claim number 3.

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2022, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties hereto.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By: __/s/ Don Stecker__
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Attorney for Bexar County

1