**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ALAMO DRAFTHOUSE CINEMAS | § | |
| HOLDINGS, LLC | § | |
| | § | CASE NO. 21-10474 |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

NOW COMES Bexar County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in Alamo North SA, LLC, Case No. 21-10497. Bexar County filed its secured claim on March 23, 2021, in the amount of $139,015.95, which claim is designated as claim number 20 with the claim agent. Claim number 20 was amended and superseded by the filing of claim number 10232. Therefore, Bexar County hereby withdraws its claim number 20.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2022, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties hereto.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:     /s/ Don Stecker
        David G. Aelvoet (SBN 00786959)
        Don Stecker (SBN 19095300)
        Attorney for Bexar County

1