# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,[1]<br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br>Jointly Administered<br><br>**Re: Docket No. 1010** |

**CERTIFICATION OF NO OBJECTION REGARDING
SEVENTH MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021</u>
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2021 through October 31, 2021* (the "<u>Application</u>") filed on January 31, 2022 [Docket No. 1010]. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

the notice of Application, objections to the Application were to be filed and served no later than February 14, 2022 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 162] entered on March 29, 2021, the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $11,871.60 which represents 80% of the fees ($14,839.50) and $89.50 which represents 100% of the expenses requested in the Application, for the period from October 1, 2021 through October 31, 2021, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: February 15, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Steven W. Golden (NY Bar No. 5374152)
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:   bsandler@pszjlaw.com
             sgolden@pszjlaw.com

- and -

Robert J. Feinstein (NY Bar No. 1767805)
Cia H. Mackle (FL Bar No. 0026471)
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:   rfeinstein@pszjlaw.com
             cmackle@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*