**EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Counsel to the Debtors<br>9/1/21 – 11/30/21 | $50,443.00 | $224.33 |
| Portage Point Partners, LLC<br>Financial Advisor to the Debtors<br>9/1/21 – 11/30/21 | $65,546.50 | $0.00 |