## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
|  | (Jointly Administered) |
| Debtors.[1] |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR REMOTE HEARING ON FEBRUARY 22, 2022 AT 10:30 A.M. (ET)

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT**

## RESOLVED MATTER

1.    Third Interim Fee Applications

Response/Objection Deadline:        February 3, 2022 at 4:00 p.m. (ET) for the Debtors' Professionals and February 14, 2022 at 4:00 p.m. (ET) for Pachulski Stang Ziehl & Jones LLP

Responses/Objections Received:        None

Related Pleadings:        See **Exhibit A** attached hereto

A.    Certificate of No Objection Regarding Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2021 through November 30, 2021 [D.I. 1022, 2/15/22]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

B.      Certification of Counsel Regarding Proposed Omnibus Order Approving Third Interim Fee Requests of Debtors' Professionals [D.I. 1024, 2/16/22]

C.      Order Granting Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2021 Through November 30, 2021 [D.I. 1023, 2/16/22]

D.      Omnibus Order Approving Third Interim Fee Requests of Debtors' Professionals [D.I. 1026, 2/16/22]

Status:     Orders have been entered.


Dated:  February 17, 2022          YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

                                   */s/ Jared W. Kochenash*
                                   M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
                                   Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
                                   Kenneth J. Enos (No. 4544) (kenos@ycst.com)
                                   Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
                                   1000 N. King Street
                                   Wilmington, Delaware 19801
                                   Telephone:  (302) 571-6600
                                   Facsimile:  (302) 571-1253

                                   *Counsel to the Debtors and Debtors in Possession*

29103190.1

<u>**EXHIBIT A**</u>

<u>**THIRD INTERIM FEE APPLICATIONS**</u>

**A. Young Conaway Stargatt & Taylor, LLP**

1. Seventh Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From September 1, 2021 Through September 30, 2021 [D.I. 823, 10/27/21]

2. Certificate of No Objection [D.I. 831, 11/12/21]

3. Eighth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From October 1, 2021 Through October 31, 2021 [D.I. 829, 11/9/21]

4. Certificate of No Objection [D.I. 880, 11/24/21]

5. Ninth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From November 1, 2021 Through November 30, 2021 [D.I. 894, 12/14/21]

6. Certificate of No Objection [D.I. 934, 12/30/21]

7. Third Interim Fee Requests of Debtors' Professionals [D.I. 968, 1/20/22]

**B. Portage Point Partners LLC**

1. Seventh Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From September 1, 2021 Through September 30, 2021 [D.I. 824, 10/27/21]

2. Certificate of No Objection [D.I. 832, 11/12/21]

3. Eighth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From October 1, 2021 Through October 31, 2021 [D.I. 843, 11/22/21]

4. Certificate of No Objection [D.I. 885, 12/7/21]

5.  Ninth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From November 1, 2021 Through November 30, 2021 [D.I. 895, 12/14/21]

6.  Certificate of No Objection [D.I. 935, 12/30/21]

7.  Third Interim Fee Requests of Debtors' Professionals [D.I. 968, 1/20/22]

**C. Pachulski Stang Ziehl & Jones LLP**

1.  Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2021 through September 30, 2021 [D.I. 1009, 1/31/22]

2.  Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2021 through October 31, 2021 [D.I. 1010, 1/31/22]

3.  Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2021 through November 30, 2021 [D.I. 1011, 1/31/22]

4.  Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2021 through November 30, 2021 [D.I. 1012, 1/31/22]

5.  Certificate of No Objection [D.I. 1019, 2/15/22]

6.  Certificate of No Objection [D.I. 1020, 2/15/22]

7.  Certificate of No Objection [D.I. 1021, 2/15/22]

8.  Certificate of No Objection [D.I. 1022, 2/15/22]