# Exhibit A

## Purchased Contracts Schedule – Unexpired Lease

| Counterparty | Agreement Name | Cure Cost |
|---|---|---|
| Alamo Drafthouse Cinemas Baker, LLC | Office Lease (as amended by the Second Amendment to Lease, dated May 2021) (Address:  3908 Avenue B, Austin, Texas 78751) | $1,146,000 |