

RECEIVED

FEB 2 3 2022

LEGAL SERVICES

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528  •  Austin, TX 78711-3528

Filed: USBC - District of Delaware    (COR)
Alamo Drafthouse Cinemas Holdings, LLC, et al
21-10474 (MFW)

**AHC**



0000000052

02/17/2022

ALAMO DRAFTHOUSE CINEMAS HOLDINGS LLC, CLAIMS PROCESSING CTR.
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4421
BEAVERTON OR 97076 0421


Re: Taxpayer # XXXXXXX0336
    Bankruptcy Case # 21-10496-MFW
    ALAMO PARK NORTH, LLC

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548


Thank you for your cooperation in this matter.

Sincerely,

*Lydia Hewett*

LYDIA H HEWETT
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division


Enclosure


Form VT-360 (Rev.8-19/7)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  21-10496-MFW

In re:  ALAMO PARK NORTH, LLC

Taxpayer number:  XXXXXXX0336

WITHDRAWAL OF
CLAIM # 127
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1.  DATE OF CLAIM: 08/09/2021

2.  TOTAL AMOUNT OF CLAIM:  $ 305,209.24
SALES AND USE TAX CH. 151,(321,322,323)

3.  DATE DEBT WAS INCURRED:  04/01/2018 to 02/28/2021

4.  THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/17/2022

*Lydia Hewett*

LYDIA H HEWETT
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)



UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  21-10496-MFW

In re:  ALAMO PARK NORTH, LLC

Taxpayer number:  XXXXXXX0336

WITHDRAWAL OF
CLAIM # 127
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM:  08/09/2021

2. TOTAL AMOUNT OF CLAIM:  $ 305,209.24
SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED: _04/01/2018 to 02/28/2021

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  02/17/2022

*Lydia Hewett*

LYDIA H HEWETT
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

USPS CERTIFIED MAIL



9214 8901 9403 8366 8464 50

ALAMO DRAFTHOUSE CINEMAS HOLDINGS LLC CLAIMS PROCESSING CTR
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4421
BEAVERTON OR 97076-0421



OFFICIAL BUSINESS
STATE OF TEXAS

US POSTAGE ᴾᴹ PITNEY BOWES

ZIP 78701
02 4W
0000376979 FEB. 18. 2022

$ 006.13⁰

RECEIVED

FEB 2 3 2022

LEGAL SERVICES

9707630421 B900