RECEIVED
FEB 2 3 2022
LEGAL SERVICES

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

P.O. Box 13528 • Austin, TX 78711-3528

Filed: USBC - District of Delaware    (COR)
Alamo Drafthouse Cinemas Holdings, LLC, et al
21-10474 (MFW)

AHC

0000000051

02/17/2022

ALAMO DRAFTHOUSE CINEMAS HOLDINGS LLC, CLAIMS PROCESSING CTR
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4421
BEAVERTON OR 97076 0421

Re: Taxpayer # XXXXXXX0336
    Bankruptcy Case # 21-10496-MFW
    ALAMO PARK NORTH, LLC

Enclosed is the State of Texas' notice(s) of withdrawal for a Post-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Sincerely,

*Lydia Hewett*

LYDIA H HEWETT
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number 21-10496-MFW

In re: ALAMO PARK NORTH, LLC

Taxpayer number: XXXXXXX0336

WITHDRAWAL OF
CLAIM # 128
-ADMINISTRATIVE EXPENSE CLAIM

Name of Creditor: Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to: Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM AND REQUEST: 08/09/2021

2. TOTAL AMOUNT OF CLAIM AND REQUEST: $ 24,710.06
SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED: 06/01/2021 to 08/02/2021

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/17/2022

*[signature: Lydia Hewett]*

LYDIA H HEWETT
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)


RETURN COPY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number 21-10496-MFW

In re: ALAMO PARK NORTH, LLC

Taxpayer number: XXXXXXX0336

## WITHDRAWAL OF
## CLAIM # 128
## ADMINISTRATIVE EXPENSE CLAIM

Name of Creditor: Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to: Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM AND REQUEST: 08/09/2021

2. TOTAL AMOUNT OF CLAIM AND REQUEST: $ 24,710.06
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED: 06/01/2021 to 08/02/2021

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/17/2022

*Lydia Hewett*
LYDIA H HEWETT
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

USPS CERTIFIED MAIL



9214 8901 9403 8366 8473 89

ALAMO DRAFTHOUSE CINEMAS HOLDINGS LLC, CLAIMS PROCESSING CTR
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4421
BEAVERTON OR 97076 0421

**CERTIFIED MAIL**™

OFFICIAL BUSINESS
STATE OF TEXAS

US POSTAGE PITNEY BOWES
ZIP 78701 $006.13
02 4W
0000376979 FEB. 18. 2022

RECEIVED
FEB 2 3 2022
LEGAL SERVICES

RECEIVED
FEB 2 3 2022
LEGAL SERVICES

9707630421 B900