# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 1074-1075** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                                     ) ss.:
COUNTY OF FRANKLIN )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2022, I caused to be served the following:

    a. "Order Further Extending the Exclusivity Periods for Filing a Chapter 11 Plan and Solicitation of Acceptances Thereof," dated March 4, 2022 [Docket No. 1074], (the "Extending Order"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

    b. "Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452," dated March 4, 2022 [Docket No. 1075], (the "Pursuant Order"),

by causing true and correct copies of the:

    i. Extending Order and Pursuant Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. Pursuant Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. Extending Order and Pursuant Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                          */s/ Angela Chachoff*
                                                                                          Angela Chachoff

Sworn to before me this
8th day of March, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALEXANDRA ELLIS | C/O CORREIA, KING, FODERA, MCGINNIS & LIFEEIDGE, ATTN: RICHARD J. FODERA 655 3RD AVE 27TH FL NEW YORK NY 10017 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DAVID MARMINS 171 17TH STREET NW SUITE 2100 ATLANTA GA 30363-1031 |
| BROOKS,ANDREYAH | 3908 AVENUE B AUSTIN TX 78751 |
| CHRISTINA MERRYMAN | PO BOX 7217 LONDON KY 40742-7217 |
| CLIMO,TAYLOR,S | 3908 AVENUE B AUSTIN TX 78751 |
| CNA INSURANCE | ATTN: CAROL GERNER, ESQ. 151 N FRANKLIN STREET FLOOR 9 CHICAGO IL 60606 |
| CORREIA KING FODERA MCGINNIS & LIFEEIDGE | ATTN: RICHARD J. FODERA 655 3RD AVENUE 27TH FLOOR NEW YORK NY 10017 |
| CRAIG PASCHICH | 519 E HORSESHOE PL CHANDLER AZ 85249 |
| DEAS & ASSOCIATES | ATTN: DYNIA WILLIAMS 9601 MCALLISTER FWY SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: JUAN MONSIVAIS 9601 MCALLISTER FWY SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: TUSHAR Y. PANDYA 9601 MCALLISTER FWY SUITE 910 SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| EGAN, RICHARD | C/O RANDY HOWRY, ESQ 1900 PEARL ST AUSTIN TX 78705 |
| EVELINA CALCANO | C/O JACKSON LEWIS P.C. ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY 14TH FL WHITE PLAINS NY 10601 |
| FHF I LAMAR UNION, LLC | C/O ARNALL GOLDEN GREGORY, LLP ATTN: DAVID MARMINS 171 17TH STREET NW STE 2100 ATLANTA GA 30363 |
| FISHER & PHILLIPS LLP | 1075 PEACHTREE ST NE, STE 3500 ATLANTA GA 30309 |
| FLETCHER LAW OFFICE, LLC | ATTN: GAGE K. FLETCHER 4505 MADISON AVE SUITE 270 KANSAS CITY MO 06411 |
| GIBBONS P.C. | ATTN: KEVIN W. WEBER, ESQ. ONE GATEWAY CENTER, 1145 RAYMOND PLAZA W NEWARK NJ 07102 |
| GONZALES,JESSE | 3908 AVENUE B AUSTIN TX 78751 |
| GRAVES DOUGHERTY HEARON & MOODY | ATTN: KAREN BARTOLETTI 401 CONGRESS AVENUE SUITE 2700 AUSTIN TX 78701 |
| GRAVES DOUGHERTY HEARON & MOODY | ATTN: PETE D. KENNEDY 401 CONGRESS AVENUE SUITE 2700 AUSTIN TX 78701 |
| HAYNES AND BOONE, LLP | ATTN: JASON HABINSKY 30 ROCKEFELLER PLAZA 26TH FLOOR NEW YORK NY 10112 |
| HAYNES AND BOONE, LLP | ATTN: JOHN R. EMERSON (RUSS) 2323 VICTORY AVENUE SUITE 700 DALLAS TX 75219 |
| HAYNES AND BOONE, LLP | ATTN: RUSS EMERSON 2323 VICTORY AVENUE SUITE 700 DALLAS TX 75219 |
| HAYNES AND BOONE, LLP | ATTN: LAURA O'DONNELL 112 EAST PECAN STREET SUITE 1200 SAN ANTONIO TX 78205 |
| HAYNES AND BOONE, LLP | ATTN: ADAM H. SENCENBAUGH 600 CONGRESS AVENUE SUITE 1300 AUSTIN TX 78701 |
| HENRY JACOBSON | C/O KANE RUSSELL COLEMAN LOGAN PC ATTN: MICHAEL A. LOGAN 901 MAIN ST STE 5200 DALLAS TX 75202 |
| JACKSON LEWIS P.C. | ATTN: ADAM GROSS 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JACKSON LEWIS P.C. | ATTN: ADAM S. GROSS 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JACKSON LEWIS P.C. | ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY 14TH FLOOR WHITE PLAINS NY 10601 |
| JAMES OCANAS AND ROBYN HUSTON OCANAS | C/O DEAS & ASSOCIATES ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| JAWAHER HOZIMAH | C/O NY CITY COMMISSION ON HUMAN RIGHTS ATTN: RAYMOND KARLIN, ESQ. 22 READE STREET, 3RD FLOOR NEW YORK NY 10007 |
| JAYNE ROBERMAN | C/O JACKSON LEWIS P.C. ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JOSE ABEN MAIRENA | PO BOX 7217 LONDON KY 40742-7217 |
| K&K INSURANCE GROUP | ATTN: AISYA CARROLL, ADJUSTER 1712 MAGNAVOX WAY FORT WAYNE IN 46804 |
| KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL A. LOGAN 901 MAIN STREET SUITE 5200 DALLAS TX 75202 |
| KARETEK HOLDINGS, LLC | C/O HAYNES AND BOONE, LLP ATTN: RUSS EMERSON 2323 VICTORY AVE STE 700 DALLAS TX 75219 |
| KILPATRICK & DEAS | PO BOX 7217 LONDON KY 40742-7217 |
| KILPATRICK & HOLDER | ATTN: ELIZABETH WATSON 1084 S LAUREL RD LONDON KY 40744-7960 |
| KILPATRICK & HOLDER | 1084 S LAUREL RD LONDON KY 40744-7960 |
| KIMBERLY PASCHICH | 519 E HORSESHOE PL CHANDLER AZ 85249 |

| Claim Name | Address Information |
|---|---|
| KRISTINA KING | C/O THE ADA GROUP LLC ATTN: CLAIRE WILSON 4001 CARMICHAEL RD STE 570 MONTGOMERY AL 36106 |
| LARRICK LAW FIRM PC | ATTN: ELIZABETH LARRICK 1714 FORTVIEW RD, STE 101 AUSTIN TX 78704 |
| LAW OFFICE OF GAMBESKI & FRUM | 565 TAXTER RD. SUITE 220 ELMFORD NY 10523-2300 |
| LAW OFFICE OF STEVE ROBERTS, LLC | ATTN: SCOTT ROBERTS 100 FILLMORE ST, 5TH FL DENVER CO 80206 |
| LEMOND,LESLIE | 3908 AVENUE B AUSTIN TX 78751 |
| LIBERTY MUTUAL COMPANY | ATTN: CATHARINE SCOTT, CLAIMS REP 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: CHRISTINE COLBY 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: JOHANNA GUETZOW, SR CLAIMS 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: SHAYNA MILLER 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: STANLEY NEWSHAM, SR TECH CLAIMS 175 BERKELEY STREET BOSTON MA 02116 |
| MARSHALL DENNEHEY WARNER COLEMAN ET AL | ATTN: JOSEPH J. RAVA, ESQ 287 BOWMAN AVE STE 404 PURCHASE NY 10577-2517 |
| MICHELLE CORDIAL | C/O KILPATRICK & HOLDER ATTN: ELIZABETH WATSON 9601 MCALLISTER FREEWAY STE 220 SAN ANTONIO TX 78216 |
| MONROY, ERIK | 841 SOLANO AVE, #2 ALBANY CA 94706 |
| MUELLER ALDRICH STREET, LLC | C/O SAUL EWING ARNSTEIN & LEHR LLP ATTN: MARK MINUTI 1201 N. MARKET STREET, SUITE 2300 WILMINGTON DE 19801-1266 |
| NIGEL GRANVILLE & DEBRA WATSON GRANVILLE | C/O LAW OFFICE OF GAMBESKI & FRUM 565 TAXTER RD, STE 220 ELMFORD NY 10523-2300 |
| OMROY CLARKE AND SHAEEDA FACEY | C/O WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP; ATTN: ROBERT W. GORDON 1133 WESTCHESTER AAVENUE WHITE PLAINS NY 10604 |
| PASCHICH ALAMO HOLDINGS, LLC | ATTN CRAIG PASCHICH 519 E HORSESHOE PL CHANDLER AZ 85249 |
| PHYLLIS JEAN TUMLINSON | C/O DEAS & ASSOCIATES ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| QUATTRONE, MELISSA | C/O JENNIFER KRAMER 3600 WILSHIRE BLVD, STE 1908 LOS ANGELES CA 90010 |
| RICHARD EGAN | C/O HOWRY BREEN & HERMAN LLP ATTN: RANDY D HOWRY ESQ 1900 PEARL ST AUSTIN TX 78705-5408 |
| ROMERO,GILBERT | 3908 AVENUE B AUSTIN TX 78751 |
| SELECTIVE | ATTN: MARIE TOLEDO 40 WANTAGE AVE BRANCHVILLE NJ 07890 |
| SUSIE VYBIRAL | PO BOX 7217 LONDON KY 40742-7217 |
| THE ADA GROUP LLC | ATTN: CLAIRE WILSON 4001 CARMICHAEL RD SUITE 570 MONTGOMERY AL 36106 |
| TRAVELERS INSURANCE | ATTN: BARBARA HOGUE 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JEANETTE EBY 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JOAN TONN 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JUNE NGUYEN 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: MELISSA PALMER 485 LEXINGTON AVE. NEW YORK NY 10017 |
| VALENZUELA,BRIDGETTE | 3908 AVENUE B AUSTIN TX 78751 |
| VIANNA PRIETO | C/O DEAS & ASSOCIATES ATTN: TUSHAR Y. PANDYA & JUAN MONSIVAIS 9601 MCALLISTER FWY STE 910 SAN ANTONIO TX 78216 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER | ATTN: GREGORY I. FREEDMAN 150 E 42ND ST 23 NEW YORK NY 10017 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER | ATTN: ROBERT W. GORDON 1133 WESTCHESTER AAVENUE WHITE PLAINS NY 10604 |
| WYKS,KARIN | 3908 AVENUE B AUSTIN TX 78751 |

**Total Creditor count  75**

# EXHIBIT C

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
| --- | --- | --- |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | branchd@ballardspahr.com |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | tarr@blankrome.com; guilfoyle@blankrome.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | desgross@chipmanbrown.com |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | iwalker@coleschotz.com |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | thoran@cozen.com |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | fasnotify@state.de.us |
| DELAWARE STATE TREASURY | | statetreasurer@state.de.us |
| DENVER CITY ATTORNEY'S OFFICE | ATTN: ROBERT A. MCDERMOTT, ASST. CITY ATTORNEY | bankruptcy01@denvergov.org |
| DISTRICT OF DELAWARE | | usade.press@usdoj.gov |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | mbusenkell@gsbblaw.com |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | ATTN: DON GLENDENNING | dglendenning@lockelord.com |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | kbuck@mccarter.com; shumiston@mccarter.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | emchorse@mcginnislaw.com |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KIMBERLY A. WALSH; SHERRI K. SIMPSON | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | | ustrustee.program@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ecobb@pbfcm.com |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | cdale@proskauer.com |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | bblackwell@proskauer.com |
| REED SMITH LLP | ATTN: JASON D. ANGELO | jangelo@reedsmith.com |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| ROPES & GRAY LLP | ATTN: STEPHEN IACOVO | stephen.iacovo@@ropesgray.com |
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ. | luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | mark.minuti@saul.com |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | dosdoc_ftax@state.de.us; dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | secbankruptcy@sec.gov; philadelphia@sec.gov |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | whazeltine@sha-llc.com |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | civil.feedback@usdoj.gov |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | rkapoor@venable.com; lsbouyea@venable.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | eric.taube@wallerlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| | | Count: 73 |