IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1079** |

### AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 11, 2022, I caused to be served the "Order Further Amending Final Cash Collateral Order and Extending the Debtors' Authority to Use Cash Collateral," dated March 11, 2022 [Docket No. 1079], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Angela Chachoff</i><br>Angela Chachoff

Sworn to before me this
14th day of March, 2022
<i>/s/ Andrea R. Speelman</i>
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TEXAS CAPITAL BANK, N.A | ATTN: JEFFREY M. PARILLA 200 MCKINNEY AVENUE STE 700 DALLAS TX 75201 |
| TEXAS CAPITAL BANK, N.A | PO BOX 224318 DALLAS TX 75222-9775 |

**Total Creditor count  2**

| Claim Name | Address Information |
|---|---|
| CRADDOCK PROPERTIES, L.L.C. | C/O LARRY J. CRADDOCK 2325 HARTFORD ROAD AUSTIN TX 78703 |
| DENVER URBAN RENEWAL AUTHORITY | C/O HOGAN LOVELLS; ATTN; JOHN D BECK 390 MADISON AVENUE NEW YORK NY 10017 |
| EPR | C/O STINSON LLP ATTN: BRIAN E. SOBCZYK 1201 WALNUT STREET, SUITE 2900 KANSAS CITY MO 64106-2150 |
| FOPA PARTNERS, LLC | 3441 OLIVE STREET ST. LOUIS MO 63103 |
| GS SOUTH LAMAR PLAZA | C/O JACKSON WALKER ATTN: JOSHUA A. ROMERO 100 CONGRESS AVENUE, SUITE 1100 AUSTIN TX 78701 |
| KERBBY, LLC | C/O POYNER SPRUILL LLP ATTN: CHRISTINE L. HOOD 301 FAYETTEVILLE ST STE 1900 RALEIGH NC 27601 |
| MEP MAINSTREET OPERATIONS, LLC | ATTN: GENERAL COUNSEL 601 E. PRATT STREET, 6TH FLOOR BALTIMORE MD 21202 |
| MEP MAINSTREET OPERATIONS, LLC | C/O THE CORDISH COMPANY 601 E. PRATT STREET, 6TH FLOOR BALTIMORE MD 21202 |
| MUELLER ALDRICH STREET, LLC | C/O WALLER LAW ATTN: ERIC TAUBE & MARK MINUTI 100 CONGRESS AVE, SUITE 1800 AUSTIN TX 78701 |
| NEW BRAUNFELS MARKETPLACE LP | 177 W MILL STREET NEW BRAUNFELS TX 78130 |
| URBAN EDGE PROPERTIES | ATTN: ANDREW LURIE, REAL ESTATE COUNSEL 210 ROUTE 4 EAST PARAMUS NJ 07652 |
| VINELAND POINTE OWNER LLC | C/O OCONNOR CAPITAL PARTNERS ATTN: PETER BERGNER 535 MADISON AVE, 6TH FL NEW YORK NY 10022 |
| VINELAND POINTE OWNER LLC | C/O OCONNOR PROPERTY MAGEMENT LLC ATTN: YVONNE JONES 230 ROYAL PALM WAY STE 102 PALM BEACH FL 33480 |

**Total Creditor count 13**

**EXHIBIT B**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
|---|---|---|
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | branchd@ballardspahr.com |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | tarr@blankrome.com; guilfoyle@blankrome.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | desgross@chipmanbrown.com |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | iwalker@coleschotz.com |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | thoran@cozen.com |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | fasnotify@state.de.us |
| DELAWARE STATE TREASURY | | statetreasurer@state.de.us |
| DENVER CITY ATTORNEY'S OFFICE | ATTN: ROBERT A. MCDERMOTT, ASST. CITY ATTORNEY | bankruptcy01@denvergov.org |
| DISTRICT OF DELAWARE | | usade.press@usdoj.gov |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | mbusenkell@gsbblaw.com |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | ATTN: DON GLENDENNING | dglendenning@lockelord.com |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | kbuck@mccarter.com; shumiston@mccarter.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | emchorse@mcginnislaw.com |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | rmersky@monlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KIMBERLY A. WALSH; SHERRI K. SIMPSON | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | | ustrustee.program@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ecobb@pbfcm.com |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | cdale@proskauer.com |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | bblackwell@proskauer.com |
| REED SMITH LLP | ATTN: JASON D. ANGELO | jangelo@reedsmith.com |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| ROPES & GRAY LLP | ATTN: STEPHEN IACOVO | stephen.iacovo@@ropesgray.com |
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ. | luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | mark.minuti@saul.com |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | dosdoc_ftax@state.de.us; dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | | help@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | secbankruptcy@sec.gov; philadelphia@sec.gov |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | whazeltine@sha-llc.com |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | civil.feedback@usdoj.gov |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | rkapoor@venable.com; lsbouyea@venable.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | eric.taube@wallerlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| | | Count:   73 |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Banks - Email List

| NAME | EMAIL |
|---|---|
| TEXAS CAPITAL BANK, N.A. | ACHIARELLO@WINSTEAD.COM; JWIELEBINSKI@WINSTEAD.COM |
|  | **Count:  2** |

**Page 1 of 1**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Landlords - Email List

| NAME | ATTN | EMAIL |
|---|---|---|
| DENVER URBANK RENEWAL AUTH (DURA-ALAMO SLOANS) | ATTN: JOHN BECK | JOHN.BECK@HOVANLEVELL.COM |
| DENVER URBAN RENEWAL AUTHORITY | ATTN: BRIAN E. SOBCZYK | BRIAN.SOBCZYK@STINSON.COM |
| FOPA PARTNERS, LLC | ATTN: JOSHUA A. ROMERO | JROMERO@JW.COM |
| GS SOUTH LAMAR PLAZA | ATTN: CHRISTINE L. HOOD | CHOOD@POYNERSPRUILL.COM |
| KERBBY, LLC | ATTN: GENERAL COUNSEL | INFO@CORDISH.COM |
| MEP MAINSTREET OPERATIONS, LLC | C/O THE CORDISH COMPANY | INFO@CORDISH.COM |
| MEP MAINSTREET OPERATIONS, LLC | | PATRICK@WIGGINSCOMMERCIAL.COM; ISABEL@WIGGINSCOMMERCIAL.COM |
| MUELLER ALDRICH STREET, LLC | ATTN: ANDREW LURIE, REAL ESTATE COUNSEL | ALURIE@UEDGE.COM |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: PETER BERGNER | INFO@OCONNORCP.COM |
| URBAN EDGE PROPERTIES | ATTN: YVONNE JONES | INFO@OCONNORCP.COM |
| | | Count:  11 |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Bidding Procedures Objectors EMail Service List

| NAME | C/O | EMAIL |
|---|---|---|
| THE COUNTY OF COMAL, TEXAS AND THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br><br>TARA LEDAY | TLEDAY@MVBALAW.COM |
| TRAVIS COUNTY | JASON A. STARKS<br>ASSISTANT COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br>AND CIGNA DENTAL HEALTH | CONNOLLY GALLAGHER LLP<br><br>JEFFREY C. WISLER | JWISLER@CONNOLLYGALLAGHER.COM |
| MUELLER ALDRICH STREET, LLC | MARK MINUTI<br>SAUL EWING ARNSTEIN & LEHR LLP<br>AND<br>ERIC TAUBE<br>WALLER LANSDEN DORTCH & DAVIS, LLP | MARK.MINUTI@SAUL.COM<br><br><br><br>ERIC.TAUBE@WALLERLAW.COM |
| SITE CENTERS CORP. | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE, ESQ.<br>JENNIFER D. RAVIELE, ESQ.<br>MARK J. SCOTT, ESQ. | RLEHANE@KELLEYDRYE.COM<br>JRAVIELE@KELLEYDRYE.COM<br>MASCOTT@KELLEYDRYE.COM |
| DALLAS COUNTY UTILITY & RECLAMATION DISTRICT | PERDUE, BRANDON, FIELDER,<br><br>COLLINS & MOTT, L.L.P.<br>EBONEY COBB<br>LINDA D. REECE | EMCCAIN@PBFCM.COM<br><br>LREECE@PBFCM.COM |
|  | COUNT = | 10 |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
DIP Objectors
Email Service List

| NAME | C/O | EMAIL |
|---|---|---|
| CLAIMANTS, THE COUNTY OF COMAL, TX & THE COUNTY OF WILLIAMSON, TX | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br><br>TARA LEDAY | TLEDAY@MVBALAW.COM |
| TRAVIS COUNTY | JASON A. STARKS<br><br>ASSISTANT COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTY |
| DALLAS COUNTY UTILITY & RECLAMATION DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br><br>EBONEY COBB<br>LINDA D. REECE | EMCCAIN@PBFCM.COM<br><br>LREECE@PBFCM.COM |
| US FOODS, INC. | COZEN O'CONNOR<br>THOMAS M. HORAN | THORAN@COZEN.COM |
| LOCAL TEZAS TAX AUTHORITIES | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER | BETHW@LGBS.com |
| | **Count =** | **6** |

**Page 1 of 1**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Utilities Objectors
EMail Service List

| NAME | C/O | EMAIL |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NY | McCARTER & ENGLISH, LLP<br><br>WILLIAM F. TAYLOR, Jr. | WTAYLOR@MCCASTER.COM |
|  | LAW FIRM OF RUSSELL R JOHNSON III, PLC<br><br>JOHN M. CRAIG | RUSSELL@RUSSELLJOHNSONLAWFIRM.COM ; JOHN@RUSSELLJOHNSONLAWFIRM.COM |
|  | Count = | 3 |