## **EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Counsel to the Debtors<br>12/1/21 – 2/28/22 | $52,964.50 | $68.83 |
| Portage Point Partners, LLC<br>Financial Advisor to the Debtors<br>12/1/21 – 2/28/22 | $52,865.00 | $0.00 |

29313007.1