# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                    :      Chapter 11
                                                          :
Alamo Drafthouse Cinemas Holdings, LLC.,                  :
                                                          :      Case No. 21-10474
                                                          :      (MFW)
                                                          :
         Reorganized Debtor.                              :
---------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM 10069

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Dept. of Revenue withdraws the following claim:

| | |
|---|---|
| Jointly Administered Case: | Alamo Drafthouse Cinemas, LLC / 21-10475 MFW |
| Amount of Claim: | $500.00 |
| Date Claim Filed: | May 12, 2021 |
| Claims Agent Number: | 10069 |

Respectfully submitted,

HERBERT H. SLATERY III
Tennessee Attorney General

/s/ Laura L. McCloud
Laura L. McCloud, BPR #16206
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee  37202
ph: (615) 532-8933
Email: agbankharrison@ag.tn.gov
Attorney for the TDOR

## CERTIFICATE OF SERVICE

I do hereby certify that, on May 23, 2022, a true and exact copy of the foregoing was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Laura L. McCloud
Laura L. McCloud