IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR REMOTE HEARING ON MAY 26, 2022 AT 11:30 A.M. (ET)**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT**

**RESOLVED MATTERS**

1. Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1171, 4/26/22]

    Response/Objection Deadline:    May 10, 2022 at 4:00 p.m. (ET) [Extended for Texas Workforce Commission]

    Responses/Objections Received:    None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

Related Pleadings:

    A.    Certificate of No Objection [D.I. 1180, 5/11/22]

    B.    Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1182, 5/16/22]

Status:    An order has been entered.

2. Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1172, 4/26/22]

Response/Objection Deadline:    May 10, 2022 at 4:00 p.m. (ET)

Responses/Objections Received:    None

Related Pleadings:

    A.    Certificate of No Objection [D.I. 1181, 5/11/22]

    B.    Order Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1183, 5/16/22]

Status:    An order has been entered.

3. Fourth Interim Fee Applications

Response/Objection Deadline:    April 28, 2022 at 4:00 p.m. (ET)

Responses/Objections Received:    None

Related Pleadings:    See **Exhibit A** attached hereto

    A.    Certification of Counsel Regarding Proposed Omnibus Order Approving Fourth Interim Fee Requests of Debtors' Professionals [D.I. 1186, 5/16/22]

    B.    Omnibus Order Approving Fourth Interim Fee Requests of Debtors' Professionals [D.I. 1188, 5/23/22]

Status:    An order has been entered.

29381772.1

| | | |
|---|---|---|
| Dated: | May 24, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>M. Blake Cleary (No. 3614) (mbcleary@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

29381772.1

## EXHIBIT A

## FOURTH INTERIM FEE APPLICATIONS

A. **Young Conaway Stargatt & Taylor, LLP**

1. Tenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From December 1, 2021 Through December 31, 2021 [D.I. 967, 1/20/22]

2. Certificate of No Objection [D.I. 1016, 2/4/22]

3. Eleventh Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From January 1, 2022 Through January 31, 2022 [D.I. 1017, 2/14/22]

4. Certificate of No Objection [D.I. 1070, 3/1/22]

5. Twelfth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From February 1, 2022 Through February 28, 2022 [D.I. 1081, 3/15/22]

6. Certificate of No Objection [D.I. 1121, 3/20/22]

7. Fourth Interim Fee Requests of Debtors' Professionals [D.I. 1133, 4/14/22]

B. **Portage Point Partners LLC**

1. Tenth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From December 1, 2021 Through December 31, 2021 [D.I. 966, 1/18/22]

2. Certificate of No Objection [D.I. 1013, 2/2/22]

3. Eleventh Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From January 1, 2022 Through January 31, 2022 [D.I. 1018, 2/14/22]

4. Certificate of No Objection [D.I. 1071, 3/1/22]

5. Twelfth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From February 1, 2022 Through February 28, 2022 [D.I. 1082, 3/15/22]

6. Certificate of No Objection [D.I. 1122, 3/20/22]

7. Third Interim Fee Requests of Debtors' Professionals [D.I. 1133, 4/14/22]

29381772.1

2