# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1134** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO             )
                                      ) ss.:
COUNTY OF FRANKLIN )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

2. On April 18, 2022, I caused to be served the "Thirteenth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for for[*sic*] the Period From March 1, 2022 Through March 31, 2022," dated April 18, 2022 [Docket No. 1134], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

                                                        */s/ Angela Chachoff*
                                                        Angela Chachoff

Sworn to before me this
27th day of April, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
OCP/Fee Application Notice Parties Email Service List

| NAME | EMAIL |
|---|---|
| LOCKE LORD LLP | JJACOBSEN@LOCKELORD.COM |
| MCGINNIS LOCHRIDGE LLP | EMCHORSE@MCGINNISLAW.COM |
| OFFICE OF UNITED STATES TRUSTEE | TIMOTHY.FOX@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM; RFEINSTEIN@PSZJLAW.COM |
| PROSKAUER ROSE LLP | CDALE@PROSKAUER.COM |
| ROPES & GRAY LLP | GREGG.GALARDI@ROPESGRAY.COM |