# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1135** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2022, I caused to be served the "Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtors Hold a Substantial or Controlling Interest," dated April 19, 2022 [Docket No. 1135], by causing a true and correct copy to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Angela Chachoff</u>
Angela Chachoff

Sworn to before me this
28th day of April, 2022
<u>/s/ Andrea R. Speelman</u>
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

**EXHIBIT B**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
| --- | --- | --- |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | TARR@BLANKROME.COM; GUILFOYLE@BLANKROME.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | IWALKER@COLESCHOTZ.COM |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | THORAN@COZEN.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US |
| DENVER CITY ATTORNEY'S OFFICE | ATTN: ROBERT A. MCDERMOTT, ASST. CITY ATTORNEY | BANKRUPTCY01@DENVERGOV.ORG |
| DISTRICT OF DELAWARE | | USADE.PRESS@USDOJ.GOV |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | STUART.BROWN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | JAMILA.WILLIS@US.DLAPIPER.COM; GREGORY.JUELL@US.DLAPIPER.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | MBUSENKELL@GSBBLAW.COM |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | JSHRUM@JSHRUMLAW.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | LANDIS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; JENNER@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | SKAUFMAN@SKAUFMANLAW.COM |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | RRYAN@LEWISREEDALLEN.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | ATTN: DON GLENDENNING | DGLENDENNING@LOCKELORD.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | KBUCK@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | TLEDAY@MVBALAW.COM |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMCHORSE@MCGINNISLAW.COM |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | RMERSKY@MONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KIMBERLY A. WALSH; SHERRI K. SIMPSON | BK-KWALSH@OAG.TEXAS.GOV; SHERRI.SIMPSON@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | AGBANKDELAWARE@AG.TN.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | | USTRUSTEE.PROGRAM@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM; RFEINSTEIN@PSZJLAW.COM; CMACKLE@PSZJLAW.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ECOBB@PBFCM.COM |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | SKATONA@POLSINELLI.COM; ANAZAR@POLSINELLI.COM |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | MWEINER@POYNERSPRUILL.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | BBLACKWELL@PROSKAUER.COM |
| REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | MHOUSTON@REEDSMITH.COM; CRIVAS@REEDSMITH.COM |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | GREGG.GALARDI@ROPESGRAY.COM; CRISTINE.SCHWARZMAN@ROPESGRAY.COM |
| ROPES & GRAY LLP | ATTN: STEPHEN IACOVO | STEPHEN.IACOVO@@ROPESGRAY.COM |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
|---|---|---|
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ. | LUIS@SALAZAR.LAW |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | MARK.MINUTI@SAUL.COM |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; DOSDOC_BANKRUPTCY@STATE.DE.US |
| SECURITIES & EXCHANGE COMMISSION | | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | MARK.CARDER@STINSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | WHAZELTINE@SHA-LLC.COM |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | RKAPOOR@VENABLE.COM; LSBOUYEA@VENABLE.COM |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | ERIC.TAUBE@WALLERLAW.COM |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | ANDREW.GOLDMAN@WILMERHALE.COM; BENJAMIN.LOVELAND@WILMERHALE.COM |