## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, [1] | Case No. 21-10474 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1171 & 1172** |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO        )
                              ) ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2022, I caused to be served the:

   a. "Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 26, 2022 [Docket No. 1171], (the "1st Omni Objection"), and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

b.   "Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, And Local Rule 3007-1," dated April 26, 2022 [Docket No. 1172], (the "2nd Omni Objection"),

by causing true and correct copies of the:

i.    1st Omni Objection and 2nd Omni Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.   1st Omni Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.  2nd Omni Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.   1st Omni Objection and 2nd Omni Objection to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and

v.    2nd Omni Objection to be delivered via electronic mail to: *vickie.anderson@cit.com, terrilyn.lawson@cit.com* and *staceyrgray@aol.com*.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
3rd day of May, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

# ALAMO DRAFTHOUSE CINEMA

## Service List

| Claimant | Address Information |
| --- | --- |
| ASSISTANT TRAVIS COUNTY ATTORNEY | (COUNSEL TO TRAVIS COUNTY) ATTN JASON A STARKS PO BOX 1748 AUSTIN, TX 78767 |
| BALLARD SPAHR LLP | (COUNSEL TO ALBEE DEVELOPMENT LLC & THE GERRITY GROUP) ATTN DUSTIN P BRANCH 2029 CENTURY PARK E, STE 1400 LOS ANGELES, CA 90067 |
| BALLARD SPAHR LLP | (COUNSEL TO UE YONKERS II LLC, ALBEE DEVELOPMENT LLC, AND THE GERRITY GROUP) ATTN LESLIE C HEILMAN & LAUREL D ROGLEN 919 N MARKET ST, 11TH FL WILMINGTON, DE 19801-3034 |
| BLANK ROME LLP | (COUNSEL TO A24 FILMS LLC) ATTN STANLEY B TARR & VICTORIA A GUILFOYLE 1201 N MARKET ST, STE 800 WILMINGTON, DE 19801 |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO ACP ALAMO FINANCE INC) ATTN MARK L DESGROSSEILLIERS HERCULES PLAZA 1313 N MARKET ST, STE 5400 WILMINGTON, DE 19801 |
| COLE SCHOTZ PC | (COUNSEL TO MEP MAINSTREET OPERATIONS LLC) ATTN IRVING E WALKER 300 E LOMBARD ST, STE 1450 BALTIMORE, MD 21202 |
| COZEN O'CONNOR | (COUNSEL TO US FOODS INC) ATTN THOMAS M HORAN 1201 N MARKET ST, STE 1001 WILMINGTON, DE 19801 |
| DELAWARE DIVISION OF REVENUE | ATTN ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON, DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER, DE 19904 |
| DENVER CITY ATTORNEY'S OFFICE | (COUNSEL TO CITY AND COUNTY OF DENVER) ATTN ROBERT A MCDERMOTT, ASST CITY ATTORNEY 201 WEST COLFAX AVENUE, DEPT 1207 DENVER, CO 80202-5332 |
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON, DC 20220 |
| DISTRICT OF DELAWARE | C/O US ATTORNEYS OFFICE HERCULES BLDG 1313 N MARKET ST WILMINGTON, DE 19801 |
| DLA PIPER LLP (US) | (COUNSEL TO VISTA ENTERTAINMENT SOLUTIONS (USA) INC AND ITS AFFILIATES) ATTN JAMILA JUSTINE WILLIS & GREGORY M JUELL 1251 AVE OF THE AMERICAS NEW YORK, NY 10020 |
| DLA PIPER LLP (US) | (COUNSEL TO VISTA ENTERTAINMENT SOLUTIONS (USA) INC AND ITS AFFILIATES) ATTN STUART M BROWN 1201 N MARKET ST, STE 2100 WILMINGTON, DE 19801 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL KERBBY LLC) ATTN MICHAEL BUSENKELL 1201 N ORANGE ST, STE 300 WILMINGTON, DE 19801 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA, PA 19101-7346 |
| JACK SHRUM PA | (COUNSEL TO STAFFORD SMITH IN.) ATTN J JACKSON SHRUM 919 N MARKET ST, STE 1410 WILMINGTON, DE 19801 |
| LANDIS RATH & COBBS LLP | (COUNSEL TO FORTRESS CREDIT CORP) ATTN ADAM LANDIS, MATTHEW MCGUIRE, & N JENNER 919 N MARKET ST, STE 1800 WILMINGTON, DE 19801 |
| LAW OFFICE OF SUSAN E KAUFMAN LLC | (COUNSEL TO NEW BRAUNFELS MARKETPLACE LP) ATTN SUSAN E KAUFMAN 919 N MARKET ST, STE 460 WILMINGTON, DE 19801 |
| LEWIS REED & ALLEN PC | (COUNSEL TO STAFFORD SMITH INC) ATTN RONALD W RYAN 136 E MICHIGAN AVE, STE 800 KALAMAZOO, MI 49007 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO BEXAR COUNTY) ATTN DON STECKER 112 E PECAN ST, STE 2200 SAN ANTONIO, TX 78205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO IRVING ISD DALLAS COUNTY) ATTN ELIZABETH WELLER 2777 N STEMMONS FWY, STE 1000 DALLAS, TX 75201 |
| LOCKE LORD LLP | ATTN DON GLENDENNING 2200 ROSS AVE, STE 2800 DALLAS, TX 75201 |
| MCCARTER & ENGLISH LLP | (COUNSEL TO 30 WEST PERSHING LLC) ATTN KATE R BUCK & SHANNON D HUMISTON 405 N KING ST, 8TH FL WILMINGTON, DE 19801 |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS TAXING AUTHORITIES) ATTN TARA LEDAY PO BOX 1269 ROUND ROCK, TX 78680 |
| MCGINNIS LOCHRIDGE | ATTN ED MCHORSE 600 CONGRESS AVE, STE 2100 AUSTIN, TX 78701 |
| MONZACK MERSKY AND BROWDER PA | (COUNSEL TO HYLAN PLAZA 1339 LLC) ATTN RACHEL B MERSKY 1201 N ORANGE ST, STE 400 WILMINGTON, DE 19801 |

# ALAMO DRAFTHOUSE CINEMA

## Service List

| Claimant | Address Information |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | (COUNSEL TO TN DEPT OF LABOR – BUREAU OF UNEMPLOYMENT INSURANCE) C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV PO BOX 20207 NASHVILLE, TN 37202-0207 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) BANKRUPTCY & COLLECTIONS DIVISION ATTN JASON B BINFORD & LAYLA D MILLIGAN, ASSISTANT ATTORNEYS GENERAL PO BOX 12548 – MC 008 AUSTIN, TX 787112548 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE C/O ELLEN SLIGHTS ATTN DAVID C WEISS 1313 N MARKET ST WILMINGTON, DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON, DE 19801 |
| OFFICE OF THE US ATTORNEY GENERAL OF TEXAS | BANKRUPTCY & COLLECTIONS DIVISION (COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND TEXAS WORKFORCE COMMISSION) ATTN KIMBERLY A WALSH & SHERRI K SIMPSON PO BOX 12548 AUSTIN, TX 78711-2548 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO THE OFF COMM OF UNSECURED CREDITORS) ATTN BRADFORD J SANDLER & STEVEN W GOLDEN 919 N MARKET ST, 17TH FL WILMINGTON, DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO THE OFF COMM OF UNSECURED CREDITORS) ATTN ROBERT J FEINSTEIN & CIA H MACKLE 780 3RD AVE, 34TH FL NEW YORK, NY 10017 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO DALLAS COUNTY UTILITY AND RECLAMATION DISTRICT) ATTN EBONEY COBB 500 E BORDER ST, STE 640 ARLINGTON, TX 76010 |
| POLSINELLI PC | (COUNSEL TO ADC FRANCHISEE ASSOCIATION INC, ET AL) ATTN ANDREW J NAZAR 900 W 48TH PLACE, STE 900 KANSAS CITY, MO 64112 |
| POLSINELLI PC | (COUNSEL TO ADC FRANCHISEE ASSOCIATION INC, ET AL) ATTN SHANTI M KATONA 222 DELAWARE AVE, STE 1101 WILMINGTON, DE 19801 |
| POYNER SPRUILL LLP | (COUNSEL TO KERBBY LLC) ATTN MATTHEW P WEINER 301 FAYETTEVILLE ST, STE 1900 RALEIGH, NC 27601 |
| PROSKAUER ROSE LLP | (COUNSEL TO FORTRESS CREDIT CORP) ATTN BROOKE H BLACKWELL 70 W MADISON, STE 3800 CHICAGO, IL 60602 |
| PROSKAUER ROSE LLP | (COUNSEL TO FORTRESS CREDIT CORP) ATTN CHARLES A DALE 1 INTERNATIONAL PL BOSTON, MA 02110 |
| PROSKAUER ROSE LLP | ATTN CHARLES A DALE 1 INTERNATIONAL PLACE BOSTON, MA 02110 |
| REED SMITH LLP | (COUNSEL TO UNIVERSAL FILM EXCHANGES LLC) ATTN JASON D ANGELO 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 |
| REED SMITH LLP | (COUNSEL TO UNIVERSAL FILM EXCHANGES LLC) ATTN MARSHA A HOUSTON & CHRISTOPHER O RIVAS 355 S GRAND AVE, STE 2900 LOS ANGELES, CA 90071-1514 |
| ROPES & GRAY LLP | (COUNSEL TO ACP ALAMO FINANCE INC) ATTN GREGG GALARDI & C PIRRO SCHWARZMAN 1211 AVE OF THE AMERICAS NEW YORK, NY 10036-8704 |
| ROPES & GRAY LLP | (COUNSEL TO ACP ALAMO FINANCE INC) ATTN GREGG M GALARDI 1211 AVE OF THE AMERICAS NEW YORK, NY 10036 |
| ROPES & GRAY LLP | ATTN: STEPHEN IACOVO 191 NORTH WACKER DRIVE, 32ND FLOOR CHICAGO, IL 60606 |
| SALAZAR LAW | ATTN LUIS SALAZAR, ESQ CONSUMER PRIVACY OMBUDSMAN 2121 SW 3RD AVE, STE 100 MIAMI, FL 33129 |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO MUELLER ALDRICH STREET LLC) ATTN MARK MINUTI 1201 N MARKET ST, STE 2300 PO BOX 1266 WILMINGTON, DE 19899 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT 200 VESEY ST, STE 400 NEW YORK, NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT 1 PENN CTR 1617 JFK BLVD, STE 520 PHILADELPHIA, PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE WASHINGTON, DC 20549 |
| STINSON LLP | (COUNSEL TO 30 WEST PERSHING LLC) ATTN MARK S CARDER 1201 WALNUT ST, STE 2900 KANSAS CITY, MO 64106 |

# ALAMO DRAFTHOUSE CINEMA

## Service List

| Claimant | Address Information |
|---|---|
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL FOR WESTLAKES 410 INVESTMENTS LLC) ATTN WILLIAM A HAZELTINE 919 N MARKET ST, STE 420 WILMINGTON, DE 19801 |
| TRAVIS COUNTY | (COUNSEL TO TRAVIS COUNTY) ATTN JASON A STARKS PO BOX 1748 AUSTIN, TX 78767 |
| US DEPARTMENT OF JUSTICE | ATTN BANKRUPTCY DEPT 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON, DC 20416 |
| VENABLE LLP | (COUNSEL TO NEON RATED LLC) ATTN LAURA S BOUYEA 1201 N MARKET ST, STE 1400 WILMINGTON, DE 19801 |
| VENABLE LLP | (COUNSEL TO NEON RATED LLC) ATTN RISHI KAPOOR 1270 AVE OF THE AMERICAS, 24TH FL NEW YORK, NY 10020 |
| WALLER LANSDEN DORTCH & DAVIS LLP | (COUNSEL TO MUELLER ALDRICH STREET LLC) ATTN ERIC TAUBE 100 CONGRESS AVE, STE 1800 AUSTIN, TX 78701 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO WALT DISNEY STUDIOS MOTION PICTURES) ATTN ANDREW N GOLDMAN & BENJAMIN W LOVELAND 7 WORLD TRADE CTR 250 GREENWICH ST NEW YORK, NY 10007 |

| **Total Creditor count: 61** |
|---|

**EXHIBIT B**

# ALAMO DRAFTHOUSE CINEMA

## Service List

| Claimant | Address Information |
|---|---|
| CALIFORNIA DEPT OF TAX AND FEE ADMIN | COLLECTIONS SUPPORT BUREAU, MIC 55 ATTN GINA FONG PO BOX 942879 SACRAMENTO, CA 94279-0055 |
| CITY & COUNTY OF DENVER-MGR OF FIN, THE | ATTN TREASURY/SPECIALIZED AUDIT SUPPORT 201 W COLFAX AVE, MC 1001, DEPT 1009 DENVER, CO 80202 |
| DALLAS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON 2777 N STEMMONS FWY, STE 1000 DALLAS, TX 75207 |
| MEDILLA, ALYSSA | 1138 E 12TH ST, UNIT B OAKLAND, CA 94606 |
| NUECES COUNTY | C/O DIANE W SANDERS PO BOX 17428 AUSTIN, TX 78760 |
| PAQ-SOURCE | 4101 SMITH SCHOOL RD, BLDG 4, STE 200 AUSTIN, TX 78744-3212 |
| SONY ELECTRONICS INC | 115 W CENTURY RD, STE 250 PARAMUS, NJ 07652 |
| TEXAS CAPITAL BANK NA | ATTN JEFFREY M PARILLA, EVP 2000 MCKINNEY AVE, STE 700 DALLAS, TX 75201 |
| TEXAS CAPITAL BANK NA | C/O WINSTEAD PC ATTN ANNMARIE CHIARELLO 500 WINSTEAD BLDG; 2728 N HAYWOOD ST DALLAS, TX 75201 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID 101 E 15TH ST, RM 556 AUSTIN, TX 78778-0001 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID, ACCOUNT EXAMINER 101 E 15TH ST, RM 556 AUSTIN, TX 78778-0001 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID, ACCT EXAMINER 101 E 15TH ST, RM 556 AUSTIN, TX 78778-0000 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID, ACCT EXAMINER 101 E 15TH ST, RM 556 AUSTIN, TX 78778-0001 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID, ACCTS EXAMINER 101 E 15TH ST, RM 556 AUSTIN, TX 78778-0001 |
| TEXAS WORKFORCE COMMISSION | C/O OFFICE OF THE ATTORNEY GENERAL ATTN BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548, MC-008 AUSTIN, TX 78711-2548 |
| TEXAS WORKFORCE COMMISSION | C/O OFFICE OF THE ATTORNEY GENERAL ATTN BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548, MC-008 AUSTIN, TX 78771-2548 |
| TEXAS WORKFORCE COMMISSION | C/O OFFICE OF THE ATTORNEY GENERAL ATTN COLL/BK PO BOX 12548, MC-0008 AUSTIN, TX 78711-2548 |
| TRAVIS COUNTY | C/O JASON A STARKS, ASST COUNTY ATTORNEY PO BOX 1748 AUSTIN, TX 78767 |
| TRAVIS COUNTY | C/O TRAVIS COUNTY ATTORNEY'S OFFICE ATTN JASON A STARKS PO BOX 1748 AUSTIN, TX 78767 |

**Total Creditor count: 19**

**EXHIBIT C**

# ALAMO DRAFTHOUSE CINEMA

## Service List

| Claimant | Address Information |
| --- | --- |
| CIT BANK NA | PO BOX 593007 SAN ANTONIO, TX 78259 |
| DALLAS COUNTY UTILITY & RECLAMATION DIST | C/O PERDUE BRANDON FIELDER, ET AL ATTN EBONEY COBB 500 E BORDER ST, STE 640 ARLINGTON, TX 76010 |
| IRVING ISD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON 2777 N STEMMONS FWY, STE 1000 DALLAS, TX 75207 |
| MEDILLA, ALYSSA | 1138 E 12TH ST, UNIT B OAKLAND, CA 94606 |
| NILE VALLEY HERBS INC | 1506 JULIET ST AUSTIN, TX 78704 |
| PB TECHNOLOGY LLC | 500 E WHITESTONE BLVD PO BOX 2047 CEDAR PARK, TX 78630 |
| PB TECHNOLOGY LLC | ATTN PAUL BARNES 17411 E DARLEEN DR LEANDER, TX 78641 |
| RIVER CITY SPORTSWEAR LLC | 1705 IH 35 S SAN MARCOS, TX 78666 |
| RODEEN, REID | 17410 PARK AVE, UNIT 2 GUERNEVILLE, CA 95446 |
| RODEEN, REID | 3908 AVE B AUSTIN, TX 78751 |
| STORY TELLING PIPELINE PRODUCTIONS LLC | 1120A GILLESPIE PL AUSTIN, TX 78704 |
| WB MASON CO INC | ATTN LISA FIORE 59 CENTRE ST BROCKTON, MA 02301 |

**Total Creditor count: 12**

ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, et al.
Case No. 21-10474 (MFW)
Additional First-Class Mail Parties


CIT BANK
A DIVISION OF FIRST CITIZEN BANK
ATTN: VICKIE ANDERSON
10201 CENTURION PARKWAY N
SUITE 100
JACKSONVILLE, FL 32256

CIT BANK
A DIVISION OF FIRST CITIZEN BANK
ATTN: TERRILYN LAWSON
10201 CENTURION PARKWAY N
SUITE 100
JACKSONVILLE, FL 32256

CIT BANK
A DIVISION OF FIRST CITIZEN BANK
ATTN: STACEY GRAY
10201 CENTURION PARKWAY N
SUITE 100
JACKSONVILLE, FL 32256

**EXHIBIT D**

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
|------|-------|-------|
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| BLANK ROME LLP | ATTN: STANLEY B. TARR; VICTORIA A. GUILFOYLE | TARR@BLANKROME.COM; GUILFOYLE@BLANKROME.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| COLE SCHOTZ P.C. | ATTN: IRVING E. WALKER | IWALKER@COLESCHOTZ.COM |
| COZEN O'CONNOR | ATTN: THOMAS M. HORAN | THORAN@COZEN.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE STATE TREASURY | | STATETREASURER@STATE.DE.US |
| DENVER CITY ATTORNEY'S OFFICE | ATTN: ROBERT A. MCDERMOTT, ASST. CITY ATTORNEY | BANKRUPTCY01@DENVERGOV.ORG |
| DISTRICT OF DELAWARE | | USADE.PRESS@USDOJ.GOV |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | STUART.BROWN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS; GREGORY M. JUELL | JAMILA.WILLIS@US.DLAPIPER.COM; GREGORY.JUELL@US.DLAPIPER.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ. | MBUSENKELL@GSBBLAW.COM |
| JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM, ESQUIRE | JSHRUM@JSHRUMLAW.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ.; MATTHEW B. MCGUIRE, ESQ.; NICOLAS E. JENNER, ESQ. | LANDIS@LRCLAW.COM; MCGUIRE@LRCLAW.COM; JENNER@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | SKAUFMAN@SKAUFMANLAW.COM |
| LEWIS, REED & ALLEN, P.C. | ATTN: RONALD W. RYAN, ESQ. | RRYAN@LEWISREEDALLEN.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | ATTN: DON GLENDENNING | DGLENDENNING@LOCKELORD.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE R. BUCK, ESQ.; SHANNON D. HUMISTON, ESQ. | KBUCK@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | TLEDAY@MVBALAW.COM |
| MCGINNIS LOCHRIDGE | ATTN: ED MCHORSE | EMCHORSE@MCGINNISLAW.COM |
| MONZACK MERSKY and BROWDER, P.A. | ATTN: RACHEL B. MERSKY | RMERSKY@MONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD; LAYLA D. MILLIGAN | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KIMBERLY A. WALSH; SHERRI K. SIMPSON | BK-KWALSH@OAG.TEXAS.GOV; SHERRI.SIMPSON@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | AGBANKDELAWARE@AG.TN.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | | USTRUSTEE.PROGRAM@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER; STEVEN W. GOLDEN; ROBERT J. FEINSTEIN; CIA H. MACKLE | BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM; RFEINSTEIN@PSZJLAW.COM; CMACKLE@PSZJLAW.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | ECOBB@PBFCM.COM |
| POLSINELLI PC | ATTN: SHANTI M. KATONA; ANDREW J. NAZAR | SKATONA@POLSINELLI.COM; ANAZAR@POLSINELLI.COM |
| POYNER SPRUILL LLP | ATTN: MATTHEW P. WEINER, ESQ. | MWEINER@POYNERSPRUILL.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: BROOKE H. BLACKWELL | BBLACKWELL@PROSKAUER.COM |
| REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM |
| REED SMITH LLP | ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS | MHOUSTON@REEDSMITH.COM; CRIVAS@REEDSMITH.COM |
| ROPES & GRAY LLP | ATTN: GREGG M. GALARDI; CRISTINE PIRRO SCHWARZMAN | GREGG.GALARDI@ROPESGRAY.COM; CRISTINE.SCHWARZMAN@ROPESGRAY.COM |
| ROPES & GRAY LLP | ATTN: STEPHEN IACOVO | STEPHEN.IACOVO@@ROPESGRAY.COM |
| SALAZAR LAW | ATTN: LUIS SALAZAR, ESQ. | LUIS@SALAZAR.LAW |
| SAUL EWING ARNSTEIN & LEHR LLP | ATTN: MARK MINUTI, ESQUIRE | MARK.MINUTI@SAUL.COM |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | | DOSDOC_FTAX@STATE.DE.US; DOSDOC_BANKRUPTCY@STATE.DE.US |

Alamo Drafthouse Cinemas Holdings, LLC
Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | ATTN: | EMAIL |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV |
| STINSON LLP | ATTN: MARK S. CARDER, ESQ. | MARK.CARDER@STINSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | WHAZELTINE@SHA-LLC.COM |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT | CIVIL.FEEDBACK@USDOJ.GOV |
| VENABLE LLP | ATTN: RISHI KAPOOR; LAURA S. BOUYEA | RKAPOOR@VENABLE.COM; LSBOUYEA@VENABLE.COM |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: ERIC TAUBE, ESQUIRE | ERIC.TAUBE@WALLERLAW.COM |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN; BENJAMIN W. LOVELAND | ANDREW.GOLDMAN@WILMERHALE.COM; BENJAMIN.LOVELAND@WILMERHALE.COM |