## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, [1] | Case No. 21-10474 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1182 & 1183** |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO            )
                                       ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2022, I caused to be served the:

   a. "Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 16, 2022 [Docket No. 1182], (the "1st Omni Objection Order"), and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

b.  "Order Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 16, 2022 [Docket No. 1183], (the "2nd Omni Objection Order"),

by causing true and correct copies of the:

i.  1st Omni Objection Order and 2nd Omni Objection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  1st Omni Objection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.  2nd Omni Objection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  1st Omni Objection Order and 2nd Omni Objection Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and

v.  2nd Omni Objection Order to be delivered via electronic mail to: *vickie.anderson@cit.com*, *terrilyn.lawson@cit.com*, and *staceyrgray@aol.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
17th day of May, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CALIFORNIA DEPT OF TAX AND FEE ADMIN | COLLECTIONS SUPPORT BUREAU, MIC 55 ATTN GINA FONG PO BOX 942879 SACRAMENTO CA 94279-0055 |
| CITY & COUNTY OF DENVER-MGR OF FIN, THE | ATTN TREASURY/SPECIALIZED AUDIT SUPPORT 201 W COLFAX AVE, MC 1001, DEPT 1009 DENVER CO 80202 |
| DALLAS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON 2777 N STEMMONS FWY, STE 1000 DALLAS TX 75207 |
| MEDILLA, ALYSSA | 1138 E 12TH ST, UNIT B OAKLAND CA 94606 |
| NUECES COUNTY | C/O DIANE W SANDERS PO BOX 17428 AUSTIN TX 78760 |
| PAQ-SOURCE | 4101 SMITH SCHOOL RD, BLDG 4, STE 200 AUSTIN TX 78744-3212 |
| SONY ELECTRONICS INC | 115 W CENTURY RD, STE 250 PARAMUS NJ 07652 |
| TEXAS CAPITAL BANK NA | C/O WINSTEAD PC ATTN ANNMARIE CHIARELLO 500 WINSTEAD BLDG; 2728 N HAYWOOD ST DALLAS TX 75201 |
| TEXAS CAPITAL BANK NA | ATTN JEFFREY M PARILLA, EVP 2000 MCKINNEY AVE, STE 700 DALLAS TX 75201 |
| TEXAS WORKFORCE COMMISSION | C/O OFFICE OF THE ATTORNEY GENERAL ATTN COLL/BK PO BOX 12548, MC-0008 AUSTIN TX 78711-2548 |
| TEXAS WORKFORCE COMMISSION | C/O OFFICE OF THE ATTORNEY GENERAL ATTN BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548, MC-008 AUSTIN TX 78711-2548 |
| TEXAS WORKFORCE COMMISSION | C/O OFFICE OF THE ATTORNEY GENERAL ATTN BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548, MC-008 AUSTIN TX 78771-2548 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID, ACCT EXAMINER 101 E 15TH ST, RM 556 AUSTIN TX 78778-0000 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID 101 E 15TH ST, RM 556 AUSTIN TX 78778-0001 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID, ACCTS EXAMINER 101 E 15TH ST, RM 556 AUSTIN TX 78778-0001 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID, ACCT EXAMINER 101 E 15TH ST, RM 556 AUSTIN TX 78778-0001 |
| TEXAS WORKFORCE COMMISSION | ATTN ERIN CONNOR REID, ACCOUNT EXAMINER 101 E 15TH ST, RM 556 AUSTIN TX 78778-0001 |
| TRAVIS COUNTY | C/O TRAVIS COUNTY ATTORNEY'S OFFICE ATTN JASON A STARKS PO BOX 1748 AUSTIN TX 78767 |
| TRAVIS COUNTY | C/O JASON A STARKS, ASST COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |

**Total Creditor count  19**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| CIT BANK NA | PO BOX 593007 SAN ANTONIO TX 78259 |
| DALLAS COUNTY UTILITY & RECLAMATION DIST | C/O PERDUE BRANDON FIELDER, ET AL ATTN EBONEY COBB 500 E BORDER ST, STE 640 ARLINGTON TX 76010 |
| IRVING ISD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON 2777 N STEMMONS FWY, STE 1000 DALLAS TX 75207 |
| MEDILLA, ALYSSA | 1138 E 12TH ST, UNIT B OAKLAND CA 94606 |
| NILE VALLEY HERBS INC | 1506 JULIET ST AUSTIN TX 78704 |
| PB TECHNOLOGY LLC | 500 E WHITESTONE BLVD PO BOX 2047 CEDAR PARK TX 78630 |
| PB TECHNOLOGY LLC | ATTN PAUL BARNES 17411 E DARLEEN DR LEANDER TX 78641 |
| RIVER CITY SPORTSWEAR LLC | 1705 IH 35 S SAN MARCOS TX 78666 |
| RODEEN, REID | 3908 AVE B AUSTIN TX 78751 |
| RODEEN, REID | 17410 PARK AVE, UNIT 2 GUERNEVILLE CA 95446 |
| STORY TELLING PIPELINE PRODUCTIONS LLC | 1120A GILLESPIE PL AUSTIN TX 78704 |
| WB MASON CO INC | ATTN LISA FIORE 59 CENTRE ST BROCKTON MA 02301 |

**Total Creditor count  12**

ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, et al.
Case No. 21-10474 (MFW)
Additional First-Class Mail Parties

CIT BANK
A DIVISION OF FIRST CITIZEN BANK
ATTN: VICKIE ANDERSON
10201 CENTURION PARKWAY N
SUITE 100
JACKSONVILLE, FL 32256

CIT BANK
A DIVISION OF FIRST CITIZEN BANK
ATTN: TERRILYN LAWSON
10201 CENTURION PARKWAY N
SUITE 100
JACKSONVILLE, FL 32256

CIT BANK
A DIVISION OF FIRST CITIZEN BANK
ATTN: STACEY GRAY
10201 CENTURION PARKWAY N
SUITE 100
JACKSONVILLE, FL 32256

**EXHIBIT D**

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)

Master Service List - Email List

| NAME | EMAIL |
|---|---|
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | branchd@ballardspahr.com |
| BLANK ROME LLP | tarr@blankrome.com; guilfoyle@blankrome.com |
| CHIPMAN BROWN CICERO & COLE, LLP | desgross@chipmanbrown.com |
| COLE SCHOTZ P.C. | iwalker@coleschotz.com |
| COZEN O'CONNOR | thoran@cozen.com |
| DELAWARE DIVISION OF REVENUE | fasnotify@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DENVER CITY ATTORNEY'S OFFICE | bankruptcy01@denvergov.org |
| DISTRICT OF DELAWARE | usade.press@usdoj.gov |
| DLA PIPER LLP (US) | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | mbusenkell@gsbblaw.com |
| JACK SHRUM, PA | jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | **dglendenning@lockelord.com** |
| MCCARTER & ENGLISH, LLP | kbuck@mccarter.com; shumiston@mccarter.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | emchorse@mcginnislaw.com |
| MONZACK MERSKY AND BROWDER, P.A. | rmersky@monlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustrustee.program@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ecobb@pbfcm.com |
| POLSINELLI PC | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | cdale@proskauer.com |
| PROSKAUER ROSE LLP | bblackwell@proskauer.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| ROPES & GRAY LLP | stephen.iacovo@@ropesgray.com |
| SALAZAR LAW | luis@salazar.law |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | EMAIL |
|------|-------|
| SAUL EWING ARNSTEIN & LEHR LLP | mark.minuti@saul.com |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | dosdoc_ftax@state.de.us; dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy-ogc-ado@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| STINSON LLP | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | whazeltine@sha-llc.com |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | civil.feedback@usdoj.gov |
| VENABLE LLP | rkapoor@venable.com; lsbouyea@venable.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | eric.taube@wallerlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |