# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,[1]<br>                               Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>Jointly Administered |

**Objection Deadline: June 17, 2022 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

## TENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JANUARY 1, 2022 THROUGH JANUARY 31, 2022

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 16, 2021 by Order signed May 3, 2021 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2022 through January 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $49,487.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $144.70 |

This is a:    ☒ monthly    ☐ interim    ☐ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

The total time expended for preparation of this monthly fee application is approximately 3.0 hours and the corresponding compensation requested is approximately $1,200.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 06/08/21 | 03/16/21 – 04/30/21 | $201,667.00 | $1,839.78 | $201,667.00 | $1,839.78 |
| 07/07/21 | 05/01/21 – 05/31/21 | $ 29,100.00 | $ 975.25 | $ 29,100.00 | $ 975.25 |
| 09/15/21 | 06/01/21 – 06/30/21 | $ 19,557.00 | $ 104.90 | $ 15,645.60 | $ 104.90 |
| 09/15/21 | 07/01/21 – 07/31/21 | $ 18,586.50 | $ 129.50 | $ 14,869.20 | $ 129.50 |
| 10/22/21 | 08/01/21 – 08/31/21 | $ 3,789.00 | $ 87.00 | $ 3,031.20 | $ 87.00 |
| 01/31/22 | 09/01/21 – 09/30/21 | $ 6,127.50 | $ 80.30 | $ 4,902.00 | $ 80.30 |
| 01/31/22 | 10/01/21 – 10/31/21 | $ 14,839.50 | $ 89.50 | $ 11,871.60 | $ 89.50 |
| 01/31/22 | 11/01/21 – 11/30/21 | $ 5,351.50 | $ 28.70 | $ 4,281.20 | $ 28.70 |
| 06/03/22 | 12/01/21 – 12/31/21 | $ 6,152.00 | $ 33.60 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member NJ & PA Bars 1996; member DE Bar 2001; Member NY Bar 2008 | $1,295.00 | 32.20 | $41,699.00 |
| Bradford J. Sandler | Partner 2010; Member NJ & PA Bars 1996; member DE Bar 2001; Member NY Bar 2008 | $1,445.00 | 2.30 | $3,323.50 |
| Cheryl A. Knotts | Paralegal | $ 460.00 | 2.20 | $1,012.00 |
| Karina K. Yee | Paralegal | $ 495.00 | 2.80 | $1,386.00 |
| La Asia S. Canty | Paralegal | $ 495.00 | 2.50 | $1,237.50 |
| Andrea R. Paul | Case Management Assistant | $ 395.00 | 1.30 | $513.50 |
| Karen S. Neil | Case Management Assistant | $ 395.00 | 0.80 | $316.00 |

**Grand Total:** $49,487.50
**Total Hours:** 44.10
**Blended Rate:** $1,122.17

2

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition | 5.40 | $6,993.00 |
| Case Administration | 5.20 | $3,419.00 |
| Claims Admin/Objections | 1.60 | $2,147.00 |
| Comp. of Prof./Others | 0.50 | $677.50 |
| Financing | 10.20 | $13,209.00 |
| General Creditors Committee | 1.30 | $1,683.50 |
| Hearing | 1.00 | $1,295.00 |
| Meeting of Creditors | 4.20 | $5,439.00 |
| Operations | 2.50 | $3,282.50 |
| PSZ&J Compensation | 6.90 | $4,478.50 |
| Plan & Disclosure Statement | 2.90 | $3,755.50 |
| Retention of Professionals/Other | 2.40 | $3,108.00 |
| **Total** | **44.10** | **$49,487.50** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---:|
| Pacer – Court Research | | $46.50 |
| Reproduction Expense | | $0.10 |
| Reproduction/ Scan Copy | | $98.10 |
| **Total** | | **$ 144.70** |

---

[2] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,[1]<br>                          Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>Jointly Administered |

Objection Deadline: June 17, 2022 at 4:00 p.m.
Hearing Date: To be scheduled if necessary

**TENTH MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI
STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, signed on or about March 29, 2021 [Docket No. 162] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Tenth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from January 1, 2022 through January 31, 2022* (the "Application").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

By this Application, PSZ&J seeks (i) a monthly interim allowance of compensation in the amount of $49,487.50 and actual and necessary expenses in the amount of $144.70 for a total allowance of $49,632.20 and (ii) payment of $39,590.00 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $144.70 (100% of the allowed expenses pursuant to the Administrative Order) for a total payment of $39,734.70 for the period January 1, 2022 through January 31, 2022 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

**Background**

1. On March 3, 2021 (the "Petition Date"), each of the Debtors commenced a voluntary case under Chapter 11 of the Bankruptcy Code in this Court. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On March 15, 2021, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these cases pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Summit Glory Property, LLC; (ii) Albee Development LLC; (iii) Sloans Lake-FCA, LLC; (iv) MEP Mainstreet Operations, LLC; (v) Sony Electronics Inc.; (vi) Vista Entertainment Solutions (USA) Inc.; and (vii) Iced Tea with Lemon LLC. On March 17, 2021,

Vista Entertainment Solutions (USA) Inc. resigned from the Committee. The *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 91] was filed on March 15, 2021.

4. On or about March 29, 2021, the Court signed the Administrative Order, authorizing estate professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional an amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application. Beginning with the period ending May 31, 2021, and at three-month intervals thereafter, each Professional may file and serve on the Notice Parties an interim fee application for compensation and reimbursement of expenses sought in the Monthly Fee Applications filed during the Interim Fee Period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5. The retention of PSZ&J, as counsel to the Committee, was approved effective as of March 16, 2021, by this Court's *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of March 16, 2021*, signed on May 3, 2021 [Docket No. 432] (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**PSZ&J'S APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

6.      All services for which PSZ&J requests compensation were performed for or on behalf of the Committee.  PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases.  PSZ&J has not received a retainer in these cases.

**Fee Statements**

7.      The fee statements for the Interim Period are attached hereto as **Exhibit A**. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order.  PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working travel time to

fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

## Actual and Necessary Expenses

8. A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of **Exhibit A**. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

9. PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Committee for the receipt of faxes in these cases.

10. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

11. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the *ABA's Statement of Principles*, dated March 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

12. The names of the timekeepers of PSZ&J who have rendered professional services in these cases during the Interim Period are set forth in the attached Exhibit A. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

### Summary of Services by Project

13. The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

A. **Asset Disposition**

14. Time billed to this category relates to the sale or other disposition of the Debtors' assets. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed bid procedures issues; (2) reviewed and analyzed sale issues; (3) reviewed and analyzed the Dallas County objection; (4) reviewed and analyzed issues regarding a settlement proposal; (5) reviewed and analyzed lease issues; (6) attended to sale process issues; and (7) corresponded and conferred regarding asset disposition issues.

    Fees: $6,993.00;    Hours: 5.40

B. **Case Administration**

15. This category relates to work regarding administration of these cases. During the Interim Period, the Firm, among other things: (1) maintained document control; (2) maintained a memorandum of critical dates; (3) maintained a work-in-progress memorandum; and (4) conferred regarding case administration issues.

    Fees: $3,419.00;    Hours: 5.20

C. **Claims Admin/Objections**

16. This category relates to work regarding issues relating to claim objections and claim administration. During the Interim Period, the Firm, among other things, reviewed and analyzed issues regarding priority and administrative claims, and conferred regarding claim issues.

    Fees: $2,147.00;    Hours: 1.60

D. **Compensation of Professionals--Others**

17. Time billed to this category relates to the compensation of professionals, other than the Firm. During the Interim Period, the Firm, among other things, reviewed and analyzed issues regarding the Houlihan Lokey fee structure, and reviewed and analyzed issues regarding the Portage and Young Conaway Stargatt & Taylor fee applications.

Fees: $677.50;    Hours: 0.50

E. **Financing**

18. Time billed to this category relates to Debtor in Possession ("DIP") financing and use of cash collateral. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed issues regarding DIP financing and bid procedures; (2) reviewed and analyzed issues regarding a DIP financing extension; (3) performed work regarding settlement issues; (4) attended to issues regarding a DIP financing motion; (5) reviewed and analyzed a Texas DIP financing objection; and (6) conferred and corresponded regarding financing issues.

Fees: $13,209.00;    Hours: 10.20

F. **General Creditors Committee**

19. Time billed to this category relates to issues regarding the Committee. During the Interim Period the Firm, among other things: (1) performed work regarding Committee by-laws; (2) reviewed and analyzed issues regarding the Vista resignation; and (3) corresponded regarding Committee issues.

Fees: $1,683.50;    Hours: 1.30

**G.    Hearing**

20.    This category relates to work regarding hearings. During the Interim Period, the Firm, among other things, reviewed and analyzed a First Day transcript.

Fees: $1,295.00;    Hours: 1.00

**H.    Meeting of Creditors**

21.    Time billed to this category relates to the preparation for and attendance at meetings of Creditors. During the Interim Period, the Firm, among other things, prepared for and attended telephonic meetings with the Committee.

Fees: $5,439.00;    Hours: 4.20

**I.    Operations**

22.    This category relates to work regarding operations issues. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed issues regarding operations; (2) reviewed and analyzed issues regarding franchisees; (3) reviewed and analyzed issues regarding America Rescue Plan Act funds; (4) reviewed and analyzed Monthly Operating Reports; and (5) conferred and corresponded regarding operations issues.

Fees: $3,282.50;    Hours: 2.50

**J.    PSZ&J Compensation**

23.    Time billed to this category relates to the compensation of the Firm. During the Interim Period, the Firm, among other things, performed work regarding its September, October and November 2021 monthly, and Third quarterly, fee applications.

Fees: $4,478.50;    Hours: 6.90

9

K.     **Plan & Disclosure Statement**

24.     Time billed to this category relates to work regarding a Plan of Reorganization and Disclosure Statement.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed confirmation provisions; (2) performed work regarding a list of issues and a settlement term sheet; (3) reviewed and analyzed possible exit structures; and (4) corresponded and conferred regarding Plan issues.

Fees: $3,755.50;     Hours:  2.90

L.     **Retention of Professionals/Others**

25.     Time billed to this category relates to the retention of professionals, other than the Firm.  During the Interim Period, the Firm, among other things: (1) reviewed and analyzed issues regarding the Committee selection of financial advisors; (2) reviewed and analyzed issues regarding the Houlihan Lokey retention; (3) reviewed and analyzed issues regarding ordinary course professionals; and (4) corresponded regarding retention issues.

Fees: $3,108.00;     Hours:  2.40

**Valuation of Services**

26.     Attorneys and paraprofessionals of PSZ&J expended a total 44.10 hours in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member NJ & PA Bars 1996; member DE Bar 2001; Member NY Bar 2008 | $1,295.00 | 32.20 | $41,699.00 |
| Bradford J. Sandler | Partner 2010; Member NJ & PA Bars 1996; member DE Bar 2001; Member NY Bar 2008 | $1,445.00 | 2.30 | $3,323.50 |

10

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cheryl A. Knotts | Cheryl A. Knotts | $ 460.00 | 2.20 | $1,012.00 |
| Karina K. Yee | Paralegal | $ 495.00 | 2.80 | $1,386.00 |
| La Asia S. Canty | Paralegal | $ 495.00 | 2.50 | $1,237.50 |
| Andrea R. Paul | Case Management Assistant | $ 395.00 | 1.30 | $513.50 |
| Karen S. Neil | Case Management Assistant | $ 395.00 | 0.80 | $316.00 |

Grand Total:   $49,487.50
Total Hours:   44.10
Blended Rate:  $1,122.17

27. The nature of work performed by these persons is fully set forth in **Exhibit A** attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Committee during the Interim Period is $49,487.50.

28. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period January 1, 2022 through January 31, 2022, (i) an interim allowance be made to PSZ&J for compensation in the amount of $49,487.50 and actual and necessary expenses in the amount of $144.70 for a total

11

allowance of $49,632.20 and (ii) payment of $39,590.00 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $144.70 (100% of the allowed expenses pursuant to the Administrative Order) for a total payment of $39,734.70, and for such other and further relief as this Court may deem just and proper.

Dated: June 3, 2022                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Steven W. Golden (NY Bar No. 5374152)
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    bsandler@pszjlaw.com
         sgolden@pszjlaw.com

- and –

Robert J. Feinstein (NY Bar No. 1767805)
Cia H. Mackle (FL Bar No. 0026471)
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    rfeinstein@pszjlaw.com
         cmackle@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# DECLARATION

STATE OF DELAWARE : 
 : 
COUNTY OF NEW CASTLE : 

Bradford J. Sandler, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee. Capitalized terms used in this Declaration have the same meanings ascribed in the Application.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about March 29, 2021 and submit that the Application substantially complies with such rule and order.

/s/ Bradford J. Sandler
Bradford J. Sandler