# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 1227-1228** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 25, 2022, I caused to be served the:

   a. "Debtors' Motion for Entry of an Order Further Extending the Exclusivity Periods for the Filing of a Chapter 11 Plan and the Solicitation of Acceptances Thereof," dated May 25, 2022 [Docket No. 1227], (the "Extend Exclusivity Motion"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

    b. "Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452," dated May 25, 2022 [Docket No. 1228], (the "Extend Removal Motion"),

by causing true and correct copies of the:

    i. Extend Exclusivity Motion and Extend Removal Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. Extend Removal Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

    iii. Extend Exclusivity Motion and Extend Removal Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                          */s/ Angela Chachoff*
                                          Angela Chachoff

Sworn to before me this
26th day of May, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

# EXHIBIT A

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALEXANDRA ELLIS | C/O CORREIA, KING, FODERA, MCGINNIS & LIFEEIDGE, ATTN: RICHARD J. FODERA 655 3RD AVE 27TH FL NEW YORK NY 10017 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DAVID MARMINS 171 17TH STREET NW SUITE 2100 ATLANTA GA 30363-1031 |
| BROOKS,ANDREYAH | 3908 AVENUE B AUSTIN TX 78751 |
| CHRISTINA MERRYMAN | PO BOX 7217 LONDON KY 40742-7217 |
| CLIMO,TAYLOR,S | 3908 AVENUE B AUSTIN TX 78751 |
| CNA INSURANCE | ATTN: CAROL GERNER, ESQ. 151 N FRANKLIN STREET FLOOR 9 CHICAGO IL 60606 |
| CORREIA KING FODERA MCGINNIS & LIFEEIDGE | ATTN: RICHARD J. FODERA 655 3RD AVENUE 27TH FLOOR NEW YORK NY 10017 |
| CRAIG PASCHICH | 519 E HORSESHOE PL CHANDLER AZ 85249 |
| DEAS & ASSOCIATES | ATTN: DYNIA WILLIAMS 9601 MCALLISTER FWY SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: JUAN MONSIVAIS 9601 MCALLISTER FWY SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: TUSHAR Y. PANDYA 9601 MCALLISTER FWY SUITE 910 SAN ANTONIO TX 78216 |
| DEAS & ASSOCIATES | ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| EGAN, RICHARD | C/O RANDY HOWRY, ESQ 1900 PEARL ST AUSTIN TX 78705 |
| EVELINA CALCANO | C/O JACKSON LEWIS P.C. ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY 14TH FL WHITE PLAINS NY 10601 |
| FHF I LAMAR UNION, LLC | C/O ARNALL GOLDEN GREGORY, LLP ATTN: DAVID MARMINS 171 17TH STREET NW STE 2100 ATLANTA GA 30363 |
| FISHER & PHILLIPS LLP | 1075 PEACHTREE ST NE, STE 3500 ATLANTA GA 30309 |
| FLETCHER LAW OFFICE, LLC | ATTN: GAGE K. FLETCHER 4505 MADISON AVE SUITE 270 KANSAS CITY MO 06411 |
| GIBBONS P.C. | ATTN: KEVIN W. WEBER, ESQ. ONE GATEWAY CENTER, 1145 RAYMOND PLAZA W NEWARK NJ 07102 |
| GONZALES,JESSE | 3908 AVENUE B AUSTIN TX 78751 |
| GRAVES DOUGHERTY HEARON & MOODY | ATTN: KAREN BARTOLETTI 401 CONGRESS AVENUE SUITE 2700 AUSTIN TX 78701 |
| GRAVES DOUGHERTY HEARON & MOODY | ATTN: PETE D. KENNEDY 401 CONGRESS AVENUE SUITE 2700 AUSTIN TX 78701 |
| HAYNES AND BOONE, LLP | ATTN: JASON HABINSKY 30 ROCKEFELLER PLAZA 26TH FLOOR NEW YORK NY 10112 |
| HAYNES AND BOONE, LLP | ATTN: JOHN R. EMERSON (RUSS) 2323 VICTORY AVENUE SUITE 700 DALLAS TX 75219 |
| HAYNES AND BOONE, LLP | ATTN: RUSS EMERSON 2323 VICTORY AVENUE SUITE 700 DALLAS TX 75219 |
| HAYNES AND BOONE, LLP | ATTN: LAURA O'DONNELL 112 EAST PECAN STREET SUITE 1200 SAN ANTONIO TX 78205 |
| HAYNES AND BOONE, LLP | ATTN: ADAM H. SENCENBAUGH 600 CONGRESS AVENUE SUITE 1300 AUSTIN TX 78701 |
| HENRY JACOBSON | C/O KANE RUSSELL COLEMAN LOGAN PC ATTN: MICHAEL A. LOGAN 901 MAIN ST STE 5200 DALLAS TX 75202 |
| JACKSON LEWIS P.C. | ATTN: ADAM GROSS 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JACKSON LEWIS P.C. | ATTN: ADAM S. GROSS 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JACKSON LEWIS P.C. | ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY 14TH FLOOR WHITE PLAINS NY 10601 |
| JAMES OCANAS AND ROBYN HUSTON OCANAS | C/O DEAS & ASSOCIATES ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| JAWAHER HOZIMAH | C/O NY CITY COMMISSION ON HUMAN RIGHTS ATTN: RAYMOND KARLIN, ESQ. 22 READE STREET, 3RD FLOOR NEW YORK NY 10007 |
| JAYNE ROBERMAN | C/O JACKSON LEWIS P.C. ATTN: JOSEPH DIPALMA 44 SOUTH BROADWAY, 14TH FL WHITE PLAINS NY 10601 |
| JOSE ABEN MAIRENA | PO BOX 7217 LONDON KY 40742-7217 |
| K&K INSURANCE GROUP | ATTN: AISYA CARROLL, ADJUSTER 1712 MAGNAVOX WAY FORT WAYNE IN 46804 |
| KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL A. LOGAN 901 MAIN STREET SUITE 5200 DALLAS TX 75202 |
| KARETEK HOLDINGS, LLC | C/O HAYNES AND BOONE, LLP ATTN: RUSS EMERSON 2323 VICTORY AVE STE 700 DALLAS TX 75219 |
| KILPATRICK & DEAS | PO BOX 7217 LONDON KY 40742-7217 |
| KILPATRICK & HOLDER | ATTN: ELIZABETH WATSON 1084 S LAUREL RD LONDON KY 40744-7960 |
| KILPATRICK & HOLDER | 1084 S LAUREL RD LONDON KY 40744-7960 |
| KIMBERLY PASCHICH | 519 E HORSESHOE PL CHANDLER AZ 85249 |

| Claim Name | Address Information |
|---|---|
| KRISTINA KING | C/O THE ADA GROUP LLC ATTN: CLAIRE WILSON 4001 CARMICHAEL RD STE 570 MONTGOMERY AL 36106 |
| LARRICK LAW FIRM PC | ATTN: ELIZABETH LARRICK 1714 FORTVIEW RD, STE 101 AUSTIN TX 78704 |
| LAW OFFICE OF GAMBESKI & FRUM | 565 TAXTER RD. SUITE 220 ELMFORD NY 10523-2300 |
| LAW OFFICE OF STEVE ROBERTS, LLC | ATTN: SCOTT ROBERTS 100 FILLMORE ST, 5TH FL DENVER CO 80206 |
| LEMOND,LESLIE | 3908 AVENUE B AUSTIN TX 78751 |
| LIBERTY MUTUAL COMPANY | ATTN: CATHARINE SCOTT, CLAIMS REP 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: CHRISTINE COLBY 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: JOHANNA GUETZOW, SR CLAIMS 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: SHAYNA MILLER 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL COMPANY | ATTN: STANLEY NEWSHAM, SR TECH CLAIMS 175 BERKELEY STREET BOSTON MA 02116 |
| MARSHALL DENNEHEY WARNER COLEMAN ET AL | ATTN: JOSEPH J. RAVA, ESQ 287 BOWMAN AVE STE 404 PURCHASE NY 10577-2517 |
| MICHELLE CORDIAL | C/O KILPATRICK & HOLDER ATTN: ELIZABETH WATSON PO BOX 7217 LONDON KY 40742-7217 |
| MONROY, ERIK | 841 SOLANO AVE, #2 ALBANY CA 94706 |
| MUELLER ALDRICH STREET, LLC | C/O SAUL EWING ARNSTEIN & LEHR LLP ATTN: MARK MINUTI 1201 N. MARKET STREET, SUITE 2300 WILMINGTON DE 19801-1266 |
| NIGEL GRANVILLE & DEBRA WATSON GRANVILLE | C/O LAW OFFICE OF GAMBESKI & FRUM 565 TAXTER RD, STE 220 ELMFORD NY 10523-2300 |
| OMROY CLARKE AND SHAEEDA FACEY | C/O WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP; ATTN: ROBERT W. GORDON 1133 WESTCHESTER AAVENUE WHITE PLAINS NY 10604 |
| PASCHICH ALAMO HOLDINGS, LLC | ATTN CRAIG PASCHICH 519 E HORSESHOE PL CHANDLER AZ 85249 |
| PHYLLIS JEAN TUMLINSON | C/O DEAS & ASSOCIATES ATTN: CHRISTOPHER RHODES 234 CEDAR HURST LN AUSTIN TX 78734-3915 |
| QUATTRONE, MELISSA | C/O JENNIFER KRAMER 3600 WILSHIRE BLVD, STE 1908 LOS ANGELES CA 90010 |
| RICHARD EGAN | C/O HOWRY BREEN & HERMAN LLP ATTN: RANDY D HOWRY ESQ 1900 PEARL ST AUSTIN TX 78705-5408 |
| ROMERO,GILBERT | 3908 AVENUE B AUSTIN TX 78751 |
| SELECTIVE | ATTN: MARIE TOLEDO 40 WANTAGE AVE BRANCHVILLE NJ 07890 |
| SUSIE VYBIRAL | PO BOX 7217 LONDON KY 40742-7217 |
| THE ADA GROUP LLC | ATTN: CLAIRE WILSON 4001 CARMICHAEL RD SUITE 570 MONTGOMERY AL 36106 |
| TRAVELERS INSURANCE | ATTN: BARBARA HOGUE 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JEANETTE EBY 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JOAN TONN 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: JUNE NGUYEN 485 LEXINGTON AVE. NEW YORK NY 10017 |
| TRAVELERS INSURANCE | ATTN: MELISSA PALMER 485 LEXINGTON AVE. NEW YORK NY 10017 |
| VALENZUELA,BRIDGETTE | 3908 AVENUE B AUSTIN TX 78751 |
| VIANNA PRIETO | C/O DEAS & ASSOCIATES ATTN: TUSHAR Y. PANDYA & JUAN MONSIVAIS 9601 MCALLISTER FWY STE 910 SAN ANTONIO TX 78216 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER | ATTN: GREGORY I. FREEDMAN 150 E 42ND ST 23 NEW YORK NY 10017 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER | ATTN: ROBERT W. GORDON 1133 WESTCHESTER AAVENUE WHITE PLAINS NY 10604 |
| WYKS,KARIN | 3908 AVENUE B AUSTIN TX 78751 |

**Total Creditor count  75**

# EXHIBIT C

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | EMAIL |
| --- | --- |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | branchd@ballardspahr.com |
| BLANK ROME LLP | tarr@blankrome.com; guilfoyle@blankrome.com |
| CHIPMAN BROWN CICERO & COLE, LLP | desgross@chipmanbrown.com |
| COLE SCHOTZ P.C. | iwalker@coleschotz.com |
| COZEN O'CONNOR | thoran@cozen.com |
| DELAWARE DIVISION OF REVENUE | fasnotify@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DENVER CITY ATTORNEY'S OFFICE | bankruptcy01@denvergov.org |
| DISTRICT OF DELAWARE | usade.press@usdoj.gov |
| DLA PIPER LLP (US) | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | mbusenkell@gsbblaw.com |
| JACK SHRUM, PA | jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | dglendenning@lockelord.com |
| MCCARTER & ENGLISH, LLP | kbuck@mccarter.com; shumiston@mccarter.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | emchorse@mcginnislaw.com |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustrustee.program@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ecobb@pbfcm.com |
| POLSINELLI PC | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | cdale@proskauer.com |
| PROSKAUER ROSE LLP | bblackwell@proskauer.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| ROPES & GRAY LLP | stephen.iacovo@@ropesgray.com |
| SALAZAR LAW | luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | mark.minuti@saul.com |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | EMAIL |
| --- | --- |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | dosdoc_ftax@state.de.us; dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | SECBankruptcy-OGC-ADO@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| STINSON LLP | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | whazeltine@sha-llc.com |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | civil.feedback@usdoj.gov |
| VENABLE LLP | rkapoor@venable.com; lsbouyea@venable.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | eric.taube@wallerlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |