## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1] | Case No. 21-10474 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1290** |

### <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 28, 2022, I caused to be served the "Notice of Agenda of Matters Scheduled for Remote Hearing on June 30, 2022 at 11:30 a.m. (ET)," dated June 28, 2022 [Docket No. 1290], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A,</u> and

    b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
29th day of June, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3D ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

**EXHIBIT B**

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)

Master Service List - Email List

| NAME | EMAIL |
|------|-------|
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | branchd@ballardspahr.com |
| BLANK ROME LLP | tarr@blankrome.com; guilfoyle@blankrome.com |
| CHIPMAN BROWN CICERO & COLE, LLP | desgross@chipmanbrown.com |
| COLE SCHOTZ P.C. | iwalker@coleschotz.com |
| COZEN O'CONNOR | thoran@cozen.com |
| DELAWARE DIVISION OF REVENUE | fasnotify@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DENVER CITY ATTORNEY'S OFFICE | bankruptcy01@denvergov.org |
| DISTRICT OF DELAWARE | usade.press@usdoj.gov |
| DLA PIPER LLP (US) | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | mbusenkell@gsbblaw.com |
| JACK SHRUM, PA | jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | **dglendenning@lockelord.com** |
| MCCARTER & ENGLISH, LLP | kbuck@mccarter.com; shumiston@mccarter.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | emchorse@mcginnislaw.com |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustrustee.program@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ecobb@pbfcm.com |
| POLSINELLI PC | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | cdale@proskauer.com |
| PROSKAUER ROSE LLP | bblackwell@proskauer.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| ROPES & GRAY LLP | stephen.iacovo@@ropesgray.com |
| SALAZAR LAW | luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | mark.minuti@saul.com |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | EMAIL |
|---|---|
| SECRETARY OF STATE DIVISION OF CORPORATIONS | dosdoc_ftax@state.de.us; dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | SECBankruptcy-OGC-ADO@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| STINSON LLP | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | whazeltine@sha-llc.com |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | civil.feedback@usdoj.gov |
| VENABLE LLP | rkapoor@venable.com; lsbouyea@venable.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | eric.taube@wallerlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |