# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1302** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                                       ) ss.:
COUNTY OF FRANKLIN )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18, 2022, I caused to be served the "Order Further Amending Final Cash Collateral Order and Extending the Debtors' Authority to Use Cash Collateral," dated July 18, 2022 [Docket No. 1302], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Angela Chachoff*
                                                Angela Chachoff

Sworn to before me this
21st day of July, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

# EXHIBIT A

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3RD ST SW, STE 6050 WASHINGTON DC 20416 |

**Total Creditor count  3**

| Claim Name | Address Information |
|---|---|
| ASSISTANT TRAVIS COUNTY ATTORNEY | (COUNSEL TO TRAVIS COUNTY) ATTN JASON A STARKS PO BOX 1748 AUSTIN TX 78767 |
| BALLARD SPAHR LLP | (COUNSEL TO UE YONKERS II LLC, ALBEE DEVELOPMENT LLC, AND THE GERRITY GROUP) ATTN LESLIE C HEILMAN & LAUREL D ROGLEN 919 N MARKET ST, 11TH FL WILMINGTON DE 19801-3034 |
| BALLARD SPAHR LLP | (COUNSEL TO ALBEE DEVELOPMENT LLC & THE GERRITY GROUP) ATTN DUSTIN P BRANCH 2029 CENTURY PARK E, STE 1400 LOS ANGELES CA 90067 |
| BLANK ROME LLP | (COUNSEL TO A24 FILMS LLC) ATTN STANLEY B TARR & VICTORIA A GUILFOYLE 1201 N MARKET ST, STE 800 WILMINGTON DE 19801 |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO ACP ALAMO FINANCE INC) ATTN MARK L DESGROSSEILLIERS HERCULES PLAZA 1313 N MARKET ST, STE 5400 WILMINGTON DE 19801 |
| COLE SCHOTZ PC | (COUNSEL TO MEP MAINSTREET OPERATIONS LLC) ATTN IRVING E WALKER 300 E LOMBARD ST, STE 1450 BALTIMORE MD 21202 |
| COZEN O'CONNOR | (COUNSEL TO US FOODS INC) ATTN THOMAS M HORAN 1201 N MARKET ST, STE 1001 WILMINGTON DE 19801 |
| DELAWARE DIVISION OF REVENUE | ATTN ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, STE 100 DOVER DE 19904 |
| DENVER CITY ATTORNEY'S OFFICE | (COUNSEL TO CITY AND COUNTY OF DENVER) ATTN ROBERT A MCDERMOTT, ASST CITY ATTORNEY 201 WEST COLFAX AVENUE, DEPT 1207 DENVER CO 80202-5332 |
| DEPARTMENT OF THE TREASURY - IRS | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| DISTRICT OF DELAWARE | C/O US ATTORNEYS OFFICE HERCULES BLDG 1313 N MARKET ST WILMINGTON DE 19801 |
| DLA PIPER LLP (US) | (COUNSEL TO VISTA ENTERTAINMENT SOLUTIONS (USA) INC AND ITS AFFILIATES) ATTN JAMILA JUSTINE WILLIS & GREGORY M JUELL 1251 AVE OF THE AMERICAS NEW YORK NY 10020 |
| DLA PIPER LLP (US) | (COUNSEL TO VISTA ENTERTAINMENT SOLUTIONS (USA) INC AND ITS AFFILIATES) ATTN STUART M BROWN 1201 N MARKET ST, STE 2100 WILMINGTON DE 19801 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL KERBBY LLC) ATTN MICHAEL BUSENKELL 1201 N ORANGE ST, STE 300 WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICES | ATTN CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACK SHRUM PA | (COUNSEL TO STAFFORD SMITH IN.) ATTN J JACKSON SHRUM 919 N MARKET ST, STE 1410 WILMINGTON DE 19801 |
| LANDIS RATH & COBBS LLP | (COUNSEL TO FORTRESS CREDIT CORP) ATTN ADAM LANDIS, MATTHEW MCGUIRE, & N JENNER 919 MARKET ST, STE 1800 WILMINGTON DE 19801 |
| LAW OFFICE OF SUSAN E KAUFMAN LLC | (COUNSEL TO NEW BRAUNFELS MARKETPLACE LP) ATTN SUSAN E KAUFMAN 919 N MARKET ST, STE 460 WILMINGTON DE 19801 |
| LEWIS REED & ALLEN PC | (COUNSEL TO STAFFORD SMITH INC) ATTN RONALD W RYAN 136 E MICHIGAN AVE, STE 800 KALAMAZOO MI 49007 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO IRVING ISD DALLAS COUNTY) ATTN ELIZABETH WELLER 2777 N STEMMONS FWY, STE 1000 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO BEXAR COUNTY) ATTN DON STECKER 112 E PECAN ST, STE 2200 SAN ANTONIO TX 78205 |
| LOCKE LORD LLP | ATTN DON GLENDENNING 2200 ROSS AVE, STE 2800 DALLAS TX 75201 |
| MCCARTER & ENGLISH LLP | (COUNSEL TO 30 WEST PERSHING LLC) ATTN KATE R BUCK & SHANNON D HUMISTON 405 N KING ST, 8TH FL WILMINGTON DE 19801 |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS TAXING AUTHORITIES) ATTN TARA LEDAY PO BOX 1269 ROUND ROCK TX 78680 |
| MCGINNIS LOCHRIDGE | ATTN ED MCHORSE 600 CONGRESS AVE, STE 2100 AUSTIN TX 78701 |
| MONZACK MERSKY AND BROWDER PA | (COUNSEL TO HYLAN PLAZA 1339 LLC) ATTN RACHEL B MERSKY 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | (COUNSEL TO TN DEPT OF LABOR - BUREAU OF UNEMPLOYMENT INSURANCE) C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV PO BOX 20207 NASHVILLE TN 37202-0207 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) BANKRUPTCY & COLLECTIONS DIVISION ATTN JASON B BINFORD & LAYLA D MILLIGAN, ASSISTANT ATTORNEYS GENERAL PO BOX 12548 - MC 008 AUSTIN TX 787112548 |

| Claim Name | Address Information |
|---|---|
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE C/O ELLEN SLIGHTS ATTN DAVID C WEISS 1313 N MARKET ST WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| OFFICE OF THE US ATTORNEY GENERAL OF TEXAS | BANKRUPTCY & COLLECTIONS DIVISION (COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND TEXAS WORKFORCE COMMISSION) ATTN KIMBERLY A WALSH & SHERRI K SIMPSON PO BOX 12548 AUSTIN TX 78711-2548 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO THE OFF COMM OF UNSECURED CREDITORS) ATTN ROBERT J FEINSTEIN & CIA H MACKLE 780 3RD AVE, 34TH FL NEW YORK NY 10017 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO THE OFF COMM OF UNSECURED CREDITORS) ATTN BRADFORD J SANDLER & STEVEN W GOLDEN 919 N MARKET ST, 17TH FL WILMINGTON DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO DALLAS COUNTY UTILITY AND RECLAMATION DISTRICT) ATTN EBONEY COBB 500 E BORDER ST, STE 640 ARLINGTON TX 76010 |
| POLSINELLI PC | (COUNSEL TO ADC FRANCHISEE ASSOCIATION INC, ET AL) ATTN SHANTI M KATONA 222 DELAWARE AVE, STE 1101 WILMINGTON DE 19801 |
| POLSINELLI PC | (COUNSEL TO ADC FRANCHISEE ASSOCIATION INC, ET AL) ATTN ANDREW J NAZAR 900 W 48TH PLACE, STE 900 KANSAS CITY MO 64112 |
| POYNER SPRUILL LLP | (COUNSEL TO KERBBY LLC) ATTN MATTHEW P WEINER 301 FAYETTEVILLE ST, STE 1900 RALEIGH NC 27601 |
| PROSKAUER ROSE LLP | ATTN CHARLES A DALE 1 INTERNATIONAL PLACE BOSTON MA 02110 |
| PROSKAUER ROSE LLP | (COUNSEL TO FORTRESS CREDIT CORP) ATTN CHARLES A DALE 1 INTERNATIONAL PL BOSTON MA 02110 |
| PROSKAUER ROSE LLP | (COUNSEL TO FORTRESS CREDIT CORP) ATTN BROOKE H BLACKWELL 70 W MADISON, STE 3800 CHICAGO IL 60602 |
| REED SMITH LLP | (COUNSEL TO UNIVERSAL FILM EXCHANGES LLC) ATTN JASON D ANGELO 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO UNIVERSAL FILM EXCHANGES LLC) ATTN MARSHA A HOUSTON & CHRISTOPHER O RIVAS 355 S GRAND AVE, STE 2900 LOS ANGELES CA 90071-1514 |
| ROPES & GRAY LLP | (COUNSEL TO ACP ALAMO FINANCE INC) ATTN GREGG M GALARDI 1211 AVE OF THE AMERICAS NEW YORK NY 10036 |
| ROPES & GRAY LLP | (COUNSEL TO ACP ALAMO FINANCE INC) ATTN GREGG GALARDI & C PIRRO SCHWARZMAN 1211 AVE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | ATTN: STEPHEN IACOVO 191 NORTH WACKER DRIVE, 32ND FLOOR CHICAGO IL 60606 |
| SALAZAR LAW | ATTN LUIS SALAZAR, ESQ CONSUMER PRIVACY OMBUDSMAN 2121 SW 3RD AVE, STE 100 MIAMI FL 33129 |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO MUELLER ALDRICH STREET LLC) ATTN MARK MINUTI 1201 N MARKET ST, STE 2300 PO BOX 1266 WILMINGTON DE 19899 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT 1 PENN CTR 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST, NE WASHINGTON DC 20549 |
| STINSON LLP | (COUNSEL TO 30 WEST PERSHING LLC) ATTN MARK S CARDER 1201 WALNUT ST, STE 2900 KANSAS CITY MO 64106 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL FOR WESTLAKES 410 INVESTMENTS LLC) ATTN WILLIAM A HAZELTINE 919 N MARKET ST, STE 420 WILMINGTON DE 19801 |
| TRAVIS COUNTY | (COUNSEL TO TRAVIS COUNTY) ATTN JASON A STARKS PO BOX 1748 AUSTIN TX 78767 |
| US DEPARTMENT OF JUSTICE | ATTN BANKRUPTCY DEPT 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001 |
| US SMALL BUSINESS ADMINISTRATION | C/O OFFICE OF DISASTER ASSISTANCE ATTN JAMES E RIVERA, ASSOC ADMIN 409 3RD ST SW, STE 6050 WASHINGTON DC 20416 |
| VENABLE LLP | (COUNSEL TO NEON RATED LLC) ATTN RISHI KAPOOR 1270 AVE OF THE AMERICAS, 24TH FL NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO NEON RATED LLC) ATTN LAURA S BOUYEA 1201 N MARKET ST, STE 1400 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| WALLER LANSDEN DORTCH & DAVIS LLP | (COUNSEL TO MUELLER ALDRICH STREET LLC) ATTN ERIC TAUBE 100 CONGRESS AVE, STE 1800 AUSTIN TX 78701 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO WALT DISNEY STUDIOS MOTION PICTURES) ATTN ANDREW N GOLDMAN & BENJAMIN W LOVELAND 7 WORLD TRADE CTR 250 GREENWICH ST NEW YORK NY 10007 |

**Total Creditor count  61**

# EXHIBIT B

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | EMAIL |
|---|---|
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | branchd@ballardspahr.com |
| BLANK ROME LLP | tarr@blankrome.com; guilfoyle@blankrome.com |
| CHIPMAN BROWN CICERO & COLE, LLP | desgross@chipmanbrown.com |
| COLE SCHOTZ P.C. | iwalker@coleschotz.com |
| COZEN O'CONNOR | thoran@cozen.com |
| DELAWARE DIVISION OF REVENUE | fasnotify@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DENVER CITY ATTORNEY'S OFFICE | bankruptcy01@denvergov.org |
| DISTRICT OF DELAWARE | usade.press@usdoj.gov |
| DLA PIPER LLP (US) | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | jamila.willis@us.dlapiper.com; gregory.juell@us.dlapiper.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | mbusenkell@gsbblaw.com |
| JACK SHRUM, PA | jshrum@jshrumlaw.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.com; jenner@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LEWIS, REED & ALLEN, P.C. | rryan@lewisreedallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| LOCKE LORD LLP | dglendenning@lockelord.com |
| MCCARTER & ENGLISH, LLP | kbuck@mccarter.com; shumiston@mccarter.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| MCGINNIS LOCHRIDGE | emchorse@mcginnislaw.com |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | bk-kwalsh@oag.texas.gov; sherri.simpson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | agbankdelaware@ag.tn.gov |
| OFFICE OF THE UNITED STATES ATTORNEY DISTRICT OF DELAWARE | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustrustee.program@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; sgolden@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ecobb@pbfcm.com |
| POLSINELLI PC | skatona@polsinelli.com; anazar@polsinelli.com |
| POYNER SPRUILL LLP | mweiner@poynerspruill.com |
| PROSKAUER ROSE LLP | cdale@proskauer.com |
| PROSKAUER ROSE LLP | bblackwell@proskauer.com |
| REED SMITH LLP | jangelo@reedsmith.com |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Master Service List - Email List

| NAME | EMAIL |
|---|---|
| REED SMITH LLP | mhouston@reedsmith.com; crivas@reedsmith.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com; cristine.schwarzman@ropesgray.com |
| ROPES & GRAY LLP | stephen.iacovo@ropesgray.com |
| SALAZAR LAW | luis@salazar.law |
| SAUL EWING ARNSTEIN & LEHR LLP | mark.minuti@saul.com |
| SECRETARY OF STATE DIVISION OF CORPORATIONS | dosdoc_ftax@state.de.us; dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | SECBankruptcy-OGC-ADO@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| STINSON LLP | mark.carder@stinson.com |
| SULLIVAN HAZELTINE ALLINSON LLC | whazeltine@sha-llc.com |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | civil.feedback@usdoj.gov |
| VENABLE LLP | rkapoor@venable.com; lsbouyea@venable.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | eric.taube@wallerlaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Banks - Email List

| NAME | EMAIL |
|---|---|
| TEXAS CAPITAL BANK, N.A. | ACHIARELLO@WINSTEAD.COM; JWIELEBINSKI@WINSTEAD.COM |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Landlords - Email List

| NAME | ATTN | EMAIL |
|---|---|---|
| DENVER URBANK RENEWAL AUTH (DURA-ALAMO SLOANS) | ATTN: JOHN BECK | JOHN.BECK@HOVANLEVELL.COM |
| DENVER URBAN RENEWAL AUTHORITY | ATTN: BRIAN E. SOBCZYK | BRIAN.SOBCZYK@STINSON.COM |
| FOPA PARTNERS, LLC | ATTN: JOSHUA A. ROMERO | JROMERO@JW.COM |
| GS SOUTH LAMAR PLAZA | ATTN: CHRISTINE L. HOOD | CHOOD@POYNERSPRUILL.COM |
| KERBBY, LLC | ATTN: GENERAL COUNSEL | INFO@CORDISH.COM |
| MEP MAINSTREET OPERATIONS, LLC | C/O THE CORDISH COMPANY | INFO@CORDISH.COM |
| MEP MAINSTREET OPERATIONS, LLC |  | PATRICK@WIGGINSCOMMERCIAL.COM; ISABEL@WIGGINSCOMMERCIAL.COM |
| MUELLER ALDRICH STREET, LLC | ATTN: ANDREW LURIE, REAL ESTATE COUNSEL | ALURIE@UEDGE.COM |
| NEW BRAUNFELS MARKETPLACE LP | ATTN: PETER BERGNER | INFO@OCONNORCP.COM |
| URBAN EDGE PROPERTIES | ATTN: YVONNE JONES | INFO@OCONNORCP.COM |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Bidding Procedures Objectors Email Service List

| NAME | C/O | EMAIL |
|---|---|---|
| THE COUNTY OF COMAL, TEXAS AND THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br><br>TARA LEDAY | TLEDAY@MVBALAW.COM |
| TRAVIS COUNTY | JASON A. STARKS<br>ASSISTANT COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, AND CIGNA DENTAL HEALTH | CONNOLLY GALLAGHER LLP<br><br>JEFFREY C. WISLER | JWISLER@CONNOLLYGALLAGHER.COM |
| MUELLER ALDRICH STREET, LLC | MARK MINUTI<br>SAUL EWING ARNSTEIN & LEHR LLP<br>AND<br>ERIC TAUBE<br>WALLER LANSDEN DORTCH & DAVIS, LLP | MARK.MINUTI@SAUL.COM<br><br><br>ERIC.TAUBE@WALLERLAW.COM |
| SITE CENTERS CORP. | KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE, ESQ.<br>JENNIFER D. RAVIELE, ESQ.<br>MARK J. SCOTT, ESQ. | RLEHANE@KELLEYDRYE.COM<br>JRAVIELE@KELLEYDRYE.COM<br>MASCOTT@KELLEYDRYE.COM |
| DALLAS COUNTY UTILITY & RECLAMATION DISTRICT | PERDUE, BRANDON, FIELDER,<br>COLLINS & MOTT, L.L.P.<br>EBONEY COBB<br>LINDA D. REECE | EMCCAIN@PBFCM.COM<br>LREECE@PBFCM.COM |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
DIP Objectors Email Service List

| NAME | C/O | EMAIL |
| --- | --- | --- |
| CLAIMANTS, THE COUNTY OF COMAL, TX & THE COUNTY OF WILLIAMSON, TX | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br><br>TARA LEDAY | TLEDAY@MVBALAW.COM |
| TRAVIS COUNTY | JASON A. STARKS<br><br>ASSISTANT COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYT |
| DALLAS COUNTY UTILITY & RECLAMATION DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br><br>EBONEY COBB<br>LINDA D. REECE | EMCCAIN@PBFCM.COM<br><br>LREECE@PBFCM.COM |
| US FOODS, INC. | COZEN O'CONNOR<br><br>THOMAS M. HORAN | THORAN@COZEN.COM |
| LOCAL TEZAS TAX AUTHORITIES | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br><br>ELIZABETH WELLER | BETHW@LGBS.com |

Alamo Drafthouse Cinemas Holdings, LLC Case No. 21-10474 (MFW)
Utilities Objectors EMail Service List

| NAME | C/O | EMAIL |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NY | McCARTER & ENGLISH, LLP<br><br>WILLIAM F. TAYLOR, Jr. | WTAYLOR@MCCASTER.COM |
|  | LAW FIRM OF RUSSELL R JOHNSON III, PLC<br><br>JOHN M. CRAIG | RUSSELL@RUSSELLJOHNSONLAWFIRM.COM ;<br>JOHN@RUSSELLJOHNSONLAWFIRM.COM |