# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1352 |

## SUPPLEMENT TO EIGHTEENTH MONTHLY AND FINAL FEE APPLICATION

Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this supplement (this "Supplement") to its eighteenth monthly and final fee application [Docket No. 1352] (the "Final Fee Application")[2] filed on August 19, 2022, and respectfully represents as follows:

1.  In the Final Fee Application, Young Conaway requested final approval of $1,616,944.50 in fees and $13,560.89 in expenses, plus additional fees and expenses incurred after

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used but not otherwise defined in this Supplement have the meanings ascribed to such terms in the Final Fee Application.

29722648.1

August 15, 2022, for the period commencing August 16, 2022, through and including the Dismissal Effective Date (the "Final Fee Period").

2. Young Conaway stated that it would supplement the Final Fee Application to include any additional fees and expenses incurred on and after August 16, 2022 through and including the Dismissal Effective Date (the "Supplemental Fee Period").

3. Young Conaway has incurred $11,929.00 in fees and $1.20 in expenses for the period commencing August 16, 2022 through and including September 12, 2022. A detailed statement of fees incurred during this period is attached hereto as Exhibit A. A detailed statement of expenses incurred during this period is attached hereto as Exhibit B. By this Supplement, Young Conaway hereby requests approval of such fees and expenses, as well as an additional estimate of fees and expenses for the period commencing September 13, 2022, through and including the Dismissal Effective Date, which Young Conaway estimates to be no more than $5,000.00 for the Supplemental Fee Period.

4. Young Conaway believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

[*remainder of page intentionally left blank*]

WHEREFORE, Young Conaway requests final approval and allowance of compensation for professional services rendered in the amount of $1,628,873.50, together with reimbursement for actual and necessary expenses incurred in the amount of $13,562.09, plus an additional amount for fees and expenses incurred between September 13, 2022 and the Dismissal Effective Date for the Final Fee Period (estimated to be not more than $5,000.00), and further requests such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: September 13, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>M. Blake Cleary (No. 3614) (mbcleary@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

## EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

Alamo Drafthouse Cinemas, Ltd.
13809 North Highway 183
Austin, TX 78750

| | |
|---|---|
| Invoice Date: | September 13, 2022 |
| Invoice Number: | 50036190 |
| Matter Number: | 101134.1001 |

Re: Chapter 11 Bankruptcy Debtor
Billing Period through September 12, 2022

**CURRENT INVOICE**

| | | |
|---|---|---:|
| Professional Services | $ | 11,929.00 |
| Disbursements | $ | 1.20 |
| Total Due This Invoice | $ | 11,930.20 |

| | | | | | |
|---|---|---|---|---|---|
| Alamo Drafthouse Cinemas, LLC | | | Invoice Date: | | September 13, 2022 |
| Billing Period through September 12, 2022 | | | Invoice Number: | | 50036190 |
| | | | Matter Number: | | 101134.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/16/22 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.10 | 33.50 |
| 08/19/22 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.10 | 33.50 |
| 08/25/22 | JKOCH | Prepare for (.2) and attend (.8) call with M. Foreman, M. Lunn, C. Zakhem, S. Kaufman, and C. Wernimont re: tax work | B001 | 1.00 | 500.00 |
| 08/17/22 | DLASK | Email to the Court regarding August 25 hearing | B002 | 0.10 | 33.50 |
| 08/17/22 | DLASK | Update August hearing agenda | B002 | 0.20 | 67.00 |
| 08/17/22 | MLUNN | Work with D. Laskin and review agenda re August 25th hearing | B002 | 0.10 | 91.50 |
| 08/19/22 | DLASK | Finalize for filing and coordinate service of agenda canceling August hearing | B002 | 0.40 | 134.00 |
| 08/22/22 | JKOCH | Review and comment on MORs | B004 | 0.60 | 300.00 |
| 08/22/22 | TBOLL | Finalize for filing July 2022 MORs (x34) | B004 | 1.50 | 487.50 |
| 08/23/22 | JKOCH | Confer with M. Lunn re: case issues | B004 | 0.10 | 50.00 |
| 08/16/22 | MLUNN | Review notice of lien / claim and work with J. Kochenash | B007 | 0.10 | 91.50 |
| 08/18/22 | MLUNN | Review updated cash analysis and claims and related call with C. Zakhem and J. Kochenash | B007 | 0.60 | 549.00 |
| 09/07/22 | MLUNN | Correspondence with C. Zakhem re admin claims | B007 | 0.10 | 91.50 |
| 08/22/22 | JKOCH | Email correspondence with M. Lunn re: exclusivity and removal deadlines | B012 | 0.10 | 50.00 |
| 08/29/22 | MLUNN | Correspondence with M. Foreman re exclusivity and removal deadline / motion | B012 | 0.10 | 91.50 |
| 08/16/22 | JKOCH | Email correspondence with M. Vonderahe re: letter from alleged creditor | B013 | 0.20 | 100.00 |
| 08/15/22 | JKOCH | Review and revise COC for initial dismissal order | B014 | 0.20 | 100.00 |
| 08/16/22 | JKOCH | Review letter from Capitol Services (.2) and confer with M. Lunn re: same (.2) | B014 | 0.40 | 200.00 |
| 08/16/22 | JKOCH | Call with Capitol Services re: notice received in mail | B014 | 0.20 | 100.00 |

| | | | | | |
|---|---|---|---|---|---|
| Alamo Drafthouse Cinemas, LLC | | | Invoice Date: | | September 13, 2022 |
| Billing Period through September 12, 2022 | | | Invoice Number: | | 50036190 |
| | | | Matter Number: | | 101134.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/16/22 | JKOCH | Follow up conference with M. Lunn re: tax work | B014 | 0.20 | 100.00 |
| 08/16/22 | JKOCH | Prepare for (.1) and attend (.3) call with C. Wernimont, C. Zakhem, and S. Kaufman re: tax work | B014 | 0.40 | 200.00 |
| 08/16/22 | JKOCH | Email correspondence with company re: Capitol Services notice | B014 | 0.10 | 50.00 |
| 08/16/22 | JKOCH | Email correspondence with C. Wernimont re: tax work | B014 | 0.10 | 50.00 |
| 08/16/22 | MLUNN | Work with J. Kochenash re tax issues/tax returns | B014 | 0.20 | 183.00 |
| 08/16/22 | MLUNN | Correspondence with C. Zakhem re updated cash account/reconciliation | B014 | 0.10 | 91.50 |
| 08/18/22 | JKOCH | Prepare for (.1) and attend (.3) call with M. Lunn and C. Zakhem re: dismissal issues | B014 | 0.40 | 200.00 |
| 08/18/22 | JKOCH | Review revised cash waterfall | B014 | 0.10 | 50.00 |
| 08/23/22 | MLUNN | Attention to wind down/claim and dismissal issues (.5); draft summary update to M. Foreman (.4) | B014 | 0.90 | 823.50 |
| 08/24/22 | MLUNN | Call with M. Foreman re status and wind down issues | B014 | 0.60 | 549.00 |
| 08/25/22 | MLUNN | Call with M. Logan re litigation and wind down | B014 | 0.30 | 274.50 |
| 08/25/22 | MLUNN | Review tax issues for wind down in preparation for call with RSM (.3) and call with RSM, PPP and M. Foreman (.7) | B014 | 1.00 | 915.00 |
| 08/26/22 | MLUNN | Attention to wind down and claim issues, including correspondence with M. Vonderahe | B014 | 0.50 | 457.50 |
| 08/29/22 | MLUNN | Correspondence with M. Foreman re tax work / returns | B014 | 0.10 | 91.50 |
| 08/15/22 | JKOCH | Email correspondence (multiple) with M. Lunn and Portage re: final fee applications | B017 | 0.40 | 200.00 |
| 08/15/22 | JKOCH | Email correspondence (multiple) with D. Laskin, M. Lunn, L. Capp, and various other professionals re: COC and final fee hearing | B017 | 0.70 | 350.00 |
| 08/15/22 | JKOCH | Review dismissal motion for final fee app hearing scheduling | B017 | 0.20 | 100.00 |
| 08/18/22 | DLASK | Assemble relevant fee applications to be included in final fee hearing, prepare fee binders | B017 | 0.70 | 234.50 |

Alamo Drafthouse Cinemas, LLC  
Billing Period through September 12, 2022

Invoice Date: September 13, 2022  
Invoice Number: 50036190  
Matter Number: 101134.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/18/22 | DLASK | Draft final fee application index of debtors' professionals | B017 | 0.60 | 201.00 |
| 08/19/22 | DLASK | Prepare notice for Epiq's final fee application | B017 | 0.20 | 67.00 |
| 08/19/22 | DLASK | Finalize for filing and coordinate service of Young Conaway's final fee application | B017 | 0.60 | 201.00 |
| 08/19/22 | DLASK | Finalize for filing and coordinate service of final fee applications for Epiq and Portage Partners | B017 | 0.80 | 268.00 |
| 08/19/22 | JKOCH | Review Epiq and Portage final fee applications | B017 | 0.70 | 350.00 |
| 08/25/22 | DLASK | Update final fee application index and fee binders | B017 | 0.40 | 134.00 |
| 08/26/22 | DLASK | Draft certification of counsel and proposed order regarding final fee applications | B017 | 0.50 | 167.50 |
| 08/26/22 | DLASK | Draft certificate of no objection for Young Conaway's 17th fee application | B017 | 0.20 | 67.00 |
| 09/06/22 | DLASK | Finalize for filing certificate of no objection of Young Conaway's fee application | B017 | 0.40 | 134.00 |
| 09/06/22 | DLASK | Update final fee application index | B017 | 0.30 | 100.50 |
| 09/12/22 | DLASK | Email to counsel regarding supplement to final fee application and certification of counsel regarding final fees | B017 | 0.20 | 67.00 |
| 09/12/22 | DLASK | Update final fee application index and binders | B017 | 0.10 | 33.50 |
| 09/12/22 | MLUNN | Work with D. Laskin re final fee applications and supplements and correspondence with C. Zakhem re same | B017 | 0.30 | 274.50 |
| 08/16/22 | DLASK | Update Young Conaway's final fee application, prepare budget information and summary charts | B018 | 3.00 | 1,005.00 |
| 08/16/22 | MLUNN | Confidentiality review of fee statement | B018 | 0.10 | 91.50 |
| 08/17/22 | DLASK | Update final fee application with previous reductions in fees and expenses, update budget information | B018 | 1.00 | 335.00 |
| 08/17/22 | MLUNN | Review and provide comments to final fee application and related correspondence with D. Laskin | B018 | 0.30 | 274.50 |

Alamo Drafthouse Cinemas, LLC  
Billing Period through September 12, 2022

Invoice Date: September 13, 2022  
Invoice Number: 50036190  
Matter Number: 101134.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 09/12/22 | DLASK | Draft supplement notice to final fee application | B018 | 0.40 | 134.00 |
|  |  |  | **Total** | **23.30** | **$11,929.00** |

Alamo Drafthouse Cinemas, LLC  
Billing Period through September 12, 2022

Invoice Date: September 13, 2022  
Invoice Number: 50036190  
Matter Number: 101134.1001

## Timekeeper Summary

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| DLASK | Debbie Laskin | Paralegal | 10.30 | 335.00 | 3,450.50 |
| JKOCH | Jared W. Kochenash | Associate | 6.10 | 500.00 | 3,050.00 |
| MLUNN | Matthew B. Lunn | Partner | 5.40 | 915.00 | 4,941.00 |
| TBOLL | Troy Bollman | Paralegal | 1.50 | 325.00 | 487.50 |
| **Total** | | | **23.30** | | **$11,929.00** |

| Alamo Drafthouse Cinemas, LLC | Invoice Date: | September 13, 2022 |
| Billing Period through September 12, 2022 | Invoice Number: | 50036190 |
| | Matter Number: | 101134.1001 |

**Task Summary**

**Task Code:B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 1.00 | 500.00 | 500.00 |
| Debbie Laskin | Paralegal | 0.20 | 335.00 | 67.00 |
| **Total** | | **1.20** | | **567.00** |

**Task Code:B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 915.00 | 91.50 |
| Debbie Laskin | Paralegal | 0.70 | 335.00 | 234.50 |
| **Total** | | **0.80** | | **326.00** |

**Task Code:B004**  **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 0.70 | 500.00 | 350.00 |
| Troy Bollman | Paralegal | 1.50 | 325.00 | 487.50 |
| **Total** | | **2.20** | | **837.50** |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.80 | 915.00 | 732.00 |
| **Total** | | **0.80** | | **732.00** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 915.00 | 91.50 |
| Jared W. Kochenash | Associate | 0.10 | 500.00 | 50.00 |
| **Total** | | **0.20** | | **141.50** |

**Task Code:B013**  **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 0.20 | 500.00 | 100.00 |
| **Total** | | **0.20** | | **100.00** |

Alamo Drafthouse Cinemas, LLC  
Billing Period through September 12, 2022

Invoice Date: September 13, 2022  
Invoice Number: 50036190  
Matter Number: 101134.1001

**Task Code:B014**  **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.70 | 915.00 | 3,385.50 |
| Jared W. Kochenash | Associate | 2.10 | 500.00 | 1,050.00 |
| **Total** | | **5.80** | | **4,435.50** |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 915.00 | 274.50 |
| Jared W. Kochenash | Associate | 2.00 | 500.00 | 1,000.00 |
| Debbie Laskin | Paralegal | 5.00 | 335.00 | 1,675.00 |
| **Total** | | **7.30** | | **2,949.50** |

**Task Code:B018**  **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 915.00 | 366.00 |
| Debbie Laskin | Paralegal | 4.40 | 335.00 | 1,474.00 |
| **Total** | | **4.80** | | **1,840.00** |

# EXHIBIT B

29722648.1

**EXHIBIT B**

| | | | |
|---|---|---|---|
| Alamo Drafthouse Cinemas, LLC | Invoice Date: | | September 13, 2022 |
| Billing Period through September 12, 2022 | Invoice Number: | | 50036190 |
| | Matter Number: | | 101134.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/21/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/21/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/21/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/21/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| | **Total** | | **$1.20** |

Alamo Drafthouse Cinemas, LLC  
Billing Period through September 12, 2022

Invoice Date: September 13, 2022  
Invoice Number: 50036190  
Matter Number: 101134.1001

## Cost Summary

| **Description** | **Amount** |
|---|---:|
| Docket Retrieval / Search | 1.20 |
| **Total** | **$1.20** |