# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1355 |

## SUPPLEMENT TO SEVENTEENTH MONTHLY AND FINAL FEE APPLICATION

Portage Point Partners LLC ("Portage Point"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this supplement (this "Supplement") to its seventeenth monthly and final fee application [Docket No. 1355] (the "Final Fee Application")[2] filed on August 19, 2022, and respectfully represents as follows:

1.  In the Final Fee Application, Portage Point requested final approval of $1,190,486.00 in fees and $0.00 in expenses, plus additional fees and expenses incurred after August 15, 2022, for the period commencing August 16, 2022, through and including the Dismissal Effective Date (the "Final Fee Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used but not otherwise defined in this Supplement have the meanings ascribed to such terms in the Final Fee Application.

29723931.1

2. Portage Point stated that it would supplement the Final Fee Application to include any additional fees and expenses incurred on and after August 16, 2022 through and including the Dismissal Effective Date (the "Supplemental Fee Period").

3. Portage Point has incurred $10,339.50 in fees and $0.00 in expenses for the period commencing August 16, 2022 through and including September 12, 2022. A detailed statement of fees incurred during this period is attached hereto as Exhibit A. By this Supplement, Portage Point hereby requests approval of such fees and expenses, as well as an additional estimate of fees and expenses for the period commencing September 13, 2022 through and including the dismissal effective date, which Portage Point estimates to be no more than $5,000.00 for the Supplemental Fee Period.

4. Portage Point believes that the time entries included in Exhibit A attached hereto are in compliance with the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

[*remainder of page intentionally left blank*]

WHEREFORE, Portage Point requests final approval and allowance of compensation for professional services rendered in the amount of $1,200,825.50, together with reimbursement for actual and necessary expenses incurred in the amount of $0.00, plus an additional amount for fees and expenses incurred between September 13, 2022 and the Dismissal Effective Date for the Final Fee Period (estimated to be not more than $5,000), and further requests such other and further relief as the Court may deem just and proper.

Dated: September 13, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

29723931.1

# INVOICE



| | From | **Portage Point Partners** |
|---|---|---|
| | | 300 North LaSalle, Suite 1420 |
| | | Chicago, IL 60654 |
| | | finance@pppllc.com |

| | | | Invoice For | **Alamo Drafthouse Cinemas** |
|---|---|---|---|---|
| Invoice ID | **2773** | | | 3908 Avenue B |
| Issue Date | 09/12/2022 | | | Austin, Texas 78751 |
| Due Date | 09/12/2022 (upon receipt) | | | |
| Subject | Period Ending August 16th - September 12th, 2022 | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Managing Director: Stuart Kaufman (08/16/2022 - 09/12/2022) | 3.60 | $750.00 | **$2,700.00** |
| Service | Vice President: Chris Zakhem (08/16/2022 - 09/12/2022) | 9.90 | $550.00 | **$5,445.00** |
| Service | Associate: Pranav Goel (08/16/2022 - 09/12/2022) | 5.70 | $385.00 | **$2,194.50** |

**Amount Due**     **$10,339.50**

**Notes**

**Remit Payment to:**
Portage Point Partners, LLC
JPMorgan Chase Bank, N.A.
383 Madison Avenue
New York, NY 10017
Routing number (Wire): 021000021
Account Number: 758585033

| Date | Professional | Notes | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| **Employment & Fee Applications** | | | | | |
| 8/17/2022 | Pranav Goel | Preparation of final fee application | 385.00 | 4.5 | $ 1,732.50 |
| 8/17/2022 | Pranav Goel | Prepare for and participate in call with Portage (C. Zakhem, P. Goel) re: review of Final Fee application | 385.00 | 0.5 | 192.50 |
| 8/17/2022 | Chris Zakhem | Prepare for and participate in call with Portage (C. Zakhem, P. Goel) re: review of Final Fee application | 550.00 | 0.5 | 275.00 |
| 8/17/2022 | Stuart Kaufman | Review/comment re: final fee application | 750.00 | 1.7 | 1,275.00 |
| 8/18/2022 | Chris Zakhem | Review and update monthly and final fee application | 550.00 | 0.7 | 385.00 |
| 9/12/2022 | Pranav Goel | Preparation of supplemental fee application | 385.00 | 0.7 | 269.50 |
| | | Total | | 8.6 | $ 4,129.50 |
| **Financing & Cash Collateral** | | | | | |
| 8/16/2022 | Chris Zakhem | Review tax SOW and participate in communications with Debtor | 550.00 | 0.2 | $ 110.00 |
| 8/17/2022 | Chris Zakhem | Review and update bank transactions / balances and estimated waterfall | 550.00 | 0.4 | 220.00 |
| 8/18/2022 | Chris Zakhem | Review and update cash reporting materials | 550.00 | 0.4 | 220.00 |
| 8/18/2022 | Chris Zakhem | Prepare for and participate in discussion with Young Conaway (M. Lunn, J. Kochenash) and Portage Point (C. Zakhem) re: dismissal and cash estimates | 550.00 | 0.3 | 165.00 |
| 9/6/2022 | Chris Zakhem | Review and analyze bank activity | 550.00 | 0.2 | 110.00 |
| 9/7/2022 | Chris Zakhem | Review and update cash reporting | 550.00 | 0.2 | 110.00 |
| | | Total | | 1.7 | $ 935.00 |
| **Reporting** | | | | | |
| 8/21/2022 | Chris Zakhem | Review and update MOR tracker for P7 | 550.00 | 1.8 | $ 990.00 |
| 8/21/2022 | Chris Zakhem | Review and analyze receipts and disbursements | 550.00 | 0.4 | 220.00 |
| 8/21/2022 | Chris Zakhem | Prepare and update P7 MOR forms | 550.00 | 2.2 | 1,210.00 |
| 8/22/2022 | Chris Zakhem | Review and circulate P7 MOR package | 550.00 | 1.2 | 660.00 |
| 8/22/2022 | Chris Zakhem | Updated supporting documentation per comments | 550.00 | 0.2 | 110.00 |
| | | Total | | 5.8 | $ 3,190.00 |
| **Tax** | | | | | |
| 8/16/2022 | Chris Zakhem | Prepare for and participate in discussion with RSM (C. Wernimont), Young Conaway (J. Kochenash) and Portage Point (S. Kaufman, C. Zakhem) re: tax returns and liabilities | 550.00 | 0.4 | $ 220.00 |
| 8/16/2022 | Stuart Kaufman | Prepare for and participate in discussion with RSM (C. Wernimont), Young Conaway (J. Kochenash) and Portage Point (S. Kaufman, C. Zakhem) re: tax returns and liabilities | 750.00 | 0.4 | 300.00 |
| 8/17/2022 | Stuart Kaufman | Follow up discussion with Young Conaway | 750.00 | 0.7 | 525.00 |
| 8/25/2022 | Chris Zakhem | Prepare for and participate in discussion RSM (C. Wernimont, D. Droessler), Young Conaway (M. Lunn, J. Kochenash) and Portage Point (S. Kaufman, C. Zakhem) re: remaining tax work | 550.00 | 0.8 | 440.00 |
| 8/25/2022 | Stuart Kaufman | Prepare for and participate in discussion RSM (C. Wernimont, D. Droessler), Young Conaway (M. Lunn, J. Kochenash) and Portage Point (S. Kaufman, C. Zakhem) re: remaining tax work | 750.00 | 0.8 | 600.00 |
| | | Total | | 3.1 | $ 2,085.00 |
| **Grand Total** | | | | 19.2 | $10,339.50 |