# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1352, 1354, 1355, 1394, 1395 |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS OF ESTATE PROFESSIONALS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On or about August 19, 2022, certain professionals employed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in these cases filed their application for final allowance of compensation and reimbursement of expenses [D.I. 1352, 1355, 1354, 1394 and 1395] (the "Final Fee Applications"). Consistent with the representations in the Debtors' Final Fee Applications, on September 13, 2022, Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors, filed a supplement to its final fee application (the "Young Conaway Supplement") [D.I. 1394] and Portage Point Partners LLC, financial advisor to the Debtors, filed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

29725082.2

a supplement to its final fee application [D.I. 1395], (together with the Young Conaway Supplement, the "Supplemental Submissions") for fees and expenses incurred for the period from August 16, 2022 through September 12, 2022.

2. Objections, if any, to the Final Fee Applications were required to be filed and served on or before September 8, 2022 at 4:00 p.m. (ET) (the "Objection Deadline").

3. The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Final Fee Applications has been received. The undersigned further certifies that the Court's docket has been reviewed in these cases and that no answer, objection, or other responsive pleading to any Final Fee Application appears thereon.

4. The Debtors have prepared the proposed form of order (the "Proposed Order") attached hereto as **Exhibit A**, approving the Final Fee Applications, as supplemented by the Supplemental Submissions.

WHEREFORE, as no other responses or objections were received to the Final Fee Applications, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

Dated: September 16, 2022  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*

M. Blake Cleary (No. 3614) (mbcleary@ycst.com)  
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)  
Kenneth J. Enos (No. 4544) (kenos@ycst.com)  
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)  
1000 N. King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

29725082.2

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, <br><br> Debtors.¹ | Chapter 11 <br><br> Case No. 21-10474 (MFW) <br><br> (Jointly Administered) <br><br> **Ref. Docket No. 1352, 1354, 1355, 1394, 1395** |

**OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS**

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of certain of the professionals (collectively, the "Professionals") employed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, a list of which is attached hereto as **Exhibit A**, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further appearing that the expenses incurred

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

29725099.2

were reasonable and necessary; and that the notices of the Final Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor, it is hereby ORDERED that:

1. The Final Fee Applications are hereby APPROVED in the amounts set forth on **Exhibit A**.

2. The Professionals are granted allowance of compensation in the amounts set forth on **Exhibit A**.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on **Exhibit A**.

4. The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on **Exhibit A**, less all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each of the Professionals and the appeal of any order with respect to any of the Professionals shall have no effect on the authorized fees and expenses of any of the other Professionals.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**EXHIBIT A**

| Name of Applicant | Date and Docket No. of Final Fee Application | Aggregate Amount of Fees Approved on an Final Basis | Aggregate Amount of Expenses Approved on an Final Basis |
|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP ("YCS&T") Counsel to Debtors | 8/19/22 D.I. 1352 Supplement 9/13/22 D.I. 1394 | $1,633,873.50[1] | $13,562.09 |
| Portage Point Partners LLC Financial Advisor to the Debtors | 8/19/22 D.I. 1355 Supplement 9/13/22 D.I. 1395 | $1,205,825.50[2] | $0.00 |
| Epiq Corporate Restructuring, LLC Noticing and Claims Agent | 8/19/22 D.I. 1354 | $42,622.35 | $0.00 |

---

[1] This amount includes a $5,000 reserve for any fees and expenses incurred between August 16, 2022 through and including the date these chapter 11 cases are dismissed.

[2] This amount includes a $5,000 reserve for any fees and expenses incurred between August 16, 2022 through and including the date these chapter 11 cases are dismissed

29725099.2