# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR REMOTE HEARING ON SEPTEMBER 21, 2022 AT 11:30 A.M. (ET)

**ZOOM INSTRUCTIONS:**

**The remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsc-CgpjgqGXuHMRgciIQxO7-vvnRJEtw

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## FINAL FEE APPLICATIONS

1. Final Fee Applications

    Related Documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

29685734.1

    A.    See Schedule 1, attached

    B.    Certificate of No Objection regarding Final Application and Reimbursement of expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period March 16, 2021 through August 16, 2022 [D.I. 1396, 9/15/22]

    C.    Debtors' Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of Estate Professionals [D.I. 1397, 9/16/22]

Objections Filed:    None

Status: Proposed orders have been submitted for certain professionals. This matter will be going forward.

Dated: September 19, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*

M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

29685734.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: September 21, 2022 |

## SCHEDULE 1
## FINAL FEE APPLICATIONS

**A. Young Conaway Stargatt & Taylor, LLP**

1. Eighteenth Monthly and Final Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Monthly Period From August 1, 2022 Through August 15, 2022 and the Final Period From March 3, 2021 Through August 15, 2022 [D.I. 1352, 8/19/22]

2. Thirteenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From March 1, 2022 Through March 31, 2022 [D.I. 1132, 4/14/22]

3. Certificate of No Objection [D.I. 1176, 5/1/22]

4. Fourteenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From April 1, 2022 Through April 30, 2022 [D.I. 1184, 5/16/22]

5. Certificate of No Objection [D.I. 1234, 6/1/22]

6. Fifteenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From May 1, 2022 Through May 31, 2022 [D.I. 1247, 6/15/22]

7. Certificate of No Objection [D.I. 1291, 6/30/22]

8. Sixteenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From June 1, 2022 Through June 30, 2022 [D.I. 1300, 7/15/22]

9. Certificate of No Objection [D.I. 1345, 8/2/22]

10. Seventeenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From July 1, 2022 Through July 31, 2022 [D.I. 1350, 8/8/22]

11. Certificate of No Objection [D.I. 1392, 9/6/22]

12. Supplement to Final Fee Application [D.I. 1394, 9/13/22]

**B. Portage Point Partners LLC**

1. Seventeenth Monthly and Final Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Monthly Period From July 1, 2022 Through August 15, 2022, and the Final Period From March 3, 2021 Through August 15, 2022  [D.I. 1355, 8.19/22]

2. Thirteenth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From March 1, 2022 Through March 31, 2022 [D.I. 1134, 4/18/22]

3. Certificate of No Objection [D.I. 1177, 5/3/22]

4. Fourteenth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From April 1, 2022 Through April 30, 2022 [D.I. 1185, 5/16/22]

5. Certificate of No Objection [D.I. 1235, 6/1/22]

6. Fifteenth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From May 1, 2022 Through May 31, 2022 [D.I. 1248, 6/15/22]

7. Certificate of No Objection [D.I. 1292, 6/30/22]

8. Fourteenth Monthly Fee Application of Portage Point Partners LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period From June 1, 2022 Through June 30, 2022 [D.I. 1301, 7/15/22]

9. Certificate of No Objection [D.I. 1346, 8/2/22]

10. Supplement to Final Fee Application [D.I. 1395, 9/13/22]

C. **Epiq Corporate Restructuring, LLC**

1. Final Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Administrative Advisor Incurred From March 3, 2021 Through April 30, 2021 [D.I. 1354, 8/19/22]

D. **Pachulski Stang Ziehl & Jones LLP**

1. Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period March 16, 2021 through August 16, 2022 [D.I. 1356, 8/19/22]

E. **Dundon Advisors LLC**

1. Final Application for Compensation and Reimbursement of Expenses of Dundon Advisers LLC, as Financial Advisor for the Official Committee of Unsecured Creditors for the Period March 16, 2021 through August 19, 2022 [D.I. 1357, 8/19/22]