IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,[1]<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>Jointly Administered<br><br>Re: Docket No. __1356__ |

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 16, 2021 THROUGH AUGUST 16, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Committee in the above-captioned case, filed its *Final Application for Compensation and for Reimbursement of Expenses for the Period from March 16, 2021 through August 16, 2022* (the "Final Application")[2], seeking final allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred during the period from March 16, 2021 Through August 16, 2022; and due and proper notice having been provided pursuant to Bankruptcy Rules 20029a)(6) and (c)(2) and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, signed on or about

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

[2] Capitalized terms used, but not otherwise defined herein shall have the meanings ascribed to them in the Final Application.

March 29, 2021 [Docket No. 162], and it appearing that no other or further notice need be provided; and consideration of the Final Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and there being no objections to the relief requested; and the Court having reviewed the Final Application and it appearing that the services rendered and expenses incurred by PSZ&J for which compensation and reimbursement are allowed hereby were actual, reasonable and necessary; and the Court having determined that the relief requested in the Final Application is in the best interests of the Debtors, the Debtors' estates, and their creditors; and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. The Final Application is GRANTED on a final basis.

2. To the extent not already paid, the Debtors shall pay to PSZ&J the aggregate amount of (i) $384,093.50 as compensation for necessary professional services rendered, and (ii) $3,879.53 for actual and necessary expenses, for a total final award of $387,973.03 for services rendered and expenses incurred by PSZ&J on behalf of the Committee for the period March 16, 2021 through August 16, 2022.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: September 20th, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

DOCS_NY:46318.1 03051/002