# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>                      Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1352, 1354, 1355, 1394, 1395** |

## OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of certain of the professionals (collectively, the "Professionals") employed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, a list of which is attached hereto as **Exhibit A**, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further appearing that the expenses incurred

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

29725099.2

were reasonable and necessary; and that the notices of the Final Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor, it is hereby ORDERED that:

1. The Final Fee Applications are hereby APPROVED in the amounts set forth on **Exhibit A**.

2. The Professionals are granted allowance of compensation in the amounts set forth on **Exhibit A**.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on **Exhibit A**.

4. The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on **Exhibit A**, less all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each of the Professionals and the appeal of any order with respect to any of the Professionals shall have no effect on the authorized fees and expenses of any of the other Professionals.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Dated: September 20th, 2022**  
**Wilmington, Delaware**

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

29725099.2

2