**EXHIBIT A**

| Name of Applicant | Date and Docket No. of Final Fee Application | Aggregate Amount of Fees Approved on an Final Basis | Aggregate Amount of Expenses Approved on an Final Basis |
|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP ("YCS&T") Counsel to Debtors | 8/19/22 D.I. 1352 Supplement 9/13/22 D.I. 1394 | $1,633,873.50[1] | $13,562.09 |
| Portage Point Partners LLC Financial Advisor to the Debtors | 8/19/22 D.I. 1355 Supplement 9/13/22 D.I. 1395 | $1,205,825.50[2] | $0.00 |
| Epiq Corporate Restructuring, LLC Noticing and Claims Agent | 8/19/22 D.I. 1354 | $42,622.35 | $0.00 |

---

[1] This amount includes a $5,000 reserve for any fees and expenses incurred between August 16, 2022 through and including the date these chapter 11 cases are dismissed.

[2] This amount includes a $5,000 reserve for any fees and expenses incurred between August 16, 2022 through and including the date these chapter 11 cases are dismissed

29725099.2