| RECORDS TRANSMITTAL AND RECEIPT | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | | | | | Page 1 |
|---|---|---|---|---|---|---|
| **1. TO** (Complete the address for the appropriate Records Center serving your area)<br>FRC - Philadelphia<br>Facility - 01<br>14700 TOWNSEND ROAD<br>PHILADELPHIA, PA, 19154 | **5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)<br><br>**Customer Reference Number: N/A**<br>**U.S. Courts**<br>**578, United States Bankruptcy Courts**<br><br>**U.S. BANKRUPTCY COURT**<br>**DISTRICT OF DELAWARE**<br>**824 N. MARKET STREET, 3RD FLOOR**<br>**WILMINGTON, DE 19801**<br><br>**EPIQ**<br>**777 THIRD AVENUE, 3RD FLOOR**<br>**NEW YORK, NY 10017** | | | | | |

As shown in FPMR 101-11.410-1

| 2. AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL (Signature and Title)<br>UNA OBOYLE | DATE<br>10/07/2022 |
|---|---|---|
| 3. AGENCY CONTACT | TRANSFERRING AGENCY LIASION OFFICIAL<br>(Name, Office and Telephone No.)<br>SARA HUGHES<br>U.S. Courts<br>Phone (302)252-3679 | |
| 4. RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title)<br>FRC - Philadelphia | DATE |

6. **RECORDS DATA**

| TRANSFER NUMBER | | | VOLUME (in ft.) | No. Of Containers | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSITION AUTHORITY | DISPOSITION DATE | LOCATION | CONTAINER TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) |
| 578 | 2023 | 0005 | 1 | 1 | ^ UW - STRATIFICATION CODE: UW<br>ALAMO DRAFTHOUSE CINEMAS, LLC, INC, ET AL<br>CASE NO. 21-10474 (MFW)<br>CLAIMS 1 - 144<br>CLOSED/DISCHARGED: 9/29/2022<br><br>Inclusive Start Date:<br>01/01/2021<br><br>Inclusive End Date:<br>09/29/2022 | No Restrictions<br><br>Security Classification:<br>Unclassified<br><br>Security Level:<br>Std Records-Std Storage | DC2/A15A<br><br>Disposition Code: Temporary<br>Disposition Hold : No Hold<br><br>Disposition Citation: DC2/A15A | 01/01/2043 | Facility - 01 | Standard |

| STANDARD FORM 135-A | | RECORD TRANSMITTAL AND RECEIPT | AGENCY DELAWARE | DATE: 10/6/2022 |
|---|---|---|---|---|
| FRC ONLY | AGCY | CLOSE CASES | | DISPOSAL AUTHORITY |
| | | Alamo Drafthouse Cinemas LLC | | |
| | | Case No. 21-10474 (MFW) | | |
| | | | | |
| | | Box 1 - Claims 1-144(end) | | |